USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/14/2020___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

ADAM PERRY, on Behalf of Himself and All
Others Similarly Situated,

               Plaintiff,

      v.

WELLS FARGO & COMPANY, CHARLES
W. SCHARF, TIMOTHY J. SLOAN, and
JOHN R. SHREWSBERRY,

               Defendants.

: Case No. 1:20-cv-04494-GHW

---------------------------------------------------------------- x

## STIPULATION AND ORDER

WHEREAS, on June 11, 2020, Plaintiff Adam Perry, on behalf of himself and all others similarly situated, filed a putative class-action Complaint for Violation of the Federal Securities Laws ("Complaint") against Defendants Wells Fargo & Company ("Wells Fargo"), Charles W. Scharf, Timothy J. Sloan, and John R. Shrewsberry;

WHEREAS, on June 12, 2020, the case was assigned to the Honorable Gregory H. Woods;

WHEREAS, on June 15, 2020, the Court scheduled an Initial Pretrial Conference for September 10, 2020 and ordered the parties, in advance of that conference, to confer with each other and submit a joint status letter and Proposed Civil Case Management Plan and Scheduling Order (ECF No. 7);

WHEREAS, Defendants have agreed to waive service of the summons and Complaint under Federal Rule of Civil Procedure 4(d);

WHEREAS, as a result of that waiver, Defendants' current deadline to answer, move to dismiss, or respond to the Complaint is August 25, 2020 under Federal Rule of Civil Procedure 4(d)(3);

WHEREAS the Complaint alleges claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, which are subject to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including those set forth in 15 U.S.C. § 78u-4;

WHEREAS, the mandatory stay of discovery imposed by the PSLRA will prevent the parties from reaching agreement on all of the subjects set forth in Federal Rule of Civil Procedure 16(c);

WHEREAS, the parties anticipate that a lead plaintiff and lead counsel will be appointed by the Court under the PSLRA, and that an amended complaint will be filed thereafter; and

WHEREAS, the parties have agreed that it will save judicial and party resources to (i) defer the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint until after this Court has appointed a lead plaintiff and approved lead counsel, and (ii) to continue the Initial Pretrial Conference and associated deadlines until after the motion to dismiss is decided and the mandatory PSLRA stay of discovery is lifted;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1.    Defendants need not answer, move to dismiss, or otherwise respond to the Complaint filed in this action, except to the extent set forth in paragraph 2.

2.    Within 10 days of the entry of an order appointing a lead plaintiff and approving lead counsel under the PSLRA, the parties shall propose a schedule to the Court for

the filing of a consolidated amended complaint and for the briefing of Defendants' anticipated motion to dismiss.

3.     The Initial Pretrial Conference and the associated deadlines under Rule 26 are continued to such other dates and times that this Court shall order.

4.     In submitting this Stipulation, Plaintiff and Defendants do not waive any of their rights or positions in law or in equity, and Defendants do not waive any objection or defense they may raise except as to sufficiency of service of process.  *See* Fed. R. Civ. P. 4(d)(5).

Dated:          July 13, 2020

Respectfully submitted,

LOWEY DANNENBERG, P.C.

/s/ *Christian Levis* (by consent)
Christian Levis (clevis@lowey.com)
Frank Strangeman (fstrangeman@lowey.com)
Andrea Farah (afarah@lowey.com)
44 South Broadway, Suite 1100
White Plains, New York  10601
Tel:  (914) 997-0500
Fax:  (914) 997-0035

*Attorneys for Plaintiff Adam Perry*

SULLIVAN & CROMWELL LLP

/s/ *Richard C. Pepperman II*
Richard C. Pepperman II (peppermanr@sullcrom.com)
Leonid Traps (trapsl@sullcrom.com)
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588

Christopher M. Viapiano (viapianoc@sullcrom.com)
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Tel:  (202) 956-7500
Fax:  (202) 293-6330

*Attorneys for Defendants Wells Fargo & Company,*
*Charles W. Scharf, and John R. Shrewsberry*

CLARENCE DYER & COHEN LLP

*/s/ Josh A. Cohen* (by consent)
Josh A. Cohen (jcohen@clarencedyer.com)
899 Ellis Street
San Francisco, California  94109
Tel:  (415) 749-1800
Fax:  (415) 749-1694

*Attorney for Defendant Timothy J. Sloan*

SO ORDERED

Date:July 14, 2020

The Honorable Gregory H. Woods
United States District Judge