```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ADAM PERRY, *on behalf of himself and all others similarly situated*,

                                  Plaintiff,

-against-

WELLS FARGO & COMPANY, CHARLES W. SCHARF, TIMOTHY J. SLOAN, JOHN R. SHREWSBERRY,

                                  Defendants.
-------------------------------------------------------------------X

1:20-cv-4494-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The briefing schedule for the motions for appointment of lead plaintiff and approval of lead counsel, Dkt. Nos. 24, 28, 32, 36, and 40, is as follows: any opposition is due no later than August 28, 2020. Any reply is due no later than one week following service of the latest timely-filed opposition brief.

      SO ORDERED.

Dated: August 17, 2020
New York, New York

                                                      _____
                                                      GREGORY H. WOODS
                                                    United States District Judge