**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020

|  |  |
|---|---|
| ADAM PERRY, on Behalf of Himself and All Others Similarly Situated, )<br>)<br>) | |
| Plaintiff, ) | Case No. 20-CV-04494(GHW)(SN) |
| v. ) | |
| WELLS FARGO & COMPANY, CHARLES W. SCHARF, TIMOTHY J. SLOAN, and JOHN R. SHREWSBERRY, )<br>)<br>) | |
| Defendants. ) | |

## ORDER GRANTING REQUEST FOR WITHDRAWAL AS COUNSEL <u>PURSUANT TO LOCAL RULE 1.4</u>

Having considered the notice of Jess and Saran Roley ("the Roleys") of withdrawal of their Motion for appointment as Lead Plaintiff and approval of Lead Counsel, and the Motion for Kim E. Miller to withdraw as counsel of record in the above-captioned Action, and for good cause shown, the Motion for withdrawal of Kim E. Miller as counsel of record is GRANTED.

IT IS HEREBY ORDERED that attorney Kim E. Miller and the law firm Kahn Swick & Foti, LLC shall be removed from the official docket of this Action as well as the electronic case filing (ECF) service list.

IT IS SO ORDERED.

DATED:  August 18, 2020
New York, New York

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE