USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADAM PERRY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, CHARLES W. SCHARF, TIMOTHY J. SLOAN, and JOHN R. SHREWSBERRY,<br><br>Defendants. | Case No. 1:20-cv-04494-GHW |

**ORDER GRANTING REQUEST FOR WITHDRAWAL AS COUNSEL <u>PURSUANT TO LOCAL RULE 1.4</u>**

Having considered the notice of the City of Birmingham Retirement and Relief System's ("Birmingham") of withdrawal of its motion for appointment as Lead Plaintiff and approval of Lead Counsel, and the motion for Thomas L. Laughlin, IV to withdraw as counsel of record in the above-captioned action, and for good cause shown, the motion for withdrawal of Thomas L. Laughlin, IV as counsel of record is **GRANTED**.

**IT IS HEREBY ORDERED** that attorney Thomas L. Laughlin, IV and the law firm Scott+Scott Attorneys at Law LLP shall be removed from the official docket of this action, as well as the electronic case filing (ECF) service list.

**IT IS SO ORDERED.**

DATED: August 27, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge