USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-CV-04494-GHW |

**ORDER APPOINTING THE INSTITUTIONAL INVESTORS AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL**

Upon consideration of: (1) the Motion filed by Handelsbanken Fonder AB, Public Employees' Retirement System of Mississippi, State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and the Louisiana Sheriffs' Pension & Relief Fund (collectively, the "Institutional Investors") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Hannah Ross in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Institutional Investors' Motion is **GRANTED**.

2. The Institutional Investors are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

3. The Institutional Investors' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Cohen Milstein Sellers & Toll PLLC are **APPOINTED** as Lead Counsel for the Class.

4. All future filings in this action shall be captioned *In re Wells Fargo & Company Securities Litigation*.

5. The Clerk of Court is directed to conform the caption of this case to the caption used in this order. The Clerk of Court is further directed to terminate the motions pending at Dkt. Nos. 28, 32, 36, and 40.

**IT IS SO ORDERED.**

Dated: August 29, 2020
New York, New York

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE