UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | No. 20 Civ. 4494 (GHW) |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | |

**DECLARATION OF RICHARD C. PEPPERMAN II
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, RICHARD C. PEPPERMAN II, hereby declare:

1.      I am a member in good standing of the Bar of the State of New York and have been admitted to practice before this Court.  I am a partner with the law firm of Sullivan & Cromwell LLP, counsel for defendants Wells Fargo & Company ("Wells Fargo"), John R. Shrewsberry, C. Allen Parker, Elizabeth Duke, and Charles W. Scharf.  I submit this declaration on behalf of all defendants in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint.

2.      Attached as Exhibit A is a true and correct copy of the consent order that Wells Fargo entered into with the Board of Governors of the Federal Reserve System on February 2, 2018.

3.      Attached as Exhibit B is a true and correct copy of the consent order that Wells Fargo entered into with the Office of the Comptroller of the Currency on April 20, 2018.

4.      Attached as Exhibit C is a true and correct copy of the consent order that Wells Fargo entered into with the Consumer Financial Protection Bureau on April 20, 2018.

5.      Attached as Exhibit D is a true and correct copy of a report prepared by the Majority Staff of the Committee on Financial Services, U.S. House of Representatives ("HFSC"),

dated March 2020, titled "The Real Wells Fargo:  Board & Management Failures, Consumer Abuses, and Ineffective Regulatory Oversight."

6.      Attached as Exhibit E is a true and correct copy of a transcript of a hearing held before the HFSC, on March 12, 2019, titled "Holding Megabanks Accountable:  An Examination of Wells Fargo's Pattern of Consumer Abuses."

7.      Attached as Exhibit F is a true and correct copy of a report prepared by the Minority Staff of the HFSC, dated March 5, 2020, titled "Uniquely Flawed:  An Overview of Failures and Structural Deficiencies at Wells Fargo."

8.      Attached as Exhibit G is a true and correct copy of a transcript of Wells Fargo's Federal Reserve Consent Order Conference Call held on February 2, 2018.

9.      Attached as Exhibit H is a true and correct copy of a transcript of a portion of the Deutsche Bank Global Financial Services Conference held on May 30, 2018.

10.      Attached as Exhibit I is a true and correct copy of a transcript of a portion of the Morgan Stanley Financials Conference held on June 13, 2018.

11.      Attached as Exhibit J is a true and correct copy of a transcript of Wells Fargo's second-quarter 2018 earnings call held on July 13, 2018.

12.      Attached as Exhibit K is a true and correct copy of a transcript of a portion of the Goldman Sachs U.S. Financial Services Conference held on December 4, 2018.

13.      Attached as Exhibit L is a true and correct copy of a transcript of a portion of CNBC's *Squawk on the Street* from December 4, 2018.

14.      Attached as Exhibit M is a true and correct copy of Wells Fargo's Form 8-K dated January 15, 2019.

15.     Attached as Exhibit N is a true and correct copy of a transcript of Wells Fargo's fourth-quarter 2018 earnings call held on January 15, 2019.

16.     Attached as Exhibit O is a true and correct copy of a transcript of a portion of Bloomberg's *Closing Bell* from January 15, 2019.

17.     Attached as Exhibit P is a true and correct copy of a transcript of a portion of the Credit Suisse Financial Services Forum held on February 12, 2019.

18.     Attached as Exhibit Q is a true and correct copy of Tim Sloan's written testimony before the HFSC dated March 12, 2019.

19.     Attached as Exhibit R is a true and correct copy of an article titled "Regulator Slams Wells Fargo After CEO Testifies to Congress," which appeared in the *Wall Street Journal* on March 12, 2019.

20.     Attached as Exhibit S is a true and correct copy of a transcript of Wells Fargo's first-quarter 2019 earnings call held on April 12, 2019.

21.     Attached as Exhibit T is a true and correct copy of a transcript of a portion of CNBC's *First on CNBC* from April 12, 2019.

22.     Attached as Exhibit U is a true and correct copy of a transcript of a portion of the Sanford C. Bernstein Strategic Decisions Conference held on May 30, 2019.

23.     Attached as Exhibit V is a true and correct copy of a transcript of Wells Fargo's Investor Conference Call held on September 27, 2019.

24.     Attached as Exhibit W is a true and correct copy of a transcript of Wells Fargo's third-quarter 2019 earnings call held on October 15, 2019.

25.     Attached as Exhibit X is a true and correct copy of a transcript of a portion of the Goldman Sachs U.S. Financial Services Conference held on December 10, 2019.

26.    Attached as Exhibit Y is a true and correct copy of a transcript of a hearing held before the HFSC, on March 11, 2020, titled "Holding Wells Fargo Accountable:  Examining the Role of the Board of Directors in the Bank's Egregious Pattern of Consumer Abuses."

Dated:    New York, New York
         January 22, 2021

/s/ Richard C. Pepperman II
Richard C. Pepperman II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
peppermanr@sullcrom.com

*Counsel for Defendants Wells Fargo & Company, John R. Shrewsberry, C. Allen Parker, Elizabeth Duke, and Charles W. Scharf*