# EXHIBIT H

# *Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final*

FD (Fair Disclosure) Wire

May 30, 2018 Wednesday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 7251 words

## Body

Corporate Participants

* John M. Campbell

Wells Fargo & Company - Head of IR

* John Richard Shrewsberry

Wells Fargo & Company - Senior EVP & CFO

Conference Call Participants

* James Hanna

* Matthew D. O'Connor

Deutsche Bank AG, Research Division - MD

Presentation

MATTHEW D. O'CONNOR, MD, DEUTSCHE BANK AG, RESEARCH DIVISION: Okay, we're ready to get started. Up next is Wells Fargo. With us today from Wells is John Shrewsberry, its CFO.

Wells is coming off what we thought was a very productive Investor Day 3 weeks ago where, among other things, they provided explicit expense targets for 2019 and a simulation for 2020, which, as many of you know, we've been pushing for.

This is going to be a fireside chat format, and then we'll open it up to the audience for questions.

So John, welcome back.

JOHN RICHARD SHREWSBERRY, SENIOR EVP & CFO, WELLS FARGO & COMPANY: Thanks.

Questions and Answers

MATTHEW D. O'CONNOR: I do want to get into some of the expense targets that are out there. But I first wanted to start a little bit bigger picture on some of the regulatory issues that are out there. And at Investor Day, you talked about the consent order, the related asset cap bleeding into 2019, the early part, as you framed it. And I just

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

wondered if you could elaborate a little bit on why maybe it's taking longer than either you thought or at least investors and analysts thought when it was first announced.

JOHN RICHARD SHREWSBERRY: Sure. I think it's the nature of the regulatory engagement. There's a lot of back and forth, and it's become clear after the first couple of cycles or exchanges or series of meetings, that it's going to take a little bit longer. And so we just want to make it clear that getting the work right is the most important thing. It may take a little bit longer under the asset cap, but that's, as we've described, not really a constraining item for the normal growth of the business. And so it's prudent to let people know that it could take a little bit longer than was originally envisioned.

MATTHEW D. O'CONNOR: And just in terms of remediating maybe both what was highlighted in that consent order and then some of the things that have been in the media with respect to the wealth management investigation, something about the AML/KYC. Maybe you can just frame where you are on some of these issues and where the heavy lifting is still to come.

JOHN RICHARD SHREWSBERRY: Sure. So there'll be a -- the work under the consent order is around operational risk and compliance. It's -- the general way to think about it is that, that set of requirements and the goals that we've set for ourselves are setting us on a path to be as strong in those areas as we believe we are in credit risk. That's Tim's goal as our CEO. That's our board's goal. Some of the items that you've been reading about are items that have been uncovered as a result of the approach of going business-by-business, activity-by-activity and encouraging people to raise their hands and point things out when they're not working exactly right. And we've been pretty disclosive, I think, in our 10-Qs and 10-K about which of those things might lead to expenses for investors, so risk factors for the company. And each of them has its own cadence, beginning, middle and end. I don't think at this point that there's anything meaningful that we aren't already talking about, certainly, since our last 10-Q, so the inventory is pretty complete. And I think we'll make a lot of progress against each of them this year. I'm sure there'll be some still to work on going into next year, but our investors know everything that's material that we know.

MATTHEW D. O'CONNOR: And as you think about maybe some of the bigger risk factors of what's still out there, what are the one or two things that we should be focused on in the market?

JOHN RICHARD SHREWSBERRY: There's nothing different than what's in the 10-Q. The thing to focus on is that this work effort of getting operational risk and compliance at the same level as credit is an overarching goal. There's a lot of threads to it. Frankly, there's a lot that happens -- that needs to happen to create that outcome that's consistent with streamlining the company and taking cost out, streamlining the company and relying on greater automation, which is our modernization effort that's happening at the same time. So we'll be a much better company, much better on -- much less complex operationally when this is over. And we'll make a lot of progress this year and we'll be working on it into next year, I'm sure.

MATTHEW D. O'CONNOR: And I realize it's probably not something can do right now, but I, and I think a lot of folks in the market, have been pushing for, by x, we're going to be done with the review, we're going to have uncovered everything -- most likely have uncovered everything that there is to uncover. Are you rethinking about kind of being willing to put a line in the sand and say, "We're done. Never say never, but we've been through it 2, 3, 4 times. We've hired several consultants who turned over the rocks and we're very confident, not 100%, but we're very confident that we've found everything."? Again, realizing you might not be able to right now, but just kind of the willingness to at some point come out and say that.

