# EXHIBIT I

## *Wells Fargo & Co at Morgan Stanley Financials Conference - Final*

FD (Fair Disclosure) Wire

June 13, 2018 Wednesday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 5593 words

# Body

Corporate Participants

* John Richard Shrewsberry

Wells Fargo & Company - Senior EVP & CFO

Presentation

UNIDENTIFIED ANALYST: All right, great. Thanks, everybody, for joining us. I'm pleased to have John Shrewsberry, CFO of Wells Fargo. John's been CFO for 4 years now.

JOHN RICHARD SHREWSBERRY, SENIOR EVP & CFO, WELLS FARGO & COMPANY: Four years.

UNIDENTIFIED ANALYST: At Wells for 20. And before CFO, you were running the securities business.

JOHN RICHARD SHREWSBERRY: That's right.

UNIDENTIFIED ANALYST: Yes. So we've got a lot to talk about today.

Questions and Answers

UNIDENTIFIED ANALYST: But before we kick off, I want to warm up the room on Wells Fargo. And let's get a couple of polling questions through. What do you think will be the biggest driver for Wells Fargo shares over the next 2 years? Resolution of the consent order, accelerating capital returns, stronger loan growth, stronger fee growth or expense management. What is top of your list for biggest driver for Wells?

(Voting)

JOHN RICHARD SHREWSBERRY: You can only pick one. Is that right?

UNIDENTIFIED ANALYST: You could pick 2, if you want. Yes, we'll give you 2 clickers. All right. We've got resolution as #1.

Let's go to the next question. What expense ratio do you think Wells can achieve by 2020? You can see the numbers here, 59 or higher, 58, 57, 56, 55 or lower. You can read the numbers as well as I can say them.

(Voting)

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

UNIDENTIFIED ANALYST: And -- okay, so that's a bit of a consensus but a skew to the more optimistic side, I guess I'd say. So let's kick off with a question here, John, on just the strategic repositioning of the business, because you've done a lot in auto and in just the shape of the business, having exited insurance brokerage. Maybe you could speak a little bit to how far along you are with the strategic repositioning. And is there any more to do?

JOHN RICHARD SHREWSBERRY: Sure. So 3 things to say. The first one is the -- in terms of the overall strategy of what's most important and what to do now, and I'm sure this will come up in these discussions in another context, but satisfying the terms of the consent order that we're operating under, strategically, is at the front of the line. It has less to do with the things I'll talk about next, but I wouldn't want to overlook how important that is to just changing some things about the way the business runs, to be as well controlled in operational risk and compliance as we are and as we're known for in credit. That would be job one. More traditionally, in terms of strategy, you heard at Investor Day that for the first time ever, we're running all of our consumer businesses under a single unified consumer strategy, where, historically, we've been much more product and channel focused. And the -- to the extent that it was -- they were strategically aligned, it was through treaties between products or treaties between channels. And now the leaders of those businesses set strategy together, think about customers from the customers' sort of segment perspective or the customers' attributes perspective and then bring the products, services delivery around that. So that's a huge strategic pivot. And it's more efficient, it's a better experience for the customer, and it really changes the whole retail side of how the company works. As it relates to some of the tactical things that we've done strategically to -- really, to sell off bits and pieces of things that -- where we just have not been getting a return that we like. There's a few more of those things to do. None of them are game changers. It's all pruning where there's a business that maybe very high functioning, but it's just worth more to somebody else other than Wells Fargo. And we've done a few of those. You'll see us do at least a couple of more. We announced the sale of branches a week or so ago. That has more to do just with the general repositioning of the branch footprint. There are some that actually are worth more to somebody else than they are to us. Those are great branches, but the geographies just didn't fit with the rest of our footprint.

UNIDENTIFIED ANALYST: Those branch sales, the 52 you announced, that was embedded within the 300 you were planning on doing this year or that's over and above?

JOHN RICHARD SHREWSBERRY: Over and above.

