# EXHIBIT K

# *Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final*

FD (Fair Disclosure) Wire

December 4, 2018 Tuesday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 5968 words

## Body

Corporate Participants

* Timothy J. Sloan

Wells Fargo & Company - CEO, President & Director

Conference Call Participants

* Richard Nigel Ramsden

Goldman Sachs Group Inc., Research Division - MD

Presentation

RICHARD NIGEL RAMSDEN, MD, GOLDMAN SACHS GROUP INC., RESEARCH DIVISION: Okay. So good morning, everybody. My name is Richard Ramsden, and I head up the financial services business unit here at Goldman Sachs. On behalf of the firm I'm delighted to welcome you all to our 29th Financial Services Conference. Over the next 2 days, we have 90 companies presenting, and as of this morning, we have close to 1,000 clients registered. So thank you all very much for coming along. We really do appreciate it.

To kick off this year's conference and in keeping with a long-standing tradition, we're very delighted to welcome back Tim Sloan, President and CEO of Wells Fargo.

We think that Wells Fargo is in a position to return both more capital and generate more operating leverage than any bank that we cover as we head into 2019.

Tim is going to give a brief presentation, and then he's going to join me for a fireside chat to talk about both the outlook for the economy as we head into 2019 as well as his priorities for Wells Fargo in the coming years.

So Tim, thank you very much for joining us. I really do appreciate it.

TIMOTHY J. SLOAN, CEO, PRESIDENT & DIRECTOR, WELLS FARGO & COMPANY: Great. Thank you, Richard, and good morning, everyone. It's good to be here. Thank you for inviting us. I appreciate your time.

Just a couple of provisos. The presentation that I'm about to give creates and has certain forward-looking statements regarding our expectations about the future. A number of the factors, many beyond our control, could cause results to differ materially from management's current expectations. And if you would, please refer to the

appendix for information regarding our forward-looking statements and where you can find more information about our risk factors.

Information about any of the non-GAAP financial measure -- measures referenced, including a reconciliation of those measures to GAAP measures, can be found in our SEC filings at wellsfargo.com where you can also open an account, by the way.

This is an updated version, this first slide, of our vision and value slide that we've been using at the start of our presentations for over a decade. It highlights our consistent vision of satisfying our customers' financial needs and helping them to succeed financially. It also includes our vision -- our values and the 6 goals that we established last year.

Our vision, values and goals are the foundation of our future success. We want to become the financial services leader in customer service advice, team member engagement, innovation, risk management, corporate citizenship and shareholder value. I'll update you on the progress that we've made toward each of these goals in 2019 and that our plan's to continue to make progress on these goals and our priorities for 2019.

But first, let me summarize our third quarter results, which included an ROE of 12.04%, an ROTCE of 14.33%.

We generated positive operating leverage on both a linked quarter and a year-over-year basis. And we continue to have strong credit quality, high levels of liquidity and capital. And to Richard's point, we've more than doubled our capital return to shareholders compared with the third quarter last year.

We also had positive business momentum in the third quarter, which included primary consumer checking account growth, which was up 1.7% from a year ago; increased debit and credit card usage with both debit, credit card -- or debit card purchase volume, up 9%; And then consumer general purpose credit card purchase volume, up 7% from a year ago.

We had higher loan originations with auto up 10%; small business up 28%; home equity up 16%; and personal loans and lines up 3% from a year ago.

And we also had growth in our C&I loans, with Corporate and Investment Banking loans up 9%, driven by increases in Asset Backed Finance and Corporate Banking. Commercial capital was up 5%, which was driven by capital finance and our equipment finance business.

With less than a month to go in 2018, let me highlight some of the trends we've seen so far this quarter. We remain modestly asset-sensitive and we currently expect net interest income to be up slightly for the full year with the fourth quarter being relatively stable, plus or minus, compared to the third quarter.

Based on balances through the end of November and actually through last week, we are seeing consistent growth that we saw in the third quarter. We currently expect C&I loans to increase while CRE loans are expected to continue to decline. Consumer loan balance should reflect higher credit card outstandings given typical seasonal trends. But we continue to expect declines in home equity and auto loan balances, although auto loan originations are expected to increase from the third quarter.

