# EXHIBIT L

**Video Name:**    Watch CNBC's full interview with Wells Fargo CEO Tim Sloan
CNBC:    Wilfred Frost
Wells Fargo:    Tim Sloan
Date & Time:    Tuesday, December 4, 2018, 11:32 AM EST

| Speaker | Time | Text |
|---|---|---|
| Wilfred Frost | 00:00 | We were just talking about some of the bearishness in the stock market.  It certainly has taken a bearish tone in the last three to six months.  When you talk to your customers and look at all the data you get from them, does it match with that Bearish tone? |
| Tim Sloan | 00:13 | It does not.  When I talk to our customers, it's across the board, corporate, middle market, small business (I'll get back to small business in a minute), commercial real estate.  They continue to be really optimistic about the economy.  They will say their biggest challenge is hiring enough people to continue to grow the business.  In fact, we came out with our Wells Fargo/Gallup Small Business Index today and the results for small businesses were off the charts, highest ever.  Again, biggest concern, hiring people. |
| Wilfred Frost | 00:45 | Which is a good concern to have, … |
| Tim Sloan | 00:46 | Absolutely. |
| Wilfred Frost | 00:47 | I guess.  The markets today are slipping because of fear that the Trump/Xi trade truce is superficial but temporary.  Is that a big fear for you and your customers that trade tone could worsen again? |
| Tim Sloan | 01:01 | It could be but when we look at the impact of tariffs related to China on the U.S. and our customer base, it's not significant.  NAFTA would have had been … had a bigger impact, if we hadn't reached some sort of agreement and Europe has a bigger impact on the U.S. than China does.  It certainly impacts those multinational companies that have more of a presence in China. |
| Wilfred Frost | 01:27 | Many people kind of fear we're late cycle.  The guys were just talking there about inverted three- to five-year part of the yield curve.  You said earlier in your presentation that even a zero percent GDP or 1.5% pickup in unemployment wouldn't lead to credit risks spiking for you, what about interest rates?  What level of increase in rates from where they are would make you fear that the credit risks would spike? |
| Tim Sloan | 01:49 | Oh, at least 100 or 200 basis points higher.  Again, it's not a question as much of the level but it's a question of the pace.  If so that occurred over one- to two- to three-year period and was accompanied by economic growth, I don't think it would have a big impact.  If for whatever reason – we can think of a lot of them – rates would go up 100 basis points, that might have a bigger impact. |

4816-2033-9410 v.1

| Speaker | Time | Text |
|---|---|---|
| Wilfred Frost | 02:13 | Jim Cramer mentioned earlier on the Show that Tim you're often positive on the economy.  I just wanted to get this particularly because there's fear out there, will I say.  You really are – no reason to be concerned from what you see in the U.S. economy? |
| Tim Sloan | 02:23 | Well, let me answer this in the following way, that is, I was a history major in college and I believe in history and I believe in cycles.  We've been in a long economic recovery.  It's been a little bit more muted than prior economic recoveries.  That may mean it's going to last a bit longer but I think we need be very wary of the fact that at some point we're going to have a cycle.  What we see today in the economy, what we're seeing from our customers is generally a positive and so we're not overly concerned.  Wilfred, we have thousands of people that work at Wells Fargo.  Every day they worry about a recession happening tomorrow and that's how we have to worry about running a business. |
| Wilfred Frost | 03:05 | I want to touch on loan growth because your loan growth, for total loans and average loans have been flat this year.  You pay yourself about 2 to 3%.  Why is there that lag and will it catch up? |
| Tim Sloan | 03:13 | There's always a story.  In fact, what you see in our loan growth is that we have some legacy portfolios, residential mortgages that we acquire from Wachovia ten years ago, some of the home equity portfolio that's running down because there are legacy loans that we wouldn't be originating today.  We decided about two years ago to be a little more conservative in the auto business and we let our originations decline a little bit.  We've made enough changes and are more comfortable with that business so you're starting to see loan growth in the auto business.  We see credit card growth.  We see growth otherwise in residential mortgage.  Our CNI book is growing nicely.  On the wholesale side, the other area that's been slower is on commercial real estate.  We're being cautious today. |
| Wilfred Frost | 04:02 | I want to talk about the FED asset cap.  Originally the tone that came from the bank is that you wanted it or hoped for it to be lifted by this fall, which hasn't happened.  So, what's the hope now as to when that limit to your growth might be removed from the FED? |
| Tim Sloan | 04:15 | So originally we were hoping it would be lifted by the end of this year and what we're – our view today is that we're operating under the asset cap and our expectations are sometime in the first half of next year but, Wilfred, it's on us to make sure that we're making the improvements that we've talked about with the FED in operational and compliance risk.  To be able to demonstrate that they should be comfortable to lift the asset cap.  We've got plans in place.  We're executing on those plans.  We've got a terrific leadership team on the risk side.  So I'm optimistic that we'll continue to make progress.  But we need to demonstrate that we're deserving of the asset cap being lifted. |

