# EXHIBIT O

Video Name: Fed Asset Cap Not Impacting Wells Fargo, CFO Says
Bloomberg: Scarlet Fu, Joe Weisenthal, Caroline Hide
Wells Fargo:    John Shrewsberry
Date & Time:    Tuesday, January 15, 2019

| Speaker | Time | Text |
|---|---|---|
| Scarlet Fu | :00-:25 | We're speaking with John Shrewsberry to give us some more and John, I want to look ahead here for Wells Fargo, as I'm sure your management is keen to do as well.  One of the things that the firm announced along with the results is that you will be operating under the Fed's asset cap through the end of the year instead of just the first half of 2019.  Talk to us about what that means for the bottom line and what that means for specific growth initiatives that Wells was perhaps looking to unfold but perhaps now put on hold. |
| John Shrewsberry | :25-2:25 | Sure, so just to reflect on where we are just as a stepping off point for that…just point out what the numbers are for the fourth quarter. We generated 6.1 billion dollars of net income, a 13-ish percent return on equity, revenue is down a little bit but we hit our expense target, credit is very much in shape, we grew loans, we grew deposits, we had big loan origination growth – double-digit as a matter of fact in student loans and small business loans and home equity loans, and 9 percent growth in auto origination so, there's a lot happening in the business.  With respect to, to the expectation that the asset cap will be around a little bit longer, it reflects a very large complex body of work that we're working on with the Fed to, to satisfy the terms of the consent order that we entered into a year ago and it will take longer.  There's no, there's nothing more to read into that other than that it's a big body of work and it takes long, it takes time to execute on.  It doesn't really impact our day to day strategic activities or the way we serve our either consumer or commercial customers.  When the asset cap went into place a year ago there were a couple of things we described and curtailed at the time to make sure there was plenty of headroom under the asset cap.  Those were some institutional deposit-taking businesses which were inefficient users of balance sheet and so we took down our balance sheet to a little bit below where it was at the end of 17 and that plus what's happened in the market for deposits this year as more deposits have flown into, or flowed into ah, into money market mutual funds and cash equivalents, has created, frankly, plenty of headroom to operate under.  So, it ah the, there's nothing more important than getting the work right to deliver against the requirements of the consent order.  It's what we're all focused on but it isn't really having an impact on how we deal with the lion's share of our 70 million customers every day.  Hope that's helpful. |
| Joe Weisenthal | 2:25-2:50 | John, there's incredible amount of interest and question about what is happening with the state of the overall economy, is it deteriorating, are we headed for recession, slowdown?  Data has been kind of unclear on this.  From your perspective, have you seen anything, just in pure ego, uh, from the pure ego perspective, in the last month or so far in January that worries you? |

| John Shrewsberry | 2:52-4:30 | Sure, so we, you know we got news in the 4th quarter that things around the globe were slowing a little bit more than was previously discounted in to asset prices I think.  That gave rise to a lot of market turbulence but, you know, probably that and, and our own economists downtick on the expectations for business fixed investment in 2019, have taken our expectation for US GDP growth to about 2.5 to 2.6 percent in 2019 down from about 2.9 percent in 2018.  Ah, but certainly up meaningfully from the trend of GDP growth for the 10 years prior.  So, we're at very full employment.  Um, ah, the number one issue, the number one issue that most businesses that we talk to seem to be reckoning with frankly is staffing themselves appropriately because the labor market is as tight as it is that's leading to very strong consumer spending.  We saw debit card flows up 8 percent in the 4th quarter from a year prior and credit card up 5 percent.  And you know we're as big of a debit card processor as any bank so that's very representative of the broad economy.  So consumers are spending money and consumers are employed and to knock that off of its pace, my sense is that it's going to take something significant.  Businesses probably react a little bit more quickly and maybe there's a little bit more risk off.  But you know 2.5, 2.6 percent growth in 2019 is something that you would have was enviable and quite strong in the 10 years prior to last year.  And frankly, there's a lot to do in the banking environment, for us in that environment. |
| Caroline Hide | 4:31-4:52 | You're sounding quite bullish on the US there for overall but I know that you're predominantly focused on the United States since you've only got a small footprint when it comes to the United Kingdom.  But some of your clients, some of your customers must need your help particularly when it comes to investment banking in Europe and indeed in the UK.  Does any sort of Brexit vote that concerns the uncertainty there affect your business and is it affecting your clients? |
| John Shrewsberry | 4:53-5:48 | Sure, so our biggest European set of activities is UK based.  We have a variety of markets activity in investment banking across the European Union but our, by count, our team members, our customers, our assets deployed are in the UK.  Frankly the number one thing we're looking at is, is a resolution along some lines that people can tolerate because the extension of uncertainty is crippling and it causes people to make, to make choices that they're forced to make without full information.  I think that the, both the European economy and the UK economy can adapt to whatever people ultimately agree on.  It won't leave anybody particularly happy but the sooner the better so that folks can begin to plan and implement their plans.  Like those of us with European businesses formerly based in the UK have had to plan to move headquarters, move people, etc. for certain parts of our business outside the UK. |
| Caroline Hide | 5:48 | Yeah businesses |
| John Shrewsberry | 5:48-5:51 | We're years into this now where we need to get going. |