# EXHIBIT P

## *Wells Fargo & Co at Credit Suisse Financial Services Forum - Final*

FD (Fair Disclosure) Wire

February 12, 2019 Tuesday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 5353 words

# Body

Corporate Participants

* John Richard Shrewsberry

Wells Fargo & Company - Senior EVP & CFO

Conference Call Participants

* Susan Roth Katzke

Crédit Suisse AG, Research Division - MD & Senior Analyst

Presentation

SUSAN ROTH KATZKE, MD & SENIOR ANALYST, CRéDIT SUISSE AG, RESEARCH DIVISION: Okay. We're going to get started with our next session. I'm so pleased to be joined by Wells Fargo's CFO, John Shrewsberry. Thank you for joining us this morning.

JOHN RICHARD SHREWSBERRY, SENIOR EVP & CFO, WELLS FARGO & COMPANY: Great to be here.

SUSAN ROTH KATZKE: I have to say I missed you. Here last year, I had Tim with us, but we're glad to have you back in the hot seat. So we're going to run this as a fireside chat, and...

JOHN RICHARD SHREWSBERRY: Chat away.

SUSAN ROTH KATZKE: And if you're ready to get started, so am I.

Questions and Answers

SUSAN ROTH KATZKE: So let's start with your view from a macro standpoint. On the January earnings call, you or Tim spoke to being cautiously optimistic about the outlook for 2019. So does that still hold?

JOHN RICHARD SHREWSBERRY: Yes, it does. I think we were just under 3% GDP growth last year, is my best guess. And this year, we're forecasting probably just under 2.5%, maybe a little bit impacted by the shutdown at the first part of the year having an impact on Q1. But 2.5% growth or even just underneath that is still -- it's above trend for the last several years and feels pretty good. Unemployment frankly couldn't be much better. And the labor force keeps growing, and unemployment is staying in the 4% range. That's all very good. Asset prices, hard assets in general, commercial real estate, single family real estate and the like, have been good for our customers and good

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

for banking. Market certainly went sideways in the fourth quarter, and I think our expectation this year is probably a range bound with if there's risk, it will be to the downside. If something funny happens, we're very late cycle. We're going into the political season, and that could have an impact. But cautiously optimistic. We see it in customer activity, both consumer and commercial activity. Not a lot of excess risk-taking going on, but people are spending and borrowing to do it as well. So reasonably good.

SUSAN ROTH KATZKE: And your sense for the shape of the yield curve going forward, potential rate hikes?

JOHN RICHARD SHREWSBERRY: Yes. So I think at this point, we've got one mid-year hike baked into our forecast. And my sense is that's probably a flattening move because unless inflation really picks up, now that there's a sense that global growth is probably a little bit weaker, it just seems like it has many times over the last 10 years to come in and have a bullish influence on the long end. And I think that flattened things out.

SUSAN ROTH KATZKE: I wish we all had really good crystal balls. I'm curious, as we sit here, and you mentioned late cycle first. We are late cycle. There's considerable uncertainty as to how long we've remained late cycle. What do you watch most closely for signs of slowing? And are those signs -- the signs that we used to watch for, are they the same signs that you can look at going forward?

JOHN RICHARD SHREWSBERRY: I think so. So as monetary policy seems to have shifted toward an outright expectation of a pause or certainly a slowdown, what we previously had forecasted as 2 or more moves leading to, actually, the prospect of negative GDP growth in 2020 in the prior forecast seems to have abated a little bit. So this cumulative effect of tax reform will have -- that initial burst will have run its course. That slows things down a little bit, the higher cost of a less accommodative monetary policy will slow things down a little bit. I think the backdrop of the prospect of an anti-business sentiment in the political rhetoric, I think, causes people to pull their horns in a little bit and take a little bit less risk at the margin. So looking for what's going on in business fixed investment, I think, is a big deal because those are decisions people are making about having incremental capacity or the next best capability 3 months, 6 months, 12 months, 18 months down the road. And if businesses are pulling back in that way, then that's the sense that they're less willing to do that because they see less of a market or less of a payback on what they might do. We see it in the borrowing trends and our activity late cycle, one of the first places it shows up is in commercial real estate financing markets because things are so tightly engineered, so competitively bid, so intermediated in a way, that it seems -- that market seems to heat up the furthest the fastest. And that has been going on now for a period of time. A real shift in certain types of lending from banks to nonbanks, where -- especially in the post--- Dodd-Frank post crisis regulatory regime, where there's more of a tolerance for incrementally aggressive risk-taking in nonbank structures. That's certainly happening, too. So all those things are going on. But I -- with employment where it is and with -- if we're really in a 2.5-ish percent GDP growth range for this year, those are fixed solid numbers, much better than we've had for years and years and years. So I wouldn't want to declare anything other than cautious optimism.

