# EXHIBIT R

# Regulator Slams Wells Fargo After CEO Testifies to Congress

Dow Jones Newswires Chinese (English)

March 13, 2019 Wednesday 7:31 AM GMT

Copyright 2019 Factiva ®, from Dow Jones
All Rights Reserved



Copyright © 2019, Dow Jones & Company, Inc.

## NEWSWIRES
### DOW JONES

**Length:** 647 words

**Byline:** By Rachel Louise Ensign and Andrew Ackerman

## Body

Wells Fargo & Co. received a rare rebuke from a top regulator on Tuesday, minutes after its chief executive finished testifying before a combative House panel.

"We continue to be disappointed with [Wells Fargo's] performance under our consent orders and its inability to execute effective corporate governance and a successful risk management program," a spokesman for the Office of the Comptroller of the Currency said in a written statement. "We expect National Banks to treat their customers fairly, operate in a safe and sound manner, and follow the rules of law."

The bank is already under extreme pressure from its regulators. The Wall Street Journal reported Monday that officials at the OCC are debating whether to force out top executives or directors. Asked about the Journal's reporting at the hearing, Wells Fargo CEO Timothy Sloan repeatedly said he hadn't discussed the issue with OCC officials.

When pressed on the company's progress in meeting regulatory requirements on Tuesday, the CEO at points said he couldn't discuss the information or didn't know. Wells Fargo is also under an unusual order from the Federal Reserve that caps its growth.

House Financial Services Committee Chairwoman Maxine Waters (D, Calif.), who led Tuesday's hearing, suggested the bank should be downsized because it was too large to manage and urged the OCC to replace senior executives and board members.

The admonishment from regulators came immediately after Mr. Sloan completed four hours of testimony in front of Ms. Waters' panel, where he told lawmakers the bank had taken significant steps to change.

Members of the panel expressed skepticism and used the hearing to press Mr. Sloan on a litany of problems at the lender. Lawmakers frequently cut him off before he could fully answer their wide-ranging questions, which touched on topics including guns and private prisons.

Ms. Waters took a tough line in her new role leading the panel, earned after the Democrats won the House in November's election.

Regulator Slams Wells Fargo After CEO Testifies to Congress

"With all of this experience, and the length of time that you've been there, the roles that you have played, you have not been able to keep Wells Fargo...out of trouble," she said.

Rep. Patrick McHenry (R, N.C.) expressed exasperation with the steady drip of scandals at the bank. "Each time a new scandal breaks, Wells Fargo promises to get to the bottom of it. It promises to make sure it doesn't happen again, but then a few months later, we hear about another case of dishonest sales practices or gross mismanagement," he said.

Wells Fargo is still struggling to move past a 2016 settlement over opening fake accounts for customers. The scandal severely damaged the bank's reputation and prompted unprecedented regulatory scrutiny. Mr. Sloan, a Wells Fargo veteran, was named CEO shortly after the settlement and charged with fixing the company.

Since then, problems have emerged across the bank's other business lines, and the company is toiling under various regulatory orders to get its internal processes in order.

It wasn't Mr. Sloan's first time before Congress. In 2017, he testified before the Senate Banking Committee, where Sen. Elizabeth Warren (D., Mass.) told him he should be fired.

In both appearances, he has tried to take a different approach than his predecessor John Stumpf, whose disastrous 2016 Senate Banking Committee hearing fueled outrage over the sales-practices settlement.

In recent months, Mr. Sloan has personally met with House Financial Services Committee members, according to aides. In those meetings, he emphasized data points on customer and employee satisfaction in an effort to show how he says his bank has changed. Before his testimony, Mr. Sloan walked around the committee room, shaking hands with members.

Write to Rachel Louise Ensign at rachel.ensign@wsj.com and Andrew Ackerman at andrew.ackerman@wsj.com

(END) Dow Jones Newswires

13-03-19 0731GMT

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** March 14, 2019

End of Document