# EXHIBIT T

Video Name**:**    [CNBC interview with Wells Fargo CFO John Shrewsberry](#)
CNBC:         Wilfred Frost
Wells Fargo:   John Shrewsberry
Date & Time:   Friday, April 12th, 2019

| Speaker | Time | Text |
|---|---|---|
| Wilfred Frost, CNBC | 00:00 | On that topic, about Tim Sloan's departure… we just heard from Maxine Waters there, and she was relatively restrained compared to the likes of Senator Warren. Do you think Tim Sloan was treated unfairly by politicians? |
| John Shrewsberry, Wells Fargo CFO | 00:15 | Well, it's not for me to say whether he was treated fairly. He… uh, he was pretty clear that he thought that he had become a distraction, in his words, and that the company was better off in re-inventing itself and moving forward under a new CEO. And working with the board, the board decided that that person should come from the outside. I would say, though, that… that this was his last quarter as the CEO of Wells Fargo and… and you mentioned that we had a beat versus analyst expectations, but it was a quarter producing almost six billion dollars of net income, a lot of customer activity, customer feedback, in terms of their experience in our branches, is at three-year highs. Things are actually going really well on the ground with the company, as it relates to how we face off with customers and how we generate income. And that's a testament to the leadership that he brought to the company. But, in his view, he had become a distraction and it was time for somebody from the outside to lead the company going forward. |
| Frost | 01:13 | Well, the quarter might have been alright, but the guidance clearly wasn't. The share price down. I'm not so sure I would necessarily be celebrating on the day a three percent decline. Anyway, but back to the issue of Mister Sloan, I mean, how is morale at the company following, uh… what is another big moment, and a big negative moment, in terms of trying to shake off the issues of the past? |
| Shrewsberry | 01:33 | Uh… you know, I think morale is good. I think, uh… I think Tim having… having resigned and essentially made a sacrifice so the company can move forward -- while people will miss him – is good for the company because it allows people to focus on the work that needs to be done. It's a real gesture about the fact that some things need to be different, in terms of how we… we meet the expectations both of ourselves and our regulators around things like operational risk and compliance, which are the source of some of the contention over time. You may have been that we just got awarded in the last week that… uh … that we're among the top twenty-five of… uh… of sought-after companies for people coming from the outside. We've had some great additions of talent to our team, our attrition is actually quite low, and so altogether, I'd say as a reflection… there's definitely |

-1-

4813-3106-5042 v.1

| Speaker | Time | Text |
|---|---|---|
| | | a headwind, but people feel pretty good about working for Wells Fargo. And it helps that the results have been as steady as the results have during this period, notwithstanding our forecast for net interest income, as you mentioned. |
| Sara Eisen, CNBC | 02:32 | People may feel good about working there, but I don't know if people are going to be feeling good about taking that CEO spot. There's a New York Times headline that reads "Wells Fargo CEO Could Be Banking's Worst Job. It's Open." How long do you think this is going to take, and how hard is it going to be? |
| Shrewsberry | 02:50 | It's really hard to say. You know, the board… it's any board's first responsibility to attract and retain who they believe is the best CEO, and they've set about doing that. They've established a committee, the committee has engaged somebody from the outside and they're underway. It's been a couple weeks, um… and so we'll hear from them from time to time, I assume, as that process unfolds. And I have no doubt that they'll… they'll be able to attract a… uh… top quality talent for the role. |
| Frost | 03:20 | John, let's talk about that guidance on the net interest income, which clearly was… |
| Shrewsberry | 03:25 | Sure. |
| Frost | 03:26 | … was different from the likes of JPMorgan and PNC today. I mean, you only set the guidance in January, and on the call a few weeks back when… when Tim announced he was retiring, he said there's no surprise financial information to come, and you reiterated other aspects of the guidance very loudly and clearly – like cost-cutting – and didn't mention this. So… so what's happened? |
| Shrewsberry | 03:50 | Yeah, well, the guidance that we gave today overlaps with the guidance we've been talking about. We're just… we're… now that the yield curve has moved down and stayed down the way that it has… you know, at the end of the year we had a risk-off both in the equity markets and in bonds and bonds have stayed there. We make, uh… we make a lot of net interest income by re-investing in our bond portfolio. And we're probably a hundred basis points down from where we were in the fourth quarter, and the temporary nature of that, or the… the… the, uh… the possibility of that being more temporary seems like it's off the table. And so we understand that we'll be re-investing in a flatter and lower yield curve environment. That's a piece of it. There's also the question of what happens with deposit prices this year, the deposit costs, as we complete the Fed's cycle of hikes, is something that different banks will experience differently. We've maintained very low deposit costs through this, uh.. through this reversal of Fed policy, and we… we model and estimate that deposit costs might continue to increase. On our call today, there were some investors who assumed we were being a little conservative there – and maybe we are, in which case we'll outperform the guidance – but that's a possibility, and we want |

