# EXHIBIT U

## *Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final*

FD (Fair Disclosure) Wire

May 30, 2019 Thursday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 7275 words

## **Body**

Corporate Participants

* C. Allen Parker

Wells Fargo & Company - Interim CEO, President & Director

Conference Call Participants

* John Eamon McDonald

Sanford C. Bernstein & Co., LLC., Research Division - Former Senior Analyst

Presentation

JOHN EAMON MCDONALD, FORMER SENIOR ANALYST, SANFORD C. BERNSTEIN & CO., LLC., RESEARCH DIVISION: Okay. Good morning, everyone thanks for joining us. Very happy to have Allen Parker joining us today. Allen's the Interim Chief Executive Officer of Wells Fargo. Allen, thank you so much for joining us.

C. ALLEN PARKER, INTERIM CEO, PRESIDENT & DIRECTOR, WELLS FARGO & COMPANY: John, thanks for having me. Happy to be here.

Questions and Answers

JOHN EAMON MCDONALD: So since it's the first time you're speaking on an investor conference, Allen, I thought maybe you could start by sharing a little bit about your background and how your past experience might be helpful as your role here as Interim CEO of Wells?

C. ALLEN PARKER: Sure. So I grew up in a small town, and I like to say, I still have a lot of small-town sensibilities. My parents were both public school teachers, and I worked my way through college and law school and then after law school I joined an outstanding law firm in New York, Cravath, Swaine & Moore. And there I was trained in a wide variety of subject matter areas, securities, derivatives, M&A and commercial banking. And when I became a partner, I really focused on Commercial Banking. It was a time when private equity finance was really coming into the forefront, and so I did a lot of work in that arena.

But then the last 4 years I was at Cravath, I was the so-called Presiding Partner, which is essentially the CEO of that firm. And in that role, I had kind of roll up to me HR, PR, finance, risk management. So those experiences, I think both the subject matter experience and also the leadership experience have played a role in helping me in the

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

role I'm in now. And I -- when I first came to Wells Fargo, I -- as you know, John, I was in the General Counsel role. And so I was charged with charting the company's approach to its legal affairs but also played a role in a lot of the strategic decision making as well.

JOHN EAMON MCDONALD: So what are your top properties? And what do you hope to accomplish as [group] CEO?

C. ALLEN PARKER: Well, we're very focused on, what I would really describe as 3 primary areas. One is, we want to do the best we possibly can in terms of customer service. Not a real surprise but an area where we're really working as hard as we can to think across the enterprise about what customer service should look like.

And secondly, we're focused on satisfying our regulatory priorities, really meeting and wherever we can, exceeding the expectations of the regulators. And then finally, we're engaged as you know, as -- in an ongoing transformation of the company. In trying to do all these things obviously, we're looking at trying to enhance performance across the company, reduce expenses, return capital wherever we can but those are the real priorities we're focused on.

JOHN EAMON MCDONALD: You mentioned transformation of the company. In your mind, what does that entail?

C. ALLEN PARKER: To my mind, the transformation of the company involves really being first rate in operational aspects of everything we do. We really want to achieve and instill and embed operational excellence. The second thing that I would focus on is trying to create an environment at Wells Fargo where people are highly skilled at execution, where you can pick a point on the horizon where you want to go, you can organize your efforts to do it, you can marshal up the resources, and you can really drive to a predictable, timely and high quality outcome. And then the final aspect of it is to instill as much as you can a culture of absolute integrity across the entire enterprise. And I use the words, John, intentionally, continue the ongoing transformation of the company because when you think about those things, achieving operational excellence, achieving high quality execution and especially maintaining a culture of absolute integrity. Those are -- that's a journey that never ends. You have to focus on it constantly, and I feel like we're making real progress on all those things. But when you piece everything together, you can see that it all is really designed to ensure that we never repeat any of the problems we had in the past.

JOHN EAMON MCDONALD: It's been about 2 months since Tim Sloan left and you were asked to move from General Counsel to CEO. Where have you spend most of your time? And what have been some of the surprises? What surprised you the most as you're taking on these new responsibilities?

