# EXHIBIT V

# *<u>Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final</u>*

FD (Fair Disclosure) Wire

September 27, 2019 Friday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 6343 words

# Body

Corporate Participants

\* Charles Scharf;Incoming CEO

\* Elizabeth A. Duke

Wells Fargo & Company - Independent Chairman of the Board

\* John M. Campbell

Wells Fargo & Company - Head of IR

Conference Call Participants

\* Betsy Lynn Graseck

Morgan Stanley, Research Division - MD

\* Erika Najarian

BofA Merrill Lynch, Research Division - MD and Head of US Banks Equity Research

\* John G. Pancari

Evercore ISI Institutional Equities, Research Division - Senior MD & Senior Equity Research Analyst

\* Kenneth Michael Usdin

Jefferies LLC, Research Division - MD and Senior Equity Research Analyst

\* Marlin Lacey Mosby

Vining Sparks IBG, LP, Research Division - Director of Banking & Equity Strategies

\* Matthew D. O'Connor

Deutsche Bank AG, Research Division - MD in Equity Research

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

\* Robert Scott Siefers

Sandler O'Neill + Partners, L.P., Research Division - Principal of Equity Research

\* Steven Joseph Chubak

Wolfe Research, LLC - Director of Equity Research

Presentation

OPERATOR: Ladies and gentlemen, thank you for standing by, and welcome to the Wells Fargo conference call. (Operator Instructions)

I would now like to hand the call over to John Campbell, Director of Investor Relations. Thank you. Please go ahead, sir.

JOHN M. CAMPBELL, HEAD OF IR, WELLS FARGO & COMPANY: Thank you, Regina. Good morning, everyone. Thank you for joining our call today where Betsy Duke, our Board Chair; and Charlie Scharf will discuss today's announcement of his new role as the CEO, President and Board member of Wells Fargo. They will also be available to answer a few of your questions. This call is being recorded.

Our news release is available on our website at wellsfargo.com, and I'd like to caution you that we may make forward-looking statements during today's call that are subject to risks and uncertainties. Factors that may cause actual results to differ materially from expectations are detailed in our SEC filings, including our Form 10-K for the year ended December 31, 2018.

Information about any non-GAAP financial measures referenced, including a reconciliation of those measures to GAAP measures, can also be found in our SEC filings available on our website.

I will now turn the call over to Betsy Duke.

ELIZABETH A. DUKE, INDEPENDENT CHAIRMAN OF THE BOARD, WELLS FARGO & COMPANY: Thank you, John. I want to thank all of you for joining us today. On behalf of the entire Board, I'm delighted to announce that Charlie Scharf will become Wells Fargo's new CEO and President effective October 21. Until then, Allen Parker will continue in his role as Interim CEO. I want to thank the members of the Board's search committee, who are committed to finding a candidate that can address our near-term priorities but also successfully position Wells Fargo for future growth.

Charlie received a unanimous vote from the independent directors of the Board and a supervisory non-objection from our primary regulator, the OCC, as required by their April 2018 consent order. Charlie is a proven leader and an experienced CEO ready to advance Wells Fargo's continued transformation.

With over 24 years in leadership roles in the banking and payments industries, including as CEO of Visa, Inc. and Bank of New York Mellon, Charlie has demonstrated a strong track record in strategic leadership and execution. This has included initiating and leading change, strengthening operational risk and compliance and innovating in a rapidly evolving digital landscape.

Charlie's financial and business acumen, integrity, passion for diversity and inclusion and commitment to strong talent management were important qualities considered by the search committee.

The Board and I would especially like to recognize Allen Parker for his exemplary leadership and dedication as Interim CEO and President these past 6 months. He has continued to move the company forward on our top priorities in a focused and transparent way. His leadership through this time has been invaluable for our stakeholders, and particularly our 263,000 team members. Allen is committed to ensuring an effective transition to a permanent CEO, and he will continue to serve as a key member of the leadership team and general counsel.

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

I also want to thank the entire management team and all Wells Fargo team members who remain committed to delivering for our customers, while working to drive transformational change throughout the company. The work they have accomplished and their commitment to further improvement will drive our future success.

