# EXHIBIT X

# *Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final*

FD (Fair Disclosure) Wire

December 10, 2019 Tuesday

Copyright 2019  ASC Services II Media, LLC
All Rights Reserved

Copyright 2019 CCBN, Inc.

**Length:** 6053 words

## **Body**

Corporate Participants

* John Richard Shrewsberry

Wells Fargo & Company - Senior EVP & CFO

Conference Call Participants

* John E. Waldron

The Goldman Sachs Group, Inc. - President & COO

* Richard Nigel Ramsden

Goldman Sachs Group Inc., Research Division - MD

Presentation

JOHN E. WALDRON, PRESIDENT & COO, THE GOLDMAN SACHS GROUP, INC.: (technical difficulty)

John Shrewsberry, Senior Vice President, CFO of Wells Fargo; and our very own Richard Ramsden. I'm going to turn it over to Richard to start the discussion. Thank you very much.

RICHARD NIGEL RAMSDEN, MD, GOLDMAN SACHS GROUP INC., RESEARCH DIVISION: Thank you very much. So let me just add my welcome as well. As John Waldron said, this is the 30th financial services conference that we've done, and we do have a record attendance this year. So thank you very, very much for attending.

I'm delighted to kick off this conference with a discussion with John Shrewsberry. I think John needs very little introduction. I think he's familiar to most of you here. He's CFO of Wells Fargo. He's been at the firm for 18 years, and this is his fifth year as CFO. We're going to talk both about the outlook for the economy. We're going to talk about the priorities at Wells Fargo.

Questions and Answers

RICHARD NIGEL RAMSDEN: But why don't we just start off with a broad question around your thought process around the operating environment as we head into 2020? And I appreciate that just because we're heading into a new year, nothing needs to change. But how are you thinking about the economic growth environment? How are

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

you thinking about the interest rate environment? There's obviously clearly a debate. And it'd be really helpful if you could just touch on what you are seeing across your platform, both from a consumer and a corporate standpoint, both in terms of appetite to borrow and appetite to spend.

JOHN RICHARD SHREWSBERRY, SENIOR EVP & CFO, WELLS FARGO & COMPANY: Sure. So not dissimilar to what John described in terms of the overall economic landscape, the U.S. will finish this year a little bit above 2% real GDP growth. And next year, we're forecasting something a little shy of that. Having said that, with employment where it is, with consumer -- jobs as abundant as they are, incomes rising, balance sheets clean and a propensity to spend, the consumer businesses are moving right along well. I mentioned to Richard before we came out here that holiday spending coming through our card programs in the credit card space looks like it's up north of 11% and debit card spend up closer to 9%, which is a sign of a healthy consumer and a propensity to spend, which can be the same thing, not always, in mortgages because rates are as low as they have been, which promotes affordability notwithstanding where home price appreciation has gone. But both the purchase market, and more abundantly, the refinancing market are tracking right along. We started this quarter with about a $44 billion pipeline in mortgage business, which is where we were at the beginning of the prior quarter. Usually, the fourth quarter is slower. So that reflects the ability to buy or refinance in a -- and a very sensitive consumer due to lower rate opportunity.

In the auto space, we're a very large auto lender, a large used car auto lender. There, we see a -- lots of action, a propensity to buy, strong value in used cars as it relates to how we think about loss given default, but strong in the cycle. Those are the -- well, and then credit card, of course, which I mentioned in terms of spend rate.

In our own book, we don't see as much of a tendency to revolve and borrow as maybe even as we would like, which is a good sign for consumer. So that's how each of these -- those businesses is looking.

On the commercial side, less of an appetite overall, I would say, to borrow at the margin. We still have, we can call it, $450 billion worth of commercial loans outstanding, but not a huge area of growth except for -- in some pockets, which reflects, I think, a little bit of a risk-off or a wait-and-see tendency by business clients of ours thinking about how they want to position their balance sheet, what kind of extra risk they want to take given the economic outlook, the political backdrop, et cetera.

The biggest problem that our commercial customers tell us that they have anecdotally is really finding the right labor at the right price to run their business, broadly speaking, I would say.

And then commercial real estate, which is a big category for us, we're the largest U.S. commercial real estate lender, has been a -- provided evidence of sort of late-cycle dynamics for a couple of years. We've -- we're still very, very active, but managed to keep our outstandings basically flat. That market has the largest percentage of nonbank lenders in it, so the competitive dynamics are different. I would describe it as professional borrowers meeting professional lenders. And as a result, it -- I think it's -- it looks late cycle earlier than some others. We're a little bit more cautious there.

