USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/11/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

Case No. 1:20-cv-04494-GHW

---

**STIPULATION AND ORDER**

WHEREAS, on November 9, 2020, Lead Plaintiffs filed a Consolidated Amended Class Action Complaint ("Complaint") against Defendants Wells Fargo & Company ("Wells Fargo"), Timothy J. Sloan, John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke ("Defendants") (ECF No. 74) [1];

WHEREAS, on January 22, 2021, Defendants filed a motion to dismiss the Complaint (ECF No. 90);

WHEREAS, on September 30, 2021, the Court granted in part and denied in part Defendants' motion to dismiss the Complaint (ECF No. 96);

WHEREAS, Lead Plaintiffs do not intend to file an amended complaint at this time;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answer to the Complaint is due October 14, 2021;

WHEREAS, the Complaint is over 125 pages and contains over three hundred individually numbered paragraphs;

---

[1]   Charles W. Scharf was also named as a Defendant in the Complaint, but was dismissed from this action by the Court's September 30, 2021 order on Defendants' motion to dismiss.

WHEREAS, Defendants believe that there is good cause to extend Defendants' time to answer the Complaint by 32 days to allow Defendants sufficient time to consider and respond to the allegations in the Complaint;

WHEREAS, Lead Plaintiffs do not oppose Defendants' request for additional time;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1.      Defendants' deadline to answer the Complaint is extended to November 15, 2021.

Dated:        October 11, 2021

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP

By: /s/ John C. Browne (by consent)
John C. Browne
Jeroen van Kwawegen
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
will.horowitz@blbglaw.com

Jonathan D. Uslaner
Lauren M. Cruz (*pro hac vice*)
2121 Avenue of the Stars
Los Angeles, California 90067
Tel: (310) 819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com

*Attorneys for Lead Plaintiffs Handelsbanken and Louisiana Sheriffs, and co-Lead Counsel for the Class*

SULLIVAN & CROMWELL LLP

By: /s/ Richard C. Pepperman II
Richard C. Pepperman II
Leonid Traps
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
trapsl@sullcrom.com

Christopher M. Viapiano
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Tel:  (202) 956-7500
Fax:  (202) 293-6330
viapianoc@sullcrom.com

*Attorneys for Defendants Wells Fargo & Company, John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke*

-3-

COHEN MILSTEIN SELLERS &
TOLL PLLC

By: */s/ Steven J. Toll* (by consent)
Steven J. Toll (*pro hac vice*)
S. Douglas Bunch (SB-3028)
Molly J. Bowen (*pro hac vice*)
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com

Laura H. Posner (LP-8612)
88 Pine Street, Fourteenth Floor
New York, New York 10005
Tel:  (212) 220-2925
Fax:  (212) 838-7745
lposner@cohenmilstein.com

*Attorneys for Lead Plaintiffs Mississippi and
Rhode Island, and Proposed co-Lead Counsel
for the Class*

CLARENCE DYER & COHEN LLP

By: */s/ Nanci L. Clarence* (by consent)
Nanci L. Clarence (*pro hac vice*)
Josh Cogen (*pro hac vice*)
Adam F. Shearer (*pro hac vice*)
899 Ellis Street
San Francisco, California  94109
Tel:  (415) 749-1800
Fax:  (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com
ashearer@clarencedyer.com

*Attorney for Defendant Timothy J. Sloan*

SO ORDERED

New York, New York

Date: October 11, 2021

_____
The Honorable Gregory H. Woods
United States District Judge

-3-