USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/13/2022___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

No. 20 Civ. 4494 (GHW)

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

**STIPULATION AND ORDER**
**GOVERNING PRODUCTION AND USE**
**OF HARD COPY DOCUMENTS AND**
**ELECTRONICALLY STORED**
**INFORMATION**

Lead Plaintiffs Handelsbanken Fonder AB, Public Employees' Retirement System of Mississippi, State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and the Louisiana Sheriffs' Pension & Relief Fund (collectively, "Lead Plaintiffs"), and Defendants Wells Fargo & Company ("Wells Fargo"), John R. Shrewsberry, C. Allen Parker, Elizabeth Duke, and Timothy J. Sloan (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), through their undersigned counsel, request that the Court enter this Stipulation and [Proposed] Order Governing Production and Use of Hard Copy Documents and Electronically Stored Information in the above-captioned action (the "Action") to govern the production and use of hard copy documents and electronically stored information ("ESI") by any Party in the Action.

**IT IS THEREFORE ORDERED THAT:**

1.    Format for ESI productions. The Parties shall produce all documents maintained originally in electronic, native format (ESI) and collected for this Action[1] in an

---

[1]    If documents were previously collected by the producing Party in connection with another case and are not maintained in a format that allows the producing Party to reproduce them in the format specified herein, the producing Parties will meet-and-confer to determine a reasonable format in which such documents may be produced.

-1-

"imaged" file format, where reasonably feasible, with a corresponding load file containing OCR or extracted text, and metadata fields, as described below.  The Parties shall provide Excel spreadsheets, Microsoft Access files and .CSV files in native format with a Tagged Image File Format ("TIFF") placeholder and produce other files that cannot be rendered to TIFF in a readable format in native format as well, where reasonably feasible.  Other specific information regarding the production format is provided below:

(a)    Native:  Microsoft Access files, Excel files, .CSV files, other similar databases and spreadsheet files, and other files that cannot be rendered in a readable TIFF format shall be produced in the format which the electronically stored information was originally created, where reasonably feasible.  Native Files will be produced together with a placeholder TIFF image.  Each TIFF placeholder will contain language indicating that the document is being produced in native format.  A relative file path to the native file shall be provided in the load file as described in item (e), below.  To the extent a Party obtains through discovery a file or document that they believe is not adequately represented in an image file format, they may request that the producing Party produce the file or document in native format, the production of which may not unreasonably be withheld.

(b)    Imaged File:  Documents will be produced in single page TIFF image format, converted from the native file.  The specifications regarding images are:

(i)    All images shall be produced in 300 DPI Group IV black and white TIFF;

(ii)    Track changes and comments in Word documents and PowerPoint notes shall also be imaged so that such content is viewable on the images.

      (iii)    Bates numbers shall be branded to the images;

      (iv)    Images shall be single page image files (one file for each page of a document).

(c)    <u>Image Load Files</u>:  An image load file in a standard .opt load file format shall be included;

(d)    <u>OCR or Extracted Text File</u>:  An OCR or Extracted text file which corresponds to each produced document shall be provided as follows:

      (i)    Document level OCR text for redacted documents or Extracted text for ESI not containing redaction are to be located in the same directory as its image file;

      (ii)    The text file name shall be the same name of the first image page for the document set, followed by .txt;

      (iii)    An OCR or Extracted text file containing the produced document's content will be provided for all documents whether it is produced as an image file or natively unless the document was originally maintained in image, nonsearchable format and the producing Party has chosen not to OCR the document because the expense is not justified, given the types of documents and utility of the OCR.  In that situation, the producing Party will produce the document as it was kept in the ordinary course of business, without OCR, and will identify for the receiving Party in the production cover letter the Bates numbers of the documents that have not had OCR applied.  If documents are redacted, OCR will be taken of the redacted

document and provided.

(e)    Load File:  A load file shall be provided in a ".dat" file format that contains metadata fields in a delimited text load file.  For the Concordance .dat, the Parties should use Concordance standard delimiters (ASCII 020 corresponding to a comma, ASCII 254 corresponding to a double quote, ASCII 174 corresponding to a new line, and a semicolon used to separate values).  The fielded data should include all the below metadata fields for each document produced.  The first line of the data load file should contain the field headers indicating the contents of each field, and each subsequent line should contain the fielded data for each document, where such fielded data is reasonably available.

| FIELD NAME | FIELD DESCRIPTION | APPLICABLE FILE TYPE(S) |
|---|---|---|
| BEGBATES | Beginning production number for a given file/document | Email, E-Doc and Other[2] |
| ENDBATES | Ending production number for a given file/document | Email, E-Doc and Other |
| BEGATTACH | Production number of first page of parent | Email, E-Doc and Other |
| ENDATTACH | Production number of last page of last attachment | Email, E-Doc and Other |
| CUSTODIAN | Person or other source from whom/which files were collected | Email, E-Doc and Other |
| ALLCUSTODIAN | Other custodians the producing Party agreed to produce and who had the file but where the file was eliminated through de-duplication | Email and E-Doc |
| FILEEXT | File extension | Email and E-Doc |

