USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

Case No. 1:20-cv-04494-GHW

---

**ORDER GRANTING REQUEST FOR WITHDRAWAL AS COUNSEL**
**PURSUANT TO LOCAL RULE 1.4**

The motion for Christian Levis, Andrea Farah and Frank Strangeman to withdraw as counsel of record for Plaintiff Adam Perry is granted.

The Clerk of Court is instructed to remove attorneys Christian Levis, Andrea Farah and Frank Strangeman and the law firm Lowey Dannenberg, P.C. from the docket of this case and terminate the motion at Dkt. No. 117.

**IT IS SO ORDERED.**

Dated:_____February 3_____, 2022

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

{}