USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

No. 20 Civ. 4494 (GHW)

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JOHN R. SHREWSBERRY, C. ALLEN PARKER, AND ELIZABETH DUKE**

Upon consideration of the Motion to Withdraw of Richard C. Pepperman II as Counsel for Defendants John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke, and the Declaration of Richard C. Pepperman II in Support of the Motion, and good cause appearing,

IT IS ORDERED that the Motion to Withdraw of Richard C. Pepperman II as Counsel for Defendants John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke is GRANTED.  The Clerk of Court is instructed to remove from the docket Richard C. Pepperman II as counsel of record for Defendants John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke and terminate the motion at Dkt. No. 128.

Dated: February 16, 2022

_____
Hon. Gregory H. Woods
United States District Judge