USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/13/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-CV-04494 (GHW)<br><br>**AMENDMENT TO STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ODER** |

GREGORY H. WOODS, District Judge:

WHEREAS, on December 21, 2021, all of the parties to this action (collectively, the "Parties" and each individually, a "Party") requested that this Court issue a protective order pursuant to Federal Rule of Civil Procedure 26(c) to protect the confidentiality of nonpublic and competitively sensitive information that they may need to disclose in connection with discovery in this action (the "Protective Order");

WHEREAS, on December 22, 2021, this Court so ordered the Parties' proposed Protective Order (ECF 105);

WHEREAS, on June 8, 2022, the Office of the Comptroller of the Currency ("OCC") issued a letter to Lead Counsel granting Lead Plaintiffs' request for certain documents, but requiring that the Parties first "obtain modification of the current protective order in a form meeting the prior approval of the OCC and other regulators, to protect further disclosure of these materials";

WHEREAS, on June 9, 2022, the Consumer Financial Protection Bureau ("CFPB") issued a letter to Lead Counsel granting Lead Plaintiffs' request for certain documents, but requiring that the Parties first "obtain modification of the current protective order in a form meeting the prior approval of the [CFPB] and other regulators, to protect further disclosure of these materials"; and

WHEREAS, on June 15, 2022, the Board of Governors to the Federal Reserve System ("Federal Reserve") issued a letter to Lead Counsel granting Lead Plaintiffs' request for certain documents, but requiring that the Parties first "obtain modification of the current protective order in a form meeting the prior approval of the [Federal Reserve] and other regulators, to protect further disclosure of these materials";

IT IS HEREBY ORDERED, that the Protective Order is amended[1] to include the following provisions:

1.      Designations: At the request of the OCC, the CFPB, and the Federal Reserve (each an "Authorizing Agency"), any document produced in this action pursuant to a letter of authorization provided by one or more of the Authorizing Agencies, including the three letters described above, shall be designated "CONFIDENTIAL" under the Protective Order. Notwithstanding Paragraph 11 of the Protective Order, the Parties agree that, in connection with this Protective Order, they will not challenge a designation of information as "CONFIDENTIAL" pursuant to a letter of authorization provided by an Authorizing Agency or oppose a motion to file under seal information designated as "CONFIDENTIAL" pursuant to a letter of authorization provided by an Authorizing Agency.

2.      Filing Protected Material: Consistent with Paragraph 10 of the Protective Order, the parties will consider information designated as "CONFIDENTIAL" by an Authorizing Agency as Confidential Discovery Material.  In filing Confidential Discovery Material with this Court, or filing portions of any pleadings, motions, or other papers that disclose such Confidential Discovery Material ("Confidential Court Submission"), the parties shall publicly file a redacted copy of the

---

[1] All terms shall have the same meaning as set forth in the Protective Order.

Confidential Court Submission via the Electronic Case Filing System. In accordance with Rule 4(A) of the Court's Individual Rules of Practice in Civil Cases, the Parties shall file an unredacted copy of the Confidential Court Submission under seal with the Clerk of this Court, and the Parties shall serve this Court, opposing counsel, and any Authorizing Agency with unredacted courtesy copies of the Confidential Court Submission.  If a Party's request to file Protected Material under seal is denied by the court, then the Party may file (after providing any affected Authorizing Agency with sufficient notice for the Authorizing Agency to oppose the public filing) the information in the public record pursuant to this Court's Rules of Practice in Civil Cases Rule 4(A)(ii) unless otherwise instructed by the Court.

3.      Public Court Proceedings: The Parties shall take steps to avoid disclosing in public court proceedings any information designated as CONFIDENTIAL information of an Authorizing Agency or any information that the Party knows constitutes non-public information or confidential supervisory information (as defined below)[2] of an Authorizing Agency, and shall confer among themselves and with the Court as necessary to put in place procedures to protect the confidentiality of such information.

---

[2] *See* 12 C.F.R. § 1070.2(i) (CFPB definition of "confidential supervisory information"); 12 C.F.R § 4.32(b) (OCC definition); 12 C.F.R. § 261.2(b) (Federal Reserve definition).

SO STIPULATED AND AGREED.

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP

By: /s/   *John C. Browne*
John C. Browne (JB-0391)
Jeroen van Kwawegen (JV-1010)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
will.horowitz@blbglaw.com

Jonathan D. Uslaner (JU-1942)
Lauren M. Cruz (*pro hac vice*)
2121 Avenue of the Stars
Los Angeles, California  90067
Tel: (310) 819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com

*Counsel for Lead Plaintiffs Handelsbanken
and Louisiana Sheriffs, and Co-Lead
Counsel for the Class*

KLAUSNER, KAUFMAN, JENSEN &
LEVINSON

By: */s/ Robert D. Klausner*
Robert D. Klausner (*pro hac vice*)
7080 NW 4th Street
Plantation, Florida  33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs*

SULLIVAN & CROMWELL LLP

By: */s/ Richard C. Pepperman*
Richard C. Pepperman II
Leonid Traps
125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com
trapsl@sullcrom.com

Christopher M. Viapiano
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Tel: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com

*Counsel for Defendant Wells Fargo &
Company*

4

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/    *Steven J. Toll*
Steven J. Toll (*pro hac vice*)
S. Douglas Bunch (SB-3028)
Molly J. Bowen (*pro hac vice*)
Jan E. Messerschmidt (*pro hac vice*)
1100 New York Avenue, N.W., Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Laura H. Posner (LP-8612)
88 Pine Street, Fourteenth Floor
New York, NY  10005
Telephone: (212) 220-2925
Facsimile: (212) 838-7745
lposner@cohenmilstein.com

*Counsel for Lead Plaintiffs Mississippi and Rhode Island, and Co-Lead Counsel for the Class*

CLARENCE DYER & COHEN LLP

By: /s/    *Nanci L. Clarence*
Nanci L. Clarence (*pro hac vice*)
Josh Cohen (*pro hac vice*)
Adam F. Shearer (*pro hac vice*)
899 Ellis Street
San Francisco, California  94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com
ashearer@clarencedyer.com

*Attorney for Defendant Timothy J. Sloan*

SWANSON & MCNAMARA LLP

By: /s/    *Ed Swanson*
Ed Swanson (*pro hac vice*)
Mary McNamara (*pro hac vice*)
Carly Bittman (*pro hac vice*)
300 Montgomery St, Suite 1100
San Francisco, California  94104
Tel: (415) 477 3800
ed@smllp.law
mary@smllp.law
carly@smllp.law

*Attorney for Defendant John R. Shrewsberry*

CRAVATH, SWAINE & MOORE LLP
By: /s/    *Karin A. DeMasi*
Karin A. DeMasi
Carolyn Young
Katherine DuBois
825 Eighth Avenue
New York, Ny  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
cyoung@cravath.com
kdmasi@cravath.com
kdubois@cravath.com

*Attorney for Defendant Allen C. Parker*

SHERMAN & STERLING LLP

By: /s/    *John Gueli*
John Gueli
Stuart Jay Baskin
599 Lexington Avenue
New York, NY  10022
Tel: (212) 848-4000
Fax: (646) 848-4974
jgueli@sherman.com
sbaskin@sherman.com

*Attorney for Defendant Elizabeth Duke*

SO ORDERED

Dated:  July 13, 2022
New York, New York

_____
GREGORY H. WOODS
United Sates District Judge

6