# Exhibit B

Information Classification: Open

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW **CLASS ACTION** |

## DECLARATION OF STAFFAN RINGVALL IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Information Classification: Open

I, Staffan Ringvall, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Staffan Ringvall, am the Head of Legal of Lead Plaintiff Handelsbanken Fonder AB ("Handelsbanken" and, together with Louisiana Sheriffs' Pension & Relief Fund, Public Employees' Retirement System of Mississippi, and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, "Plaintiffs" or "Lead Plaintiffs"). I respectfully submit this Declaration in support of Lead Plaintiffs' motion to (i) certify this action as a Class Action, (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firms of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      Based in Stockholm, Sweden, Handelsbanken is a mutual fund management company that manages approximately $67.5 billion in assets. As reflected in its certification, Handelsbanken, through its investment funds Handelsbanken Global Index Criteria and Handelsbanken USA Index Criteria, purchased a significant amount of Wells Fargo shares during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this Action. Under Swedish law, the investment funds do not have legal capacity to sue in, or be brought before, courts of law or any other public authority. Instead, Handelsbanken, as the investment manager to the funds, shall represent the investors in the funds with respect to all issues concerning investments made by those funds.

3.      Handelsbanken understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with meaningful losses to direct securities class actions. As set forth in its certification, Handelsbanken suffered substantial losses

Information Classification: Open

as a result of the securities law violations alleged in this action. As a Lead Plaintiff and proposed Class Representative, Handelsbanken—an institutional investor—has been and will continue to be committed to vigorously prosecuting this litigation. Handelsbanken intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4.    Handelsbanken has diligently supervised and monitored the progress of this litigation and actively participated in its prosecution. Among other things, Handelsbanken has (i) received and reviewed periodic status reports concerning case developments; (ii) engaged in regular discussions with counsel concerning the conduct of this litigation and significant developments therein; (iii) received drafts and reviewed significant pleadings and filings, including the Amended Complaint and Plaintiffs' opposition to Defendants' motions to dismiss; (iv) reviewed and responded to Defendants' discovery requests; and (v) through counsel, served document requests on Defendants.

5.    As a Class Representative, Handelsbanken would continue to diligently pursue the effective prosecution of the Action. Handelsbanken understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6.    In light of these responsibilities, Handelsbanken seeks the appointment of Bernstein Litowitz and Cohen Milstein as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. Handelsbanken believes that Bernstein Litowitz and Cohen Milstein possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

Information Classification: Open

7.      It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Handelsbanken's fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

**[REMAINDER INTENTIONALLY LEFT BLANK]**

3

Information Classification: Open

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of my knowledge, true and correct.

Executed this 30 day of September, 2022.

Staffan Ringvall

Digitally signed by
Staffan Ringvall
Date: 2022.09.30
10:11:45 +02'00'

Staffan Ringvall
Head of Corporate Governance
*On behalf of Handelsbanken Fonder AB*