# Exhibit C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW<br><br>**CLASS ACTION** |

## DECLARATION OF OSEY MCGEE JR. IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Osey McGee Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I, Osey McGee Jr., am the Executive Director of Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs" and, together with Handelsbanken Fonder AB, Public Employees' Retirement System of Mississippi, and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, "Plaintiffs" or "Lead Plaintiffs"). I respectfully submit this Declaration in support of Lead Plaintiffs' motion to (i) certify this action as a Class Action, (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firms of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.     Based in Baton Rouge, Louisiana, Louisiana Sheriffs is a public pension fund that provides pension and other benefits for sheriffs, deputy sheriffs, and tax collectors in the State of Louisiana. Louisiana Sheriffs is responsible for the retirement income of these employees and their beneficiaries. Louisiana Sheriffs manages approximately $4 billion in assets for the benefit of its approximately 20,000 active and retired participants.

3.     Louisiana Sheriffs understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with meaningful losses to direct securities class actions. As set forth in its certification, Louisiana Sheriffs suffered substantial losses as a result of the securities law violations alleged in this action. As a Lead Plaintiff and proposed Class Representative, Louisiana Sheriffs—an institutional investor—has been and will continue to be committed to vigorously prosecuting this litigation. Louisiana Sheriffs intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

{00221532.DOCX;1}1

4.      Louisiana Sheriffs has diligently supervised and monitored the progress of this litigation and actively participated in its prosecution. Among other things, Louisiana Sheriffs has (i) received and reviewed periodic status reports concerning case developments; (ii) engaged in regular discussions with counsel concerning the conduct of this litigation and significant developments therein; (iii) received drafts and reviewed significant pleadings and filings, including the Amended Complaint and Plaintiffs' opposition to Defendants' motions to dismiss; (iv) reviewed and responded to Defendants' discovery requests; and (v) through counsel, served document requests on Defendants.

5.      As a Class Representative, Louisiana Sheriffs would continue to diligently pursue the effective prosecution of the Action. Louisiana Sheriffs understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6.      In light of these responsibilities, Louisiana Sheriffs seeks the appointment of Bernstein Litowitz and Cohen Milstein as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. Louisiana Sheriffs believes that Bernstein Litowitz and Cohen Milstein possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7.      It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Louisiana Sheriffs' fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

I declare, based on my own knowledge and information provided to me by legal counsel, that the foregoing statements and information provided herein are, to the best of my knowledge, true and correct.

Executed this 27 day of September, 2022.

_____
Osey McGee Jr.
Executive Director
*On behalf of Louisiana Sheriffs' Pension &*
*Relief Fund*

{00221532.DOCX;1}