# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW<br><br>**CLASS ACTION** |

**DECLARATION OF JEREMY SAVAGE IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

I, Jeremy Savage, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Jeremy Savage, am the General Counsel of Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island" and, together with Louisiana Sheriffs' Pension & Relief Fund, Handelsbanken Fonder AB, and Public Employees' Retirement System of Mississippi, "Plaintiffs" or "Lead Plaintiffs"). I respectfully submit this Declaration in support of Lead Plaintiffs' motion to (i) certify this action as a Class Action, (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firms of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel. I have personal knowledge of the statements herein and/or have endeavored to learn the information on ERSRI's behalf and, if called upon as a witness, could and would competently testify thereto.

2.      Rhode Island is a governmental pension fund established for the benefit of the current and retired employees of the State of Rhode Island. Rhode Island protects and oversees more than $12 billion in assets, including retirement funds held in trust for hundreds of thousands of Rhode Island teachers, police, firefighters, nurses, and other public employees.

3.      Rhode Island understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with meaningful losses to direct securities class actions. As set forth in its certification, Rhode Island suffered substantial losses as a result of the securities law violations alleged in this action. As a Lead Plaintiff and proposed Class Representative, Rhode Island—an institutional investor—has been and will continue to be committed to vigorously prosecuting this litigation. Rhode Island intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

1

4.      Rhode Island has diligently supervised and monitored the progress of this litigation and actively participated in its prosecution. Among other things, Rhode Island has (i) received and reviewed periodic status reports concerning case developments; (ii) engaged in regular discussions with counsel concerning the conduct of this litigation and significant developments therein; (iii) received drafts and reviewed significant pleadings and filings, including the Amended Complaint and Plaintiffs' opposition to Defendants' motions to dismiss; (iv) reviewed and responded to Defendants' discovery requests; and (v) through counsel, served document requests on Defendants.

5.      As a Class Representative, Rhode Island would continue to diligently pursue the effective prosecution of the Action. Rhode Island understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6.      In light of its responsibilities, Rhode Island seeks the appointment of Cohen Milstein and Bernstein Litowitz as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. Rhode Island believes that Cohen Milstein and Bernstein Litowitz possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7.      It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Rhode Island's fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of my knowledge, true and correct.

Executed this 30th day of September, 2022.

Jeremy Savage
*On behalf of Employees Retirement System of Rhode Island*