# Exhibit E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW |
| | **CLASS ACTION** |

**DECLARATION OF TRICIA BEALE IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Tricia Beale, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Tricia Beale, respectfully submit this declaration on behalf of Lead Plaintiff Public Employees' Retirement System of Mississippi ("Mississippi PERS" and, together with Louisiana Sheriffs' Pension & Relief Fund, Handelsbanken Fonder AB, and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, "Plaintiffs" or "Lead Plaintiffs"), in support of Lead Plaintiffs' motion to (i) certify this action as a Class Action, (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firms of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel.  I have personal knowledge of the statements herein and/or have endeavored to learn the information on Mississippi PERS's behalf and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi, and am authorized to make this declaration on behalf of Mississippi PERS.  Mississippi PERS is a governmental, defined benefit pension fund established for the benefit of the current and retired employees of the State of Mississippi. Mississippi PERS is responsible for the retirement income of the employees of the State, including current and retired employees of the State's public-school districts, municipalities, counties, community colleges, state universities, libraries, and water districts. Mississippi PERS provides benefits to over 112,000 retirees and beneficiaries, manages over $35.2 billion in net assets for its beneficiaries, and is responsible for providing retirement benefits to more than 145,000 active members.

3.      Mississippi PERS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with meaningful losses to direct securities class actions.  As set forth in its certification, Mississippi PERS suffered substantial

1

losses as a result of the securities law violations alleged in this action.  As a Lead Plaintiff and proposed Class Representative, Mississippi PERS—an institutional investor—has been and will continue to be committed to vigorously prosecuting this litigation.  Mississippi PERS intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4.    Mississippi PERS has diligently supervised and monitored the progress of this litigation and actively participated in its prosecution. Among other things, Mississippi PERS has (i) received and reviewed periodic status reports concerning case developments; (ii) engaged in regular discussions with counsel concerning the conduct of this litigation and significant developments therein; (iii) received drafts and reviewed significant pleadings and filings, including the Amended Complaint and Plaintiffs' opposition to Defendants' motions to dismiss; (iv) reviewed and responded to Defendants' discovery requests; and (v) through counsel, served document requests on Defendants.

5.    As a Class Representative, Mississippi PERS would continue to diligently pursue the effective prosecution of the Action. Mississippi PERS understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6.    In light of its responsibilities, Mississippi PERS seeks the appointment of Cohen Milstein and Bernstein Litowitz as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. Mississippi PERS believes that Cohen Milstein and Bernstein Litowitz possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

2

7.      It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Mississippi PERS's fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

**[REMAINDER INTENTIONALLY LEFT BLANK]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of my knowledge, true and correct.

Executed this 3rd day of October, 2022.

Tricia Beale
Special Assistant Attorney General in the
Office of the Attorney General of the State
of Mississippi
*On behalf of Public Employees' Retirement
System of Mississippi*