UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

20-CV-04494 (GHW)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The parties shall file a joint letter updating the Court on the status of discovery no later than January 3, 2023. Separately, the parties are directed to meet and confer to discuss the potential for settlement in this matter. If the parties then believe that a settlement conference before the Court would be beneficial, they should contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. The Court is currently scheduling settlement conferences in January of 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         November 3, 2022