# Exhibit 11

  

December 21, 2022

**Via Email**

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004

Rebekah T. Raybuck
Sullivan & Cromwell LLP
1870 Embarcadero Rd.
Palo Alto, CA 94303

> Re: *In re Wells Fargo & Co. Securities Litigation*, No. 20 Civ. 4494 (S.D.N.Y.)

Dear Counsel:

We write on behalf of Lead Plaintiffs in the above-captioned action in response to your letter dated December 15, 2022 concerning the December 8, 2022 deposition of Dr. Michael L. Hartzmark.

In accordance with Federal Rule of Civil Procedure 26(a), Dr. Hartzmark provided, among other things, "the facts or data considered by [him] in forming" the opinions set forth in his expert report. Dr. Hartzmark did not consider or rely upon an analysis comparing VIX to the abnormal returns squared in forming his opinions set forth in his report. *See* Hatzmark Tr. at 2:13:43-14:01 ("I don't rely upon [the analysis comparing VIX to the abnormal returns squared] for my opinion.").

Although irrelevant and well outside the expert disclosure requirements of the Federal Rules, Lead Plaintiffs can confirm that MDA Financial, Inc. did not purchase any Wells Fargo common stock during the proposed class period.

Please let us know if you have any further questions or wish to discuss further.

Sincerely,

Jonathan D. Uslaner

December 21, 2022
Page 2

Laura Posner