# Exhibit 13

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.  20-civ-4494(GHW)

---------------------------------------------- x

IN RE WELLS FARGO & COMPANY SECURITIES

LITIGATION

---------------------------------------------- x

November 15, 2022

9:35 a.m. Central

VIRTUAL DEPOSITION of OSEY (SKIP) MCGEE, JR., 30(b)(6) witness, taken pursuant to Notice, before Fran Insley, (via Zoom) a Notary Public of the States of New York and New Jersey.

Page 127

MCGEE

managers' selections and trades.

    Q.    Did the regulatory compliance --
sorry, the regulatory consent order factor into
any investment conditions by Louisiana
Sheriffs?

            MR. USLANER:  Objection to form.
        Are you're asking about the investment
        managers or --
    A.    Would you repeat your question,
please?
    Q.    Did Wells Fargo's -- did the
regulatory Consent Orders we have been
discussing factor into any investment decisions
by Louisiana Sheriffs?

            MR. USLANER:  Objection to form and
        lack of foundation.  Go ahead.
    A.    To my knowledge and belief, we did
not interfere in the investment managers'
decision.  It was their decision.  They control
the portfolio and the decisions that goes into
it.  We would not have taken a position against
the investment manager.  If we take a position
against them, the investment manager, normally
we would terminate them and hire somebody else.

Page 149

C E R T I F I C A T E

I, FRAN INSLEY, hereby certify that the Deposition of OSEY MCGEE was held before me on the 15th day of November, 2022; that said witness was duly sworn before the commencement of testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Deposition of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of November, 2022.

_____
            FRAN INSLEY