# Exhibit 19

# Prospectus
# Handelsbanken Fonder –
# Passive fund management

This information brochure includes all of the Management Company's passively-managed funds, including the Management Company's Exchange-Traded Funds (ETFs) (the XACT Funds)

# October 5, 2020

1

WFC_Handelsbanken-0000001

In its role as the Custodian Institution, J.P. Morgan can periodically engage the services of other customers, funds or other external companies for custody and associated services. J.P. Morgan Chase Group is an international banking group with a broad range of business activities, which means that conflicts of interest can arise periodically between the Custodian Institution and the companies to which custody services have been delegated. Such a company can be an affiliated company to J.P. Morgan that offers a product or service to a fund and at the same time has financial or business interests in these products or services. The company can also be an affiliated company to J.P. Morgan that receives payment for other products or services associated to custody, such as foreign exchange or securities loans. If conflicts of interest do arise, the Custodian Institution shall always fulfil their commitments in accordance with applicable laws and act solely in the common interest of unit holders.

In this respect, unit holders should be aware that the Custodian Institution has delegated the custody of certain securities to companies within J.P. Morgan's network of custody banks.

Updated information regarding the identity of the Custodian Institution, a description of its work tasks and conflicts of interest that can arise, a description of the custody functions that have been delegated by the Custodian Institution, a list of service providers and any tasks that have been further delegated and any conflicts of interest that could arise as a result of such delegation can be obtained upon request.

The Custodian Institution has no decision-making authority over the Management Company's investments in the fund management operations. The Custodian Institution is the service provider and does not participate in the preparation of this document. Accordingly, the Custodian Institution has no liability for the correctness of the information in the document.

# The funds and their legal status

### The legal profile of the funds

The securities funds and non-UCITS funds of Handelsbanken Fonder AB are regulated by the Swedish Investment Funds Act (2004:46) and the Alternative Investment Fund Managers Act (2013:561). A fund is established through capital contributions from the general public and is mutually owned by those who provided capital to the fund. The fund consists of securities purchased by the fund for the capital provided to the fund. Fund assets are owned by the fund unit holders, but are managed by the Management Company. The fund may not acquire rights, assume liabilities, or lodge an appeal before a court of law or any other authority. Assets included in a fund may not be seized and unit holders are not held accountable for the liabilities of the fund. This fund is not a legal entity, rather it is solely an object of taxation. The Management Company represents the unit holders in all questions regarding the fund, takes decisions regarding the assets included in the fund and exercises those rights that arise from the fund. The Management Company shall trade solely in the common interest of the unit holders in the asset management of the fund.

One fund unit is a right to as large of a share in a fund that is equivalent to the fund's net capital divided by the number of outstanding units. In a fund that lacks share classes, all units are equal and have the same rights to the assets included in the fund. In the event the fund consists of share classes, the value of a fund unit in one share class will differ from the value of a fund unit in another share class. However, fund units within each individual share class are the same size and have the same rights to the assets included in the fund. The unit holder is never held responsible for any liabilities that rest upon the fund.

Each fund has fund rules that explain the specific conditions for subscribing to the fund and specifies what distinguishes each share class, if such exists in the fund. The fund rules have been approved by the Financial Supervisory Authority and constitute a portion of this Information Brochure.

# Share classes – nomenclature, conditions, etc.

The Management Company has introduced a nomenclature of share classes for the Management Company's funds in order to facilitate a review by unit holders of the terms and conditions associated

6

WFC_Handelsbanken-0000006