# Exhibit 23

**Morgan Stanley** | **RESEARCH**                                                    UPDATE

*April 15, 2019 04:01 AM GMT*

## Large Cap Banks | North America

# 1Q19 Earnings Day 1: JPM, WFC, PNC

**JPM:** 2019 EPS up 5% (45c) to $10.15 on 1Q19 beat, 2020 EPS up 1% (13c) to $10.89 on higher revenues. PT up $6 to $130.

- **1Q19 EPS beat on stronger consumer and investment banking:** JPM reported 1Q19 EPS of $2.65, beating MS estimates of $2.34 and consensus of $2.37. Revenues beat by 23c and expenses were also 8c better, bringing their expense ratio to a low 55% vs. our estimate of 57%. Revenue beat came from both Consumer (+10c) and Investment banking (+13c).

- **Efficiencies are coming through:** After three years of a stable expense ratio, JPM surprised positively with better than expected operating leverage. JPM's firmwide expense ratio came in at 55%, a 1Q post crisis low and down from 1Q18's 56%. While JPM has announced that it is raising its investment spend by a net $2.2B in 2019, it also highlighted that it should be able to self fund this higher expense in 2020 and beyond. We expect JPM to keep driving positive operating leverage and estimate firm expense ratio declines from 57% in 2018 to 55% in 2019 and 54% in 2020.

- **One-off items drove reserve builds but credit quality is still excellent:** JPM built $135M in reserves this quarter in the wholesale segment, largely due to a handful of idiosyncratic client downgrades. They don't name names, but remember that PG&E filed for bankruptcy protection this past quarter. The reserve build is relatively in-line with prior quarters, except the offset from reserve release in energy has now gone away. The overall portfolio is still strong and is not showing signs of deterioration and management reiterated their guidance that total NCOs should come in below $5.5B in 2019. We are being more conservative, and are modeling for a 25% increase in NCOs to $6.1B in 2019, simply because we are late cycle and not because of what we see in JPM's delinquencies. Treat this higher provision line as a potential back pocket for EPS or offset to pressured NIM.

- **Expect JPM can beat their 17% ROTCE target:** 1Q19's 19% ROTCE is well above JPM's ~17% medium term guidance, and was in-line with 1Q18 despite a weaker quarter for trading revenues. This shows JPM has levers to pull in a weak revenue environment. Despite being #1 in several businesses, JPM is looking to gain share in every business line. We believe JPM's push for top-line growth, coupled with efficiencies from ongoing tech investments should help JPM get to a 18% ROTCE by 2020, above their ~17% target.

- **Why Overweight?** JPM is increasing tech spend to $11.5B or 10% of revenues in 2019, and is opening 400 branches to enter into 15-20 new

MORGAN STANLEY & CO. LLC

**Betsy L. Graseck, CFA**
EQUITY ANALYST
Betsy.Graseck@morganstanley.com          +1 212 761-8473

**Manan Gosalia**
EQUITY ANALYST
Manan.Gosalia@morganstanley.com          +1 212 761-4092

**Jeffrey Adelson, CFA**
RESEARCH ASSOCIATE
Jeff.Adelson@morganstanley.com           +1 212 761-1761

**Ryan Kenny**
RESEARCH ASSOCIATE
Ryan.Kenny@morganstanley.com             +1 212 761-1664

**Brad Fitter**
RESEARCH ASSOCIATE
Brad.Fitter@morganstanley.com            +1 +1-212-761-7154

**Banking - Large Cap Banks**

North America
**IndustryView**                                          **Attractive**

