# Exhibit 30



REUTERS    **World**    **Business**    **Markets**    **Breakingviews**    **Video**    **More**

BUSINESS NEWS

OCTOBER 2, 2018 / 12:24 PM / UPDATED 4 YEARS AGO

# Wells Fargo has not done enough to refund cheated drivers: regulator

By Patrick Rucker, Pete Schroeder



WASHINGTON (Reuters) - Wells Fargo & Co has not convinced U.S. regulators it is doing enough to repay 600,000 drivers who were wrongly pushed into buying auto insurance, a leading bank regulator said on Tuesday.

Slideshow（2 images）

"We are not comfortable where we are with them," Joseph Otting, the Comptroller of the Currency, said at a hearing of the U.S. Senate Banking Committee.

In a statement, the bank declined to comment on Otting's remarks specifically, but said it was working with regulators to repay drivers.

"We regret how this issue has impacted our customers," the fourth-largest U.S. bank by assets said in a statement.

Otting's office this summer rejected Wells Fargo's plan to repay customers who were pushed into unnecessary auto insurance and told the bank it must do more to find and compensate every driver who was hurt, Reuters reported in September.

The rejection was the latest setback for Wells Fargo which has been rocked by two years of scandals over its sales practices.

In September 2016, the bank paid a $190 million fine after admitting employees had opened perhaps millions of phony customer accounts to hit sales goals.

In April, the bank paid a $1 billion fine to U.S. regulators for auto insurance and mortgage lending abuses and promised to make sure customers were repaid.

Drivers who bought a car with a loan from Wells Fargo and let their insurance lapse could be charged for "forced-place" policies. The bank enrolled about 2 million drivers into such policies and more than a quarter of those were not needed, officials have said.

The OCC does not have a deadline for when it must approve the plan, but Wells Fargo cannot finish its work without that all-clear from regulators.

Democratic Senator Brian Schatz asked Otting when Wells Fargo customers should expect a refund for the faulty charges.

"I don't have the particular date in front of me," Otting said, but he said he trusts OCC employees to push the bank to get the job done correctly.

Reporting By Patrick Rucker and Pete Schroeder; Editing by Meredith Mazzilli

*Our Standards: The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**





PAID PROMOTIONAL LINKS

Promoted by Dianomi



### 7 Tips for First-Time Home Buyer

Charles Schwab



### Inclusive workplace. Exclusive benefits. Apply today.

Fidelity Investments



### Inflation, Recession, and the Road Ahead

PIMCO Investments LLC



### 7 Secrets People Who Retire Comfortably Know About Financial Advisors

smartasset



### See what it takes to quit for good—use our free Retirement Calculator.

Personal Capital

**MORE FROM REUTERS**





Magnitude 6.4 earthquake strikes offshore Northern California - USGS

20 Dec

U.S. House Democrats to decide whether to release Trump's tax...

20 Dec







Putin says situation extremely difficult in several Ukrainian regions

20 Dec

Germany convicts 97-year-old woman of Nazi war crimes - media

20 Dec

U.S. CFPB orders Wells Fargo to pay $3.7 bln in penalties for...

20 Dec

**MORE FROM REUTERS**



**The world fears a new China COVID wave, ponders how to help Xi**

20 Dec



**3M to stop making 'forever chemicals', to take up to $2.3 bln charge**

20 Dec



**Taliban-led Afghan administration says female students suspended...**

20 Dec



**Hybrid wheat hitting U.S. fields as war, climate threaten global...**

21 Dec



**Musk says he'll step down as Twitter CEO after finding a replacement**

21 Dec

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2022 Reuters. All Rights Reserved.