# Exhibit 31

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 20-civ-4494(GHW)

- - - - - - - - - - - - - - - - - - - - -x

IN RE WELLS FARGO & COMPANY

SECURITIES LITIGATION

- - - - - - - - - - - - - - - - - - - - -x

November 4, 2022

10:35 a.m.

          REMOTE VIRTUAL VIDEOTAPED

DEPOSITION of JUSTIN MAISTROW, taken

by Defendant Wells Fargo & Company,

pursuant to Notice, held at 564 Water

Street, Providence, Rhode Island,

before Kathleen Piazza Luongo, a

Notary Public of the State of

New York.

Justin Maistrow

Just give me one moment and I'll let you know when that's up.

(Whereupon, the above-mentioned document bearing Bates stamp WFC_ERSRI-003-0003762 with two attachments bearing Bates stamps WFC_ERSRI- 000763 and 000765 was marked Defendant's Exhibit 6 for identification and shown to the witness on Veritext Exhibit Share.)

MR. ENGEBRETSON-SCHOOLEY:

Okay.  That should be available and let me know when it's up on your screen as well.

THE WITNESS:  Okay, I've just opened it.

MR. ENGEBRETSON-SCHOOLEY:  For the record, this is a document that has a Bates stamp of WFC_ERSRI-003-0003762.  It's an e-mail from Randall Rice to Alex Stais and Kelly Rogers dated April 10, 2019, and the subject is investors sign-on letter to Wells

Page 100

Justin Maistrow

Fargo regarding CEO selection.

And there are two attachments here included with the exhibit.  They have a Bates stamp of WFC_ERSRI-000763 and 000765.

CONTINUED EXAMINATION BY
MR. ENGEBRETSON-SCHOOLEY:

Q.    Mr. Maistrow, have you seen this document before?

A.    I don't recall.  I could say maybe it looks vaguely familiar but I really don't the recall.

Q.    And do you know who Brandon Rees is from AFL-CIO?

A.    No idea.

Q.    And there is a draft letter that's attached to this e-mail; have you seen that draft letter before?

A.    It's possible that I was copied on an e-mail at some point that included this letter, but it does not look familiar to me.

Q.    And if you could just take a look, please, at the second e-mail in

Page 101

Justin Maistrow

time, so that's the one from Mr. Rees to Mr. Rice at 3:54 there and he says: "We would greatly welcome the RI Treasurer's office joining this letter given your experience dialoguing with the company."

The reference to "dialoguing with the company" here, is that referring to the shareholder engagement that you were you discussing earlier?

A.   Can you point me back to the letter?  What's the stamp on the bottom.

Q.   Sure.

I'm at the first page of the exhibit, so 3762 is at the bottom.

A.   3762, okay.  I thought I heard something else, sorry.

Q.   That's all right.  I'm just right in the middle of the e-mail there, the e-mail from Mr. Rees.

A.   And then can you please repeat the question.

Q.   Of course.

So the last sentence of his e-mail says:  "We would greatly welcome

Justin Maistrow

the RI Treasurer's office joining this letter given their experience dialoguing with the company."

What is he referring to when he's talking about "experience dialoguing with the company"?

MS. BOWER:  Object to form.

Are you asking what Mr. Rees is referring to?

MR. ENGEBRETSON-SCHOOLEY:  If he knows.

A.   I'm sorry, I'm struggling to even find this piece in the e-mail.  I apologize.

Q.   That's all right.

It's the second sentence of the e-mail that starts "Hi Randy."

A.   Okay.  I was looking at the wrong e-mail.

Q.   Okay.

A.   I -- I don't know what he's referring to because any of the engagement activity, um, is separate from the matter that we're discussing today.

Page 171

C E R T I F I C A T I O N

I, KATHLEEN PIAZZA LUONGO, a Notary Public for and within the State of New York, do hereby certify that the foregoing witness, JUSTIN MAISTROW, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

KATHLEEN PIAZZA LUONGO