UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW-SN |

NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT
AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

TO:   All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated May 8, 2023 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiffs Handelsbanken Fonder AB ("Handelsbanken"); Public Employees' Retirement System of Mississippi ("Mississippi"); State of Rhode Island, Office of the General Treasurer ("Rhode Island"); and Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") (collectively "Lead Plaintiffs") hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses.[1] The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

submitted with this motion. Defendants do not oppose the Motion, in accordance with the terms of the Stipulation.

Dated: May 15, 2023

| /s/    *Laura H. Posner* | /s/    *John C. Browne* |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| Laura H. Posner (LP-8612) | John C. Browne (JB-0391) |
| 88 Pine Street, Fourteenth Floor | Jeroen van Kwawegen (JV-1010) |
| New York, New York  10005 | Michael D. Blatchley (MB-7279) |
| Tel.: (212) 220-2925 | Robert Kravetz |
| Fax: (212) 838-7745 | 1251 Avenue of the Americas |
| lposner@cohenmilstein.com | New York, New York  10020 |
| | Tel.: (212) 554-1400 |
| Steven J. Toll (admitted *pro hac vice*) | Fax: (212) 554-1444 |
| Julie G. Reiser | johnb@blbglaw.com |
| S. Douglas Bunch (SB-3028) | jeroen@blbglaw.com |
| Molly J. Bowen (admitted *pro hac vice*) | michaelb@blbglaw.com |
| 1100 New York Avenue, N.W., Suite 500 | robert.kravetz@blbglaw.com |
| Washington, DC  20005 | |
| Tel.: (202) 408-4600 | Jonathan D. Uslaner (JU-1942) |
| Fax: (202) 408-4699 | Lauren M. Cruz (admitted *pro hac vice*) |
| stoll@cohenmilstein.com | 2121 Avenue of the Stars |
| jreiser@cohenmilstein.com | Los Angeles, California  90067 |
| dbunch@cohenmilstein.com | Tel.: (310) 819-3470 |
| mbowen@cohenmilstein.com | jonathanu@blbglaw.com |
| | lauren.cruz@blbglaw.com |
| *Counsel for Lead Plaintiffs Mississippi and Rhode Island, and Co-Lead Counsel for the Settlement Class* | *Counsel for Lead Plaintiffs Handelsbanken and Louisiana Sheriffs, and Co-Lead Counsel for the Settlement Class* |
| | **KLAUSNER, KAUFMAN, JENSEN & LEVINSON** |
| | Robert D. Klausner (admitted *pro hac vice*) |
| | 7080 NW 4th Street |
| | Plantation, Florida  33317 |
| | Tel.: (954) 916-1202 |
| | Fax: (954) 916-1232 |
| | bob@robertdklausner.com |
| | *Additional Counsel for Louisiana Sheriffs* |