```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                   :

IN RE WELLS FARGO & COMPANY       :    1:20-cv-04494-GHW
SECURITIES LITIGATION                               :         ORDER
                                                   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Earlier today, the Court entered an order preliminarily approving the settlement of this matter. The order entered by the Court deviated modestly from the parties' proposed order: it removed the clause stating "and all other applicable law and rules" from the end of the penultimate sentence of section 8 of the proposed order and made a conforming grammatical change to that sentence.

    The Court notes that prior to entering the proposed judgment, in addition to satisfaction of all other preconditions, it will require the parties and their counsel to submit affidavits or other evidentiary support for the proposed finding in paragraph 13 of the proposed judgment.

    Because the parties have presented a proposed settlement of this action to the Court, the Court treats the pending motion for class certification as having been withdrawn. The motion may be resubmitted in the event that the settlement is not approved by the Court.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 145.

    SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                                             GREGORY H. WOODS
                                                       United States District Judge