UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | 20-cv-04494 (JLR) (SN)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

This case has been reassigned to the undersigned for all purposes.

The Court will hold the final settlement hearing, as previously scheduled, on **September 8, 2023** at **10:00AM.** Unless the parties would like to proceed otherwise, consistent with the Notice, the Court will hold the hearing in Judge Wood's Courtroom, where it was previously scheduled to take place. Therefore, the hearing will be held in **Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, NY 10007. The Court presumes that the parties will make the appropriate changes to the Settlement Website.

Given the reassignment, the Court will hold a status conference with the parties on **August 21, 2023 at 3:00PM**. That conference will be held in **Courtroom 20B** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, NY 10007.

Dated: July 27, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge