**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-JLR-SN<br><br>**CLASS ACTION** |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated May 16, 2023 (ECF No. 182), Lead Plaintiffs Handelsbanken Fonder AB, the Public Employees' Retirement System of Mississippi, State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and the Louisiana Sheriffs' Pension & Relief Fund (collectively, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, will and do hereby move this Court for entry of an Order (i) approving the Settlement as fair, reasonable, and adequate; and (ii) approving the proposed Plan of Allocation as fair, reasonable, and adequate.

This Motion is supported by (a) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; (b) the Declaration of John C. Browne and Laura H. Posner and exhibits; and (c) all other papers and proceedings herein.

A proposed Order granting the requested relief will be submitted with Lead Plaintiffs' reply papers following the deadline for any objections to the Settlement or the Plan of Allocation.

Dated: August 4, 2023

Respectfully submitted,

 /s/ Laura H. Posner*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Laura H. Posner (LP-8612)
88 Pine Street, Fourteenth Floor
New York, New York 10005
Tel.: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Julie G. Reiser (admitted *pro hac vice*)
S. Douglas Bunch (SB-3028)
Molly J. Bowen (admitted *pro hac vice*) 1100 New York Avenue, N.W., Suite 500
Washington, DC 20005

s/ John C. Browne*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John C. Browne (JB-0391)
Jeroen van Kwawegen (JV-1010)
Michael D. Blatchley (MB-7279)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
michaelb@blbglaw.com

Jonathan D. Uslaner (JU-1942)
Lauren M. Cruz (admitted *pro hac vice*)

| | |
|---|---|
| Tel.: (202) 408-4600<br>Fax: (202) 408-4699<br>stoll@cohenmilstein.com<br>jreiser@cohenmilstein.com<br>dbunch@cohenmilstein.com<br>mbowen@cohenmilstein.com<br><br>*Counsel for Lead Plaintiffs Public Employees' Retirement System of Mississippi and State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and Co-Lead Counsel for the Settlement Class* | 2121 Avenue of the Stars<br>Los Angeles, California 90067<br>Tel.: (310) 819-3470<br>jonathanu@blbglaw.com<br>lauren.cruz@blbglaw.com<br><br>*Counsel for Lead Plaintiffs Handelsbanken Fonder AB and Louisiana Sheriffs' Pension & Relief Fund, and Co-Lead Counsel for the Settlement Class*<br><br>**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**<br>Robert D. Klausner (admitted *pro hac vice*)<br>7080 NW 4th Street<br>Plantation, Florida 33317<br>Tel.: (954) 916-1202<br>Fax: (954) 916-1232<br>bob@robertdklausner.com<br><br>*Additional Counsel for Louisiana Sheriffs' Pension & Relief Fund* |

\*All electronic signatures ("*/s/*") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules & Instructions, as of July 24, 2023.