**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-JLR-SN<br><br>**CLASS ACTION** |

**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION<br>FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated May 16, 2023 (ECF No. 182), Lead Counsel will and do hereby move this Court for entry of an Order awarding attorneys' fees and litigation expenses.

This Motion is supported by (a) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Declaration of John C. Browne and Laura H. Posner and exhibits; and (c) all other papers and proceedings herein.

A proposed Order granting the requested relief will be submitted with Lead Plaintiffs' reply papers following the deadline for any objections to the motion.

| | |
|---|---|
| Dated: August 4, 2023 | Respectfully submitted, |
| /s/ Laura H. Posner* | s/ John C. Browne* |
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| Laura H. Posner (LP-8612) | John C. Browne (JB-0391) |
| 88 Pine Street, Fourteenth Floor | Jeroen van Kwawegen (JV-1010) |
| New York, New York 10005 | Michael D. Blatchley (MB-7279) |
| Tel.: (212) 220-2925 | 1251 Avenue of the Americas |
| Fax: (212) 838-7745 | New York, New York 10020 |
| lposner@cohenmilstein.com | Tel.: (212) 554-1400 |
| | Fax: (212) 554-1444 |
| Steven J. Toll (admitted *pro hac vice*) | johnb@blbglaw.com |
| Julie G. Reiser (admitted *pro hac vice*) | jeroen@blbglaw.com |
| S. Douglas Bunch (SB-3028) | michaelb@blbglaw.com |
| Molly J. Bowen (admitted *pro hac vice*) | |
| 1100 New York Avenue, N.W., Suite 500 | Jonathan D. Uslaner (JU-1942) |
| Washington, DC 20005 | Lauren M. Cruz (admitted *pro hac vice*) |
| Tel.: (202) 408-4600 | 2121 Avenue of the Stars |
| Fax: (202) 408-4699 | Los Angeles, California 90067 |
| stoll@cohenmilstein.com | Tel.: (310) 819-3470 |
| jreiser@cohenmilstein.com | jonathanu@blbglaw.com |
| dbunch@cohenmilstein.com | lauren.cruz@blbglaw.com |
| mbowen@cohenmilstein.com | |
| | *Counsel for Lead Plaintiffs Handelsbanken Fonder AB and Louisiana Sheriffs' Pension & Relief Fund, and Co-Lead Counsel for the Settlement Class* |
| *Counsel for Lead Plaintiffs Public Employees' Retirement System of Mississippi and State of Rhode Island, Office of the General Treasurer,* | |

*on behalf of the Employees' Retirement System of Rhode Island, and Co-Lead Counsel for the Settlement Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs' Pension & Relief Fund*

\*All electronic signatures ("*/s/*") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules & Instructions, as of July 24, 2023.