JOHN RICHARD SHREWSBERRY: Yes, that whole mission accomplished thing has failed for other people before, so I would say -- especially with respect to sales practice-type items around the company, where we initially hired third parties to look at all of our sales practices and figure out whether there was anything that was inconsistent with what's best for the customer, I feel like that process is virtually complete. There are some things, again, that have been well disclosed that aren't -- where the work hasn't been done. There's some FX work going on, you mentioned a couple of things in WIM. Quarter after quarter, I'm sure, we'll be closer to being able to say that there's nothing material that's going to pop up and surprise us. But we find things now that are immaterial but newsworthy that make people feel like there's bigger -- something wrong going on than maybe there actually is, which you feed by

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

saying mission accomplished. So I don't think you're going to hear those words. We're just going to keep trying to get better all the time, and we're going to try and take operational risk and compliance to the same level of capability as where we operate in credit.

MATTHEW D. O'CONNOR: Then as we kind of step back and think about operating in this environment, where you're trying to clean up some of the legacy issues, you're trying to address what the regulators want, how is it impacting how you're running the company, how you're interacting with clients, customers on the consumer side, institutional side with the regulators? It's a very big-picture question, but I'd have to imagine there's a lot of distractions and, at the same time, you're trying to cut costs, so there's a lot going on.

JOHN RICHARD SHREWSBERRY: Sure. So there's a few different things there. I'd say with our own customers, their experience with Wells Fargo is based on the people they deal with, the products, the services that they are receiving from us and, in some cases, for a very long time. And so those relationships, frankly, feel very strong. We've definitely had to do work for people who are not our customers to get them more likely to consider us when shopping for a bank, so prospects have been a constituency that -- you've seen our new advertising campaign. In part, it is directed at people who don't have a relationship with us and who need to understand what's happening. This -- it's a very good question about how people can get all done that needs to get done inside the bank and still focus and enjoy their jobs, et cetera. And I've mentioned, I think, this to you before, but this coincidence of really having to reinvent ourselves operationally, taking cost out and then meeting the requirements of a lot of the secular change that's happening in banking right now are all, in a sense, helping one another. Everything's on the table for change, which didn't use to be the case. There's huge technological investments that are appropriate and necessary to position ourselves to succeed in the mobile and digital future, both on the consumer and commercial side of Wells Fargo -- of our business that we might not have had, the analyst community and our investors might not have allowed us to embark on if we were still in an everything's-shipshape, business-as-usual environment of a couple of years ago. And similarly, looking at our cost structure much more critically causes us to think about the technological solution, to think about capacity in different ways, to think about reorganizing things, combining things that belong together in ways that we couldn't have before. So while it's a lot of work and I wouldn't have mapped it out this way, we're taking advantage of the fact that everything is on the table to improve the company for the future.

MATTHEW D. O'CONNOR: And last one for me on the regulatory side and kind of segueing into the excess capital story. Obviously, we've got CCAR coming up here in a few weeks, and I think you're still waiting to get the results along with the other banks. But have you approached the CCAR process any differently this year than, say, last year or 2 years ago, given some of these regulatory (inaudible)?

JOHN RICHARD SHREWSBERRY: Yes, we've -- so we've had great success in CCAR in the past, gotten very good feedback. Every year, each bank gets a list of things to do in the ensuing year and similarly, we worked on those things over the course of the year. Happy with our filing. The process has gone as it has in the past. 100 or more face-to-face meetings, 800 or more written and submitted questions for us to respond to. It's very business as usual. We've gotten good feedback in the process and our capital plan reflects exactly what we've shared publicly in terms of our expectations for RWA growth being very modest, our level of excess capital being relatively high and the plan to get that level of excess down so that we operate more near our target over the next 2 to 3 years. So we've taken a very, very rigorous but very business-as-usual approach to try and get that just right.

MATTHEW D. O'CONNOR: And at some point, maybe not this CCAR cycle, but at some point, if we look at the excess capital you have currently, I think you generate over $6 billion probably per quarter if you're not growing the balance sheet. And that's a lot of capital to deploy as we think about the next 2 to 3 years. Is there flexibility to do some sort of accelerated buyback plan or -- again, maybe it's not permissible in this CCAR round as we think about the process overall being loosened. May there be more flexibility and is that something you would consider looking out to '19 and '20?