UNIDENTIFIED ANALYST: Okay, all right.

JOHN RICHARD SHREWSBERRY: I'm going to go with over and above.

UNIDENTIFIED ANALYST: Okay, got it. And then on the consumer strategy that you highlighted, is that moving from treaty to fully integrated? Is that all done at this stage?

JOHN RICHARD SHREWSBERRY: It's not -- it'll never be all done because it's a road map for how we're going to operate forever forward. But I'd say we are fully operationalized in terms of how we're prioritizing decisions, how we're thinking about product, how we're putting capabilities and products around specific customer segments that we're operating that way. It needs to mature, and it'll start to show more and more results over time. But it's halfway along in terms of that maturity.

UNIDENTIFIED ANALYST: Have you started to see it show up in revenue growth, financial revenue growth?

JOHN RICHARD SHREWSBERRY: No. The first place it'll show up, I think, is in rationalizing product sets and customizing the delivery of capability, really, for a higher rate of consideration and acceptance by particular customers, students, small business, mass market, emerging affluent, affluent, et cetera. I'd say it's too early to say, aha, look at that uptick -- that uptick in revenue or that take-out of cost because of things that we've done with the strategy. My guess is, through this year into next year, we'll be pointing to the strategy for all the good things that come out of each of those businesses that we get more intentional about operating in a more of a segment way.

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

UNIDENTIFIED ANALYST: Okay. So let's touch base on the consent order first and then move into the operating leverage. On the consent order, you indicated that you expect to operate under the asset cap through the first part of 2019?

JOHN RICHARD SHREWSBERRY: Yes.

UNIDENTIFIED ANALYST: I think I got those words right.

JOHN RICHARD SHREWSBERRY: I think that's right.

UNIDENTIFIED ANALYST: Okay. And then Tim said a few weeks ago, that you have the ability to shrink more noncore deposit to make room for more core loan growth. Maybe you could give us a sense as to how much room you have and how much core loan growth you can be generating even with this as the cap that you've got.

JOHN RICHARD SHREWSBERRY: So because of the ambient state of deposit growth and loan growth in the markets that we're serving and because of the ability to sort of dial down FI or other institutional deposits with low liquidity value and shrink the balance sheet, the asset cap, in and of itself, is really not much of a constraint in terms of how we run our business. It's not a constraint on organic loan growth. We're not having to tell our folks to compete in a different way. Like that really isn't our issue. The -- so item 1, 2 and 3, as it relates to the consent order, is satisfactorily addressing the concerns and delivering the goods under the consent order, which -- if it takes us a short amount of time, which is what we reasonably expect, a medium amount of time and a long amount of time, it's getting it done right, getting it done to the satisfaction of our regulators and other observers is -- matters the most. And we're not in a hurry because of the asset cap. The -- I would -- I'd just (inaudible) we didn't operate with the asset cap, but it's not slowing us down from running our business. If we were in a high loan growth environment or a high deposit growth environment and with rates ticking up the way they are, you'll see, I think, this quarter, from banks reporting, that, especially maybe in the high net worth category, there are more deposits that are moving into cash equivalents, et cetera, which takes even a little bit more pressure off of this calculus. So the asset cap is one thing, and it will -- I expect that it will be gone in the time frames that we've talked about. But more importantly is making sure that we're focused -- all our energy is focused on getting the work done right so that we're not having a debate 6 months from now or 9 months from now about whether it should be lifted or shouldn't be lifted. The work should stand on its own.

UNIDENTIFIED ANALYST: And at this stage, maybe give us some color on what's left to do for the consent order. Just the kind of questions that we have are, what kind of -- what part of the process are you in now? Is it people, systems? Are you already executing on the specific requests? And is it already embedded in business as usual? Just give us a sense of the trajectory.