First mortgage loan balances will reflect the sale of a $2.5 billion of unpaid principal balance of Pick-a-Pay PCI loans in the fourth quarter, which we expect to result in a gain in line with the approximately $600 million that we realized in the third quarter.

In terms of deposit betas, we continue to experience strong competition in our commercial businesses and Wealth and Investment Management while retail deposit pricing remains relatively stable.

In terms of mortgage trends, as we indicated in our third quarter earnings call, we expect fourth quarter originations to be down, reflecting seasonality in the purchase market, but in line with the industry, which is expected to be down approximately 15%. We also indicated that we expect the production margin in the fourth quarter to be within this

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

year's quarterly range of 77 to 97 basis points and we currently expect it to be approximately in the middle of that range.

Turning to expenses. As you all saw, the FDIC Special Assessment, which cost us approximately $165 million in the third quarter, will be eliminated starting in the fourth quarter. And we're on track to achieve our 2018 expense target of between $53.5 billion to $54.5 billion, which includes approximately $600 million of typical operating losses and excludes litigation and remediation accruals and penalties.

Let me now turn to our longer-term focus and how hard our team is working to transform Wells Fargo. While there is a lot more work to do, I'm confident that the substantial progress we've made on our 6 goals this year are building a better Wells Fargo for all of our stakeholders and will drive our future success. We highlight a few of our major accomplishments for each of the goals on these next few slides.

Starting with customer service and advice. We sent an average of more than 36 million zero balance and customer-specific balance alerts per month during this year. This is just one example of the customer-friendly initiatives we've implemented, which are helping our customers better manage their accounts. The changes we are making have a positive impact, including retention of our primary consumer checking customers, which reached a 5-year high in the third quarter.

In terms of team member engagement, which is our second goal, earlier this year, we increased the minimum hourly rate for our U.S.-based team members to $15 per hour, which benefited approximately 36,000 team members. We also reviewed pay for team members whose salaries were at or slightly above the new minimum wage and we increased the base pay for an additional 50,000 team members.

We also granted an award of restricted stock rights for approximately 250,000 team members with a 2-year vesting period, which helps to tie their success with what's important to our shareholders. Our efforts to make Wells Fargo a better place to work also reflected in our voluntary team member attrition in the second and third quarter being at the lowest levels that we experienced in 5 years. We'll continue to make improvements in team member engagement based upon the feedback that we received from our new team member experience survey.

We're also -- we've also continued to introduce industry-leading innovation using technology to provide our customers more control and transparency. In October, 28% of all of our retail mortgage applications were done through our new online mortgage tool. We also recently lost -- launched, excuse me, Control Tower, I'll talk about that more in a minute, which provides customers' control over their Wells Fargo accounts. And the response to the newly enhanced Propel Card has exceeded our expectations.

We're working very hard to transform how we manage risk at Wells Fargo and our goal is not only to meet, but exceed regulatory expectations so that we have the best risk management in the industry. During the year, we hired new leaders in key roles, including our new Chief Risk Officer, Mandy Norton; our new Chief Compliance Officer, Mike Roemer; a new Head of Regulatory Relations, Sarah Dahlgren; and a new Chief Operational Risk Officer, Mark Weintraub.

We continue to have constructive dialogue with our regulators and we're taking their detailed feedback and making changes to our operational risk and compliance risk management structure. A key milestone in this process is our newly enhanced risk management framework, which transforms how we manage risk throughout the organization in a comprehensive, integrated and consistent manner.

Leadership and corporate citizenship is 1 of our 6 goals because we believe that Wells Fargo should play a role in building stronger communities. According to a recent survey on corporate giving by the Chronicle of Philanthropy, the Wells Fargo Foundation was the #2 corporate cash giver in the United States last year. We also have been a large donor, and this year the foundation announced that we're going to target $400 million in contributions in 2018 to communities across the U.S., a 40% increase from a year ago, and we're on track to achieve that milestone. For example, we recently announced a total of $1.7 million in donations to support relief efforts to the California wildfires. These donations are going to be distributed among multiple organizations in Northern and Southern

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

California to help with housing and disaster recovery, firefighter and first responder support, small business recovery and community relief.

Another example of our focus on corporate citizenship is a commitment that we made earlier this year to finance $200 billion in environmentally and socially beneficial business opportunities by 2030.