-2-

| Speaker | Time | Text |
|---|---|---|
| Wilfred Frost | 04:58 | Would there be things you would be doing differently if it was lifted?  I mean the loan growth's a bit slow and you're buying back lots of stock.  Would the balance between them be different if you were able to grow? |
| Tim Sloan | 05:06 | No, not really.  When we first… addressed the asset cap what we did was we reduced the number of non-operational deposits or deposits from financial institutions around the world.  They tended to be lower value in terms of… returns and the like.  That gave us more than enough capacity to be able to operate under the asset cap.  So it's not affecting our ability to serve our customers today or grow that customer base. |
| Wilfred Frost | 05:39 | I want to touch on the sales practice scandal and what's happened since.  I mean, a number of times whether it's on sales calls or a television interviews you've sort of suggested you thought the worst was behind you.  And yet as recently as October the chief administration officer and the chief auditor were place on leave because of "quote, historical retail banking sales practice issues."  When will you be able to say once and for all, well and truly, the cleanup is done? |
| Tim Sloan | 06:04 | Well, I don't think we ever want to say and declare victory on anything because I think one of… part of the experience that I've had at being in this role is that you *need* to continue to raise the bar of terms of expectations on all your products and all your services, on all your operations, day-in and day-out.  But, I will tell you, in terms of our review, which when I stepped into this role in the 4th quarter of 2016 I said, "look, we're going to look everywhere within the company:  every drawer, we're going to look at processes, people, policies – everything."  We're well through that process and that review process and we've been very disclosive in terms of if we find any, we report it; it creates a little bit of instability but I think it's the right thing to do. |
| Wilfred Frost | 06:48 | As part of that process you've looked into not just the consumer bank where the original problems were, you've looked across *all* of your businesses. |
| Tim Sloan | 06:54 | All of our businesses.  Absolutely |
| Wilfred Frost | 06:55 | And indeed, as you said, have disclosed some problems which you've found there:  foreclosure of homes which you've found earlier this spring, for example.  Do you feel like if other big banks of your size did a similarly immersive review of all their business lines they would find similar issues? |
| Tim Sloan | 07:10 | They would… |

4816-2033-9410 v.1

| Speaker | Time | Text |
|---|---|---|
| Wilfred Frost | 07:11 | Was there an unfair focus on Wells Fargo? |
| Tim Sloan | 07:12 | No.  No, I've looked…  Look: I don't want to…  My responsibility is to be CEO of Wells Fargo.  I think the major banks in the country are very well run.  I think as an industry we've made a lot of progress in terms of addressing regulatory issues, post-crises.  I think in terms of improving products and in terms of improving service and the like.  I'll let you ask that question to our competitors. |
| Wilfred Frost | 07:39 | Okay.  Well, I will do that.  But do you feel like, whether it's regulators or the media that you're being unfairly singled out?  Let me take this a step further. |
| Tim Sloan | 07:49 | yeah – |
| Wilfred Frost | 07:49 | I mean the fact that this Fed punishment was placed on you – and unprecedented punishment on the last day of Janet Yellen's time in office.  What do you make of the timing? |
| Tim Sloan | 07:59 | Look.  Do we wish we were operating under an asset cap?  Absolutely not.  (Right?)  Is it our responsibility to demonstrate that we're going to make the changes, to not only meet but exceed regulatory expectations?  To have the asset cap lifted?  It's our – it's on us.  We'll take care of that. |
| Wilfred Frost | 08:17 | What do you think of the impact to the midterms?  There was a lot of hope, bank stock responded accordingly, of a deregulatory environment when President Trump came into office.  And indeed, there was some deregulation.  Do you think the benefits of that are over now that the House of Representatives has switched to the Democrats? |
| Tim Sloan | 08:34 | Well, I think that what's going on right now in each of our regulators is that there is a review of some of the changes that have been made – new regulations, new policies, new procedures – post financial crisis – and whether or not those are working as planned.  And one example could be the capital planning CCAR process.  There's been a lot of discussion at the Fed as to whether or not they want to make some changes. I think that's all good.  I don't think it makes any sense for the pendulum to swing all the way back to where we were in 2006 or 7.  We never want to go back there.  And, we think – I think – a number of the regulatory changes that have occurred, and the oversight, has been good for the industry.  We have more liquidity now in capital now than we ever have.  We're in such great shape to be able to withstand – if you go back to the original question — any sort of economic downturn. |
| Wilfred Frost | 9:30 | To sort of finish, I want to ask how your regular updates with Warren Buffet are going, because I was interested recently that he initiated a big, new position in one of your competitors, JPMorgan.  I think in |

4816-2033-9410 v.1

| Speaker | Time | Text |
|---------|------|------|
|  |  | dollar terms now his stake in Bank of America is bigger than Wells Fargo.  Are those updates with him are still very amicable, still going well? |
| Tim Sloan | 09:51 | Sure, we have very good dialog.  There's so much to learn from Warren Buffet and so I really enjoy our discussions.  One of the reasons why his ownership of Wells Fargo, for a dollar terms, is declining is we're buying back so much of our stock because we've increased our shareholder returns — |
| Wilfred Frost | 10:12 | Does he encourage you to do the buyback?  Di he like that idea? |
| Tim Sloan | 10:15 | Uh, We didn't talk about the mix.  He allows and want us to run the business the way we see fit.  That's my job.  He always wants more return, as any of our shareholders do, but we've got to make sure that, that, he appreciates that we're continuing to buy back our stock at a pretty rapid pace.  In addition to raising the dividend, because he wants to stay under the 10% cap. |

[End of the video]

4816-2033-9410 v.1