SUSAN ROTH KATZKE: Okay. I'm glad we brought it back to that point. So with that in mind, and when we think about your business and willingness to make fixed investments, let's talk a little bit about flows and volumes and start with loan demand and what you're seeing in your business maybe in commercial in particular when you look at the H.8 data, it would indicate that loan growth is healthy and has actually picked up a little bit more into the first quarter. And so I'm curious what you're seeing and if there's any thought around how much this is a function of the debt capital markets versus the traditional lending business. Is it defined as health in the economy? What do you see?

JOHN RICHARD SHREWSBERRY: Yes. So just rolling the tape back to the fourth quarter, we had a big disruption. There were a lot more bank lines used because markets were less hospitable. Some were closed, and some were just a little bit expensive. And so higher-quality borrowers went to their banks and said, "We'll borrow there and term it out when the time is right." And lower quality borrowers were boxed out from capital markets. And if they could work out something with the bank, they did. So that contributed to more loan growth in Q4. In Q1, broadly, in the middle market, things are -- they feel kind of, I'll call it, not quite 3%. At least that's the feedback that I'm getting from our team. Higher credit quality borrowers are still using banks even though the bond markets opened. So not crystal clear what leads to that, but we're happy to have it. Some of those financings in Q4 haven't run down the

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

way we caution people that they might. They still might, but as people tap the market and take it out. On the asset base side, the receivables inventory type financing, still very robust demand for loans there. We're very busy there. Commercial real estate really was -- it was less hospitable in the capital markets in Q4, and maybe that's bled into Q1. So I think we'll see more commercial real estate being done on banks' books than what was being done outside the bank sector at the margin. Still competitive, still -- you have to pick your spots, but I think there'll be more happening with banks at least in Q1 versus Q4, or maybe versus Q3. So all that's supportive. And on the consumer side, this is more Wells Fargo-centric. But we've been working hard to get our branches comfortable, making more and more referrals into the lending partners in our businesses. So we mentioned on our last call that we've seen double-digit pickups in, call it, 9% to 15% pickups in student loans, on balance sheet student loans, in home equity and in small business loans as well. So there's a lot going on there at a faster pace than what's happening in the general economy. But it was just more a function of us turning those back on in a more deliberate way. So that's what we're seeing.

SUSAN ROTH KATZKE: Okay. And on the deposit side of the equation, and we're going to wind this into the NII and NIM outlook, which I'm sure doesn't surprise you.

JOHN RICHARD SHREWSBERRY: I'm surprised, I checked my watch, I'm surprised it's taken you that long.

SUSAN ROTH KATZKE: Come on. So the -- look, deposit flows absolutely matter to your business, as does deposit pricing. So are you seeing deposit flows keeping pace with the loan growth that you're seeing today? And what of pricing?

JOHN RICHARD SHREWSBERRY: Yes. So deposit pricing at the margin is -- for the most rate-sensitive customers, is extremely competitive. And people are paying up so you'll see that in the high net worth categories, where people will take excess liquidity and move it out of banks and into money market mutual funds and other cash equivalents. You see corporate treasurers very sensibly behaving similarly. And then for core retail deposit activity, for new customer acquisition or new incremental money promotional-type activity, whether it's through CDs or other offers, those are extremely competitive. There's a full court press by the entire banking community for those types of deposits. In Q1, deposits tend to roll down from where corporate treasurers, for example, would have rolled up in Q4. So if flows are growing in Q1, I don't expect -- I'll be surprised if aggregate deposits do also, just because of seasonal customer activity. We're out there like everybody else sort of doing hand-to-hand commerce, trying to make offers, win customers on the deposit front. But the core retail base has maintained a very low cost of funds throughout this whole normalization in the fed funds market, and we're happy for that. We don't -- we've described it as outperformance because it's not modeled to behave that way, but it really has. And when we get to talking about net interest income for the year, I think of that as a risk to the extent that, that really began to move. And maybe it's less likely to move. If the Fed does a pause with one more move it's going to happen. But it is still a risk because it's still outperforming the [way there].