-2-

4813-3106-5042 v.1

| Speaker | Time | Text |
|---|---|---|
|  |  | to let people know that. So we said down two percent to five percent. Previously, we had said it might be down as much as two percent, and so whether it's down two, three or four will depend on a handful of things like what happens with industry loan growth, where the shape of the yield curve goes, what the slope of the yield curve is, and what happens with deposit prices. Those are among the things that are driving it. And it's a little bit different than what we heard from other people, but we'll see with the passage of reach quarter how… how, uh.. how people perform versus their guidance. |
| Frost | 05:26 | I… I guess that is the confusion because it is different from other people and… uh… and you're all dealing with the same yield curve. I guess one are of difference, uh… in the past quarter – and the past couple of quarters – has been loan growth—yours linked quarter-over-quarter was… was broad-based declines, commercial loans, consumer loans, mortgages, home-equity, credit cards and auto all fell. What do you think's going wrong there that isn't going wrong with some of your competitors? |
| Shrewsberry | 05:55 | Sure. Well, uh… well, there's a few different things at play. One of them is we've continued to sell down pre-crisis mortgage loans that we acquired when we merged with Wachovia ten years ago. We're very late in this credit cycle, there's a very strong bid for those loans, and so over the past few quarters we've been selling them, which has… uh… which has an impact on net loan growth overall. On the other side, we've been adding almost equally with newly-originated jumbo mortgage loans. We're the largest in that space, and uh… and those sit on our balance sheet. In our auto business, we've been shrinking it for a couple years. We're right now on the verge of growing it again. We've completely restructured it, and while we did that, we took our foot off the gas a little bit with respect to growth. And the anticipation that we shared with investors today is that, whether it's this quarter or next quarter, that balance should begin to grow again. Credit cards are just seasonally down because people pay down their credit card in the first quarter… their credit card debt in the first quarter after running up credit card receivables in the fourth quarter. That's a natural phenomenon. And then across the broad array of… of C and I loans, of different types of business loans, there are different things afoot, but we've got great growth in a handful of our businesses, and other businesses are more cyclical. As capital markets are opened, balances will run down in the fourth quarter. Capital markets were more closed and balances ran up, so, you know, we're all… we're all the product of the mix of types of loans that we have, and we're probably among the last firms to still be running off non-core assets from the financial crisis, which at this point in the cycle has an impact on the overall growth rate and an impact on that net interest calculation I gave because those tend to be higher-yielding assets, as well. |
| Eisen | 07:37 | John, are you still feeling the impact of the… of the scandals, in terms of reputational damage for consumer and prospective clients? |

4813-3106-5042 v.1

| Speaker | Time | Text |
|---|---|---|
| Shrewsberry | 07:47 | Yeah I would say with respect to our 70 million customers, you know we serve one in three households in the U.S., relationship's great, I mentioned the scores that we have for customer service and loyalty, etc. They're as high as they've been in three years, which predates the beginning of the sales practice issue in community banking. Um, but there's no question with prospects it's definitely harder because, you know, prospects don't have an existing relationship, they don't understand the product, the service, they don't have a person that they face off with and so to the extent that a portion of our growth is coming from adding new people, new customers to the mix, we're adding some of those at slower rates than we did previously. That's still in the numbers. |
| Frost | 08:32 | John, I wanted to ask about the Fed asset cap. Of course it's not being lifted was one of the big blows, I guess, of Tim's most recent year or so in charge. Your new CEO, interim CEO, Alan Parker was asked by Matt Connor of DB on the call what you're now going to be doing differently compared to the last six or twelve months to get that lifted. He said "The basic answer to your questions is we're going to be working harder and smarter and we're going to be focused on execution and doing that with a sense of urgency." I'm sure that you wouldn't say under Tim the work was not hard or smart or urgent. So what actually is changing and what prospect is there that this asset cap gets lifted anytime soon? |
| Shrewsberry | 09:14 | Sure, it's a great question. You know, I think what was missing in that summary and we could've done a better job, I think, conveying it earlier, is that there's an approach to planning the work, to hiring the necessary people to execute the work, then to executing the work, then to assessing the maturity of the work and then to sort of cycling back around and continually improving it. All of those things happen in a particular cadence. They began when the asset cap, or when the Fed consent order was put in place. There's a variety of different streams of work but each of them have that structure to them in terms of planning it out, putting the right people in, planning further at a more detailed level, executing, testing the execution and understanding the maturity. So, we're later in that cycle today, which is good. Later in some streams of work, I'm sure, than in others. But it isn't just doing the same thing over or doing the same thing harder, it's being further down the maturity curve of the type of work, the nature of work, that has to be done. And as I said on the call this morning, it's really business process by business process, thorough mapping and understanding, identification of risks and controls, and so that the aggregation of all that we do, and how we do it at Wells Fargo, is very well understood, well controlled and well governed. |
| Frost | 10:36 | John, I just want to ask a final question, a sort of broad question, about running a big bank like Wells Fargo. I guess one of the really complicated aspects of running a bank is the balance sheet, it's handling the capital, |

4813-3106-5042 v.1

| Speaker | Time | Text |
|---|---|---|
|  |  | which really your job day to day as CFO. Do you think it's possible to be CEO of a big bank like Wells Fargo having never had that experience of working in a bank and managing that balance sheet in the past? |
| Shrewsberry | 11:03 | Yep, tough to say. People bring different skill sets and different abilities to deal with complexity. There are lots of highly regulated industries, there are lots of capital intensive industries, there are lots of funding intensive industries and I'm sure the right candidate will have some combination of those things, if they don't come from within banking, that allows them to step in. And of course, it'll help if they're supported by people in a variety of roles that reflect the specific nature of the risks that we have as a G-SIB and at Wells Fargo in particular; credit risk, funding risk, capital, as you say You know, it takes a team to do that and I'm sure the board will find the right person. |
| Frost | 11:47 | Are you insulted it's definitely going to be an outside candidate? |
| Shrewsberry | 11:52 | Ha! No, I'm not insulted. I'm uh… I respect the way Tim approached it, I respect the way that the board approached it. And really, it is important to allow Wells Fargo to turn the page and that's what's happening here. |
| Frost | 12:07 | John, as always, we appreciate your time, particularly on earnings day. Thank you very much. |

4813-3106-5042 v.1