C. ALLEN PARKER: Well, I've done the best I could to spend time with our customers. I think that everybody knows the customers are the reasons that we're there. And so I've tried to spend time with them. I've also spent a lot of time with our team members, and I most recently had a big town hall in Charlotte. There were 3,000 team members there and that was an interesting opportunity for me. I'd never done anything quite like that. And I was fascinated by the feedback we got from the team members, both there and afterwards. And then the final thing that I did upon taking on the role, I went to Washington and spent several days there, meeting with the regulators, trying to understand their concerns and trying to engage with them and the idea that we were going to be working even harder to satisfy their requirements. So that has all been a very time-consuming effort. But I think it's one, on all 3 fronts, that's going to really pay dividends going forward.

JOHN EAMON MCDONALD: So in your view, how would you describe the current state of Wells Fargo's relationship with the regulators?

C. ALLEN PARKER: I think if you go back, it's probably been now 6 weeks or so, I think everyone in the room knows that after Tim Sloan gave his house financial services committee testimony, the 3 of the regulators, the Fed, the OCC, and the CFPB put out press releases, which in and of itself was unusual, but they all 3 in various ways expressed some frustration with where the company was in terms of the progress that it made. So I think that gives you an idea about how they were looking at the relationship at least at that point.

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

We've done the best that we can to move down the road, in terms of enhancing the relationship with all the regulators. Part of that is conveying to them that we understand, and we frankly accept their criticism, and we're turning to try to deal with it in an even more effective way.

If I were going to use one word John, I would use the word constructive. I think -- and let me just step back because this is very rarely said. It's -- everybody needs to understand what an important role the bank regulatory bodies play in our system. They're there not only to ensure that major financial institutions like ours are safe and sound, they're there to protect and ensure the safety of the entire financial system. They are highly professional, they take their jobs very seriously, and we take their feedback seriously. What I found is that we have a new phase of constructive dialogue with them that's been very helpful to me, and I hope it's going to be productive in terms of reaching our goals of getting the past issues behind us.

JOHN EAMON MCDONALD: Yes. I think we heard from Tim for a long time that it was constructive so then to see the reaction that they had to the testimony was a bit surprising. So I guess, is it different now? Different constructive? Is there a new sense? I mean, did you -- what do you make of the prior relationship maybe not meeting up in terms of expectations or...

C. ALLEN PARKER: I think it's fair to say that we worked very hard the entire time, at least since I've been at the company, to try to understand their concerns and respond to them. I think that in some respects, we were probably a little bit more attentive now to everything they're saying. And frankly, in some cases, they've been speaking with greater clarity. That's just part of engaging in a much more active dialogue with them. I think we did a lot of hard work in the past, we're doing even more hard work now.

JOHN EAMON MCDONALD: You recently announced a strategic execution and operations group focused on regulatory priorities. What was the gap that you saw that you need to make -- is it some disconnect in terms of that relationship and what is this new group -- what is it going to focus on?

C. ALLEN PARKER: Well, as you know, we've made a lot of changes in terms of the most senior leadership of the company, the operating committee. Obviously, I came in as an outsider to the operating committee, maybe the -- I think the first person to come in from the outside at the operating committee level in as long as anybody could ever remember. But we've also had new people come in, in other control functions; Mandy Norton as the Chief Risk Officer; we've had Saul Van Beurden come in as the Chief Technology Officer; we've had David Galloreese come in as the Head of HR; and Julie Scammahorn came in as the Chief Auditor. And as I said at the Town Hall, you know a company is serious about the audit function when it brings in an ex-Marine as the Head of Audit, somebody who served in the Marine Corp for 14 years. So I feel like we have in place the leaders that we need to drive the process forward, and we've achieved now a combination of legacy people and new people.

So we have a really productive exchange of perspectives and ideas. What I was focused on in terms of creating the strategic execution and operations function was really the notion that in terms of the work that needed to be done to embed the operational risk and compliance functions, we needed to bring to everything a greater level of execution skill and execution. And part of the problem was, I think we were relying a little bit too much, for that execution, on the people who were heading up the lines of business and also the people heading the risk function. We've got work to do in the second line of defense risk and in the third line audit, but a lot of the work is real blocking and tackling in the first line of defense, the customer-facing businesses. So I wanted as much as possible, to use a kind of a funny expression, internally outboard some of the execution emphasis, so that we would have people who would assist the line of business leaders and the risk function in terms of actually getting it done. And the person who's going to lead that effort is Derek Flowers, who has been our very successful Chief Credit Officer. Derek is a person who's not only very bright but really understands organization, can see a task, bring organizational thinking to bare and really drive to a result in a way that I think it's going to make a difference in terms of delivering on what we want to deliver on.