Charlie will be leading a company that has many extraordinary strengths, including a diversified business model that has proven its value through a variety of economic and business cycles, industry-leading positions in many key businesses, strong capital and liquidity positions, along with exceptional credit discipline and a world-class team dedicated to excellence every day, bringing value to our customers and communities. We are confident that Charlie will build on these strengths to best position Wells Fargo for a successful future.

Now I'll turn it over to Charlie for a few comments.

CHARLES SCHARF;INCOMING CEO: Thank you, Betsy. I'm so excited to assume the role of CEO of Wells Fargo. I've admired the company from afar for many years, and I'm honored and energized by the opportunity to assume leadership of this great institution, which is going through fundamental change. And I appreciate all the work that has already taken place to begin the transformation of Wells Fargo.

Clearly, there had been challenges. But as Betsy mentioned, Wells Fargo has many enduring strengths, and those will serve as the foundation as we improve our business. We must execute on the company's strategic priorities to ensure we are meeting the expectations of all of our stakeholders, including our team members, our 70 million customers, our shareholders, our regulators and the communities we serve. The opportunity to lead Wells Fargo, an institution that plays such an important role in the financial system, was one that I could not pass up. And I look forward to actively engaging with the management team and team members across the country as we move the company forward.

Allen Parker and I have spent some time together, and I'm looking forward to learning from his experiences since he joined Wells Fargo but especially during his tenure as Interim CEO.

From the outside, it's clear he's done a wonderful job in providing strong leadership during a time of uncertainty. I look forward to leading this great enterprise and to all the opportunities ahead.

Betsy and I would now love to take your questions.

Questions and Answers

OPERATOR: (Operator Instructions) Our first question will come from the line of Scott Siefers with Sandler O'Neill.

ROBERT SCOTT SIEFERS, PRINCIPAL OF EQUITY RESEARCH, SANDLER O'NEILL + PARTNERS, L.P., RESEARCH DIVISION: Charlie, congratulations. I think -- just maybe the first question. So Wells has gone from, of course, one of the most highly respected companies in the country, much less banks, to one with some pretty well-publicized cultural issues. Just Charlie as you look at the direction of the company going forward, is there sense that we'll just need to sort of stay the course on fixing some specific like kind of widespread issues? Or do you see a need for like a broader strategic overhaul?

CHARLES SCHARF;INCOMING CEO: No. I think -- listen, I think the company itself is -- I mean obviously has just a series of just extraordinary franchises. And that was always the case, and that's no different. There are clearly challenges. The company is clearly focused on dealing with the challenges and putting them behind us. And so from my perspective, just doing everything that I can to ensure that all that work continues to get done at the same time that we continue to build upon the strengths of the business as it is.

Like anything, you will take a look at what's there. And when you get on the inside, you learn a whole series of things. But the business model and the businesses that exist are extraordinary, and I'm excited to be a part of it.

ROBERT SCOTT SIEFERS: Okay. Perfect. And then maybe just one quick question. It sounds like you're going to be staying in New York. Do you have sort of top-level impressions for how much time you'll spend in San Francisco? And then I guess just initial thoughts on effecting cultural change remotely?

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

CHARLES SCHARF;INCOMING CEO: Sure. So listen, these jobs, whether it's the Wells Fargo job or any other job I had, you spend very little time actually in your office. This is a broad national franchise. We have over 25,000 or 26,000 people in Charlotte, we have thousands of people in New York, we have thousands of people in Des Moines, thousands of people in St. Louis, thousands of people in Minneapolis, thousands of people in San Francisco. And so I don't think anyone would ever say in the places I've worked that I've not been present. I think it's just the opposite.

And so I'm looking forward to be present in all of those places, including San Francisco, which is, obviously, a very important place for us. And I think, relative to affecting change, you do it with the rest of the members of the team. And so I'm looking forward to just spending the time wherever it's necessary for me to be.

OPERATOR: Your next question comes from the line of Ken Usdin with Jefferies.