RICHARD NIGEL RAMSDEN: And then in terms of the interest rate backdrop, what's the base case for the business mix?

JOHN RICHARD SHREWSBERRY: Yes. So I think, at least as of yesterday, implied forwards suggested at the end of next year, we're in sort of 1 90 area on the 10-year and 1 30s on Fed funds. So positively sloped, low yields and better than we might have imagined during the middle of 2019, but not really any breakout from where we are today. I guess as developed economies go, 1 90 on the 10-year looks pretty attractive.

So from our perspective, obviously a positive slope is better than a flat or an inverted curve. We're a big fixed-income investor, and so we're very sensitive to what the rate opportunity is in further out the curve, in our case, more in mortgage securities than in treasuries, which are priced somewhat higher.

And as John alluded to, most of the risks that we could imagine are probably risks due to incremental volatility, which is probably more bullish for rates, which is diminishing in terms of the earnings landscape for banks.

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

RICHARD NIGEL RAMSDEN: So perhaps let's go into some of the priorities. And I appreciate this is a time of transition for Wells Fargo. And I know that Charlie is still conducting his review and that hasn't been completed. But I thought it would be helpful just to talk about some of the strategic priorities that you had before Charlie came in and kind of discuss where you've got to. And I think when you -- when Wells was here last year, you talked about targeting resources more effectively, you talked about improving efficiency and you talked about improving risk control function. Where have you got to on those priorities? Are those still the priorities for Wells Fargo today? I appreciate they may change. And if you were to give yourself a scorecard on those, what would it be?

JOHN RICHARD SHREWSBERRY: Sure. Well, those still are priorities at Wells Fargo. And it's true, it's fair that Charlie is very new and just underway with his review of all of our businesses and activities, but immediately engaged strongly in risk and control-related activities. So that was the first priority a year ago. It remains the first priority today, getting it right for the company, getting it right to the satisfaction of our regulators. And so that will continue to be the first call on resources, whether it's subject matter expertise, funding, technology, resources, et cetera, all of those are queued up to make sure that we get done all that needs to get done there, which will take a while longer.

On the other items, just one of the companion activities that comes from that is really cataloging and understanding every business process at Wells Fargo because that's how we've gone about improving operational risk and compliance, which were some of the -- what needed fixing the most at Wells Fargo.

That also creates an incremental road map to preparing to run the most efficient company that we can in a way that we didn't have visibility into previously. So it isn't happening at the exact same time, extracting all of that benefit, but it does create the road map to do that, which is very important.

And that would give us a -- well, I won't put a letter grade on it. All the effort, all the resources, et cetera, that we can muster, including adding lots of talent from the outside, both at the senior level and at the subject matter expert level in each of those activities has been underway. Lots of progress below the waterline has been made. I don't think we'll be satisfied until there's internal evidence of the fact that we've satisfied the business leaders in particular.

RICHARD NIGEL RAMSDEN: So perhaps we can talk a little bit about the consent order. And I appreciate there's probably not a lot of new you can say, but can you just update us on the progress that you're making? And just perhaps remind us on what the process looks like from here.

JOHN RICHARD SHREWSBERRY: Sure. The way the process look like is we -- actually, I say process, you say process? The way the process looks like is we get to a certain point of this body of work that I mentioned process by process and risk by risk. And once we reach a certain point, we will have a third-party come in and demonstrate that, that has been adopted and implemented in theory to the satisfaction, in that case, the Federal reserve, and then it's up to them to determine what to do with that information. That isn't scheduled at the moment. It's in the relatively near future. But importantly, the work that's underway to prepare for that is what's happening, what that means.

RICHARD NIGEL RAMSDEN: And I appreciate you may not have the exact answer, but how long do you think the third-party review would take? Is that...

JOHN RICHARD SHREWSBERRY: No idea.

RICHARD NIGEL RAMSDEN: No idea?

JOHN RICHARD SHREWSBERRY: I mean it's -- the beauty of the amount of work that's been done behind the scenes in preparation for that is that we'll do everything in our power to make it as easy as possible for people to understand what the program is and how we've implemented it to make it as seamless as possible.