---

[2]    Other is defined as documents maintained in image file format or that were scanned from hard copy.

| HASH | MD5 Hash Value | E-mail and E-Doc |
|---|---|---|
| SUBJECT | Subject | E-mail |
| FROM | Sender | E-mail |
| TO | Recipient | E-mail |
| CC | Copyee | E-mail |
| BCC | Blind Copyee | E-mail |
| DATESENT | Date Sent & Time (MM/DD/YYYY HH:MM) | E-mail |
| DATERECEIVED | Date Received & Time (MM/DD/YYYY HH:MM) | E-mail |
| AUTHOR | Author | E-Doc |
| DATELASTMOD | Date modified & Time (MM/DD/YYYY HH:MM) | E-Doc |
| FILENAME | Original file name | E-Doc |
| NATIVEFILE | Path to native file as produced | Native |
| TEXTPATH | Path to OCR or extracted text file | E-mail, E-Doc and Other[3] |

      2.      <u>Format for Hard-Copy (*i.e.*, non-ESI) Productions and Static Images.</u>  The following applies to documents that exist only in hard-copy format or in static image file format and are therefore unavailable in native ESI format (*e.g.*, documents scanned from hard copy, or documents maintained in static image format, like TIFF or PDF).  This format also applies to documents that may have been previously collected in other cases that pre-date this Action and

---

[3]    A producing Party may choose not to OCR documents originally maintained in hard copy or in imaged file format if the Parties meet-and-confer in good faith and agree (or the Court orders) that the expense is not justified.  In that circumstance, the producing Party may produce them as they are kept in the ordinary course of business and the producing Party will identify the Bates numbers of the documents that have not had OCR applied and for which extracted text is not available in the production cover letter.

where the fielded data identified above for native file collections is unavailable. All such documents that are amenable to being imaged should be produced in the same format specified for ESI, above, except that the only metadata fields provided will be BegBates, EndBates, BegAttach, EndAttach, Custodian and TextPath. OCR will also be provided, if reasonably available, instead of extracted text.[4] For documents collected prior to this litigation, see footnote 1, above.

       3.        <u>Documents from Structured Data/Databases</u>. The producing Party will produce data exported from databases in a reasonably useable format, such as Excel, or in a pdf report format if reasonably useable or in another reasonably useable format. If data from databases or other structured data sources cannot be produced in a reasonably useable format, the Parties will meet and confer to discuss the issue.

       4.        <u>De-duplication and Threading</u>. The Parties may de-duplicate ESI across custodial and non-custodial data sources (*i.e.*, global deduplication) as long as duplicate custodian information is provided, as specified above. The Parties may also choose to produce only the most inclusive e-mail threads and eliminate non-inclusive threads where the non-inclusive thread is completely encompassed in the inclusive thread. If a thread has unique documents attached, that thread will be considered inclusive.

---

[4]      See footnote 3.

Dated: January 13, 2022

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP

By: */s/ John C. Browne*
John C. Browne
Jeroen van Kwawegen
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
will.horowitz@blbglaw.com

Jonathan D. Uslaner
Lauren M. Cruz (*pro hac vice*)
2121 Avenue of the Stars
Los Angeles, California 90067
Tel:  (310) 819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com

*Attorneys for Lead Plaintiffs Handelsbanken and Louisiana Sheriffs, and co-Lead Counsel for the Class*

KLAUSNER, KAUFMAN, JENSEN & LEVINSON
Robert D. Klausner (admitted *pro hac vice*)
7080 NW 4th Street
Plantation, Florida  33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs*

SULLIVAN & CROMWELL LLP

By: */s/ Richard C. Pepperman II*
Richard C. Pepperman II
Leonid Traps
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
trapsl@sullcrom.com

Christopher M. Viapiano
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Tel:  (202) 956-7500
Fax:  (202) 293-6330
viapianoc@sullcrom.com

*Attorneys for Defendants Wells Fargo & Company, John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke*

COHEN MILSTEIN SELLERS &
TOLL PLLC

By: */s/ Steven J. Toll*
Steven J. Toll (*pro hac vice*)
S. Douglas Bunch (SB-3028)
Molly J. Bowen (*pro hac vice*)
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com

Laura H. Posner (LP-8612)
88 Pine Street, Fourteenth Floor
New York, New York 10005
Tel: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com

*Attorneys for Lead Plaintiffs Mississippi and
Rhode Island, and Proposed co-Lead Counsel
for the Class*

CLARENCE DYER & COHEN LLP

By: */s/ Nanci L. Clarence*
Nanci L. Clarence (*pro hac vice*)
Josh Cohen (*pro hac vice*)
Adam F. Shearer (*pro hac vice*)
899 Ellis Street
San Francisco, California  94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com
ashearer@clarencedyer.com

*Attorney for Defendant Timothy J. Sloan*


**SO ORDERED:**


Dated:    January 13, 2022

_____
GREGORY H. WOODS
United States District Judge

-8-