**WHAT'S CHANGED?** FROM:                  TO:

**J.P.Morgan Chase & Co. (JPM.N)**

| | | |
|---|---|---|
| Price Target | $124.00 | **$130.00** |

**PNC Financial Services (PNC.N)**

| | | |
|---|---|---|
| Price Target | $138.00 | **$142.00** |

**Wells Fargo & Co. (WFC.N)**

| | | |
|---|---|---|
| Price Target | $55.00 | **$51.00** |

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

CONFIDENTIAL                                                              WF_00032742

# Morgan Stanley | RESEARCH

UPDATE

markets over the next 4 years. We expect JPM will strive for top 5 share in deposits across all new geographies, and expect JPM will maintain its best-in-class ROE of 14.5% in 2020e vs. moneycenter peers at 12%. Lower expense ratio, coupled with scale, positions JPM to be a leader in market share gains across both consumer and commercial. Careful credit extension and high investment levels should give JPM some cushion in a downturn. Our $130 PT is based on a 1.7x P/B vs. a 14.5% 2020e ROE, implying 17% upside from here.

**WFC:** 2019 EPS down 2% (10c) to $4.61 on lower NII partially offset by lower expenses, and 2020 EPS down 5% (28c) to $5.06 on lower NII. PT down $4 to $51.

- **1Q19 EPS missed the street on expenses:** WFC reported EPS of $1.20. Excluding 1) gain on sale of Pick-a-Pay PCI loans ($608M), gain on sale of payroll services ($148M), and 3) net discrete tax benefit ($297M), operating EPS of $1.01 was in-line with MSe, but missed the Street estimate of $1.12, primarily from higher expenses (8c of the miss). NIM also missed both MSe/consensus (2.91% vs. our 2.94%), and reserve build of $150M was higher vs. our expectation of no build.

- **Lower NII guidance:** Management revised their NII guidance for 2019 from +/-2% to down 2-5% y/y. The main reason was the shift in the yield curve and a lower rate outlook, which is increasing prepayments and putting pressure on reinvestment yields in the securities portfolio. Other reasons include tightening loan spreads, balance sheet mix shift (from the sale of higher yielding credit impaired mortgage loans) and upward pressure on deposit pricing (y/y deposit betas are up from 38% in 4Q18 to 43% in 1Q19). This is worse than the 1% increase in NII we were previously looking for in 2019. We are now modeling NII down 3% y/y in 2019 and flat in 2020.

- **Asset cap delay is a negative:** Interim CEO Allen Parker emphasised on the earnings call that Wells has "a substantial amount of work yet to do" to satisfy regulators, and management accordingly believes it is no longer appropriate to provide guidance on the timing of the asset cap coming off. This is not a surprise given public statements made by regulators recently. While Wells does have some balance sheet flexibility to grow core loans and deposits (they are ~$60B below the $1.95Tn asset cap), the board's focus is going to be on finding a new CEO, and management's focus will be on addressing regulatory issues. Wells is not going on the offensive like its peers. This is a negative for both revenues (as Wells sheds non-core businesses) and expenses (as Wells ups compliance/risk management spend). We expect this keeps the expense ratio elevated, and we are modeling an expense ratio of 60% through 2021, above the higher end of WFC's 55-59% long term target.

- **The search for a new CEO is on:** The board's search for a new CEO has begun and will be the key driver for the stock. Wells' longer term strategy, ability to compete and even exiting the Fed consent order will depend on the appointment of a new CEO who can hit the ground running. We believe the board needs to consider someone with experience in banking,

2

CONFIDENTIAL

# Morgan Stanley | RESEARCH

and who is also vibrant, energetic and tech savvy. More in our note here. We would like to see an announcement in 6 months at the latest. This should be achievable, in our view. We've heard from people who have served on boards that 6 months is the average time it takes to attract a CEO. In addition, the risk of a talent drain increases if the process goes on beyond year end.

- **Higher capital return is the silver lining:** Wells was an outlier in the 2018 stress test with approval for a 160% gross payout ratio. We expect Wells can take their payout ratio even higher to 170% in the 2019 CCAR period given 1) their excess capital position (over $17B at the end of 1Q19 assuming Wells manages to the higher end of their 10-10.5% CET1 ratio range), 2) non-core business sales (such as the recent sale of their institutional retirement and trust business, and ongoing sales of their credit-impaired pick-a-pay mortgages) at a significant gain, and 3) the constraints on growth from the Fed asset cap. Capital return could go even higher if management's initial estimate of a benefit of up to $2.5B from CECL and other accounting changes comes through.