JOHN RICHARD SHREWSBERRY: Sure. Well, right now we're focused on the capital plan that we have, which as I've described, just trying to take 200 basis points of excess capital off of the balance sheet. And we are fortunate enough to generate a lot of organic capital, and we don't -- I mean, setting the asset cap aside, we don't have plans

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

and this isn't an environment that's conducive to meaningfully growing RWA over the near-term horizon. So my sense is that nobody wants to incentivize banks to take risk at the wrong point in the cycle or to deploy capital in a way that destroys value. And so getting that capital off of the books of a well-functioning, high-earning strong balance sheet type of bank is in everybody's interest. But right now, it's sort of one capital plan at a time. If -- as we get through this one and begin to accomplish that goal and we move into the mid-cycle or move into next year, and if conditions warrant it, then in theory, there's something else to do. But I'd be happy if we just operated under the capital plan that we've currently proposed.

MATTHEW D. O'CONNOR: And maybe shifting to expenses. You had come out with some guidance for 2018 in January. You gave 2019 a couple of weeks ago.

JOHN RICHARD SHREWSBERRY: Does your audience know that you were instrumental in convincing us that would be a good thing to do?

MATTHEW D. O'CONNOR: I might have brought it up once or twice [a day]. And you need to provide a simulation for 2020 as well. And I think in aggregate, the expense story is probably a little bit better than people had hoped for. And it seems like it reflects more than just the $4 billion of cost cuts that you've put out there. So maybe you can elaborate on kind of what else there is beyond the $4 billion.

JOHN RICHARD SHREWSBERRY: Yes. Well, so we've created an approach and a mechanism for looking from business-to-business, function-to-function, product-to-product, to try and figure out process-wise what the most efficient way is to deliver that product or service to customers and to manage the company. And it's a little bit different business-by-business, but technology plays a big role in some of that extra opportunity, providing customers the opportunity for self-serve, for automatic onboarding, for problem resolution, et cetera. And it really does, it drives down personal interactions, the type that weren't terribly value added for customers either. As an example of that, I would say that call centers serve a different function in a fully digitally enabled world because customers can do a lot more for themselves than they could historically. So there's opportunity in places like that. Self-serve in mortgage, which will change the way -- even if customers aren't doing everything for themselves, this takes a lot of paper out of the system and it changes the role of the person who's currently operating more as a salesperson into somebody who's more of a service provider, enabling a transaction that's largely initiated by the customer. When -- as those changes in activity come to scale, there's huge opportunity to think about cost in the businesses a little bit differently. Perry Pelos, our Head of Wholesale Banking, at our Investor Day mentioned what's going on in Wholesale Banking similarly, which is a lending transformation, which is digitizing the whole origination process for 10 different lines of business and getting them much more aligned with one another and much more digitized, which if you think about the amount of paper it takes to generate a $2 million, $10 million, $100 million or $10 billion loan, it's just staggering. It's a huge opportunity there as well. It's activities like that, that are happening, some this year, into next year and even after that, that are, at the margin, the difference-makers for changing the cost structure.

MATTHEW D. O'CONNOR: And in terms of the quarterly progression to get from where you are now to what you've put out there, I understand that there's seasonality, and revenue can kind of -- the mix can shift a little bit quarter-to-quarter. But just conceptually, is there kind of a steady kind of decline? Or is there a lot of projects underway that you'll have a step down kind of exiting this year?

JOHN RICHARD SHREWSBERRY: There's no smooth line. It's -- that's why we're talking about it on an annual basis because it really is harder to map out. You mentioned seasonality, the first quarter is always a big expense quarter. But just because human beings are what they are, I think more tough decisions happen in the fourth quarter than any other quarter of the year. And so I would expect things to happen more back-end loaded in each year, and to the extent that it happens earlier, then we'll point it out and we will have outperformed. But I wouldn't think of it as a smooth progression.

MATTHEW D. O'CONNOR: And I guess, specifically, on the numbers for 2020, they do seem aggressive from the outside. You were very clear that it's a couple of years away. It's a simulation, there's a lot of assumptions in there.