JOHN RICHARD SHREWSBERRY: Yes. I mean, it's different in different pieces. If you think about operational risk, there are either 8, 10, 12, 16 different stripes of operational risk. Each one of them has a different level of business-as-usual maturity or, frankly, just real definition in terms of how that risk gets controlled, how that risk gets -- how that control environment gets overseen, how all of that rolls up together into aggregated risk reporting for management and for the board. And so there's different stages of maturity. It's the last mile of knitting all of this together, so that from the Fed's perspective and from our board's perspective, they can get delivered a real contemporaneous, risk-sensitized understanding of all of the potential risks that exist in the businesses at Wells Fargo. And so it won't be done until that is done. But some of it is business as usual, some of it's still some -- there's still some drawing board activity. There isn't another firm that we're aware of, from our relationships with other firms, with the regulators, with the consulting community, who has this exactly right. This is an opportunity for Wells Fargo to get it exactly right, and there's -- we're getting plenty of feedback along the way. And so my sense is it will take all of the amount of time that we've described before we finish the last piece of it or set ourself on a course to maturity for the last piece of it because you're never actually done. But some parts are further along than others.

UNIDENTIFIED ANALYST: Got it. And you've got a few new board members that have come in recently, maybe you can speak to if they have the same kind of expectations. Or are they -- have they brought with them some different expectations?

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

JOHN RICHARD SHREWSBERRY: Yes. So we've -- we have 6 new board members in the last year or so, all of whom have joined Wells Fargo's board at a time when it's crystal clear that the bank is undergoing great transformation, that expectations are very high and that, frankly, the focus is on getting a well-controlled and well-governed firm, again, specifically, from an operational risk and compliance perspective. I think people feel great about credit, great about market risk. Now everything needs to meet at the top and be governed similarly. But eyes wide open in terms of what the -- what expectations are. So real engagement, a lot of enthusiasm for it. We're very fortunate to have as a Chair of our board, a woman who is a former governor of the board of federal -- Board of Governors from the Federal Reserve, which is very valuable; a senior leader from another U.S. GSIB, also very valuable. We've got more technology expertise. It's a topic I'm sure we'll talk about. But it's a bigger -- it's just a bigger topic, in general, in large banks these days, either with respect to the secular changes in how we deliver to customers or cybersecurity or efficiency, for that matter, so just substantially more specific expertise for what's required to succeed in a bank of our size today, so.

UNIDENTIFIED ANALYST: Okay, great. So let's move on to the operating leverage question, and you saw a wide range of expectations on the expense ratio going out to 2020. You've put your guidance out. You've been very clear about how you expect to execute on the expense side with branch consolidation, spans and layers, automation, et cetera, centralization. Can you speak a little bit on the revenue side? And what are the main drivers of the revenue side of that operating leverage that can maybe get you towards the midpoint or the low end of your expense (inaudible) range?

JOHN RICHARD SHREWSBERRY: Sure. Well, there's -- nothing has more operating leverage than interest income. And so to the extent that, either through where rates go, both rates on the asset side and then separately on the liability side, I have -- my sense is that, that will be a real contributor over the next couple of years. On the noninterest income side, there's leverage there as well, although some of those categories tend to bear more expense. And if you tick through the line items of noninterest expense and think about what's going to be most meaningful, my sense is that we'll begin comping favorably on deposit service charges later this year into next year. We took some specific moves that took those numbers down over the last year, so to be more customer-friendly on overdraft, in particular. We've got market-sensitive revenues that will probably reflect the S&P, to pick a benchmark, but reflect where markets are growing. They benefited meaningfully from an upmarket over the last couple of years. Flows are positive, but harder to come by. More of the marginal return tends to come from performance. Mortgage is a big topic. If rates keep ticking up or begin ticking up again, I guess, at the long end, that probably will be -- begin to shrink the purchase market. It certainly shrinks the refinancing market. And so unless there's a big breakout in -- unless employment remains as strong as it has been and a preference for ownership increases from where it is and available supply ticks up also, my guess is higher rates mean a smaller mortgage market. And today, you -- the competitive forces have got people competing for margins that resulted in gain that is marginally profitable for most participants in mortgage originations. So that probably changes a little bit. We're in it forever so we will be as efficient as we can be, but it wouldn't surprise me if some capacity comes out over the next year or so. I don't think people, especially smaller people, will be able to stay in, in quite the same way if they have an analogous cost structure. On the one hand, we have more scale. On the other hand, as a more regulated entity, my sense is that some of the smaller players probably compete favorably on cost with us because what they lack in scale, they benefit from in a different regulatory touch. But in terms of its contribution to our revenue, I think we'll be fighting for retail share. We'll be aggressive with our cost structure that allows us to compete, even while pricing is generally unfavorable for the industry. But I'm not looking for it to be an outsized contributor. If we are -- if we've sort of burned through the refinancing wave of -- that's existed for the last several years and if we're moving into a higher long-term rate environment, which I believe that we are, unless we're going to have a really flat yield curve here over the next year or so, then that'll be a headwind for the size of the market as well.