As part of our goal of delivering long-term shareholder value, we're committed to generating high returns and returning more capital to shareholders. This commitment was demonstrated in our most recent CCAR results with the shareholder returns included in the 2018 Capital Plan being approximately 70% higher than our previous 4-quarter capital actions. In the third quarter, we increased our quarterly common stock dividend by 10% and we reduced our period-end common shares by approximately 4% when compared to a year ago.

This year, we're -- we've also established dollar targets, as we've talked a lot about, for noninterest expense for 2018, 2019 and 2020 to help our shareholders better track the progress in terms of us becoming more efficient.

So we're on track, as I mentioned earlier, to achieve our expense targets of $53.5 billion to $54.5 billion this year, $52 billion to $53 billion in 2019, and $50 billion to $51 billion in 2020. Each of these annual expense targets includes approximately $600 million of typical operating losses and excludes litigation and remediation accruals and penalties. Our expense targets reflect our commitment to -- of improving efficiency, the transformational changes that we're making across the businesses as well as changing customer preferences, including the adoption of digital self-service capabilities.

And while we're focused on reducing our expenses, we've continued to invest in the future, including increasing our investment in technology, which includes spending on regulatory and governance, safety and soundness, innovation, IT simplification, business support and growth and data management.

We expect total technology expense to increase by 10% this year, spending a total of approximately $9 billion, which includes approximately $800 million specifically for cybersecurity.

We believe the investments we're making today to modernize data and to accelerate the pace of innovation will lower costs in the future while protecting our customers' information and improving the customer experience, which will enable us to grow and build more long-term relationships.

As I mentioned earlier, as part of our 6 goals, we're focused on innovation, and this slide highlights some of the new products and services we've launched or piloted during 2018. We've enhanced our ability to deliver personalized advice, increased our digital acquisition and improved our customers' control over their payments' activities.

There's a lot of examples on this slide, but let me just highlight a few of them. We recently launched our Greenhouse pilot in select market, which is a new stand-alone mobile banking app with money management tools. The Greenhouse app comes with 2 different deposit accounts, one for bills and one for day-to-day spending that's tied to a debit card. With bill money separate from spending money, customers are less likely to accidentally spend money intended for important bills. This experience is designed to help new-to-banking customers, including students, to spend with greater confidence and stay on track with personalized modifications and reminders to help them along the way.

Control Tower, which I mentioned earlier, provides customers with a single view of their digital financial footprint, including their Wells Fargo debit or credit card or account information -- where account information is connected, including, importantly, recurring payments. It also allows customers to quickly turn on and off their credit and debit card from their mobile device. We offered debit card on-and-off functionality earlier this year, and now over 90% of debit card on-and-off requests are handled digitally. Since late September when we launched Control Tower with the added functionality, approximately 2 million customers have interacted with Control Tower and over 80% of those customers are going to the recurring payments list.

Our enterprise API platform, Wells Fargo Gateway, which integrates our services with partner platforms, now has 10x the API traffic ahead -- at the start of the year. Our commercial customers are also actively using our new

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

biometric log-in, which we fully rolled out in April, with approximately 46% of our CEO Mobile active users utilizing this new feature by the end of the third quarter.

We've accomplished a lot in 2018, and I'm more excited than ever about the opportunities that we have in 2019 as we continue to transform Wells Fargo. Our priorities are anchored on our 6 goals and include continuing to execute on our consumer strategy, which I highlighted in detail at Investor Day, and our streamlined approach to serving our Wholesale customers. We're using feedback from the recently completed team member survey to improve the team member experience. We're attracting new customers and deepening relationships with our customer-focused innovation, which I just gave you a few examples of. We're enhancing compliance and risk management and exceeding the expectations of our regulators. We're also focused on customer remediation, and next week, we expect to resume remediation for customers who may have been impacted due to issues related to the automobile collateral protection insurance policies purchased through a third-party vendor on their behalf.

We're continuing to be a leader in corporate citizenship, which includes our goal of donating 2% of our after-tax profits to corporate philanthropy starting in 2019. And in order to increase shareholder value, we're focusing on achieving our 2019 expense targets and returning more capital to our shareholders.