SUSAN ROTH KATZKE: Okay. And so for the last piece until we get to the NIM, liquidity management, where the yield curve sits today, are you willing to redeploy excess liquidity?

JOHN RICHARD SHREWSBERRY: A little bit. It's a lot less compelling when mortgage-backed securities, for example, are basically a breakeven to cash when you have option value embedded in them. And so we look every day and think about entry points, and we do some reinvestment of amortization payments, et cetera, coming off of that bond portfolio. But it's certainly no slam dunk when the curve is flat as it is and you have to have a point of view about where we might be 6 months, 12 months, 18, 24 months down the road or what those entry points might present and whether you want to have dry powder or not. So short answer is more cautious. Not sitting on our hands, but more cautious reinvestment.

SUSAN ROTH KATZKE: Okay. So if I put all of that together, I'm going to quote you and try and put words in your mouth. So what you said on the January call is that NII growth in 2019, it won't come easily. It will rely on net loan growth and deposit pricing. Deposit pricing is behaving okay. Loan growth is a little bit healthier. Can we wrap that up into at this moment a little bit more cautious optimism that you can drive NII growth in 2019?

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

JOHN RICHARD SHREWSBERRY: So I would sort of bracket the likely outcomes for 2019 as plus or minus 2% from 2018 on the minus side depending on what happens at the long end of the curve, on the minus side on what happens with deposit pricing, on the minus side what loan growth is throughout the course of the year and where the loan growth comes from. Not all loans are created equally from a spread point of view. And on the plus side, the things that you mentioned, we could stay in an accommodative deposit pricing environment. We could have slightly faster asset growth, whether it's loans or securities, there's a handful of things. But I think that's the relevant range. And if we're likely to be outside of that, we'll mention it.

SUSAN ROTH KATZKE: Okay, fair enough. So let's shift to noninterest revenue growth. And I promise you we're going to get to expenses. And on that front, you've been very, very clear. I think the bigger issue vis-a-vis earnings visibility for Wells Fargo as we see it is revenue growth. And so we've discussed NII, and I feel like that's -- maybe it's not fair that that's manageable. But it feels somewhat more controllable. With fee income, it feels a little bit more challenging. Some of it is market-driven. Some of it is micro-driven. But in wealth management and mortgage banking, which are 2 bigger noninterest revenue categories for you, you're up against some tougher headwinds to manage through. So let's start with wealth management. And the revenue stream feels, to me, a little bit challenged. Some of that is macro market values having come down in the fourth quarter, some of it may be still a little bit specific to Wells Fargo and the inquiries that are still open. How do you think about this in the near term and longer term?

JOHN RICHARD SHREWSBERRY: Sure. So we're still referring into our financial advisory Wealth and Investment Management business almost $1 billion a month of brand-new assets. So that feels very healthy, it's a real organic low cost of acquisition source of AUM activity. That's good. On the market side, we talked about it all the way up with the S&P, the business is levered to the level of markets, and we were benefiting from it at the time. And it will cost us revenue when things go sideways or down. And they went down in the fourth quarter, and we'll see where they go for the rest of this year. On this core business, so -- or the question of how many advisers, how productive are the advisers, et cetera, that's a -- it's a big question. It's a bigger question for Jon Weiss and Dave Kowach and the team that runs that. But recruiting the right mix of advisers with the right incentives and the right structure, those that are doing a type of business that is good for the client and good for Wells Fargo, not just good for the adviser, and doing that in a healthy way over time. So that as we figure 3 years from now, 5 years from now and even further out in the future, there's a real sense of how that business is going to operate through the long term. It's harder and harder to find as many clients, who are interested in full-service brokerage. It's very -- it should be a very expense-conscious activity for customers. Planning is as important as it ever was and putting all of our resources in front of customers in a way that helps them really understand where they are and where they're going are things that people value and will pay for. But exactly how that's delivered compared to the status quo is something I don't think has been -- and that hasn't been cracked there yet. So the short-term issue of where markets are and the sort of the medium to longer term issue of what is the structure that's appropriate for customers and is good business and how is it staffed and how is it executed, those things are still on the table for us and, frankly, for others in the same industry.

SUSAN ROTH KATZKE: Sure. But I am encouraged to hear that the $1 billion referral level is stable.

JOHN RICHARD SHREWSBERRY: Yes. Actually, I think it's stable at $10 billion a year, which is a little less than $1 million a month. But it hasn't really moved. It's what we do year round.