JOHN EAMON MCDONALD: So given your role as General Counsel for 2 years and now as Interim CEO, you've been involved in the transparency Wells has been providing in its quarterly filings regarding the efforts to rebuild

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

trust and identify and update issues that you're finding. So what level of confidence do you have now that no new issues will be identified? And that you're putting the sales practices issues to rest?

C. ALLEN PARKER: So let me kind of roll the tape back 2 years. It was in the second quarter of 2017, where we made a decision that it would be the right thing for our customers, our team members and the investment community if we adopted a different approach to disclosure with regard to our legacy issues. So John, you mentioned the rebuilding trust area. What that part of our periodic filings represented was really a casting aside of the traditional notions of SEC materiality, and really trying to put in one understandable place, a description of how we were doing in terms of the management of our customer-facing businesses. So we started with sales practices, and then we launched off in an effort to try to uncover, ferret out any other issues that we felt were either related to sales practices or were part of a way of doing things in the past that we wanted to leave behind. Some of them related to, let's call them, stepping away from the proper path by team members, but a lot of them were also things like in the auto space that resulted from inadequate operational controls. And so we put all those in one place with the idea that we would find the problems, we would begin to address them, we would disclose them, always with the plan that as they were dealt with, we would move them out of the rebuilding trust area. So you probably all notice in our most recent 10-Q, the mortgage rate lock issue has now been remediated. And so it no longer appears in rebuilding trust. So John, we've done a tremendous amount of work, and I feel that we're way, way, way down the road in terms of discovering whatever issues were out there.

I would have to say that it wouldn't be appropriate for me to say that we've uncovered everything because that process is still ongoing. But I think we have made a tremendous amount of progress there. The one thing that you should expect to see is the matters that are set forth in rebuilding trust, in many cases are matters where the resolution of them or the remediation of them is still in progress. So you'll see some updatings and disclosure and from time to time, you're going to actually see public announcements by us or things in the press regarding the resolution of those matters. But I'm -- I always want us to make quicker progress and more effective progress. But I think we've done a lot, and I think there won't be much more.

JOHN EAMON MCDONALD: Yes. Investors are more concerned with the inflow of new items onto the list and that seems like that has slowed.

C. ALLEN PARKER: Yes. And look, I think everybody knows, everybody in here covers financial institutions, it is going to be the case that in a highly regulated industry where you're working with customers, every financial institution is going to have a certain level of problems. What we aim to do, if anything, is get to that level of problems and below our peers. And I think we're laying the foundation for doing that.

JOHN EAMON MCDONALD: Regarding the asset cap, where do you think there's been a disconnect with the regulators? And what still needs to be done to get the asset cap lifted?

C. ALLEN PARKER: Well, I guess I would start by saying that I don't think that there is a disconnect, certainly not today. I think in terms of the larger notions of what we want to achieve in terms of the Fed consent order, I think we are in agreement with the Fed. And just to refresh everybody's recollection, there are 2 parts to the Fed consent order: One is Corporate Governance, and dramatic changes have been made there over the last year. The goal is to really be a Corporate Governance environment that is best-in-class, and I think we're largely there. We've seen a real evolution in terms of the way that we analyze risk internally, and we've also seen a lot of changes in the way our board operates, the transparency to our Board, the deliberation by our Board and the Board committees, and we've seen a refreshment in the Board, the adding of a number of outstanding people, including, announced yesterday, the addition of Chuck Noski to the Board.

The second piece of the Fed consent order is operational risk and compliance. And there, I think there is a meeting of the minds in terms of what we need to do, but the task itself is a significant one. A lot of hard work has gone on already and that hard work is going to continue. As I said at first quarter earnings, I can't really put a timetable on that. The single most important thing to know is, it's going to get done, and it's going to get done in a first-rate way. Because to my mind, that's what we need to accomplish to have the company be what it can be.

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

We want to satisfy the regulators, we want to have the asset cap lifted, but reaching a state of optimal operational risk management and compliance is something we need to do foundationally to have the company grow in a safe and sound way. Now everyone knows that we have managed our balance sheet, restructured our balance sheet to be under the asset cap, I think we're $70 billion under it now. So we can serve our customers but obviously we would prefer not to be there, and we're going to do everything we can to get past the asset cap and ultimately the Fed order in a manner that's urgent but high quality.