KENNETH MICHAEL USDIN, MD AND SENIOR EQUITY RESEARCH ANALYST, JEFFERIES LLC, RESEARCH DIVISION: First question for Betsy. Betsy, can you -- now that the process is complete and Charlie's here and in place, can you just round out the discussion for us on the process? And to what extent you've already gone to also speak with other stakeholders of the firm, whether it's regulators and shareholders and other market participants or people care about the company and how this kind of fully came together?

ELIZABETH A. DUKE: Thanks. So the process that we followed was pretty much what we laid out initially. We formed a search committee. They engaged a search firm. We spent a lot of time looking at and defining what were the characteristics that were most important for us, what was the level of experience that were most important for us.

We -- as you would expect, we identified who we thought would be the top candidates, the top talent. When you think about filling a role like this, you've got -- you can look at people who have operated at scale in our large peer competitors. You can also look at people who maybe have operated in regional banks in a CEO role. And so we just weighed all of the various experiences that would be important for us. And then as you talk to potential CEOs, you begin to think about how would that person mesh with the needs of Wells Fargo.

But the most important thing as you do -- as you go through this is confidentiality because the people we were talking to had very important jobs already.

If you think about talking to Charlie, he was already the CEO of a public company. And so the confidentiality is the most important part of the process. It just doesn't lend itself to interim updates for any of our stakeholders.

And I know it was frustrating for all of our stakeholders. I talk to them all along the way, everybody going, "When can you tell us something?" And the truth about a process like this is you can't tell them something until you're complete.

I had somebody ask me to grade our progress. And I said, "This is a pass/fail exercise." And I think we have passed with flying colors. But -- so that's why we are here today. I know 6 months sounds like a long time when you're not hearing anything. But when we first started, we were advised that 6 months is about a normal or average time for a search like this.

KENNETH MICHAEL USDIN: Okay. And then Charlie for you, you're coming from a company with complicated business model and -- or enacting a lot of change inside BK. Can you talk about how you start to assess your immediate priorities here with another even more -- arguably an even more complex company on top of just the obvious points that have been made already about what the company has been through? But how do you start to think about your immediate priorities? What do you have to knock down first?

CHARLES SCHARF;INCOMING CEO: Sure. Well, listen. First of all, I think just to reiterate the obvious, we know we have a series of regulatory issues that we need to complete the work on. And so that is clearly the first priority, it's been the first priority. And we're going to make sure we don't miss a beat on that.

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

It's clear that there's a huge amount of work going on and hopefully, I'll be additive to the process of moving that forward. When you come into a new organization and I've done this twice now, showing up at Visa and showing up at Bank of New York, you certainly come with a series of experiences and a series of opinions. But having said that, it's incredibly important to make sure that you understand the organization that you're joining. So I'm looking forward to spending time with the management team and getting to meet people more broadly, understanding what I don't know from the outside about Wells Fargo, and then along with that management team figure out what the priorities are beyond just the obvious of moving beyond the regulatory issues and continue to grow the business and driving that to a level of specificity.

But that will take a little bit of time, and I'm sure we'll spend plenty of time talking about that after I'm at the company for a little bit.

OPERATOR: Your next question comes from the line of Erika Najarian with Bank of America.

ERIKA NAJARIAN, MD AND HEAD OF US BANKS EQUITY RESEARCH, BOFA MERRILL LYNCH, RESEARCH DIVISION: Congratulations. My first question is for Charlie. As we think about your experience in terms of initiating transformation at both Visa and Bank of New York, I like to think of the opportunities for Wells in terms of improvement in 3 buckets. One is compliance and risk and regulatory; second is operational excellence; and third, digitization. And I'm wondering as you think about your previous experience, is there room you think to work on all those -- on all of those 3 together? Or are the challenges at a magnitude where you really just need to work on bucket 1 first before really digging deeply into the second buckets of operational excellence and digitization?