RICHARD NIGEL RAMSDEN: So you've obviously made a number of divestitures, and you've also made some fairly significant changes to parts of your loan portfolio, specifically the Pick-a-Pay portfolio. So I guess really 2

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

questions. The first is, is your sense that process is now complete? Or now because Charlie has come on board, is there going to be another review of businesses so there could be more divestitures? And secondly, could you talk a little bit around some of the impact of those divestitures from a financial standpoint?

JOHN RICHARD SHREWSBERRY: Sure. So with respect to the first part of your question, of course, I think, Charlie is going to want to take a good look at every business as it exists today, and we'll certainly describe for him or we have described for him some of the thoughts that went into decisions that have been made to exit certain businesses. I would just -- I'd say that everything is on the table for consideration, so he's certainly not beholden to decisions that we made previously. He'll think about that himself.

With respect to the impact of businesses that we've divested, so on the one hand, there's this -- the Pick-a-Pay, the option ARM portfolio. These were precrisis loans. They were bought and originated by Wachovia before we merged with them more than 10 years ago now, and we finally found the right market to move them off of our books. So there is several hundred million dollars worth of interest income that is -- that won't reoccur in 2020, some of which was there in '19 and more of which was there in '18. And we've fed that into our net interest income guidance as those decisions and executions have been made.

On the business sales side, we sold Institutional Retirement and Trust, which was about an $800 million a year revenue business with a not dissimilar amount of direct and indirect expense attached to it. For the next -- until the end of next year, we will be operating under a transition services agreement and spending and receiving about $100 million a quarter. So it'll be an expense and it'll be another income as it gets recovered by principal or from principal to whom we sold the business and until we've completely transitioned some of the back-office work to them.

We also sold Eastdil at the beginning of the fourth quarter. Eastdil, on average, was more of a $600 million a year revenue business. Similarly, the sum of direct and indirect expense was -- didn't leave much behind afterward. It's gone, gone. We own 5% of it going forward, which -- the results of which we'll see in an other income line. But the impact of it being gone will be felt immediately in the fourth quarter because both revenue and expense will be gone.

RICHARD NIGEL RAMSDEN: So let's turn to expenses. I know it's an area of focus. Do you think we're at the point where expenses should decline in absolute terms as we head into 2020?

JOHN RICHARD SHREWSBERRY: Yes. I'm -- I think while Charlie is doing his review and the whole company is going through its year-end planning process that we should let that conclude, the combination of the expenses that we're paying in order to complete the risk and control-related work, some of which are temporary, some of which will be more permanent. And then after a complete review of the rest of the business of how it's being conducted, how we compete, et cetera, certainly, he's going to -- the business leaders need to be heard, he needs to be heard, and we'll have a better line of sight on that when this -- when the planning process is over at some point in the beginning of the -- in the first quarter.

RICHARD NIGEL RAMSDEN: So you'll update us on the expense outlook as we head into 2020 at some point in 2020?

JOHN RICHARD SHREWSBERRY: That's my expectation.

RICHARD NIGEL RAMSDEN: Okay. Great. Okay. And then look, the longer-term expense question is, you previously said that the efficiency ratio at Wells Fargo should converge with peers. I mean obviously, you're running 64%, 65%. Your peers are considerably lower than that. Is it still the case that you think it should converge? Or as you go through and divest certain pieces of the portfolio, is your view starting to evolve? And are there reasons, either from a business mix standpoint or from an expense standpoint, that you think Wells Fargo ultimately will end up with a higher structural efficiency ratio there?

JOHN RICHARD SHREWSBERRY: Yes. I can't imagine why we would end up with a higher structural efficiency ratio. Our mix of businesses looks, frankly, relatively similar to one of our market cap peers. In the businesses that

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

we're in, we have all the scale anybody could want. We're slightly less complex from an international perspective. We're slightly less complex from a -- and by complex, I mean have less high-efficiency ratio segment business in -- we have a smaller investment bank, for example. On the financial advisory side, which is a less efficient business, we look a lot like at least one other peer. So the -- we'll -- we certainly break it down by pieces and talk about what the optimal efficiency ratio is by piece. But when you roll it back up, there's no reason why we should be less efficient than banks of our size. We should be more efficient.

RICHARD NIGEL RAMSDEN: Right. Okay. So let's talk about loan growth. So loan growth has been improving for Wells Fargo, specifically over the last few quarters, which is obviously good news. But as a result of that, you are getting closer to the asset cap. To the extent that the asset cap stays in place for longer, what are the balance sheet management tools that are available to you to make sure that you can meet client demand for access to your balance sheet?