- **Sale of Institutional Retirement and Trust business not material to EPS:** Wells recently announced the sale of their Institutional Retirement and Trust business to PFG for $1.2B. While Wells hasn't announced the revenue/expense impact of this sale, PFG's slides suggest the business has ~$400M in revenues and a ~30% pre tax margin. This would be a de-minimus 0.5% impact to WFC's EPS. We are baking this into our model.

- **Why Equal-weight?** We remain on the sidelines until there is more clarity on 1) the new CEO, 2) the new CEO's strategic priorities, and 3) when the Fed imposed asset cap can be lifted. We expect the stock will remain range-bound until these issues are resolved. But Wells' strong 3.9% dividend yield and ability to drive capital return higher provides a backstop and drives our Equal-weight on the name. Our $51 PT is based on a 1.2x P/B vs. a 12.5% 2020 ROE, implying 10% upside from here.

**PNC:** 2019e EPS up 2.3% (25c) to $11.07 and 2020e EPS up 2.8% (32c) to $11.55, driven by higher loan growth and fee income. Price target moves up $4 to $142 on higher forward EPS, still a 12x multiple on our 2020e EPS.

- **Strong loan growth and better revenue guidance vs. MSe takes our forward EPS 2-3% higher.** Guidance for 2Q19 and FY 2019 was better than our model, driving our 2019e EPS up 2.3% and 2020e EPS up 2.8%. The biggest delta vs. our model was revenue guidance: we previously forecasted a 2.8% y/y 2019 increase, but now expect a 3.8% increase given the FY 2019 guidance of "up the higher end of low single digits" and a strong 1Q19 print in both loan growth and fee income. We look for operating leverage of 195bps in 2019, on the back of our increased revenue estimates and disciplined expense management. This in turn took our forward EPS estimates up 2-3%. Partial offset comes on higher credit costs, in line with higher loan growth.

- **Focusing on 1Q19 results, EPS beat by 11c (4%) on strong loan growth and**

3

**Morgan Stanley** | RESEARCH

**fee income.** PNC reported 1Q19 EPS of $2.61. Ex negative Visa adjustment, operating EPS of $2.66 beat MSe by 11c (4%) and consensus by 6c (2%). Fees (ex-Visa) were 13c higher vs. MSe largely on higher asset management income. NII missed by 1c, as higher NIM and loans were offset by lower other earning assets. Partially offsetting the PPOP beat was higher provision expense (-4c). But this was primarily due to stronger than modeled loan growth. PNC kept its allowance for loan losses flat at 1.16%.

- **Loan growth a positive… Total loan growth up 1.2% q/q, beating MSe of 1.0% and previous guide of stable.** Excluding the real estate books, C&IB growth came in just over 4% q/q. This was driven by a growth in secured lending areas and growth in more traditional cash flow lending businesses for the first time in several quarters, which grew 5% q/q. This strong growth suggests a decrease in non-bank competition and lower pay down activity, and points to potential upside to PNC's 3-4% loan growth guidance for FY 2019. We model 4.4% loan growth in y/y in 2019 as a result which takes our 2019 EPS up 7c and 2020 EPS up 9c.

- **Partially Offset by Flatter Curve and Fading NIM in 2H19** Net interest margin came in better 2bps than expected (2.98% vs MSe of 2.96%) and in line with consensus, suggesting benefit from the December rate hike outweighed the recent decline in rates. The outlook for the rest of the year is less positive, with the lower rates pressuring loan and security yields and deposit costs increasing. Not to mention the fixed income market looking for 1-2 rate cuts by December 2020. PNC mentioned on the call it wouldn't surprise them to see NIM drop a few basis points as we move throughout the year. We agree, and model NIM down 2bps to 2.96% by 4Q19 driving a 9c hit to 2020e EPS.