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

But you also must have had a fair amount of confidence that they were achievable to put them out there. Can you just talk about that?

MATTHEW D. O'CONNOR: Sure. Well, we're treating the expense side as within our control, right? There's a lot to do. It's very difficult to deliver. It's a big change from where we're operating today but those are decisions that we can make. It's execution that our team has to pull off. On the revenue side, we decided to just to say, let's assume it's flat to last year so that we're not arguing about whether our revenue assumptions are aggressive or not. On the capital front, it reflects the capital plan that we have, that we're waiting for feedback on, and that gets you to a, call it, 15% real ROE and a 17% ROTCE, which we think is actually quite competitive for a bank of our size. And to the extent that we have different revenue outcomes, higher revenue outcomes, then I'm sure there'll be some expense that comes along with that, depending on what type of revenue it is, and we'll talk about that at the time. But we don't have to negotiate that today. We're just trying to simulate exactly what it takes to get us to an ROE that we think is -- would be extremely attractive if we operated there over the long haul.

MATTHEW D. O'CONNOR: With respect to the efficiency ratio, you did not put an explicit target out there like you did on the expenses. But you did...

JOHN RICHARD SHREWSBERRY: That's because if we give you the expense and we give you the efficiency ratio, then we've given you the revenue. And instead, we assumed flat revenue and gave you the expense. We'll see how that works.

MATTHEW D. O'CONNOR: Right. Yes, that's fair. And you did say that you hoped to get in that range, but it is interesting if you take kind of the flat revenue and the expense simulation, I think you get an efficiency ratio of about 57% in 2020.

JOHN RICHARD SHREWSBERRY: Yes, that's right.

MATTHEW D. O'CONNOR: And I think there's a lot of investors who've asked why can't you be in the mid-50s. So maybe you can respond to that. Is it something that...

JOHN RICHARD SHREWSBERRY: Yes, I think it's a very fair question. As we look around the world in other markets among the top-tier banks that have -- we have a complex business. But it's probably less complex at the margin than the other largest U.S. GSIBs. We have less international infrastructure to pay for. Our investment bank is more sized for our corporate customers' needs. And given that that's a high-efficiency-ratio activity, that's a benefit for Wells Fargo. We do have a big financial advisory and wealth management platform, which is a high-efficiency-ratio business, so you have to index right there. But we should be able to operate, especially in a more technologically enabled world, in -- more efficiently than we used to aspirationally. I think it's not credible at this moment to suggest that we should be in the -- below the mid-50s because we're operating with a 60 handle today. But there's no question that if our business looks like it does today, business mix, and we execute on all that we're doing, that we have a real opportunity and we should be striving to be the most efficient bank because we've got the scale that we do in every business that we're in. And we're a little bit simpler at the margin than other U.S. GSIBs.

MATTHEW D. O'CONNOR: And is it fair to get from kind of that 57% into the mid-50s or even better, we'd probably be more relying on revenue at that point?

JOHN RICHARD SHREWSBERRY: It could be, yes, in particular, interest income, obviously, because it's disproportionately effective in the calculation.

MATTHEW D. O'CONNOR: It's probably a good segue into net interest income. You did some repositioning of the swap portfolio that caused a little bit of pain near term, but it sets you up better for rising interest rates. So talk about that and kind of what drove the motivation to reposition that as you think about how much more rates may go up, where we are in the cycle.

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

JOHN RICHARD SHREWSBERRY: Sure. So just to back up for folks who wouldn't have followed this. But when we were in the -- what had seemed like the lower-forever scenario over the last several years, we've put on a -- we swapped floating-rate loans on our books to fixed and generated, gosh, maybe $3 billion worth of gross incremental net interest income over what LIBOR would have produced on those loans over the period of time that they were swapped. With short-term rates beginning to get on the move over the course of the last few quarters, we took the opportunity to price, taking those swaps off, and expose ourselves to a rising short-term rate environment. And we chose to do it in the fourth and into the first quarter. And as a result, there's the -- the cost of the tear-up comes in ratably over the remaining life of the swaps. But -- so there's a little bit of a negative this year from that. I think we're already at the point now where the floating rate leg is -- exceeds where we were fixed on the swaps to begin with, so we're sort of happier on just the math of the loan portfolio. And we showed some of the net math in our Investor Day materials, but producing an extra $1 billion or so for Wells Fargo in interest income over the life of the program. We had gotten some negative feedback when rates hadn't really begun to move but everybody was -- larger banks were describing what their interest rate sensitivity was to a rising rate environment. And no surprise, we were less. We were showing up as less sensitive because we had fixed those loans. So we've gotten back that asset sensitivity and we feel great about. We liked them while were on. We're happy now that they're off and we'll see what the Fed does this year, but I think expectations are for a couple to three rate hikes this year, and that's incremental upside to that portfolio.