UNIDENTIFIED ANALYST: And you have a sizable revenue pool coming from your investments lined up, something else to drive a little bit of opportunity.

JOHN RICHARD SHREWSBERRY: Yes, sure. So there's -- we have pools of money that we invest in merchant banking types of investments through Norwest Equity and Norwest Venture Partners. And in this environment, those gains keep coming through. It's been -- it's a lot of technology-oriented investments that pay off quarter-to-quarter. It's cyclical and it's hard to forecast, but it has been a benefit. We've sold some assets that -- where we

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

thought that market was willing to pay prices that were too good to pass up versus hanging on to interest carry over time. I've seen that recently with some pools of pick-a-pay loans where there's just a really, really strong bid. So produce gains on the one hand. But at least in the case of loans or there's the missing interest income on the other hand, we're making a trade-off today versus over time. So there's always a combination of things that could be gained on sales of businesses that we sold, et cetera. Those are harder to forecast, and they're meaningful contributors at the margin to whether noninterest income has an upwards sloping trajectory or not.

UNIDENTIFIED ANALYST: Right, okay. What about client acquisition? So can we talk a little bit about customer loyalty? I know you've been working hard to kind of reposition the brand. And maybe you could speak to how that's resonating in the field as well as whether or not you've seen any uptick in customer acquisition.

JOHN RICHARD SHREWSBERRY: Yes. So customer loyalty, meaning people who already are our customers, you've -- we've -- I think we've talked about the retail numbers each quarter, that's actually been quite strong. And I think loyalty and satisfaction are back up to the levels that they were before the fall of 2016 on the retail side. Our bigger challenge and where we've been spending time and money is making sure that we're telling the story of our fixing Wells Fargo to people who aren't our customers because we'd like them to consider being our customers. It's more of a consumer topic, frankly. On the commercial side, it tends to show up in politically exposed types of -- muni types of activities, but not as broadly across corporates. On the retail side, our marketing, our brand rejiggering has been aimed at helping people understand what's going on at Wells Fargo, understand the acceptance of blame and the need to fix and then the necessary work to undergo to -- we've undergone to fix things so that people will continue to consider us when they're -- when they have a banking need, changing -- moving from one place to another, changing accounts, being attracted to a credit card product, mortgage origination, et cetera to make sure that we're not limited to the pool of customers who we already have, who we care a lot about, but we want to broaden the pool. And that has been the emphasis of it. That's what's driven the ads that you've seen on TV over the last several weeks. And the early returns are that it's -- that it has had an impact and it could be effective. It has to be sustained, but it appears to be effective.

UNIDENTIFIED ANALYST: Another lever that you could lean on for revenue growth is -- by explaining some of the technology investments that you've made. Maybe you could speak a little bit to -- when we saw, at your Investor Day, a very robust tech symposium, I guess you'd call it.