We are building a Wells Fargo to be the most customer-focused, efficient and innovative Wells Fargo ever, characterized by a strong financial foundation, a leading presence in selected markets, focused growth within a reasonable risk management framework, operational excellence, and above all, a highly set of engaged team members.

So thanks very much, and now we'll take some questions.

Questions and Answers

RICHARD NIGEL RAMSDEN: So perhaps we can start off with a broad question around your economic outlook for next year. There's obviously a number of conflicting signs from financial markets. There's a lot of concern around where we are in the cycle. When you look across your platform, both on the consumer and the corporate side, do you see any red flags on the horizon? And how do you think the environment will change next year?

TIMOTHY J. SLOAN: Yes, it's a great question and it's something that we talk about a lot. We're in the late innings of a long cycle. It's unclear exactly how that -- long that cycle is going to last. But today, we don't really see a lot to be concerned about. Now we're concerned anyway, that's what we do. But when we look at the consumer, the statistics that I gave in terms of debit card and credit card activity, continues into the fourth quarter. I was just looking at, yesterday, some of the holiday season numbers and they're up in the high single digits. My guess is that's what you're going to hear from folks over the next couple of days. We continue to see employment increasing. We continue to see wages increasing. In fact, the biggest concern that I hear from our customers, small business, middle-market corporate customers is their inability to hire enough workers, employees to execute on their growth strategy. So our expectation is that we'll continue to see good wage growth. We're not really seeing any sort of cracks from consumer delinquency or consumer loss standpoint in any of the product types. On the commercial side, again, it's more of the same. I think there was a -- we had a little bit of a concern when we saw energy prices decline and what that might -- impact it might have on the energy portfolio. But now they've come back a bit and it's much more resilient than it was before. But we're really not seeing a lot of cracks. There's a lot of things to be worried about. But overall, I think we continue to be cautiously optimistic for not only the fourth quarter, but for 2019, though it's probably unlikely that we're going to see the same GDP growth that we saw in the second and the third quarter.

RICHARD NIGEL RAMSDEN: Okay, great. So perhaps we can move on to the consent order. You've talked about having a good dialogue with the Fed and you've also talked about planning to operate under the cap for at least the first part of next year. Can you update us on the progress in terms of getting it lifted? And I guess, the most important question is, is there anything that you would be doing strategically that you cannot do as a result of the consent order?

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

TIMOTHY J. SLOAN: Sure. There's really nothing new to report in terms of the timing or the dialogue with the regulators, whether it's related to the consent order or any other area. We've introduced our new risk management framework, that's up and operating. We've -- are continuing to improve compliance and operational risk. We've got a little bit more work to do, but we're executing the plan as opposed to designing it and so that reflects a fair amount of progress. We're still planning on operating under the asset cap through the first part of next year. It's really not impacting our ability to serve our customers in any of the businesses today. We've talked about that a lot. I appreciate why that continues to be a question, but it's really not having much impact. And it's not really impacting what else we want to do and we're continuing to innovate, we're continuing to invest, we're continuing to hire really high-quality people. So, so far, so good.

RICHARD NIGEL RAMSDEN: Okay. So perhaps we can talk a little bit about capital returns as well. So what is it, $23.5 billion buyback announced this...

TIMOTHY J. SLOAN: What do you think about that?

RICHARD NIGEL RAMSDEN: I think it's great. The question is...

TIMOTHY J. SLOAN: Nobody in the room guessed that, by the way. You guys are all pretty smart too.

RICHARD NIGEL RAMSDEN: So despite the fact that you're on track to return over $20 billion of capital this year, your capital ratios are actually flat at 11.9% and your target is 10%. So 2 questions. The first is, what's your ability to both grow the dividend and the buyback from here? And perhaps you can talk about that in the context of the NPR, that Governor Quarles put forward on the SCB?