SUSAN ROTH KATZKE: Okay. So let's switch to mortgage banking for a minute. And it's a tough business right now for everyone on both the originations and on the servicing side. It's a big business for Wells Fargo. I'm curious. You've been in this business for a very long time. So you've watched these cycles occur. Do you expect capacity to exit the market? And how will that play out this time around?

JOHN RICHARD SHREWSBERRY: Yes. Apparently, exiting begrudgingly, we saw some news this week that at least one other originator has given up. It's hard to stay in that business if you're a pure-play mortgage originator and servicer if you're not actually making money or making a fair return on the capital that you have invested. So it seems like some capacity is beginning to come out. We're still operating in the gain-on-sale range that we talked about on the last call, maybe at the high end of that range, but that range has moved down from where it was -- has

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

been historically. We've been in the business a long time. We've got real share, both on origination and in servicing. We've stepped back from some of what we've deemed to be riskier origination activities and even including FHA in the last couple of years, which was a big prior contributor to the overall share and profit -- and at least near-term profitability in the business. It came with a longer tail of expense than was originally forecast. So we love the business because it's near and dear to all of our customers' hearts. It keeps us close to the customers by servicing a loan over a long period of time. We've targeted our approach to loans that we're very happy to have on our balance sheet on the one hand in the jumbo sense, and loans that are -- have been unambiguous, clean box for underwriting and a transfer of risk to the ultimate investor in the Fannie and Freddie sense. And those are the markets where we're going to compete vigorously. We hope that over the course of this year and next that we end up earning even more share in those originations particularly in the Fannie and Freddie space. On the jumbo front, I think we probably get as much as we could -- it's an ALCO exercise, but we get as much as we could handle. We have a securitization capability there now if we try and rebalance a little bit on the asset front. But it's -- so it's lower gain on sale. It's good to have scale. It's good to have a lower cost of customer acquisition. The business is increasingly, going more digital, both on the front-end customer interaction and on the processing straight-through. Expenses have to come out, both of our model and everybody else's, in order to make the numbers work. And it's still a good time to be a borrower, I think.

SUSAN ROTH KATZKE: So you believe you can preserve profitability?

JOHN RICHARD SHREWSBERRY: Yes. I think we can improve profitability.

SUSAN ROTH KATZKE: Early actions -- right. I mean, you've taken early actions.

JOHN RICHARD SHREWSBERRY: There's more to take, but I think that we can improve profitability from where we are today.

SUSAN ROTH KATZKE: Okay. Anything else you want to add in terms of fee revenue streams?

JOHN RICHARD SHREWSBERRY: Yes. We -- there are other categories that we don't talk about. And when I'm in a conference like this, I'm reminded that one of our big opportunities in Wholesale Banking is the combination of our corporate banking activity and our Investment Banking activity. We have an enormous balance sheet with -- relationships with, frankly, everybody one might want to in this country and a great team on the ground. So we've actually combined those 2 teams that -- the cost takeout is meaningful, the coordination and the customer planning relationship management is a big benefit. And having the right sales trading research and Investment Banking resources on the ground. I think, even this year, I've already seen some of it in the first quarter, but it feels to me like that is more of a meaningful opportunity than we've taken credit for. So that's another stream that I would look for more out of.

SUSAN ROTH KATZKE: Okay, good. So let's spend 1 minute touching on the consent order. And any updates that you have and your thoughts on why this might be taking a little bit longer?

JOHN RICHARD SHREWSBERRY: Yes. I think it's taking a little bit longer because it's the first of its kind, and it is sort of an expanding body of work in terms of detail. And we're working -- it's very constructive, a lot of back and forth, no disagreement on the general direction we're heading in. But there isn't sort of a clear cut case for, first, this happens, then this happens, then that happens. Even though you might have read it that way, we all might've read it that way in the original letter, it's just a little bit more vague in terms of when completion exists. But we're making great progress, and I think the current sense of end of the year is -- seems like a reasonable one while that's happening. And there are a lot of resources, a lot of bandwidth devoted toward getting it exactly right because we do agree that it's the right thing for Wells Fargo. But because of what's happened in the deposit market and with the demand for loans, our ability to operate under $2 trillion, which is a really big number, isn't really impacting our everyday business with customers. We curtailed a couple of things, from securities finance activity and some institutional deposit taking activity right out of the gate a year ago, to sort of just bring the size of the balance sheet down. But then with deposit, so many deposits moving outside of banking from corporate and from high net worth, it's created this incremental buffer. So our regular busisess is running the way our regular business would run, which is good because it allows us to make sure we're focused on doing the right thing, satisfying the terms of that

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

consent order and not creating a pressure-filled environment, where we're trying to convince -- things happen faster than they could or to negotiate to try and get relief more quickly. It's just important that we get it done right and to the satisfaction of the regulators.