JOHN EAMON MCDONALD: And just as a reminder, the process after you finish your work and feel like it's been completed, you then have a third-party come in to review. You're not at that stage yet, correct?

C. ALLEN PARKER: Right. We have a third-party review. We're not at that stage yet, but we're working diligently and I think very thoughtfully to get there.

JOHN EAMON MCDONALD: Okay. How about in terms of team member morale? You've had a lot of changes over the past couple of years, a lot of headlines focused on cutting expenses. How would you characterize morale within the company? And what are you doing to ensure that your top talent stays?

C. ALLEN PARKER: Well, I guess I would just step back for a second and say that one of the things that struck me about Wells Fargo when I came there was, I've never been involved with a company where there is so much loyalty to the mission and so much identification with the brand. And the way that I noticed it is that nearly everyone you meet has on his or her shelf or desk, a stagecoach. Sometimes they are huge, sometimes they are little tiny, but I think the brand means a lot to people, and they want to see it succeed. There have been some challenges for people from a morale point of view in the last couple of years. Nobody wants to see the company hit such a bump in the road, nobody wants to get up every morning and read words like "beleaguered Wells Fargo" or "scandal-ridden company." But I think what I've found, John, is that the pathway to maintaining morale is treating people as adults, being very open with them about what the challenges are, what we're doing to face those challenges. And I think what we've seen is a great deal of inspired rededication to the company and a lot of optimism about where we're going. And we really have not seen very much in the way of attrition. I think we've continued to have our voluntary attrition levels decrease quarter by quarter. And the other thing that I would say is, people want to come to work for the company -- at the company. It's a place that is incredibly collegial and collaborative. The question is, how -- in my mind, how do you maintain that collegiality and collaboration while also blending with it a greater sense of urgency to get things done and a greater focus on operational excellence? I have no doubt that, that can happen but what I've experienced with team members is a lot of optimism. And I, frankly, astonished by the level of support that they've expressed for me personally. It's been humbling. In the 2-day period after I assumed the role, I received over 1,000 team member e-mails, and that's great except you have to answer them, which is hard.

JOHN EAMON MCDONALD: And you mentioned being out at the town halls. What types of questions or comments are you getting most often?

C. ALLEN PARKER: Well, one of the indicators of what the culture is like, and I think this goes back for a quite a long time is that the team members at Wells Fargo feel that it's their company, which I think is a great thing to build on. And so they are not in the slightest bit shy about expressing their opinions. And I get a lot of questions from people. I get expressions of frustration that we're not making progress more quickly. I get very direct suggestions about what I could do better, what I should do differently. I think the thing, John, that struck me most about the town hall in Charlotte was the -- not only the number of questions but the thoughtfulness of the questions. One of the things we do, those town halls last for 90 minutes. Generally, I speak for a while, then we have 3 business leaders come out and we had Avid Modjtabai from PBSI, Mary Mack from the Consumer Bank and David Galloreese, who runs Human Resources come out, and we do question and answer there. And then after 90 minutes, we cut the live feed, but we stay there as long as there are people to ask questions. And the additional question-and-answer period went almost an hour. Because people are really focused on where the company is, and they -- I think some of the most thoughtful questions they were asking were about prioritization. How do you think about putting things first in a world where there may be questions about whether you can do everything. So I was very encouraged by it. It made me believe even more strongly in the franchise.

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

JOHN EAMON MCDONALD: Do you think this intense loyalty of the employees kind of led to what would seem like an insular culture that created some blind spots that led to the problems? And do you think that's getting fixed while retaining what might be good about the loyalty?

C. ALLEN PARKER: Yes. I mean, it's a very thoughtful question. I -- a lot of people have felt that the company was too insular, especially at the most senior levels. And I think that, that is something that's evolved significantly over time. I talked about the new people that have come in. Each one of those people has brought to the table a very different perspective. A couple of the people have come in from JPMorgan; Julie came in from Citibank; interestingly our Head of HR came in from Walmart.

And you may think, how is there a natural relationship in terms of what you want to do from an HR perspective at Walmart and translating that into Wells Fargo, but David to me is one of the best thinkers I've ever encountered in terms of organizational behavior and leadership. He's somebody who's very insightful about the way organizations work. And I think it's really brought greater dialogue and more productive and frank dialogue in terms of what we want to do. I think the question of insularity is one that will fade in the company over time and part of it is just setting out very clear expectations at the operating committee level and making sure that they are carefully and thoughtfully communicated throughout the company.