CHARLES SCHARF;INCOMING CEO: Just making sure you have the 3 here. No. I actually think these things are all related. I mean when we think about the work that we're doing on the regulatory side and on the risk side, that work is designed around making sure that the company is just run operationally effective. I mean that is what it is. So those 2 things are very much related.

Our jobs, whether it's at this bank or any other banks, are to ensure that we're running the best institution we possibly can. The rules in which we live by are very, very clear, and they're designed to ensure that the company is just as controlled as it needs to be given the size and scope of our activities.

And so as we finish that work, that just continues to reinforce the operational platforms that we have. Those strong operational platforms provide the core for us to be able to go and do the really interesting things in life, which people love to talk about, whether it's the digitization of our businesses, things that relate to data, information and all those things.

So it is a virtuous circle. You can't just say you're going to do one and not do the other. They all fit together. They are -- all 3 of them are priorities. And while certainly, we -- the cornerstone of the work we have to do is the regulatory work, it's all part of the path to continuing to build out the franchise.

ERIKA NAJARIAN: That's great. Totally get it. And just as a follow up to that, Charlie, as you think about the investors waiting for the transformation to fall to the bottom line, are -- is the message that we should take away from this is that you're really thinking about the long-term transformation of Wells Fargo? In other words, there could be potentially resets in terms of expectations as you think about investing into the company and really long-term sustainable earnings power?

CHARLES SCHARF;INCOMING CEO: Listen, I don't have a point of view yet. But obviously, when I arrive at the company, which will be in the 21st, I'll spend more time on that. So I really can't comment on it. But I should say I don't come in with any preconceived notions one way or another. So I'm not trying to lead you one way or the other on that.

OPERATOR: Your next question comes from the line of Betsy Graseck with Morgan Stanley.

BETSY LYNN GRASECK, MD, MORGAN STANLEY, RESEARCH DIVISION: A question for Betsy first. Betsy, could you give us a sense of how the Board is thinking about the strategy that Wells Fargo has in place right now

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

today and if you're expecting Charlie to deliver an update to that strategy at any point? Or is it just the keys are locked and loaded and the vehicle is moving forward?

ELIZABETH A. DUKE: Well, I think he's definitely going to have a point of view on that. We would have made a bad choice if he didn't have a point of view on the strategy. But I think our overall strategy is pretty well laid out that I think Charlie is exactly right when he talks about the work we need to do for our regulators; the work we need to do to make the company easier to operate in for our team members, for our customers; to integrate new technology solutions; to move things from a distributed model into an enterprise model in the way we run things. All of that work is part and parcel of the same thing.

So I don't think it's going to be a huge difference in the company. I mean this company at its core is a Main Street top bank in America, top position in many, many markets, so that part will continue. But we will always be refining. And there are a lot of decisions, just individual decisions that need to get made every single day. And a lot of those decisions need to be made with a single eye toward a vision for the future, and that's what we will be looking for Charlie to begin to synthesize and express.

BETSY LYNN GRASECK: And do you expect that the majority of the position is, at least initially, regulatorily-driven? That there's a lot that has to do with regulators? Or is it that piece of it is down the path very significantly and it's just -- keep moving on the same path? Just wondering your thoughts on that, Betsy.

ELIZABETH A. DUKE: Well, we're pretty well along in a lot of the work, and we've defined out the work for each individual piece of it, each individual agreement with a regulator. And those are all on somewhat different tracks, although a lot of the themes are parallel. And so that work will continue to the extent that Charlie can use his experience and his insights to get through some of the pieces and accelerate that work, that will be terrific. But I think we have a good understanding with our regulators on what they are looking for, and that's the conversation that we had quite a bit with Charlie when we were talking about him coming here because he wants to understand what the work was that we needed to do and how far along it was and what else was left to be done.

BETSY LYNN GRASECK: Okay. And then Charlie, this has been viewed as one of the most difficult positions yet at the same time, one of the positions with the most opportunity in U.S. banking. And so I just wanted to get your sense as to when you look at the breadth of products and choices that Wells Fargo offers, where do you feel like you have the ability or the interest to change it the most, to put your footprint and your stamp on it the most?