JOHN RICHARD SHREWSBERRY: Sure. Yes. So we finished the last quarter with about $40 billion worth of space under the cap. And that's not a spot number, it's a 2-quarter trailing average number. So it's -- it doesn't move very quickly. It's relatively easy to manage. It is a constraint on the business, and it's -- and satisfying the conditions that cause it to exist to begin with are really among the most important things that we're dealing with, as we said at the top.

There are plenty of tools in treasury -- in our treasury team to be able to manage that in the day-to-day and in the intermediate term. There's wholesale funding. To the extent that the deposit flows pick up from where they are today, they can replace wholesale funding that's not controversial or expensive. It's generally callable and more short dated.

On the asset side, there are -- there's a variety of asset categories that don't really work that hard for us. And so making trade-offs between different forms of leverage type of activity of some securities finance activity, for example, there are some less attractive, on a risk-adjusted basis, portfolios that we could either grow more slowly or, frankly, move out if we thought that we really needed to if the time frames dictated it. There's -- I can't really imagine a scenario where, for the forecastable demand of our customers' borrowing needs or our customers' deposit -- our deposit taking to satisfy our corporate and consumer customers, that the amount of headroom that we've created wouldn't be sufficient to go on for some period of time.

RICHARD NIGEL RAMSDEN: Okay. So possibly this continues with the loan demand picture. So look, if we look at the -- maybe we should break it down into both consumer and corporate because the trends, obviously, are somewhat different. On the consumer side, auto lending now is growing. I think it's up roughly 2% this year. Car lending is also up as well. How would you characterize consumer loan demand? And can you specifically talk about what's taking place in the auto portfolio? Because I know you've talked about expanding the FICO band to the 620 to 700 band.

JOHN RICHARD SHREWSBERRY: Yes. So a couple of years ago, we took what was then an auto portfolio that was a relatively full distribution of prime or even super prime down to non-prime. Not to be pedantic, but not quite subprime. FICOs into the 600s, for example. And we cut off the lower end of the credit quality if in the origination process while we restructured the business under the theory that there'll be more collection activity and more repo activity and lower credit quality loans; and while we were restructuring the business by taking it from more than 50 offices operating relatively independently down into 3 larger centers that we should do it with less collection activity and less repo activity. And then once we've settled the business structure the way we wanted to, install more automation in underwriting, loan pricing, et cetera, then we'd -- we have the opportunity to sort of re-expand back to what we think is the right distribution of credit quality. So we're at the very beginning of that broadening of the distribution of credit quality right now.

RICHARD NIGEL RAMSDEN: And the decision to do that now is because you feel the processes are in place? Or you ...

JOHN RICHARD SHREWSBERRY: Yes. We think the business is well controlled, well run and in a position to do that effectively, both at the loss mitigation perspective for us as well as to do things right for the customer -- for the

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

retail customer. And I've -- so I've been asked or people have observed, isn't it a little late cycle to be thinking about taking your auto business down credit. And we're certainly very aware of that. This is the business that we ran before from a credit perspective. And at least on the credit side, we were happy with the results. We had compliance and operational risk issues that we weren't happy with, which is why we restructured the business to begin with. If we felt, whether it was in used car pricing or capacity to repay or consumer behavior generally or dealer behavior for that matter that it didn't make sense to do it, then we wouldn't do it. But we have -- because of the way indirect auto works, you have that opportunity, contract by contract, to make up your mind whether you want to compete for it and buy it or not.

RICHARD NIGEL RAMSDEN: Okay. So let's segue to the corporate and CRE, but we talked about this a little bit at the start. Corporate loan demand is weaker. How do you think that changes heading into 2020? I mean so for example, there's some sort of resolution around trade and tariffs. Do you think that would have a material impact? And then specifically to Wells Fargo, your CRE book, which has been shrinking, I think, partly because of underwriting decisions you've made. Do you see that changing over the course of the next 12 months?

JOHN RICHARD SHREWSBERRY: Yes. My -- so there's still a lot of commercial real estate business to do with the types of customers that we have that aren't optimized or that aren't professional borrowers in the highly engineered sense. And so we still have north of $100 billion of that, and we do business every day with all of the biggest -- or the -- all of the biggest developers and investors that we choose to from around the world. So there was a lot happening there. But until we go through a cycle, it's my guess that nonbank competitive behavior will price some things at a level that we're -- where we're just not comfortable with the risk and reward, and there won't be a big growth to the upside opportunity.