- **We are taking buybacks up**… We raised our 2019 CCAR estimated gross buybacks from $2.4B to $3.0B. Two reasons. First, to align with 2018 CCAR's ultimate buyback approval (was originally $2.0B but increased to $2.9B post November's incremental Fed approval). Second, PNC's CET1 of 9.8% is well above its longer term target of 8.5%. Our expected total payout, gross buybacks plus dividends, during the 2019 and 2020 CCAR periods increases to 98% and 97% from 86% and 90%, respectively. This lands their CET1 ratio at 9.3% in 2020, and drives an 11c increase to 2019e EPS and a 22c increase to 2020e EPS.

- **.. and Buybacks Could Go Even Higher Once Fed NPR on Advanced Approaches is Adopted**. Additionally, PNC stands to benefit the most of peers from the recent Fed tailoring proposal. We estimate the regulatory capital relief from AOCI and sin bucket items (PNC's equity stake in BlackRock) to be $3.2B, or the 1% CET1 increase as stated on the call. This benefit is incremental to our model, and could drive incremental buybacks or other capital deployment opportunities in 2020 and 2021 post Fed approval of the proposal.

- **Equal-weight PNC; Raising PT to $142.** Our price target moves up $4 to $142 as we apply our target P/E of 12x on the new $11.55 2020e EPS, or

4

WF_00032745

**Morgan Stanley** | **RESEARCH**

1.3x 2020e P/B on an 11.1% ROE. What would make us more bullish? (1) Strong CCAR 2019 capital return, plans to deploy excess capital and liquidity on the back of Fed NPR, (2) Stronger than expected loan growth and deposit growth, driven by new middle market expansion and National Digital Retail strategy; and (3) lower provisions.

**Read Across from Day 1:**

- **Positive for IBs:** JPM's Underwriting and Advisory revenues beat by 9c with strength across the board. Total underwriting and advisory revenues were up 9% y/y (vs. MSe -13%). FICC beat slightly, down 18% y/y (vs. MSe -20%), while Equities missed, down 14% (vs. MSe -12%).

- **Positive for trust banks:** JPM's AUC and AUM both beat our estimates (AUC +6.5% q/q v. MSe +1.0%; AUM +5.5% q/q v. MSe +4.1%). Servicing fee rates were also better, increasing 1 mil q/q vs. MSe -5 mils.

- **Positive for card loan growth:** JPM's credit card loan growth was better, beating our estimates (+5.7% y/y v. MSe +4.3%). Card NCOs came in in-line with our estimates (NCO +30bps q/q vs. MSe +27bps). Card spending was also in-line (+9.8% y/y vs. MSe +10.0%).

- **Positive for mortgage:** Both JPM and WFC indiciated mortgage demand was picking up and gain on sale margins are improving. Wells also indicated that they ended the quarter with a $32B unclosed mortgage pipeline, the highest since 2Q17.

- **Positive for super-regional bank loan growth:** C&I loan growth beat at both WFC (+1.8% q/q vs. MSe +1.5%) and PNC (+2.4% q/q vs. MSe +1.4%). JPM's middle market C&I loan growth was down 0.5% q/q vs. our estimate of flat q/q, but management highlighted that the weakness was primarily in their tax-exempt portfolio given tax reform, while core growth was strong.

- **Negative for loan loss reserves:** JPM, WFC, and PNC all built reserves in the quarter to cover accelerating loan growth and "idiosyncratic" downgrades, which we think is code for PG&E (PCG) which filed for bankruptcy protection this past quarter. WFC built reserves for the first time in nearly three years, citing a "higher probability of slightly less favorable economic conditions." PNC's $53M reserve build was primarily due to a combination of higher commercial loan growth and certain commercial credits. We could see similar reserve builds at other banks this quarter. Despite a few one-off items, we still feel very good about credit quality across the banking industry.