MATTHEW D. O'CONNOR: And I realize the best scenario is probably a parallel move up in rates, but in terms of your leverage to the short end versus the long end, what's the mix of that at this point?

JOHN RICHARD SHREWSBERRY: Yes. I don't think people give enough credit to how powerful it is for serial reinvestors to have higher rates in the longer end. And so that is actually quite meaningful for us. I think we're reinvesting on the order of, just in terms of what comes from amortization, coupon and other things, $20-plus billion a quarter. And investing that above 3% is better than investing it -- I think we're in the 2.70s this morning in the 10-year. But the bulk of our balance sheet is in the shorter end and now it is more sensitive. So there's a balance across the curve. We do benefit if we have a flattener with short-term rates coming up, but not to the extent that we would if both ends of the yield curve are rising.

MATTHEW D. O'CONNOR: And specifically on the net interest margin percent, the swaps is only one piece. The leverage to rates is obviously one piece. Loan growth, which we'll get into in a minute here, is an important component. But when you take it all together, what do you think is the trajectory for the NIM from here? I think you've had certainly less upside than some peers. Some of it was the swaps. Some of it was probably loan runoff. But where are we in terms of, in aggregate, those drags going away and maybe seeing some progression on the NIM?

JOHN RICHARD SHREWSBERRY: It depends on the cadence of loan growth and what kind of loans they are. As you mentioned, we've been running off legacy home equity, which is higher yielding today than it was a year ago because those are floaters. We've been running off the Wachovia Pick-a-Pay portfolio, which is a high-yielding portfolio but one that we designated for exit some time ago. We've curtailed our higher-yielding auto originations over the last year or so, although that's likely to return later this year. But those are interest income headwinds that you have to overcome by replacing them with more than pound-for-pound new loans, right, because new loans, even in this LIBOR environment, are lower yielding. They're lower spread for sure. So it depends on what happens with loan growth. And I've mentioned this many times, NIM is something that other people focus on more than we do. We're trying to grow interest income. And especially as we've been adding on liquidity and increasing the size of our balance sheet, at least until recently, that has, generally speaking, been harmful to NIM even though it's been marginally increasing net interest income. The existence of the asset cap has caused us to take off some less strategic assets and liabilities that were NIM dilutive. So that's probably a tailwind for the NIM calculation, if you're focused on it. We've talked about originally thinking that would be $300-plus million this year of net income lost. Now it feels more like $100 million. But that is a NIM tailwind. So my guess for NIM is that it's flat to up because of a handful of things that will impact it. I'm more focused on net interest income, and I think it's going to be hard for us to meaningfully grow net interest income this year compared to last year, in part because of those run-off portfolios and then, at the margin, the asset cap.

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

MATTHEW D. O'CONNOR: And how is loan demand shaping up? We've had some chatter about commercial loan growth picking up a little bit. I'm not sure everyone is really seeing that or it's really that's been that robust. What are you seeing in terms of loan demand?

JOHN RICHARD SHREWSBERRY: Yes, it's not where I would have expected it to be coming into this year with the tailwind of tax reform, thinking about a growth agenda, et cetera. I don't see as much net risk-taking. There's still some people with their -- doing their refinancing activity before rates get away from them. There are still people who are taking loan exposure out into the bond market. I hear a lot of hopeful pipeline chatter from our various teams. But I'm sort of looking at what actually hits the books. And I'm not -- I don't consider this to be a high-growth C&I environment in spite of the optimism that the polls reflect, business optimism polls, that is. It's not -- it doesn't seem to be there. On the consumer side, plenty of demand for -- still demand for jumbo mortgages, which are the ones that end up on our books. Plenty of demand for auto paper, plenty of demand on -- good demand for credit, that is, on the credit card side. But for businesses, it's not as robust as I would have imagined, and maybe it's got a delayed impact, but here we are deep into the second quarter and it doesn't feel terribly different than a 2% GDP growth environment.