JOHN RICHARD SHREWSBERRY: Sure. Much like yours in the other room, right out here today?

UNIDENTIFIED ANALYST: Oh, did you see that? Oh yes, okay. Something like that, yes, exactly. Could you give us a sense as to where you are in leveraging those tools? I mean, I know some of them were beta, some of them have already been launched, and give us a sense as to what you're looking for with approach to account acquisition or growth from the tools that you've invested in.

JOHN RICHARD SHREWSBERRY: Sure. So it starts with creating a great -- an improved and a great customer experience that is much better than the history of banking, which is more people- and paper-intensive, allows for self-service and a real ease of use of becoming a customer or, if you are a customer, of initiating a new product or account opening or, if you have all of that satisfied, just in terms of the way you deal with Wells Fargo, you get information, you transact, et cetera. So at the very front end is what is the customer experience and will it be pleasing over time. The benefits of it, as we've gone down each of the paths, you've mentioned a couple of the products, are that it enables digital account acquisition, soup to nuts, from the phone in a way that takes -- that also takes cost out, promotes a lot more accuracy and makes us better managers of risk. There's less rekeying of things, there's less human error, there's less paper intervention, et cetera. So our sources of data become much more rich and much more accurate. And all of that sort of feeds what I'll mention in a moment, which is this ongoing virtuous river of data that can then be redeployed for the benefit of the customer in a variety of ways. So some of the things that we talked about at Investor Day were the digital mortgage application. We're approaching 30% now in terms of the applications that we receive digitally on the retail side. There's an opportunity there for a much better customer experience and then to take a lot of cost out. Because if people are approaching this digitally, then we don't have the same compensation relationship for a human being who's responsible for the origination of the mortgage. So the modernization of that is going to be -- there's a lot of benefit that comes from it. On the investing

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

side, we've launched our so-called robo-advisory capability, our product is called Intuitive Investor. Right now, we have it more targeted at people who are new to investing, but very easy onboarding experience, very low maintenance, but -- I'm a customer, a satisfying relationship with the technology, at least as satisfying as talking to a person about the portfolio rebalancing, asset allocation discussions, et cetera. And so there's a lot of opportunity for that to broaden out in terms of what the capabilities are we deliver through it and what the customer experience is and for which customers over time. That's a big one. Greenhouse, I just talked about, which is our -- basically our digital bank for people who are new to banking, so there's really no people involved. It's an entirely digital experience. That will launch -- it's in pilot now with team members. It will launch in 2018, and there, it's purely customer acquisition very early in peoples' lives when their needs are a little bit different. And it's designed to help people become satisfied, attached customers of Wells Fargo for their lives. The Control Tower is in pilot now and will be launched in the next quarter or 2. This is the ability, with your phone, to really understand who, among all the people that you are paying, is regularly either receiving or withdrawing money from your account and information from your account. So we have customers who give up their username and password credentials to other apps so that their information can be scraped into some sort of a data service that gives them a pleasing dashboard. And we're quick to point out to our customers that there's risk in giving your banking credentials to a stranger, and yet they do it anyway. And so this tool allows them to turn that on and off and to control it much more seamlessly. So that they can provide information, but without providing people access to their money, which is what people do every day. We've got a limited version of that today where you can turn things on and off in the app, but this idea that if you've got 50 recurring payments and you want to turn them off without having to go through a lot of phone calling of people on the other end or investigation, that, as quickly as hitting a button, it allows you to keep track of that because people lose track of that over time.

UNIDENTIFIED ANALYST: And obviously, to enhancing the mobile digital experience for the consumer while rationalizing your branch structure, are you able to do a national digital consumer bank type of product.

JOHN RICHARD SHREWSBERRY: Yes, it's interesting. I think we probably -- so there are major metropolitan areas in the country where we don't have a presence, and it isn't currently at the top of the list in terms of things to test. As these capabilities mature, it's certainly possible. And the way to test it would be to go into one of these markets and advertise meaningfully and to really test the thesis. Incidentally, most of those markets you would describe today as over-banked already, so it's not as though they're missing out on having Wells Fargo or any other bank there. But if there was something -- if we felt like the offering was really compelling, that would be a way to test whether that would work.