TIMOTHY J. SLOAN: Sure. So let's maybe start with the SCB. There's an NPR out there, which I know you're all familiar with. It seems unlikely that the stress capital buffer will be implemented for this next CCAR and maybe the CCAR after that. But I do think it's prudent to take it into consideration when you're thinking about capital planning for next year and the year after that, which is when we hand in our capital plan for next year, it'll include both of those periods so we've got to be thoughtful about that. But Richard, we haven't deviated from what we said a year ago and that is that our goal is to get down to what we believe is an appropriate level of operating capital with a little bit of a buffer. Again, the stress capital buffer could have some impact on that, that's uncertain right now. And to your point, we're at 12% right now. There was a little bit of recalculation in the third quarter related to consumer -- or commercial real estate loans, which had about a 20 basis point effect. But because of the fact that our balance sheet has remained relatively similar, it hasn't grown a bit because of the asset cap and we've had some loan runoff, which we've talked about. Most of that were risk-related reasons from our perspective or because of the runoff of legacy portfolios, we still have excess capital. And our plan continues to be over the next couple of years to get down to that low 10% level. And so I think your expectation should be that we're going to continue to return capital at a fairly aggressive rate because we can.

RICHARD NIGEL RAMSDEN: Okay. So let's segue to some of the business trends. So I guess, 2 questions. The first is, I think you've now grown checking customers for 4 straight quarters. Can you talk a little bit about some of the trends across the consumer side of the business and whether you think that the business has started to inflect from a growth standpoint? And then, secondly, you did talk about operating leverage. I think the third quarter was the first time that you actually had positive operating leverage in 2 years. What's your ability to continue to drive that operating leverage into 2019?

TIMOTHY J. SLOAN: So in terms of the consumer business, we're seeing good growth. I mean, we've clearly turned from where we were a couple of years ago. You highlighted checking account growth, and primary checking account growth, a year ago, was about 0.7% or 0.8% or 0.9%, and now it's 1.7%. We still believe we have the ability to grow beyond that. I think that reflects the impact of the changes that we've made in our retail business. We changed the management team, we reduced the number of layers, we changed compensation, we improved training, we've got new products and services and we're really seeing a slow but steady improvement in that business and our expectation is that is going to continue and 1.7% primary checking account growth is not enough. If you look at some of the other consumer businesses, we're -- we've talked a lot about the auto business and now we saw the originations flatten out in the second quarter, grow in the third quarter. Our expectation is that they're

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

going to grow in the fourth quarter. We're doing that by not opening up the credit box and taking a whole lot more risk. It's really just getting back to the basics in that business given the restructuring that we've done in the business. The mortgage business continues to be good, I would say it's not great just because we've got an overcapacity in the market today, that's not new news. We'll get through it. Our diversified model means that we've got better ability to compete than maybe others. And the credit card business, with the result of some of the new products like Propel that we offered this summer as well as some seasonality and improvement, is going to mean you're going to see some continued growth in the credit card business. So overall, we continue to be optimistic about our ability to grow. Now having said that, you're going to continue to see a decline in legacy Pick-a-Pay portfolio that's running off or we're selling it. And you're going to continue to see a decline in the home equity portfolio. At some point, we'll see an inflection in the next year or so. But home equity demand is actually pretty good. And the last question -- or keep going.

RICHARD NIGEL RAMSDEN: Yes, perhaps could you just expand a little bit on the loan growth outlook. Just so I think your -- this year, I think your loan's going to be roughly flat, give or take, and as you said there's various moving pieces in there. How do you see that evolving as you head into 2019?

TIMOTHY J. SLOAN: Well, we've seen some good growth in C&I throughout the year and it's accelerated a bit for us. You saw growth in some of the portfolios that I highlighted, Corporate Investment Banking and Commercial Capital in the third quarter. We're continuing to see that momentum in the C&I portfolio. So our expectation is that we'll see that growth -- we'll see growth in 2019. Commercial real estate continues to decline, though the rate of decline is slowing down a bit. Again, we love commercial real estate, it's an important business for us, but I think that's one of the portfolio -- or one of the product types that we're being relatively conservative about. As it relates to the rest of the consumer portfolio, it's more or less what I've said, and to continue with that, we -- our expectation is sometime mid-next year, you'll see the inflection in our -- the size of our order portfolio, so actually the total balances will increase. And we continue to believe that we're going to see increases in first mortgages, even with slightly higher rates, and credit card.