SUSAN ROTH KATZKE: Okay. So let's turn to expenses.

JOHN RICHARD SHREWSBERRY: Yes.

SUSAN ROTH KATZKE: And then I will open up for questions in about 5 minutes. So on the expense front. At the outset of the cost-savings initiative, you outlined $4 billion in total. If I think about how this process has unfolded at peers, oftentimes you go through this process, you start with a number. You've got an outline of where you're going. But as you go through the process and you automate one area, you start to realize that there's substantially more opportunity.

JOHN RICHARD SHREWSBERRY: Yes, I think that's exactly right.

SUSAN ROTH KATZKE: So as we go through this process at Wells, and we're now 2 years into this process, can you -- without taking you too far down this path, can you see an opportunity for $4 billion to become $4 billion plus, given just the amount of automation that can happen across your businesses?

JOHN RICHARD SHREWSBERRY: For sure. And automation is a piece of it. But the -- so the original approach was to go lever by lever, driver by driver across every business in every function and find areas. Really, a lot of them we'd categorize as compression and conformity, right? Because we're such big company that's been aggregated over a long period of time. So in anything that we do, it's likely that we do that thing 5 different ways or maybe even more. And so early on, the idea was roll up staff groups, roll up things that belong together, put like work together and then find the most efficient single way to do it or 2 ways to do it, if necessary, versus whatever the starting point was. And that's led to opportunities in selecting technology tools that eliminate excess. Certainly, headcount gets more streamlined. Premises get more streamlined, et cetera. There are -- there's really hundreds of project plans that roll up into that initial inventory. And the number of -- the aggregate total of this number of project plans that's sort of on the cost takeout side of our aggregate cost profile is substantially in excess of $4 billion. And we initially overshot. And as you've described, that process is still underway today as we do continually reinvest more and add more, along the compliance and risk management front, big technology resources to enable everything that we do. And in the environment that we're in, people cost more -- a little bit more year after year. Hopefully, that's in connection with productivity gains, et cetera, but there's -- that's the countervailing force to the cost takeout. So as we forecast, we continually reforecast over 9 quarters. That's what the combination of the status quo with the benefit of the takeouts that have occurred and those that are high conviction in our run rate, but the offset being money that's added in to pay for all of the remediation. I've mentioned compliance risk management, but also in businesses and functions and capabilities, et cetera. That's what gets us to the numbers that we've talked about. And before you ask, or maybe you're going there, but my sense is that this is now sort of a lifestyle on the continuous improvement front. And there's a reasonable expectation that, that happens as this carries on into the future once we've cracked the code on where we think we need to be from an overall compliance risk management, et cetera, investment point of view. There's an opportunity for us to be leaner in all that we do process by process.

SUSAN ROTH KATZKE: And that was good. You read my mind with my next question that as you go through this process, it has to become really a cultural exercise as banks of your size, I mean, realizing the scale economies at this point is the gold mine.

JOHN RICHARD SHREWSBERRY: It has to be. We can't raise prices.

SUSAN ROTH KATZKE: Exactly, exactly. And just to be clear, in terms of technology spending, as you go through these cost saves, we've watched you announce innovations across the platform, but that spending is sacred within Wells Fargo in terms of, you will not cut back on investment spend and technology spend from a strategic standpoint.

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

JOHN RICHARD SHREWSBERRY: I think I think that's right. That's right. And frankly, some of the technology expense that you might align initially with risk management, whether it's cyber risk management or other technology risk, just in terms of platform modernization, et cetera, actually becomes an innovation starting-off point. It enables innovation more broadly. And so there's a real -- at least a double beneficial impact for much that we're investing in, even if the first order of business is stability or information security or other technology security considerations. So that's a plus.

SUSAN ROTH KATZKE: Okay. Let me turn and ask if there's any questions with a few minutes on the clock still left here. Okay. I'm going to keep going. I've got a few more here for you. So in terms of the regulatory environment and CCAR, we've gotten a little look now at CCAR with the scenarios that were out last week. What's your take on these scenarios, both for what they are and for what they signal about the Fed's disposition?