JOHN EAMON MCDONALD: In terms of the CEO search that's going on, I know it's a board decision and a board process. I believe you're not really involved with it but what do you believe will be the important characteristic that the board should be looking at and will be looking at for a new CEO?

C. ALLEN PARKER: Yes. I guess in terms of the CEO search, the most important thing to understand is that -- is for now that when the Board asked me to take on this role, they really gave me a mandate to do what I thought was the right thing to make progress. And they have been incredibly supportive in that regard because as you've heard, we've tried to do some things that are new and different. And I think we have seen some progress already result from that. I'm not involved in the search. They formed a search committee and they've retained an outside adviser. I think that what they're going to be looking for really is somebody with a proven record of leadership, who understands not only the challenges that Wells Fargo has but also the extraordinary opportunity, the strength of the platform. And I know they are very, very dedicated to doing the search in a right way, and I know they'll do it, and I don't really have a timetable. I know they're working very hard and constructively but I'm not sure when they'll be done.

JOHN EAMON MCDONALD: And -- but that's interesting, your job -- you're not looking at it -- running in place, you're looking to move the institution forward as an interim role. It's not just biding time.

C. ALLEN PARKER: No. I've said, if you are looking for somebody who's going to tread water, you've got the wrong person. Because I believe the matters before us need to be addressed. And I think I know what we need to do, and I'm setting about doing it.

JOHN EAMON MCDONALD: So in terms of lines of business, which of Wells Fargo's many businesses have been most impacted by the internal issues and the related fallout and the introspections?

C. ALLEN PARKER: I would say, first, the Community Bank has probably been the most affected. And the primary reason for that is the sales practices area -- problems occurred in that area. And then I would say, probably wealth management would be second but significantly diminished in terms of impact. I would say that wholesale, in particular the commercial bank and the corporate investment bank, was probably the least affected.

I think in terms of the community bank, we had appointed early on an inspired and inspirational leader in Mary Mack, and she came in and over a very short period of time completely transformed the way they were doing things there. They did away with sales goals and really tried to focus as much as possible in terms of customer service. And I feel like we've started to make some real headway there. We -- one of the things that we found that's been most interesting is that people who are serviced by the platform have continued to be very pleased with the product, and we've had very low attrition in terms of the customers that we already had. I think we have seen, it's fair to say, some headwinds in terms of bringing on new customers. But in the community bank, we started to make some

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

headway in 9 quarters of primary checking account growth, and we've also seen improvement in areas like credit card, debit card use and also C&I loan growth in the corporate investment bank and the commercial bank. So I feel like we're making headway. We just have to continue to make headway, and I think we'll see the growth we really want once we've moved past the regulatory issues.

JOHN EAMON MCDONALD: And how would you characterize wealth management business on that front? There's been talk about disengagement of wealth managers are losing some broker attrition. How do you size up where that business is? And there's a couple of questions in the card just on that related note. Do you have the right incentive system within wealth management in terms of avoiding churning and avoiding the wrong kinds of incentives.

C. ALLEN PARKER: Yes. I -- first of all, the wealth management business is led by a really outstanding professional, Jon Weiss, who is someone who's come in and really focused -- he's focusing on all those questions. One of the things that Jon is doing is, he is undertaking a complete reorganization of wealth management with the idea of really trying to consolidate some of the different operations and streamline them. What he's trying to do makes sense not only to me but I think it makes sense to everybody in the company who's been involved in it. There are different aspects of the wealth management business, whether it be asset management, the private bank, the financial advisory part of the business. And I think he's doing the best he can to make those work together. Obviously, when you talk about the financial advisory part of the business, that's a historical model, and it's one that I think it's going to probably be with us for a while. But we are very focused on the question of incentives and I think we have them in the right place. But I think Jon's going to continue to focus on that and make any necessary changes. I'm very, very confident about the future of that business.

JOHN EAMON MCDONALD: In terms of expenses, you've stated that you are on track to meet your 2019 expense targets that Tim had previously laid out of $52 billion to $53 billion. How do you make sure you continue to make progress on the efficiency initiatives, while also meeting the regulatory requirements that may have been stepped up?