CHARLES SCHARF;INCOMING CEO: Listen. I think I would say a couple of things. I think first of all, you have to start with the fact that -- the franchises that exist today are no different than the franchises that exist before some of the issues came out.

And as I said several times on the call and in my prepared remarks, the franchises are extraordinary. And the performance of the company over a long period of time was exceptional. That doesn't mean that the problems that came to light aren't real, they were very real. And the company recognizes that and is dealing with that. And so I just provided a context because, again, when I think of what's -- what has to get done from day 1, we have to deal with those issues that we have -- as we've said. Those are -- they're not just regulatory issues, they help us become a better company and form the foundation to be the kind of company that we want to be going forward.

But the work that the 260-some-odd thousand team members have done to continue to preserve those franchises is extraordinary. What the -- what it actually means and what the priority is going to be? It's just -- it's too early to kno And again, you can sit from the outside and I could make some stuff up, but I think the reality is the banking business is extraordinary, the wholesale business is extraordinary, the wealth management business is extraordinary and more to come on that. But one by one, it's just a damn good base to build from.

OPERATOR: Your next question comes from the line of Matt O'Connor with Deutsche Bank.

MATTHEW D. O'CONNOR, MD IN EQUITY RESEARCH, DEUTSCHE BANK AG, RESEARCH DIVISION: So first question, Charlie, for you. I realize you haven't started yet. And there've been a couple of questions trying to tease out things like financial targets and the strategy going forward, which is, obviously, too early to discuss no

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

But do you have a thought on the time line when you'll be able to come to us and say, this is the strategy, these are the targets that we're aiming for?

CHARLES SCHARF;INCOMING CEO: No. I mean come on. I mean seriously, my focus has been on -- up to this point, on learning everything I can about the company, deciding whether it was something I wanted to do as the Board was deciding whether this was something they wanted me to do.

So over the next bunch of weeks and when I start on the 21st, the consultation with John Shrewsberry and Allen and the other members of the team and the Board, we'll figure out exactly what the appropriate timing for all of that is. But they're very reasonable requests, and we will absolutely engage.

MATTHEW D. O'CONNOR: Okay. And then, I guess, a question for both of you. Betsy, you mentioned kind of a sharing of information in terms of the regulatory challenges to help get Charlie comfortable and kind of, so to speak, up to speed.

Like how much information sharing is there in a situation like this? Like does all the consent orders that supposedly Wells is under that may not be public, are those shared? I guess I'm trying to figure out like, can Charlie see all the challenges that Wells was dealing? And these are the way that you're attacking them now? Just given that's behind the scenes, is there kind of full sharing of information there? Or is there still some ramping up that needs to be done when he's kind of officially onboard?

ELIZABETH A. DUKE: So the thing about confidential supervisory information is that you're just not allowed to share it with anyone, including someone that you're talking to about joining the company. But a lot of our regulatory orders are public. And Charlie had read them, had studied them, and we just had conversations about what was underway at the company. And the work that we're doing is really focused on our operations and on consolidating and bringing everything into sort of one way of doing things.

We have identified it through 9,000 and 10,000 business processes, and we're in the process of looking at each one of those, identifying the controls and also looking at them to see where can we consolidate processes and find one way to do things that makes the most sense. And so we can talk about that work, which is underway in the company and how we're approaching it. We can talk about the extraordinary management team and the way they have continued to just move forward with this company, regardless of the uncertainty about who would be the permanent CEO.

Allen has made sure that nobody put their pencils down. Everybody had eyes clearly focused on the work. So you don't get into the very specifics of what those conversations are, but you talk about the nature of the work that's going on at the company. And I think we were able to give him a full picture of what we were looking at and the fact that all of this is absolutely totally doable.

OPERATOR: Your next question comes from the line of John Pancari with Evercore.

JOHN G. PANCARI, SENIOR MD & SENIOR EQUITY RESEARCH ANALYST, EVERCORE ISI INSTITUTIONAL EQUITIES, RESEARCH DIVISION: Just back to -- on the regulatory front, just one another way to ask it. When you look at the asset cap and the number of consent orders but also the investigations, more importantly, the few of the major ones there. Does -- I guess, Betsy, it's for you. Does having Charlie in place advance your ability to reach these settlements any quicker?