RICHARD NIGEL RAMSDEN: Has that dynamic -- because you've been talking about that for a while. Has that dynamic changed in terms of pricing from nonbank competition, let's say, in terms of...

JOHN RICHARD SHREWSBERRY: No. I don't think it's going to change until somebody doesn't get paid back. So that hasn't happened yet or at least not at scale. So some new supply is going to not get absorbed, for example, or some big tenant or tenants are going to not be able to pay under their leases, and that will have a ripple effect. And then it'll be a better environment to be a lender at scale. And right now, it's fine. It's just not growthy.

On the corporate side, so the trade uncertainty is certainly weighing on people. I'd say it's related to the political uncertainty of what kind of an economy are we going to be dealing with as the election shapes up in terms of who's running, what the platform is, what they have to say about business, et cetera. There's a variety of policies that I think make risk takers in both large and medium-sized corporations feel more or less confident about the type of risk that they're taking, and I don't see that abating until there's some clarity that this expansion is going to continue for some period of time.

RICHARD NIGEL RAMSDEN: Okay. So net interest income. I think the prior guidance maybe is not quite the exact word, but you talked about shrinkage in the low to mid-single digits as we head into 2020. Obviously, a lot of the inputs into that have shifted around. You've obviously been able to observe the impact of lower rates. You've obviously had some deposit repricing, which I think at the margin may have been better than the industry was expecting. Is that still your expectation as we head into 2020? Or there's a lot of moving pieces?

JOHN RICHARD SHREWSBERRY: Well, we're going through a planning process right now to reassess every input into that calculation. That was an observation on the last earnings call, just contrasting what next year might look like, knowing what we all knew then versus down 6% this year, having gotten the Pick-a-Pay portfolio out and because of other drivers. So it's, I'd call it, something shy of guidance, but just a look forward based on what our ALCO process was revealing.

From that point to now, I'd say rates probably feel a little bit better, not a lot better. If we're going to really be at, call it, 1 30, 1 90 Fed funds and the 10-year a year from now, that's maybe better than we thought a few or several months ago, but it's not an enormous opportunity, incremental opportunity from an earnings perspective.

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

On the deposit pricing side, if the Fed is on pause, then we'll -- after that jobs report, we'll see if that's true or not. I think it's still very competitive for deposits. People are willing to pay up where they need to, both traditional competitors and others. So I think we've woken up a whole lot of depositors to the idea that there's competition with yield for their excess liquidity. And so that will factor in. And those of us who are trying to provide that where we need to but other measures of winning and holding their business and their deposits without paying the highest marginal cost for every dollar of that are competing fiercely for it. But I think we'll all be paying a little bit more.

RICHARD NIGEL RAMSDEN: But as you head into the -- so from what you've seen so far for the fourth quarter, you expect deposit costs to be down?

JOHN RICHARD SHREWSBERRY: I do. I do. Versus the third quarter.

RICHARD NIGEL RAMSDEN: Yes. Yes. Versus the third? Okay. And then perhaps you can just touch on the securities side. I mean I think you previously said that you felt the opportunity was limited just given the size of your securities book, given the (inaudible).

JOHN RICHARD SHREWSBERRY: Yes. So our securities book is sort of -- the liquid side of it is disproportionately agency mortgage securities. There are some treasuries and some agency debentures and other things. But we end up being a -- at our size, there's little room for optimization. You're sort of in, in size or you're not.

On the more credit or structurally sensitive portion of the investment portfolio, we invest in corporates, munis, CLOs and some other things. And there's still some value there, but the sizes are -- the absolute sizes are relatively small with regard to the total balance sheet and what it's going to mean for interest income generation. And there haven't been any extraordinary value -- like all asset classes, things have gotten richer and richer. And I don't anticipate that making a big incremental impact on what our interest income is next year. It'll be the -- if we end up higher in the long end, it'll be because of our investment in liquid assets that drives interest income.

RICHARD NIGEL RAMSDEN: Right. Okay. But let's talk about capital returns. So if we look at what's been happening at least over the course of the last year, there's been a shift -- somewhat of a shift from buybacks towards dividends, although I appreciate you're doing a lot of both. Your dividend payout ratio is 42%. What do you think the prospect is for that to go higher? And then I guess, specifically, as we head into an SCB world, I guess you become more indifferent between dividends and buybacks because you don't need to precapitalize dividends in an SCB framework. Does that change the way that you think about capital returns to shareholders?