**Exhibit 1:** New vs. Old

| Operating EPS | 2019E | | | | | | 2020E | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | New | Old | EPS Change | New vs. Old | Cons | MSe vs. Cons | New | Old | EPS Change | New vs. Old | Cons | MSe vs. Cons |
| Reported on 4/12/2019 | | | | | | | | | | | | |
| JPM | 10.15 | 9.70 | 0.45 | 5% | 9.73 | 4% | 10.89 | 10.76 | 0.13 | 1% | 10.51 | 4% |
| WFC | 4.61 | 4.71 | (0.10) | (2%) | 4.86 | (6%) | 5.06 | 5.34 | (0.28) | (5%) | 5.54 | (9%) |
| PNC | 11.07 | 10.82 | 0.25 | 2% | 11.33 | (2%) | 11.55 | 11.23 | 0.32 | 3% | 12.08 | (4%) |

Source: Company Data, Morgan Stanley Research Estimates

5

WF_00032746

Morgan Stanley | **RESEARCH**



# How Are Deposit Betas Tracking in 1Q19?

**Exhibit 2:** Y/Y deposit betas modestly higher

Deposit Beta (Interest Bearing Deposits, Y/Y)



Source: Company Data, Morgan Stanley Research

**Exhibit 3:** Cumulative deposit beta up

Cumulative Deposit Beta Since 3Q15





Source: Company Data, Morgan Stanley Research

6

WF_00032747

**Morgan Stanley** | **RESEARCH**



# 1Q19 Deposit Growth



**Exhibit 4:** Y/Y deposit growth stronger across reported banks...

Source: Company data, Morgan Stanley Research



**Exhibit 5:** ...driven by stronger IB deposit growth...

Source: Company data, Morgan Stanley Research



**Exhibit 6:** ...as NIB outflows accelerate

Source: Company data, Morgan Stanley Research

7

**Morgan Stanley** | **RESEARCH**

# WFC

## WFC Actual vs. Estimates

**Exhibit 18:** WFC Actual vs. Estimates

| ($ millions) | Actual vs. MS Estimates | | | vs. Prior Quarters | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 1Q19 Actual | Estimates | Difference in EPS | 4Q18 | Diff | 1Q18 | Diff |
| NIM | 2.91% | 2.94% | $ (0.02) | 2.94% $ | (0.02) | 2.84% $ | 0.05 |
| Total Loan & Leases | 950,148 | 949,932 | $ 0.00 | 946,336 $ | 0.01 | 951,024 $ | (0.00) |
| Other Earning Assets | 780,612 | 781,006 | $ (0.00) | 786,514 $ | (0.01) | 809,612 $ | (0.03) |
| Earning Asset Volume | 1,730,760 | 1,730,938 | $ (0.00) | 1,732,850 $ | (0.00) | 1,760,636 $ | (0.03) |
| Net Interest Income | 12,473 | 12,530 | $ (0.01) | 12,812 $ | (0.06) | 12,405 $ | 0.01 |
| Service charges on deposit accounts | 1,094 | 1,185 | $ (0.02) | 1,176 $ | (0.01) | 1,173 $ | (0.01) |
| Trust and investment fees | 3,373 | 3,344 | $ 0.01 | 3,520 $ | (0.03) | 3,683 $ | (0.05) |
| Credit card fees | 944 | 890 | $ 0.01 | 981 $ | (0.01) | 908 $ | 0.01 |
| Other fees | 770 | 816 | $ (0.01) | 888 $ | (0.02) | 800 $ | (0.00) |
| Mortgage banking | 708 | 757 | $ (0.01) | 467 $ | 0.04 | 934 $ | (0.04) |
| Insurance | 96 | 115 | $ (0.00) | 109 $ | (0.00) | 114 $ | (0.00) |
| Operating lease income | 443 | 469 | $ (0.00) | 402 $ | 0.01 | 455 $ | (0.00) |