MATTHEW D. O'CONNOR: And how about the pace of consumer loan growth? Have you seen any change there? I mean, I think the initial benefit of tax reform, there's a thought that maybe it would suppress growth in the first quarter. There's obviously a seasonality from a low seasonality perspective in 1Q. But if you adjust for all that, do you feel like you're seeing any change in the pace of consumer loan growth?

JOHN RICHARD SHREWSBERRY: Yes, when I think about the consumer reaction to tax reform, some of it I think you might see in credit, but some of it you see in spending patterns and just the income flows that we see through debit and credit card processing and interchange, et cetera. And there, I think it still feels -- it felt relatively strong at the end of the year, sort of in the high single-digit growth rate. I think we're still feeling about the same, which is pretty good. There's some seasonality to that too, as you mentioned. And then I mentioned the auto, credit card and mortgage, all of which seem to be going fine, not a big inflection point. But people are still buying cars and financing them. People are still buying homes, not -- they're not refinancing homes at the same rate, but they're still buying homes, maybe under the theory that affordability could get away from them if mortgage rates are somewhat higher than they have been in the home-buying lifetimes of many of our customers. So I'd say that demand is strong.

MATTHEW D. O'CONNOR: If you've got any questions in the audience, raise your hand and we'll get you a mic.

JAMES HANNA: It's Jimmy Hanna. Just a quick question to the net interest income comments. It's going to be tough to grow this year given the portfolio runoffs and also the asset cap. I understand the asset cap, we can't really predict when that's going to come off. But when does the headwind of runoff portfolios -- or I mean, you guys are going to be growing auto I think at some point in the not-too-distant future. So at what point does NII start to grow, at least from a lack of pressure from the runoff portfolios?

JOHN RICHARD SHREWSBERRY: Yes. So the amount of home equity that's running off a quarter is, I'm looking at John Campbell, $3 billion?

JOHN M. CAMPBELL, HEAD OF IR, WELLS FARGO & COMPANY: $1.5 billion.

JOHN RICHARD SHREWSBERRY: $1.5 billion a quarter, so it's not enormous. Although that's got a high 4s, low 5s handle on the coupon now because of what's happened to LIBOR, which is an attractive yield. Auto, as you said, we should be more full spectrum later this year, so that -- you shouldn't hear me or Tim say that that's part of this headwind calculus. And then on the mortgage front, it depends both on the amortization of the remaining Pick-a-Pay portfolio and/or whether we sell it in pieces. There's been an extremely strong bid. You've seen some gains come through as we've shrunk the portfolio faster than just the ambient contractual runoff. And if we're still talking about that a year from now, I'd be disappointed. But what really matters is what's going on in, I'd say, C&I, in particular. We just talked about where we are today. But these portfolios have been running off for 10 years and we're talking about it now, but we haven't -- at the same pace, incidentally. But we haven't talked about it much in the last few years because there's been other things, mostly business loans, that were growing. And we acquired a lot of loans during that same period.

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

MATTHEW D. O'CONNOR: Other questions? Up front.

UNIDENTIFIED ANALYST: Historically, you have been quite successful due to many factors, branding, reputation, sales culture. It's hard to differentiate in banking, so kind of put that aside. So for the next 5, 10 years, if some of those success factors that you had are diminished, perhaps some permanently, what do you offset that with? How does Wells Fargo re-become what it was with a few fingers tied behind your back, perhaps permanently?