UNIDENTIFIED ANALYST: Okay.

JOHN RICHARD SHREWSBERRY: It's not just about getting more digital to rationalize the branch footprint, by the way. It's really -- it's account acquisition and customer acquisition through a variety of channels that may or may not have happened through a branch. It also takes a lot of pressure off of call centers. So today or historically, people would spend a lot of time on the phone if they lost their wallet or if something bad happened or if there was fraud on their account, et cetera. The more digital we become, the more those things can take care of themselves or self-serve can be provided through the mobile device and the better the experience because call volumes are down, right? People -- they don't need to get somebody to solve the problem for them. That's also meaningfully efficiency enhancing. We have more than 100 call centers, and we've already begun driving down call volumes as a result of the digital activity that we've explored over the last year or 2. And the next couple of years, we'll drive it down even further.

UNIDENTIFIED ANALYST: Okay, great. So on the path towards improving operating leverage, maybe we could shift to the numbers. Let's talk about 2Q. I don't know if there -- maybe we're, what, 2 weeks away from being finished with second quarter. I don't know if there's any up...

JOHN RICHARD SHREWSBERRY: Second quarter ends on June 30.

UNIDENTIFIED ANALYST: Yes, good, so coming soon. Between now and then, we have.

JOHN RICHARD SHREWSBERRY: CCAR.

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

UNIDENTIFIED ANALYST: DFAST and CCAR, right?

JOHN RICHARD SHREWSBERRY: That's right.

UNIDENTIFIED ANALYST: So it feels like a mile away, but pretty close. Just any updates on the quarter that you...

JOHN RICHARD SHREWSBERRY: Yes. So I wouldn't file this under guidance or I don't feel terribly differently than the last time we talked about the environment that we're operating in. I would say that I'm reading some other banks talking about upticks and loan growth, and our own bankers talk about upticks in pipeline. But I'm not really seeing robust loan growth come through even if people are busy competing or planning for deals or other things that might result in loan growth tomorrow or a month from now so I'll be interested to see how the industry reports that. On the deposit front, I mentioned that -- I think we're starting to see certain categories of high-net-worth deposits, excess liquidity, gravitate toward money market equivalents for higher yield than bank deposits pay. You'll probably see that in the numbers -- at the margin. Not the most valuable deposits from a liquidity value point of view, but people, as expected, beginning to appreciate how far we are from 0 and what a 1-year or a 2-year yield might be and moving excess liquidity in that direction. That'll be in the numbers, I think. Markets-related revenue reflecting where we are. This -- I think there's an expectation suddenly for more M&A. I don't think we'll see it in 2 -- second quarter numbers, but this AT&T-Time Warner outcome really probably does begin to allow some discussion that's already been happening behind the scenes for larger dollar investment-grade M&A to occur. That could be really interesting for our business and for others because those tend to get back stopped by funded or unfunded bank commitments and DCM takeouts when they happen. So I think that will probably be better than maybe you might've thought a month ago or a week ago or even before yesterday. Not a Q2 item, but just in terms of what's in the offing.

UNIDENTIFIED ANALYST: Got it. Maybe we can end just talking a little bit about capital. You've got what looks to me, at least, like a lot of excess capital. I don't know if you would agree or not.

JOHN RICHARD SHREWSBERRY: Well, we have 12% CET1, and our target is 10% so I would agree.

UNIDENTIFIED ANALYST: Okay. Does CECL do anything there? I mean, I know we have CECL coming in, in 1Q 2020.