RICHARD NIGEL RAMSDEN: Okay. So perhaps we could talk a little bit about the out -- deposit outflows in Q3. So the industry broadly saw outflows in terms of nonoperating deposits, I think it was roughly 5% in the third quarter. Does that in any way change your view around asset sensitivity? You talked a little bit about deposit competition remaining intense in parts of the Corporate and Wealth Management business. What are you seeing on the retail side? And are you concerned that you are going to see deposit betas perhaps ramp more quickly as we head into '19?

TIMOTHY J. SLOAN: Well, I think it's prudent to plan for an increase in deposit betas because I think it's logical to assume at some point that the rates that we're providing to our customers will catch up and start to move a bit faster than what we've seen. And that's really what we've seen, to your point, so far in 2018. Deposit beta -- if you look at the point in 2015 or '16 when the Fed started to increase rates from where we are today, the deposit betas are up on a faster rate this year than they would be for the average of that entire period. But it's a tale of kind of 3 cities in -- -- or 3 portfolios. In the basic retail business, we're not seeing much of anything, it's low single digits. And I think more of that competition is actually occurring in our -- in marketing spend. And whether that's new offers to open an account or some sort of a tie-in to another product, we are seeing an uptick in terms of rates on -- at a 1-year market rate in CD product. So I think you're seeing that across the industry. But our expectation is that on the retail side, deposit betas will still be lower than maybe what all of our models would indicate. And I think that, that really reflects the fact that unlike maybe the last cycle, so much of what we're offering to our customers is free. You think about free checking, right, with very little usage or with deposit activity. You think about the innovation that we're providing and others are, too, in terms of Control Tower or real-time balance alert. There's real value to that and I think customers are appreciating that. So our expectation is that while betas might increase on the retail side, they probably won't reach the heights of what we saw in the last cycle, but we'll see. On the Wealth side, we're seeing betas in the mid-30s, which is a slight uptick. I think that's pretty consistent with the market. What's interesting is that the deposits are not actually leaving Wells Fargo, they're going into other investment products. And to me, while that is a little bit disappointing because deposits are down, it's actually not because it's the right thing to do for your customers, to get them into the right products. We're seeing higher betas in the kind of mid-60s in the commercial business and that really hasn't changed that much.

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

RICHARD NIGEL RAMSDEN: Right. So credit costs are running at 30 basis points, but they've been relatively stable now for a long period of time and I think that's roughly half of your estimated normalized level. What sort of economic environment does it take for you to get back to normalized losses? So for example, if we saw unemployment increase by 150 to 200 basis points, if economic growth slowed close to 0 or even went slightly negative, what do you think that would do to your credit portfolio in terms of loss rates?

TIMOTHY J. SLOAN: Yes, I haven't -- we haven't run that scenario, but we can. I'll go back. So my guess is, based upon the quality of the portfolio today, if it happened -- if all that happened tomorrow, it would probably portend a more problematic economy and so we could imagine that over time then after that, getting back to kind of that mid-60s kind of loss rate. If what you're describing is a scenario where over a reasonable period of time we get to that levels, I don't think it would significantly impact. And the reason I say that is look back to where we were 2 years ago, which was more or less the environment that you just described, and our losses were not increasing, they were continuing to decrease.

RICHARD NIGEL RAMSDEN: Yes, okay. So we have a few minutes. Let me see if there's any questions from the audience. Perhaps one more from me then. You've sold a number of businesses over the last few years.

TIMOTHY J. SLOAN: Sold some branches this weekend, yes.

RICHARD NIGEL RAMSDEN: So where are you in terms of going through the business, rationalizing the business and in terms of divestitures? And I guess, conversely, I appreciate you can't buy a deposit-taking institution, but other acquisitions that you would consider perhaps on the technology side or in terms of nondeposit-taking financial institutions?

TIMOTHY J. SLOAN: Yes. So we have stepped back and looked at all the businesses that we're in as a company and concluded, to your point, that there are some businesses that are worth more to someone else and worth more than we think that they're valued on our platform or not long term or medium term were going to provide the appropriate returns from a shareholder standpoint and when we see that, and that's the case, we'll exit the business. We're focused on making sure that not only do we get a good price, but that the team is taken care of, and to the extent that whatever business we're selling, it also continues to have an impact on our remaining customers, that we make sure that we sell it to someone that we're comfortable, not only will give us a good price, but will treat our customers well. And so far, that's been the case. We'll continue to apply that discipline to the company for as long as I'm associated with it, I just think that's prudent management. And businesses change, customer tastes change, so you've got to be a little bit flexible. I don't think there are significant changes that we're going to make to our platform. But at the margin, we're going to continue to have that discipline. On the technology and innovation front, I don't necessarily think that the only strategy that we would want to employ would be acquisition. When we think about innovation, we look at does it make sense to build it ourselves? Does it make sense to partner with somebody like we've done with Blend, for example, with the mortgage -- or the online mortgage application? Does it make sense to make an investment? Or does it make sense to make an acquisition? And I think any one of those strategies is appropriately employed and you'll see us continue to use every one of those strategies.