JOHN RICHARD SHREWSBERRY: Sure. Well, the one thing that jumped off the page at our initial reading is that, I mean, there are, as you'd expect, appropriate severely adverse corrections in asset prices and employment levels, et cetera, which is how they're designed to operate. But I think in this year's scenario, we have a flight to quality for rates embedded in this scenario, which is beneficial from a -- or at least less harmful than last year's assumption that risk-free rates were going up when the economy was going down. So with the margin, that's probably helpful for those of us that have big fixed income portfolios. So there's that. The other question, which we won't know until we're in the process, and this is their -- a different approach to transparency. How do their models work? We've talked about that with them, and they've committed over some period of time to really try and open it up a little bit. So we'll see how the process operates this year. I think it operated pretty well last year. Still, there's a little bit of this uncertainty here on exactly where their results come from. But at least from where we were sitting, their outcomes weren't inconsistent with our outcomes in terms of the appropriateness of our capital plan. So I'm not looking for that to be any different or less transparent or less commercial this year.

SUSAN ROTH KATZKE: Okay. CCAR went awfully well for Wells Fargo last year based on our expectations and the market overall. And so, hopefully, another smooth experience with continued rationalization of the excess capital on your balance sheet. When I think, though, about your capital target and your CECL estimate, you've kind of shifted to a CET1 target of 10% plus, given the uncertainty around CECL and the stress capital buffer. So where do you really think capital for Wells Fargo is going? And not just -- not this year's CCAR per se, but generally speaking with the G-SIB surcharge, et cetera?

JOHN RICHARD SHREWSBERRY: Yes. So my best guess, and we'll know more with -- when we know how CECL will be dealt with in CCAR and when we know how the stress capital buffer will actually be applied. My best -- our best estimates today are that the -- that terminal level would be somewhere between 10.25 and 10.5. It's hard to say for sure. But with the risk of business risks and assets that we have today, that's probably right. We haven't officially changed the target because we don't have answers to those questions. But our scenario analysis of likely outcomes leads us to believe it's probably in that range. So we'll be pleased to get that detail back, so that we can actually process it and land on a number. But as you point out, over a 9-quarter CCAR plan, in terms of what the first year yields, which is all we're really talking about, one CCAR to the next, that number won't come into play. We'll be vectoring down in that direction assuming that our RWA forecasts, et cetera, remain as they are today, which I anticipate that they will.

SUSAN ROTH KATZKE: Okay. We are winding down on the clock. If anyone has a question, I'm happy to take it. If not, we do switch to a breakout room from here, which is right down the hallway. John, thank you so much for coming back.

JOHN RICHARD SHREWSBERRY: Thank you. Nice to be here. Nice to see you. Thanks.

SUSAN ROTH KATZKE: Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

**Transcript:** 021219a12290363.763

**Subject:** HOLDING COMPANIES (92%); INVESTMENT MANAGEMENT (89%); PRICES (78%); COMPANY EARNINGS (77%); LABOR FORCE (76%); INFLATION (72%); ECONOMIC GROWTH (71%); TRENDS (70%); GROSS DOMESTIC PRODUCT (66%); YIELD CURVE (60%)

**Company:**  WELLS FARGO & CO (95%);  CREDIT SUISSE GROUP AG (58%)

**Ticker:** WFC (NYSE) (95%); CSGN (SWX) (58%); CS (NYSE) (58%)

**Industry:** NAICS551111 OFFICES OF BANK HOLDING COMPANIES (95%); SIC6712 OFFICES OF BANK HOLDING COMPANIES (95%); NAICS524126 DIRECT PROPERTY & CASUALTY INSURANCE CARRIERS (58%); NAICS523920 PORTFOLIO MANAGEMENT (58%); NAICS522110 COMMERCIAL BANKING (58%); BANKING & FINANCE (92%); BANK HOLDING COMPANIES (90%); COMMERCIAL BANKING (90%); CONFERENCE CALLS (90%); REAL ESTATE (90%); INVESTMENT MANAGEMENT (89%); COMMERCIAL PROPERTY (77%); INSURANCE (77%)

Wells Fargo & Co at Credit Suisse Financial Services Forum - Final

**Load-Date:** February 17, 2019

---

**End of Document**