C. ALLEN PARKER: Yes. As you said, we did reconfirm the expense guidance for 2019, $52 million to $53 million (sic) [$52 billion to $53 billion] of noninterest expense. And I think everybody understands that Wells Fargo has traditionally been an organization that's been very disciplined as far as expense control. And we obviously during the sales practices problems and in the era where we're dealing with them have seen some elevation of expenses. Some of that has been professional services fees but it's also, John, as you alluded to, the build-out of the risk framework, the compliance framework and there's going to be work that's ongoing in terms of the enhancement of the audit function as well. There are necessarily expenses that are involved in meeting the regulatory priorities. Building out risk, we hired 1,300 new people in risk, there will be 1,300 people new in risk this year. But by the same token, we're very focused on the idea of centralizing operations, streamlining operations, relying even more heavily on technology to be as efficient as we possibly can be.

So I know you remember that Jon said that it wouldn't really be appropriate to give a prediction as to 2020 because of the idea that there would be new leadership. Everybody should understand, we are continuing to work very, very hard on expense reduction. I think there are something in the neighborhood of 200 different expense reduction initiatives within the company and expenses will be lower next year. It is essential, I think frankly, for expense reduction and profitability that we deal with the regulatory issues, but we feel that we can do both. We can be assertive in terms of dealing with the regulatory problems and putting legacy issues behind us. But by the same token, we feel like we can also stay focused on expenses and continue to do better on that front and we will.

JOHN EAMON MCDONALD: Yes. So again none of those were called to a halt when Tim left, they're all still -- they're ongoing.

C. ALLEN PARKER: No.

JOHN EAMON MCDONALD: You would expect 2020 expenses to be lower than 2019?

C. ALLEN PARKER: Yes. And I really wouldn't want anybody to take away from what we've said in the past, any idea that we're taking -- I don't know if it's foot off the gas or foot off the brakes in terms of expense control. But

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

we're continuing to focus on expense control because we -- our expenses are too high. And in terms of a efficiency ratio, we really believe something between 55% to 59% is something that we should be able to do and we can do. It's something that we're going to continue to focus on and work hard to get to.

JOHN EAMON MCDONALD: How about in terms of investments and technology spend, in particular? How do you determine what's the right amount that you should be spending on technology? And how do you size up where Wells is on front-end technology and maybe back office as well?

C. ALLEN PARKER: Well, that's an interesting question. Saul Van Beurden came in from JPMorgan. He at JPMorgan had been the Chief Technology Officer in their community in consumer banks. So he brought a different perspective to things. And it's been impressive to watch the work he's done. Even though he's been at the company a relatively short time, what he's done is gone in and try to analyze every aspect of what we're doing in technology. We want to improve in technology every week. But I think it's important to realize that we already are a very sound technology company. A lot of companies on the East Coast, no matter what their stripe, make the pilgrimage to Silicon Valley to learn the latest and greatest in technology. We are in that ecosystem already, so I think we do gain some advantages in that regard. I think that Saul is going to be very focused on what we can do incrementally to be even better in terms of the overall quality of our technology but also its reliability, its durability. That's going to be a back-office issue but it's also going to be a customer-facing issue because I believe, personally, that one of the biggest avenues for better customer service is going to be automation and technology.

I'd say, at this point, it's probably too early for me to say whether there will be significant additional technology spend. But we spent $9 billion on technology last year alone. So it's an area where we're very focused. We know that it's one of the real components to doing better every year. So we'll be back to you soon in terms of what we think on technology but I'm very optimistic about where we're going and frankly inspired by the work Saul is doing.

JOHN EAMON MCDONALD: Can you talk a little bit about excess capital? You have a lot of excess capital. You've talked about getting that down over the next few years. How has the regulatory relationship being under the asset cap, how's that influence how you think about the time line to excess capital? And whether you should be holding more than you might need on paper because of the regulatory relationship, because of the past issues?

C. ALLEN PARKER: Yes. I -- we take into account what we think we need to do from a capital perspective in terms of responding to a variety of needs, including regulatory issues.

Our CET1 ratio at this point I think is 11.9. It's slightly under 12, and so we have an internal target of 10. And so we are focused continually on the idea of returning capital to the -- to our shareholders, something that we believe we should do. Just as a reference point, we returned over $25 billion of excess capital to shareholders last year through dividends and stock repurchases. If -- we have taken into account what we think we need to do in terms of formulating our CCAR materials and submitting them to the Fed.