ELIZABETH A. DUKE: I'm not sure what you're talking about in terms of settlements particularly. But having Charlie in place lets our regulators know that as we talk about this is how we're solving for this, that there's not going to be somebody new coming in and taking another look at it and changing that, so that it's not a moving target in that sense.

So in that case, it makes the difference perhaps, but I think again, the work is a lot of work, it's a significant amount of work. It's well underway and we'll continue.

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

JOHN G. PANCARI: Okay. That's helpful. And then, I guess, this will be for both of you. Do you expect additional management changes that could come along with this once you get in place, Charlie?

CHARLES SCHARF;INCOMING CEO: Listen, I'm looking forward to meeting the management team and spending time with them. There's several that I know through various interactions I've had at my prior companies and just through industry dealings. I obviously know a bunch of them by reputation, heard a whole -- a lot about the group. Spent some time with Allen just getting a deeper understanding. Know that there've been a series of newcomers, just complementing people who've been at the company a long time. And I come in looking forward to getting to know everyone. And certainly, those that I do know and that I've heard of have very strong reputations and I'm excited to work with them.

OPERATOR: Your next question comes from the line of Steven Chubak with Wolfe Research.

STEVEN JOSEPH CHUBAK, DIRECTOR OF EQUITY RESEARCH, WOLFE RESEARCH, LLC: So Charlie, do you think you have many indications as to how you might look to effect change, implement the strategy? And I certainly understand that it's early days, but presumably when you were vying for the role, you must have pitched your vision for the company. I was hoping you can give us some insight in terms of what's the long-term vision you have for Wells and why you view yourself as a really strong candidate or arguably the best candidate for the role today.

CHARLES SCHARF;INCOMING CEO: Yes. Actually -- let me -- I hate talking about my own resume, but I think I've been lucky enough in my career to touch so many different parts of the financial services business.

Obviously, if you look back at my background, if you go back to -- I've been involved in the wealth management business back when I was the CFO at Salomon Smith Barney. There, obviously, was a trading and investment banking business there as well. As CFO of the global corporate investment bank at Citi, where I got deep into the wholesale side of the business. Went on to Bank One as the CFO, which was a large regional bank which then merged into JPMorgan where I ran all of the retail financial services businesses. And then onto these in the payments businesses before BNY.

So I've had the opportunity to not just touch but I think go pretty deep into the consumer businesses, the wholesale businesses and the wealth businesses. And so I come in with an understanding and a perspective. But again, as I've said, you don't know what you don't know about the franchises until you get inside. And I know that's a tremendous amount of information.

I think the business model is a great business model. And so in addition to being great franchises, the fact that these businesses are under one roof is a wonderful thing. And they work for Wells for a long period of time as they are for some other large institutions that run themselves really, really well.

So again, I don't come in with a preconceived notion of that there's got to be some kind of dramatic change. First priority -- just to be repetitive, first priority is to make sure we get the regulatory issues behind us to help create the foundation that we need to continue to build the company. At the same time, as I get up to speed, working with the rest of the management team, make sure I understand exactly what their priorities are and how that fits into a broader strategy. And if that means we want to, of course, change on some of those things, those are conversations we'll obviously have with the Board, and we'll get back to you on. But I think the business model itself is fundamentally sound, and it's a question of how we go about driving the business.

STEVEN JOSEPH CHUBAK: And just one follow up for me. You spent the last 2 years trying to reinvigorate growth, effect cultural change at a large complex GSIB. I was hoping you can grade your performance, given that seems to be most analogous to what you might try to do in terms of enacting change at Wells Fargo. And ultimately, why did you decide to leave after a relatively short tenure at the firm?

CHARLES SCHARF;INCOMING CEO: Well, I'll leave it to you and the others to do the grading. I do feel very, very good about what was accomplished there. It's a wonderful group of people, including the Board, the management team, and the 50,000-some-odd people. If you look back at just the progress that's been made in building the

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

company, building the business, I feel great about the team that's in place and where they stand as they continue to move forward. And the second part of your question was?