JOHN RICHARD SHREWSBERRY: It could. And first thing I'd say is I'm anxious to see the final word on this stress capital buffer rule and how it's applied because we're all reacting to prior drafts and proposals. But...

RICHARD NIGEL RAMSDEN: I mean your expectation for when we will get that is...

JOHN RICHARD SHREWSBERRY: Well, we keep getting encouraging feedback that they intend to apply it to 2020 CCAR, so we think that it would be available pretty soon in order for that to happen. But there's some work behind the scenes, I guess, to perfect it.

On the dividend front, I -- we've had a -- we've been sort of at the higher end of the dividend payout ratio pack since CCAR was implemented. And I think a 40s handle on the percentage of dividend payout ratio seems very reasonable to me.

There's definitely a regulatory preference for share repurchase over dividend because of the market signaling both -- well, the theory is that there'd be a reluctance of banks to cut their ordinary dividend when the situation called for it, and it would be easier for banks to slow down in share repurchase. That's -- that emerged right through Dodd-Frank and into the implementation afterward, and I don't think anybody's opinion has changed about that.

On share repurchase, I would say that there's really -- there's much more of a focus on what a stress trough capital level is versus something like a payout ratio concept as it applies to share repurchase. So you're -- you need to demonstrate that you have sufficient capital to meet your needs in stress. And beyond that, I think that there's more flexibility off it as long as every other box is checked from a qualitative perspective in taking your capital level down.

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

I think figuring out how to deal with that flexibility is what's probably happening right now in the final stress capital buffer preparation for implementation.

RICHARD NIGEL RAMSDEN: I mean you've got a CET1 target of 10%. Do you still think that's the appropriate target?

JOHN RICHARD SHREWSBERRY: I think it's a little -- what we've said is it's 10% until the stress capital buffer is finalized and we know how to react to it and then also until we see at least one cycle of what CECL looks like in stress because we're not crystal clear whether that's going to be pro-cyclical or whether it'll be sort of double counting of what's necessary to account for loan losses. And so now we know what CECL looks like prestress. We'll see what it looks like through the CCAR. The expectation is unless something changes about the SCB implementation and our relevant range is probably in the 10.25% to 10.5% to account for the stress capital buffer. Now if there's an addition of a countercyclical buffer or a higher minimum threshold for SCB or something else, that could be different. But as we've done the math, historically, that window would capture it.

RICHARD NIGEL RAMSDEN: Okay. So again, from 10% (sic) [10.25%] to 10.5%, but your still at 11.6% just because you're (inaudible) at this point.

JOHN RICHARD SHREWSBERRY: Right.

RICHARD NIGEL RAMSDEN: Yes. So a couple of questions on credit before I see if there's any questions from the audience. I think credit costs have been remarkably stable at about 30 basis points. Do you think that changes any time in the foreseeable future as we head into 2020? Other there pockets that you're monitoring more closely? Are you seeing any form of stress across the book at all? Or is there (inaudible)?

JOHN RICHARD SHREWSBERRY: No forms of stress. We're obviously eyes wide open in energy, looking hard at trade-related industries, both ag and call it steel or manufacturing types of businesses in there. And the negative feedback seems to be more anecdotal and not giving rise to any recognizable loss. So for the foreseeable future, we have a very -- I think I've mentioned on the last call that our corporate book has the highest risk rating that it's had in years -- at least in 2 years because we had a -- as we came out of the energy bump from a few years ago, we had some things moving around in the corporate side of our book. But broadly speaking, risk ratings are improving.

RICHARD NIGEL RAMSDEN: Okay. Right. But maybe my last question is on CECL. I think you've done a good job setting what you think the day 1 impact is going to be. How are you thinking about the day 2 impact from either a growth standpoint? Do you think it will impact the way that you think about underwriting risk? And how do you think shareholders should think about the earnings volatility that CECL could generate?

JOHN RICHARD SHREWSBERRY: Yes. It's -- well, first of all, it's going to -- might feel different from bank to bank because everybody is going to be implementing it somewhat differently. I do think when there are stressful changes in the economic outlook that feed into loan loss modeling, that the first couple of quarters you'll begin to see how different banks' portfolios and their modeling approach results in incremental allowance building. Hopefully, folks will have a chance to hang around long enough to see what actual losses are that are generated over time and be able to distinguish folks with low loss content from higher loss content on an actual realized loss basis. But the accounting could be noisy.