| Trading | 357 | 207 | $ 0.03 | 10 $ | 0.06 | 243 $ | 0.02 |
| Other (ex equity investments) | (182) | 139 | $ (0.06) | 139 $ | (0.06) | (243) $ | 0.01 |
| Net gains on securities AFS | 125 | 25 | $ 0.02 | 9 $ | 0.02 | 1 $ | 0.02 |
| Net income from equity investments | 814 | 705 | $ 0.02 | 21 $ | 0.14 | 783 $ | 0.01 |
| Fee Income | 8,542 | 8,650 | $ (0.02) | 7,722 $ | 0.15 | 8,851 $ | (0.05) |
| Net Revenue | 21,015 | 21,180 | $ (0.03) | 20,534 $ | 0.09 | 21,257 $ | (0.04) |
| | | | | | | | |
| Total NonInterest Expense | 13,916 | 14,026 | $ 0.02 | 13,164 $ | (0.14) | 14,242 $ | 0.05 |
| Expense Ratio | 66.2% | 66.2% | | 64.1% | | 67.0% | |
| | | | | | | | |
| PPOP | 7,099 | 7,154 | $ (0.01) | 7,370 $ | (0.05) | 7,015 $ | 0.01 |
| | | | | | | | |
| Reserve Build (Bleed) | 150 | - | $ (0.03) | (200) $ | (0.06) | (550) $ | (0.11) |
| Net Charge Offs | 695 | 808 | $ 0.02 | 721 $ | 0.00 | 741 $ | 0.01 |
| Provisions | 845 | 808 | $ (0.01) | 521 $ | (0.06) | 191 $ | (0.11) |
| | | | | | | | |
| Tax Rate (FTE) | 18.9% | 20.0% | $ 0.02 | 15.2% $ | (0.05) | 20.0% $ | 0.02 |
| | | | | | | | |
| Preferred Dividends | 353 | 353 | $ - | 353 $ | - | 403 $ | 0.01 |
| Minority Interest | 107 | 79 | $ (0.01) | 90 $ | (0.00) | 191 $ | (0.03) |
| | | | | | | | |
| Operating Income to Common | 4,613 | 4,645 | $ (0.01) | 5,364 $ | (0.16) | 4,865 $ | (0.05) |
| Share Count | 4,584 | 4,588 | $ 0.00 | 4,701 $ | 0.03 | 4,931 $ | 0.07 |
| | | | | | | | |
| **Operating EPS** | **1.01** | **1.01** | **$ (0.00)** | **1.14** | **(0.13)** | **0.99** | **0.02** |
| *Legal accrual* | - | *0.03* | | | | | |
| *Gain on sale of payroll services* | *0.03* | - | | | | | |
| *Net discrete income tax benefits* | *0.06* | - | | | | | |
| *Sale of Pick-a-Pay PCI loans* | *0.10* | *0.10* | | | | | |
| Reported EPS | 1.20 | 1.15 | 0.05 | 1.21 | (0.01) | 0.00 | 1.20 |

Company data, Thomson Reuters, Visible Alpha Consensus, Morgan Stanley Research

CONFIDENTIAL

WF_00032749

**Morgan Stanley** | RESEARCH                                    UPDATE

**Exhibit 19:** WFC Actual vs. Estimates (continued)

| Credit Quality | Actual | Estimate | Diff | 4Q18 | Diff | 1Q18 | Diff |
|---|---|---|---|---|---|---|---|
| NCO Ratio | 0.30% | 0.35% | -5 bps | 0.30% | 0 bps | 0.32% | -2 bps |
|   Resi Mtge NCO Ratio | -0.02% | 0.00% | -2 bps | -0.03% | +1 bps | -0.03% | +1 bps |
|   Home Equity NCO Ratio | -0.10% | 0.00% | -10 bps | -0.11% | +1 bps | -0.08% | -2 bps |
| Reserve Ratio | 1.04% | 1.02% | +2 bps | 1.03% | +1 bps | 1.09% | -5 bps |
| NPL Ratio | 0.73% | 0.75% | -2 bps | 0.68% | +5 bps | 0.77% | -4 bps |
| NPL Formation Rate | 6.3% | 10% | -368 bps | -3% | +954 bps | -4% | +1031 bps |