JOHN RICHARD SHREWSBERRY: Sure, that's a good question. Well, some of the natural advantages that we have to either prevent that from being a reality or to offset it to the extent that it is, our natural geographic positioning is a starting point. So we're very, very strong in many of the highest income and highest growth markets in the U.S. So we're a bank of choice. We're a neighborhood bank. We're ubiquitous in the West, in the Southwest, in the South, et cetera, a little bit less so in the Northeast. And population tends to come our way, which is helpful. On the one hand, it's because people are coming there for jobs. When they're coming, they could be looking for a new banking relationship. There's household creation, family creation, et cetera. So those are modest tailwinds. But they mean that there's a lot of at-bats to have over and over and over again, which I think is healthy. Secondly, and I think we're sort of on the precipice of breaking out here, but what's happening technologically among the bigger banks, and there's just a few of us who sort of fit that mold, in the way that we can serve customers with mass customization and using the data that we have with these -- we have 70 million customers, big, rich relationships with tens of millions of them. There's a way to deliver service, to deliver advice, to deliver risk management, to interact with our customers in a way that is a totally different competitive model than it was 10 years ago or 20 years ago. And it's sticky on the one hand, and it's really value creating because you have to have a rich relationship, a lot of data, a lot of information to be able to provide that particular type of service. Don't get me wrong. Small -- fintechs, small banks, medium banks will all be innovative and technologically enabled as well. But I think when you add that to the complete product set and the data that -- as a result of all of that, that you have a unique competitive advantage that only a few of the larger banks probably have with their customers. So that's a way to keep people and hopefully, a way to attract people as well. So those are a couple of examples. Incidentally, as it relates to our installed customer base, we haven't had a lot of attrition. We haven't sold or deepened relationships as rapidly as we thought we would in terms of a recovery. There's no question that making sure that we're in the mind of people shopping for a banking relationship, people who aren't already our customer, is where we need to continue to devote incremental focus so that they come to appreciate what it is that we can offer to them, to prevent that from being a reality.

MATTHEW D. O'CONNOR: So we haven't touched on asset quality, John. And I think it's a relatively benign environment overall. But anything that you're keeping an eye on in terms of a potential risk?

JOHN RICHARD SHREWSBERRY: Yes. As you look around the portfolio, and I don't -- I'm not losing sleep about it in our portfolio. But it does feel like we're later in the credit cycle every time we talk. And the places that's likely to reveal itself are in consumer unsecured credit, like the last dollar of credit card debt, for example, or the nth car or, in the old days, the third unoccupied 1-to-4 family house. I don't think we've got those problems meaningfully in our portfolio, but they'll probably show up in the industry there, and also in Commercial Real Estate, where you'll have plenty of levered projects that haven't been finished, haven't been leased up and haven't been absorbed. So I would look for it there. Specifically, just in the world that we're living in on the commercial side, I'd say retailers have to be looked at with a much more collateral-oriented point of view because everyone, at some level, is a potential victim of a different means of selling. And if you're worried about retailers, you should be worried about their landlords, whether it's malls or single-tenant real estate or other retail-oriented commercial real estate markets. That's sort of -- that's asset category by asset category. I would say on a geographic basis, you've got -- you can see the numbers, lower growth, higher growth, et cetera. And I assume that the tide will go out first in places where there's just a more fragile longer-term recovery to begin with. We went through a big test over the last few years in the hurricane impacted -- well, first with energy and then with the hurricane-impacted zones. And in both cases, I think banks recovered nicely afterwards. Those were -- people were able to absorb that shock, both on the commercial and the consumer side. We probably took the biggest hit in energy, but we're on the other side of that now and the business is actually pretty vibrant. Those would be the areas I'd look toward.

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

MATTHEW D. O'CONNOR: I don't know if you would agree with this, but it feels like there's been more kind of cleansing of some of these portfolios in the last several years than maybe in the past during economic good times, where Wells Fargo and some other banks started tightening in auto a couple of years ago. Multifamily lending has been an area of concern for a couple of years. Obviously, went through energy. Retail maybe is ongoing. But there's a lot of things -- leveraged lending another one. It seems unusual that there's been kind of so much focus on kind of different portions of the loan portfolio, even during good times, and hopefully, that's a good thing for credit quality. I don't know if this is more than the past or...