JOHN RICHARD SHREWSBERRY: Not yet. We mentioned at Investor Day that there are a couple of things that might shade the 10% of -- our own 10% target a little bit higher once they become better understood. One of them is CECL and what CECL looks like in stress because that will matter the most with respect to what our capital levels will be. And then the other one is the imposition of the stress capital buffer and whether that means, as an industry and as a bank, our target needs to be a little bit higher. But today, 10% is the number with sort of a bias to maybe slightly above that.

UNIDENTIFIED ANALYST: And on CECL, is there any color you can share about how you're thinking about it?

JOHN RICHARD SHREWSBERRY: So I think every bank has done its original or some early versions of modeling out their current portfolios and comparing what the calculated allowance looks like compared to today's and the expectation, of course, because we're moving to a life-of-loan construct that the allowances will be higher. And I know that at least 1 bank is out there with their preliminary estimate. We haven't -- we're still working through ours with our accountants, working through ours with our regulators, helping everybody understand it. It has had a tendency to increase the allocable allowance to consumer loans, and it has had, at least based on our loan mix, the tendency to even reduce the academically calculated allowance for our commercial loan portfolios, mostly because the CECL construct has you calculating an allowance to the contractual end point. And we have a lot of short-dated corporate and commercial loans for which we've been carrying allowance with an expectation of a certain amount of renewal in that portfolio. If you take that off the table, it actually shrinks things a little bit. So the net of those 2 will be different for every bank. But for us, it means a bigger allowance, but not as big as if we were just the consumer side of Wells Fargo. So still a little bit work to do on that, as I say, working through it with our auditors, working through it with our regulators to help everybody understand it. And everybody, I think, will be perfecting all of their new models and creating -- challenge your models, et cetera, because a lot of this modeling is very new, but more, but not -- maybe not as much as people would've feared when they heard life of loan.

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

UNIDENTIFIED ANALYST: And unlikely to be a material impact on the capital ratio expectation.

JOHN RICHARD SHREWSBERRY: I think that's right. There'll be a day 1 impact and then the ongoing impact of what does it mean to recalculate life-of-loan loss, given a supervisory severely-adverse scenario at some point in the future. That is an unknown. The life-of-loan calculation is different every time you calculate it, depending on what you, from that point forward, feel like the environment is going to deliver. So if you find -- like today's life-of-loan calculation is relatively benign. It's worse than the 1- or 2-year outlook, which is the basis for today's gap, but you end up in a -- with a worse number, a bigger number when you do it in stress. So how that works through CCAR has to be understood.

UNIDENTIFIED ANALYST: Maybe the regulators will give us credit for that.

JOHN RICHARD SHREWSBERRY: Maybe, well, for carrying a big allowance. Yes, that's right.

UNIDENTIFIED ANALYST: All right. Well, thank you very much, John. I appreciate it.

JOHN RICHARD SHREWSBERRY: Thank you very much. I appreciate it, too.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

**Transcript:** 061318a11525171.771

Wells Fargo & Co at Morgan Stanley Financials Conference - Final

**Subject:** HOLDING COMPANIES (91%); NEW ISSUES (90%); SECURITIES & OTHER INVESTMENTS (90%); SECURITIES BROKERS (88%)

**Company:**  WELLS FARGO & CO (94%);  MORGAN STANLEY (58%)

**Ticker:** WFC (NYSE) (94%); MS (NYSE) (58%)

**Industry:** NAICS551111 OFFICES OF BANK HOLDING COMPANIES (94%); SIC6712 OFFICES OF BANK HOLDING COMPANIES (94%); NAICS523120 SECURITIES BROKERAGE (58%); SIC6211 SECURITY BROKERS, DEALERS, & FLOTATION COMPANIES (58%); BANK HOLDING COMPANIES (90%); BANKING & FINANCE (90%); NEW ISSUES (90%); SECURITIES & OTHER INVESTMENTS (90%); SECURITIES BROKERS (88%); INSURANCE AGENCIES & BROKERAGES (71%)

**Load-Date:** June 17, 2018

---

End of Document