RICHARD NIGEL RAMSDEN: Yes, okay. We have time for one question from the audience, if there is one. Okay. Sure, One at the front.

TIMOTHY J. SLOAN: Yes.

UNIDENTIFIED ANALYST: Could you just talk a little bit about your thoughts on [pooling] excess liquidity given the uncertainty higher yield curve? And whether you've started to add duration in that book, given your commentary on that would be...

TIMOTHY J. SLOAN: Yes. It's interesting, we haven't added a lot of duration. We've talked about it a fair amount. But what's interesting is that because the yield curve has flattened a bit, the cost of not investing, right, or not adding duration has really gone down and it's allowed us to have a little bit more flexibility. So a long answer to your

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

question, we haven't added a lot of duration, but we're seeing an improvement in yields and particularly on the short end.

RICHARD NIGEL RAMSDEN: Okay. So Tim, thank you very much.

TIMOTHY J. SLOAN: Thank you. Appreciate it.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

# Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

**Transcript:** 120418a12210295.795

**Subject:** HOLDING COMPANIES (92%); EXECUTIVES (91%); SECURITIES & OTHER INVESTMENTS (91%); INVESTMENT ADVISERS (90%); INVESTMENT MANAGEMENT (90%); NEW ISSUES (90%); STOCK OFFERINGS (89%); COMPANY ACTIVITIES & MANAGEMENT (79%); RISK MANAGEMENT (79%); BANKING & FINANCE REGULATION (78%); SHAREHOLDERS (78%); INVESTMENT TRUSTS (77%); SECURITIES LAW (76%); BUSINESS ETHICS & CORPORATE CITIZENSHIP (74%); CORPORATE SOCIAL RESPONSIBILITY (74%); ECONOMIC CONDITIONS (71%); CUSTOMER SERVICE (70%)

Wells Fargo & Co at Goldman Sachs US Financial Services Conference - Final

**Company:** GOLDMAN SACHS GROUP INC (98%);  WELLS FARGO & CO (95%)

**Ticker:** GS (NYSE) (98%); WFC (NYSE) (95%)

**Industry:** NAICS523930 INVESTMENT ADVICE (98%); NAICS523920 PORTFOLIO MANAGEMENT (98%); NAICS523110 INVESTMENT BANKING & SECURITIES DEALING (98%); SIC6798 REAL ESTATE INVESTMENT TRUSTS (98%); SIC6289 SERVICES ALLIED WITH THE EXCHANGE OF SECURITIES OR COMMODITIES, NEC (98%); SIC6282 INVESTMENT ADVICE (98%); SIC6211 SECURITY BROKERS, DEALERS, & FLOTATION COMPANIES (98%); NAICS551111 OFFICES OF BANK HOLDING COMPANIES (95%); SIC6712 OFFICES OF BANK HOLDING COMPANIES (95%); BANKING & FINANCE (92%); SECURITIES & OTHER INVESTMENTS (91%); BANK HOLDING COMPANIES (90%); INVESTMENT ADVISERS (90%); INVESTMENT BANKING (90%); INVESTMENT MANAGEMENT (90%); NEW ISSUES (90%); ACCOUNTING (89%); STOCK OFFERINGS (89%); RISK MANAGEMENT (79%); BANKING & FINANCE REGULATION (78%); CONFERENCE CALLS (78%); REAL ESTATE (78%); INVESTMENT TRUSTS (77%); REAL ESTATE INVESTING (77%); SECURITIES LAW (76%)

**Person:** TIMOTHY J SLOAN (93%)

**Load-Date:** December 7, 2018

---

**End of Document**