At this point, we don't believe that there is anything about where we are today in terms of the regulatory processes whether it's the asset cap or anything else that's going to change the way they're looking at our CCAR application. So we're still dedicated to returning capital in a way that we think is appropriate, and we're very focused on the idea of -- that CET1 target, we may not go any lower than 10.5 in terms of reduction. But I think we are going to see a similar return of capital what we've had in the past, if we get the right kind of response on CCAR.

JOHN EAMON MCDONALD: Yes. And you don't sense -- you don't worry about a disconnect with regulators there where in the sense that Wells has had some disconnects with regulators on different fronts the last couple of years, and you're obviously ears wide open to this now.

C. ALLEN PARKER: Yes. Look, I think CCAR is one of the -- in terms of execution, formulation of the response, preparation of it, it's actually one of the single best things that we do. We have been very successful in terms of the quality of our CCAR submissions. And we think the Fed has taken a very thoughtful approach to it. And at this point, we think our submissions have gotten better every year. And we think they are quite likely to think about it the same way they've thought about it in years past.

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

JOHN EAMON MCDONALD: So on the revenue front, there's a few questions that have come up and there's a lot of talk about internal focus. You come from a General Causal role, you have a no-risk view of things. But how are you making sure that the company is still moving forward on the revenue front, adding customers, try and grow the business?

C. ALLEN PARKER: Yes. I think -- I would really answer that in a couple of ways. I think, one -- I'm sorry to go back to the regulatory aspects of things, but I think one of the most important things we can do to ensure revenue growth going forward is to get past the issues of the past, so that we don't really continue to be in a situation where customers has -- have any kind of hesitation about the brand. I think that we -- as I mentioned before, we have seen some headwinds in that regard, and I think we're fully capable of moving past that. I think the other thing though is to continue to focus on really a couple of things. One is, how do you really maximize the offering to the customer in terms of automation, innovation, technology, meet customers where they want to be met, respond to what they perceive their needs to be. And then I think the last aspect of it is, and this is something I'm personally very focused on, trying to put ourselves in the position of customers in terms of the quality of the experience. Now one of the things that I want to do is gather as much information as we can about how customers are experiencing Wells Fargo. Whether it's in the consumer bank, it's in wealth management, it's in wholesale, the commercial bank, the corporate and investment bank, so that we can really gather that information and learn what works across the platform, and do our best to embed that in our entire approach to customer service. My idea to use an old race car term is, I want to prepare us so that we can accelerate out of the turn when some of the regulatory cloud is lifted to really make progress as quickly as we possibly can to gain as much market share, not only retain customers but entice new ones to be on the platform.

JOHN EAMON MCDONALD: There's a question that came up from the audience about the branch optimization and has Wells looked hard enough and done enough to optimize the branch network for the new digital world and the way banking is evolving. Customers desire more of a digital and mobile touch. Where do you feel like the company is on that front? And is there more to do in terms of branch reductions and optimization?

C. ALLEN PARKER: Yes. Look, I go back to kind of a quite simple concept and that is trying to keep your finger on the pulse of what the customer wants. Different customers want different things from Wells Fargo. We -- I -- my mother is 89. She still goes into the branch on a regular basis. My sister is someone who is very well equipped to deal with the bank entirely digitally. I tend to deal with the bank online or at an ATM. And people's preferences are going to evolve over time. I think what we are trying to do, number one, is to understand what people need and to the fullest extent we can, stay one step ahead of them in terms of anticipating their needs. But the second part of it is to make sure that whatever they think their needs are, we meet them in a way that is as thoughtful as possible in terms of the quality of the product. And we've -- you've seen a lot of the products we have in terms of things like Control Tower, Greenhouse and some of the accommodations that are made to customers in terms of things like overdraft. We rewind. These are all designed to create an optimal experience. I think it's inevitable as customer desires change that there will be a further reduction in branches, a further repositioning of branches in various places. And you may see branches look different going forward. But I think between our PBSI function and the consumer bank function, they're working very hard to figure out what's right and make it happen.

JOHN EAMON MCDONALD: So you've been direct about the challenges that the company is facing and all the work you have in front of you, but you also seem optimistic. To be fair, at this conference we've heard from the prior 2 CEOs at Wells Fargo that they were very optimistic, so you are relatively a newcomer, 2 years into the company.

C. ALLEN PARKER: Yes.

JOHN EAMON MCDONALD: As you come in and now you are in a new role, what makes you optimistic amid all the challenges that you are working the company through right now?