STEVEN JOSEPH CHUBAK: Just on why you had such a short tenure at the firm.

CHARLES SCHARF;INCOMING CEO: Listen, I went to Bank of New York because I thought that's where I'll be for the rest of my career. You don't join a GSIB in a leadership position because you think you're going to go do something else. That to me was it. I certainly didn't anticipate this opportunity coming along.

And this Wells Fargo is just a completely unique franchise. And the opportunity to lead it, as I've said many times on the call, it is just an unbelievable franchise that I'm just thrilled to be a part of and to take it forward. And that's just -- and it's just a fundamentally different enterprise than anything else I've ever been associated with, and I'm thrilled to be here.

OPERATOR: Your final question will come from the line of Marty Mosby with Vining Sparks.

MARLIN LACEY MOSBY, DIRECTOR OF BANKING & EQUITY STRATEGIES, VINING SPARKS IBG, LP, RESEARCH DIVISION: Betsy, first, I wanted to tell you congratulations. And I really liked what you said earlier in that pass/fail. It is tough to kind of keep your head down and get through the end, but the persistence I think has paid off. And you've ended up with the right answer.

But what I wanted to ask you is in this process, you had to reengage with the company a lot more than what you probably imagined as you eventually -- as you came on the Board several years ago. So are you going to continue to be engaged like this? And -- or do you feel like Charlie comes in and you kind of drift off? Or is it really a partnership now with you two really addressing these issues and taking Wells Fargo into the future?

ELIZABETH A. DUKE: Marty, we've known each other well enough. You know I'm not going to drift off anywhere. But it has been -- yes, you mentioned persistence in this search process. And I would say persistence and patience and really solving for the right answer is what the search committee did and they've done a huge service to this company and the Board.

And I want to, again, thank them for that. The Board is -- has been and is always very engaged with the management of the company. The management of the company has been super focused and engaged all the way through this process.

I mean Allen had the title of Interim CEO, but he ran it as if he were the CEO for the long term. He never did anything in sort of a temporary or short-term way. And so I was regularly engaged with him. I was regularly engaged with Allen and look forward to be regularly engaged with Charlie. But the CEO of the company is the CEO of the company, and we understand the difference between the Board's role and the CEO's role.

CHARLES SCHARF;INCOMING CEO: Can I just add to that for a second? Just to give a little of my perspective, which is in a -- first, I think it's fair in any institution but certainly specifically for a large financial institution, Boards have to be actively engaged. This one absolutely is, just as the Board of the company that I came from is actively engaged.

And my point of view just as a CEO is that's a wonderful thing not just because they have their fiduciary responsibility to fulfill, but engaged board members make the company a better place. People with different experiences who aren't dealing with the same issues that we're dealing with every single day that don't get into the same kind of group thing that we all can get into, people that have these different perspectives, that is extremely valuable for management team and as I -- and they, obviously, have their responsibility to fulfill.

So I have worked very closely with the Board at Visa, very closely with the Board of BNY. Betsy and I have gotten to know each other very well through this process, and I'm looking forward to working closely with the Board.

MARLIN LACEY MOSBY: And then Charlie, a different tack on the question. When Wells Fargo was at its height, Dick had everybody engaged and that led to its own problems and the culture and the things that we just sa But you

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

have to reengage the franchise. So when you think about the employees, you have the technological advancements already going, you have the business and the franchise that you talked about. But to bring the employees from where they're at, they're -- that motivation has to be one of the key things that you have to accomplish. What in your experience and background -- how do you kind of see reengaging those customers and getting on that heightened peak again?

CHARLES SCHARF;INCOMING CEO: Sure. Well, listen, first of all, I think it's important we should start with, let's not -- the presumption shouldn't be that people aren't engaged. I got the opportunity to talk to a bunch of the members of the management team. You, obviously, do your own due diligence by talking to people broadly. And the management team, led by Allen during this period, has done a wonderful job of not just keeping the company stable but continuing to run the franchise and to move the company forward.