As we've gone product by product and thought about whether we need to change terms, change pricing, et cetera, in order to still be satisfied in a CECL world, they're bits -- the higher-risk portions of some of our longer contractual term lending are the areas where you'll probably look at it and say, I like this less in a CECL environment. But it doesn't -- it has -- even in mortgage, student lending and a couple of other longer-lived asset categories, it doesn't take the returns down to a level where that, in and of itself, would cause you to reprice it or not do it.

RICHARD NIGEL RAMSDEN: Yes. So we have a few minutes left. Let me just see if there's any questions from the audience. I think we have one here. Could we get a mic in this part of the room? Well, let's just go ahead and ask a question, and I'll repeat it.

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

UNIDENTIFIED ANALYST: (inaudible)

RICHARD NIGEL RAMSDEN: So let me just really summarize the question. So I guess the question is, are you still focused on fixing the issues around the sales scandal? Or are you at the point where you can now focus on growth? Or can you do both, I guess, is the question.

JOHN RICHARD SHREWSBERRY: Sure. Well, I would say, first and foremost, it's risk and compliance-related work in order to deserve an all clear in our regulatory relationships. We're -- I don't want to take for granted the power of the franchise and the fact that we're -- we have 70 million customers that we're serving every day and we have hundreds of thousands of people deployed all day every day in doing that. But as Charlie enters, I would say it's front and center on his plate is this notion of completing the work that's necessary to put the past in the past.

Still very competitive. Our business is -- still plenty more to do, don't get me wrong. If all of that -- the same dollars and power were unleashed in a purely commercial direction, having satisfied the risk and control requirements, there's definitely more to do. But historically, and at least at this moment, while he is embarking on his review of all of our businesses and activities, that we really are putting that at the front of the list.

RICHARD NIGEL RAMSDEN: Let me see. We only have time for one more question if there is one. Okay. Well, John, thank you very much for joining us.

JOHN RICHARD SHREWSBERRY: Thank you. I appreciate it.

RICHARD NIGEL RAMSDEN: Thank you.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

Wells Fargo & Co at Goldman Sachs U.S. Financial Services Conference - Final

**Transcript:** 121019a12933892.792

**Subject:** HOLDING COMPANIES (92%); SECURITIES & OTHER INVESTMENTS (91%); EXECUTIVES (90%); INVESTMENT ADVISERS (90%); NEW ISSUES (90%); ECONOMIC CONDITIONS (87%); ECONOMIC GROWTH (87%); INVESTMENT MANAGEMENT (77%); INVESTMENT TRUSTS (77%); GROSS DOMESTIC PRODUCT (70%); INTEREST RATES (50%)

**Company:**  GOLDMAN SACHS GROUP INC (97%);  WELLS FARGO & CO (95%)

**Ticker:** GS (NYSE) (97%); WFC (NYSE) (95%)

**Industry:** NAICS523930 INVESTMENT ADVICE (97%); NAICS523920 PORTFOLIO MANAGEMENT (97%); NAICS523110 INVESTMENT BANKING & SECURITIES DEALING (97%); SIC6798 REAL ESTATE INVESTMENT TRUSTS (97%); SIC6289 SERVICES ALLIED WITH THE EXCHANGE OF SECURITIES OR COMMODITIES, NEC (97%); SIC6282 INVESTMENT ADVICE (97%); SIC6211 SECURITY BROKERS, DEALERS, & FLOTATION COMPANIES (97%); NAICS551111 OFFICES OF BANK HOLDING COMPANIES (95%); SIC6712 OFFICES OF BANK HOLDING COMPANIES (95%); BANKING & FINANCE (92%); SECURITIES & OTHER INVESTMENTS (91%); BANK HOLDING COMPANIES (90%); INVESTMENT ADVISERS (90%); INVESTMENT BANKING (90%); NEW ISSUES (90%); CONFERENCE CALLS (78%); INVESTMENT MANAGEMENT (77%); INVESTMENT TRUSTS (77%); REAL ESTATE (77%); REAL ESTATE INVESTING (77%); CREDIT CARDS (62%); INTEREST RATES (50%)

**Geographic:** UNITED STATES (79%)

**Load-Date:** January 5, 2020

**End of Document**