| Loan Growth Q/Q | Actual | Estimate | Diff | 4Q18 | Diff | 1Q18 | Diff |
|---|---|---|---|---|---|---|---|
| Average Total Loan Growth | 0.4% | 0.4% | +2 bps | 0.7% | -33 bps | -0.08% | +49 bps |
|   Average C&I Loan Growth | 1.8% | 1.5% | +32 bps | 2.6% | -81 bps | $0 | +98 bps |
|   Average CRE Loan Growth | 0.2% | -0.2% | +46 bps | -0.7% | +95 bps | -0.63% | +84 bps |
|   Average Consumer Loan Growth | -1.3% | 0.0% | -125 bps | -0.8% | -47 bps | -2.57% | +131 bps |
|   Average Resi Mtge Loan Growth | 0.0% | 0.0% | -8 bps | 0.4% | -43 bps | 0.79% | -83 bps |
|   Average Home Equity Loan Growth | -2.9% | -4.0% | +113 bps | -2.8% | -3 bps | -3.80% | +93 bps |

| Mortgage Revenue Detail | Actual | Estimate | Diff in EPS | 4Q18 | Diff in EPS | 1Q18 | Diff in EPS |
|---|---|---|---|---|---|---|---|
| Net Mortgage Production Revenue | 344 | 287 | $ 0.01 | 358 | $ (0.00) | 466 | $ (0.02) |
| Gross Mortgage Production Revenue | 354 | 277 | $ 0.01 | 348 | $ 0.00 | 470 | $ (0.02) |
|   Origination Volumes ($bn) | 33 | 35 | $ (0.00) | 38 | $ (0.01) | 43 | $ (0.02) |
|   Revs as a % of Origination Vols (GoS) | 1.07% | 0.80% | $ 0.02 | 0.92% | $ 0.01 | 1.09% | $ (0.00) |
| Mortgage Servicing Revenue | 364 | 470 | $ (0.02) | 109 | $ 0.05 | 468 | $ (0.02) |
|   Core | 293 | 470 | $ (0.03) | 387 | $ (0.02) | 358 | $ (0.01) |
|   Market related valuation changes to MSR | 71 | – | $ 0.01 | (278) | $ 0.06 | 110 | $ (0.01) |

| Capital Ratio | Actual | Estimate | Diff | 4Q18 | Diff | 1Q18 | Diff |
|---|---|---|---|---|---|---|---|
| Basel III Fully Phased-in CET 1 Ratio | 11.9% | 11.5% | +42 bps | 11.7% | +17 bps | 11.9% | -2 bps |

| | Actual | Estimate | Diff |
|---|---|---|---|
| **Operating EPS** | $ 1.01 | $ 1.01 | $ (0.00) |
| *MSR Valuation Gain, Tax-adjusted* | *(0.01)* | *0.00* | |
| **Operating EPS, Excl MSR Valuation Gain** | $ 0.99 | $ 1.01 | $ (0.02) |