JOHN RICHARD SHREWSBERRY: Well, I think so. Two things that come to mind for me. One of them is a real regulatory emphasis on keeping certain types of loans off the books of banks, even if they weren't the proximate cause of the financial crisis. But big emphasis on leveraged loans, and I don't think it was the bits and pieces of retained leveraged loans that people were worried about on the books of banks. I think it was the $400 billion of commitments that had to get marked down when the cycle turned in 2007 that was probably the push there. But if you look at the league tables for leverage for like bona fide LBO-type leveraged loans, it's mostly nonbanks, or non-OCC banks anyway, that are toward the top of it. Nobody's making bad residential real estate loans and putting them on the books of banks any longer. What banks are keeping, the big banks anyway, generally speaking, are prime jumbo with a high credit score and, in most cases, LTV protection. And then my -- so that was a regulatory desired outcome that seemed to have worked. The other one would be the -- and it's related, is sort of the major growth in alternative asset managers as providers of credit that don't belong in the books of banks. So middle-market LBO loans end up sort of with some sort of equity haircut protection in CLOs. Those don't belong -- I don't think those belong on the books of banks in the size that they get created. There's -- we mentioned these transitional commercial real estate loans. There are good ones, but there's a lot of other ones, too. They tend to end up on the books of mortgage REITs or other sort of real money who's got an emphasis in credit, either real estate credit or other credit. That's more mature even than it was -- it's more mature in a permanently financed way than it was pre-crisis, where there were plenty of pockets for that, but it was all at very unstable financing with the requirement to roll. But that didn't work. And so that seems to have taken the pressure off of bank books as well. Securities portfolios, I think the regulatory and accounting environment have made it harder for banks to have a wider array of credit-sensitive, loss-sensitive or highly structured securities on their books. Credit derivatives don't exist the way that they used to. So it is a more benign environment. I think the average big bank -- and I think diversification matters a lot, so that's why I say big bank, but it seems to have a much cleaner portfolio than 10 years ago.

MATTHEW D. O'CONNOR: And on loan loss reserves, there's new rules coming down the road referred to as CECL. I think there's some concern that it's going to disproportionally impact long-term loans. You talked about jumbo mortgages, obviously an important part to Wells Fargo. Kind of what's the size of that in terms of potential changes to some of the dynamics impacting long-term loans and how do you think it might play out?

JOHN RICHARD SHREWSBERRY: So yes, the early look at the calculations around the CECL, the new method of calculating allowance which is meant to capture the lifetime loss in loan portfolios, suggest that the consumer side of banks takes a bigger hit, and the commercial side maybe less so because commercial maturities tend to be much shorter. So I am not aware of any big competitors who are meaningfully changing today's structure or pricing as a result of their calculated outcomes in longer-term consumer loans. And jumbo mortgage, 15- to 30-year on-balance-sheet mortgage loans will be one obvious candidate, and student loans would be the other. There aren't a lot of banks who have meaningful private student loan portfolios, but that would be the second place to look. It won't surprise me if people either choose to price the risk differently because of the accounting -- the economic consequences are the same. But the accounting consequences are negative, front-end loaded. And so if you've got a high-growth business, it's going to have a disproportionately negative impact on current year earnings as you put up lifetime reserves for this year's production. We'll see. It's a funny accounting standard because it evades the matching principle by putting this near-term P&L consequence for long-term balance sheet growth. And that's eyes wide open, but that's the approach that the FASB has taken here. And so you'll see -- I'll assume there will be quarters where you hear people talking in their earnings calls about, we took a big hit this quarter because we had high growth or we chose not to grow as fast because we chose not to take the earnings hit. I'm not sure how that it will play itself out, but it's something new.

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

MATTHEW D. O'CONNOR: And I think there's some ongoing dialogue with FASB to hopefully loosen or alter some of these rules. Is there a certain time line that we should be aware of in terms of...

JOHN RICHARD SHREWSBERRY: I'm not aware of that because I think that this has been talked to death and this is the exact outcome that the FASB was looking for. There is some talking going on in the regulatory community, I think, who's just now absorbing what these calculations look like. And I think they're trying to understand how they feel about it. I mean GAAP is GAAP, and we have to file that way. But my guess is that will take another couple of quarters while people -- while regulators and others, auditors perhaps, sort of look at each issuer's preliminary calculations and understand what they mean and whether they agree with them, that sort of thing. That's happening now.

MATTHEW D. O'CONNOR: Okay. Well, we're out of time, but John, thank you so much.

JOHN RICHARD SHREWSBERRY: Great. Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

**Transcript:** 053018a11516658.758

**Subject:** TALKS & MEETINGS (78%)

Wells Fargo & Co at Deutsche Bank Global Financial Services Conference - Final

**Company:**  DEUTSCHE BANK AG (96%);  WELLS FARGO & CO (94%)

**Ticker:** DEUT (JSE) (96%); DBK (FRA) (96%); DBK (BIT) (96%); DBETN (JSE) (96%); DB (NYSE) (96%); WFC (NYSE) (94%)

**Industry:** CONFERENCE CALLS (78%)

**Load-Date:** June 9, 2018

**End of Document**