C. ALLEN PARKER: Let me start by saying I'm not optimistic by nature. I'm -- I was trained as a lawyer, we tend to be half -- glass-half-empty people. Our new General Counsel recently described himself as a glass completely empty person. I guess, John, here is what I would say. The first thing that makes me very optimistic about the future of Wells Fargo is the people. As I mentioned earlier, I've never been in an environment that was this collegial and

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

collaborative, where people are so dedicated to doing whatever it takes to get to the right result. And I think that gives us a tremendous amount to build on. I think it is essential that we take that culture, culture of collegiality and collaboration and blend into it a new sense of what needs to be done in terms of execution. That is my background. I was trained in the crucible of New York. I understand what it takes to be given a deadline and what it takes to drive to it. And then the third thing I would say is, there is an old golf expression when people talk about a great golf course and they'll say sometimes, it's all there in front of you. You're standing on the tee of a hole, and you see the fairway, you see the water hazard, you see the bunkers. And what they mean by that is that when you are looking at the hole, you understand what you have to do. I think at this point we have a very good grasp on what we need to do to get to the end state where we want to be. So to me it's -- we're in a position where we have the right ingredients, we have the right leaders, we have an understanding of what we need to do and if we bring to that the right level of organization, initiative and execution, I'm very confident that we can get there.

And then the final thing I would say about my confidence is understanding that I believe that we can and will get to the place we want to get to, in terms of the end state. I know that when we do that, we are going to be best-in-class in terms of risk, our risk framework, our compliance framework; and what that means to me is we're going to have a real foundation to grow the profitability of this company in a way that we haven't even been able to in the past. So yes, count me as very, very optimistic, very excited about the future.

JOHN EAMON MCDONALD: Great. Allen, thanks for joining us today. We appreciate it.

C. ALLEN PARKER: Thank you, John. Great to see you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

Wells Fargo & Co at Sanford C Bernstein Strategic Decisions Conference - Final

**Transcript:** 053019a12549663.763

**Subject:** EXECUTIVES (92%); HOLDING COMPANIES (91%); INTERIM MANAGEMENT (90%); LAW & LEGAL SYSTEM (90%); LAW SCHOOLS (90%); LAWYERS (90%); MAJOR US LAW FIRMS (90%); INVESTMENT ADVISERS (89%); DERIVATIVE INSTRUMENTS (78%); EXECUTIVE MOVES (78%); SECURITIES & OTHER INVESTMENTS (76%); LEGAL SERVICES (75%); RISK MANAGEMENT (74%); GRADUATE & PROFESSIONAL SCHOOLS (71%); PRIVATE EQUITY (71%); CORPORATE COUNSEL (70%); TEACHING & TEACHERS (67%); PUBLIC SCHOOLS (66%)

**Company:** SANFORD C BERNSTEIN & CO LLP (95%);  WELLS FARGO & CO (95%);  CRAVATH SWAINE & MOORE LLP (83%)

**Ticker:** WFC (NYSE) (95%)

**Industry:** NAICS525920 TRUSTS, ESTATES & AGENCY ACCOUNTS (95%); NAICS525110 PENSION FUNDS (95%); NAICS523930 INVESTMENT ADVICE (95%); NAICS551111 OFFICES OF BANK HOLDING COMPANIES (95%); SIC6712 OFFICES OF BANK HOLDING COMPANIES (95%); NAICS541110 OFFICES OF LAWYERS (83%); SIC8111 LEGAL SERVICES (83%); BANK HOLDING COMPANIES (90%); BANKING & FINANCE (90%); COMMERCIAL BANKING (90%); LAW SCHOOLS (90%); LAWYERS (90%); MAJOR US LAW FIRMS (90%); PROFESSIONAL SERVICES (90%); INVESTMENT ADVISERS (89%); CONFERENCE CALLS (78%); DERIVATIVE INSTRUMENTS (78%); INVESTOR RELATIONS (78%); SECURITIES & OTHER INVESTMENTS (76%); LEGAL SERVICES (75%); RISK MANAGEMENT (74%); GRADUATE & PROFESSIONAL SCHOOLS (71%); PRIVATE EQUITY (71%); CORPORATE COUNSEL (70%); PUBLIC SCHOOLS (66%)

**Geographic:** NEW YORK, USA (79%)

**Load-Date:** July 12, 2019

**End of Document**