And it would just -- I think it's the wrong thing to suggest that, that's not the case. And there's just a lot of work done at the company through surveys and touch points with the team members where we actually see that.

Now having said that, a permanent CEO does create the ability to move the company forward in a different way. And so as I said earlier, I'm just -- I'm -- look, I -- the way I go about doing my business is to work really closely with the management team. I think about it like a partnership. You need to engage the entire company around a common set of goals, understandings, the way you want to do business, and that's something I think that I've -- has been lucky enough to do successfully at both Visa and BNY, and I'm looking forward to doing here as well.

OPERATOR: At this time, I'll turn the conference back over to Betsy for any further remarks.

ELIZABETH A. DUKE: Thank you, Regina. And thanks to everyone for joining the call today and, of course, for your continued interest in Wells Fargo.

CHARLES SCHARF;INCOMING CEO: Thanks, everyone.

OPERATOR: Ladies and gentlemen, this will conclude today's call. Thank you all for joining, and you may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

Wells Fargo & Co Names Charles W. Scharf Chief Executive Officer and President Corporate Call - Final

**Language:** ENGLISH

**Publication-Type:** Transcript

**Transcript:** 092719a12753650.750

**Subject:** EQUITY RESEARCH (95%); EXECUTIVES (92%); HOLDING COMPANIES (91%); SECURITIES & OTHER INVESTMENTS (91%); INVESTMENT ADVISERS (90%); LIMITED PARTNERSHIPS (90%); NEW ISSUES (90%); BANKING & FINANCE REGULATION (89%); BOARDS OF DIRECTORS (89%); EXECUTIVE MOVES (89%); SECURITIES LAW (89%); SECURITIES BROKERS (88%); ANNUAL REPORTS (79%); PRESS RELEASES (78%); INVESTMENT MANAGEMENT (76%); INTERIM MANAGEMENT (73%)

**Company:**  WELLS FARGO & CO (94%);  MERRILL LYNCH & CO INC (91%);  DEUTSCHE BANK AG (84%); JEFFERIES LLC (72%);  VINING-SPARKS IBG LP (71%);  SANDLER O'NEILL + PARTNERS LP (70%); MORGAN STANLEY (58%)

**Ticker:** WFC (NYSE) (94%); DEUT (JSE) (84%); DBK (FRA) (84%); DBK (BIT) (84%); DBETN (JSE) (84%); DB (NYSE) (84%); MS (NYSE) (58%)

**Industry:** NAICS551111 OFFICES OF BANK HOLDING COMPANIES (94%); SIC6712 OFFICES OF BANK HOLDING COMPANIES (94%); NAICS523120 SECURITIES BROKERAGE (91%); SIC6211 SECURITY BROKERS, DEALERS, & FLOTATION COMPANIES (91%); NAICS523920 PORTFOLIO MANAGEMENT (91%); NAICS523110 INVESTMENT BANKING & SECURITIES DEALING (91%); SIC6282 INVESTMENT ADVICE (91%); NAICS523930 INVESTMENT ADVICE (91%); NAICS522110 COMMERCIAL BANKING (84%); SIC6081 BRANCHES & AGENCIES OF FOREIGN BANKS (84%); EQUITY RESEARCH (95%); BANKING & FINANCE (92%); SECURITIES & OTHER INVESTMENTS (91%); BANK HOLDING COMPANIES (90%); COMMERCIAL BANKING (90%); CONFERENCE CALLS (90%); INVESTMENT ADVISERS (90%); INVESTMENT BANKING (90%); NEW ISSUES (90%); ACCOUNTING (89%); BANKING & FINANCE REGULATION (89%); SECURITIES LAW (89%); SECURITIES BROKERS (88%); INVESTOR RELATIONS (77%); INVESTMENT MANAGEMENT (76%)

**Person:** CHARLES SCHARF (94%); ROBERT C SCOTT (53%)

**Load-Date:** October 18, 2019

**End of Document**