16

CONFIDENTIAL                                    WF_00032750

# Morgan Stanley | RESEARCH

UPDATE

## WFC New vs. Old

**Exhibit 20:** WFC New vs. Old

| $M | 2019 New | 2019 Old | Difference in EPS | | 2020 New | 2020 Old | Difference in EPS | |
|---|---|---|---|---|---|---|---|---|
| NIM | 2.83% | 2.93% | $ | (0.31) | 2.81% | 2.93% | $ | (0.40) |
| Total Loan & Leases | 955,271 | 955,744 | $ | (0.00) | 975,493 | 976,153 | $ | (0.00) |
| Other Earning Assets | 780,728 | 789,747 | $ | (0.05) | 777,678 | 803,171 | $ | (0.14) |
| Earning Asset Volume | 1,735,998 | 1,745,490 | $ | (0.05) | 1,753,171 | 1,779,324 | $ | (0.15) |
| **Net Interest Income** | 49,196 | 51,182 | $ | (0.36) | 49,246 | 52,056 | $ | (0.55) |
| Service charges on deposit accounts | 4,613 | 4,799 | $ | (0.03) | 4,811 | 4,919 | $ | (0.02) |
| Trust and investment fees | 13,731 | 13,711 | $ | 0.00 | 13,940 | 14,089 | $ | (0.03) |
| Credit card fees | 4,063 | 3,948 | $ | 0.02 | 4,225 | 4,001 | $ | 0.04 |
| Other fees | 3,406 | 3,452 | $ | (0.01) | 3,508 | 3,555 | $ | (0.01) |
| Mortgage banking | 3,165 | 3,181 | $ | (0.00) | 3,366 | 3,392 | $ | (0.00) |
| Insurance | 414 | 433 | $ | (0.00) | 422 | 442 | $ | (0.00) |
| Operating lease income | 1,749 | 1,806 | $ | (0.01) | 1,797 | 1,860 | $ | (0.01) |
| Trading | 851 | 701 | $ | 0.03 | 877 | 722 | $ | 0.03 |
| Other (ex equity investments) | 228 | 556 | $ | (0.06) | 562 | 573 | $ | (0.00) |
| Gains & Income from Investments | 2,183 | 1,973 | $ | 0.04 | 1,751 | 1,762 | $ | (0.00) |
| **Fee Income** | 34,402 | 34,560 | $ | (0.03) | 35,260 | 35,313 | $ | (0.01) |
| **Net Revenue** | 83,599 | 85,742 | $ | (0.38) | 84,507 | 87,369 | $ | (0.56) |
| Salaries and other personnel | 33,162 | 32,957 | $ | (0.04) | 33,296 | 32,709 | $ | (0.11) |
| Occupancy & Equipment | 5,389 | 5,321 | $ | (0.01) | 5,163 | 5,112 | $ | (0.01) |
| Core deposit and other intangibles | 118 | 120 | $ | 0.00 | 90 | 90 | $ | - |
| Operating lease expense | 1,195 | 1,588 | $ | 0.07 | 1,213 | 1,600 | $ | 0.08 |
| Other | 12,409 | 13,466 | $ | 0.19 | 12,021 | 13,099 | $ | 0.21 |
| **Total NonInterest Expense** | 52,285 | 53,468 | $ | 0.21 | 51,799 | 52,625 | $ | 0.16 |
| **Expense Ratio** | 62.5% | 62.4% | | 0.2% | 61.3% | 60.2% | | 1.1% |
| *Expense Ratio (Non-FTE)* | 63.0% | 62.9% | | 0.2% | 61.8% | 60.7% | | 1.1% |
| **PPOP** | 31,314 | 32,274 | $ | (0.17) | 32,707 | 34,744 | $ | (0.40) |
| Reserve Build/(Bleed) | 150 | 142 | $ | (0.00) | 423 | 442 | $ | 0.00 |
| NCOs | 3,259 | 3,658 | $ | 0.07 | 4,235 | 4,418 | $ | 0.04 |
| **Provisions** | 3,409 | 3,800 | $ | 0.07 | 4,658 | 4,860 | $ | 0.04 |
| **Tax Rate (FTE)** | 19.8% | 20.0% | $ | 0.02 | 20.0% | 20.0% | $ | 0.00 |
| **Pref Divi** | 1,412 | 1,412 | $ | - | 1,529 | 1,529 | $ | - |
| **Minority Interest** | 472 | 353 | $ | (0.03) | 473 | 371 | $ | (0.03) |
| **Operating Income to Common** | 20,508 | 21,014 | $ | (0.11) | 20,437 | 22,008 | $ | (0.39) |
| **Share Count** | 4,446 | 4,457 | $ | 0.01 | 4,035 | 4,121 | $ | 0.11 |
| **Operating EPS** | **4.61** | **4.71** | | **(0.10)** | **5.06** | **5.34** | | **(0.28)** |
| | | | | (2.1%) | | | | (5.2%) |

Source: Company Data, Morgan Stanley Research

CONFIDENTIAL

17

WF_00032751