# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW-SN |

**DECLARATION OF STAFFAN RINGVALL, HEAD OF CORPORATE GOVERNANCE**
**OF HANDELSBANKEN FONDER AB, IN SUPPORT OF REIMBURSEMENT OF**
**LEAD PLAINTIFF'S COSTS UNDER THE PSLRA, 15 U.S.C. § 78u-4(a)(4)**

I, Staffan Ringval, hereby declare as follows:

1.      I am the Head of Corporate Governance of Handelsbanken Fonder AB ("Handelsbanken"), a Court-appointed Lead Plaintiff in this securities class action (the "Action"). I submit this Declaration in connection with Handelsbanken's request for reimbursement of its reasonable costs directly relating to the work performed by its personnel in connection with its representation of the Settlement Class in this Action.

2.      I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action as set forth in the Private Securities Litigation Reform Act of 1995. I have personal knowledge of the matters set forth in this Declaration, as I, along with my colleagues at Handelsbanken, have been directly involved in monitoring and overseeing the prosecution of the Action.

1

3.      Handelsbanken is a mutual fund management company based in Stockholm, Sweden that manages approximately $67.5 billion in assets. Handelsbanken, through its investment funds Handelsbanken Global Index Criteria and Handelsbanken USA Index Criteria, purchased a significant amount of Wells Fargo shares during the Class Period and suffered substantial damages as a result of Defendants' alleged violations of the federal securities laws.

4.      By Order dated August 29, 2020 (ECF No. 59), the Court appointed Handelsbanken as a Lead Plaintiff in the Action.  Handelsbanken closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action.

5.      Since being appointed as a Lead Plaintiff in August 2020, Handelsbanken has devoted substantial time and energy in discharging its duties as a Lead Plaintiff. On behalf of Handelsbanken, I and other Handelsbanken staff working with me or at my direction have, among other things: (a) reviewed significant court filings in the Action; (b) received and reviewed regular updates reports from Lead Counsel regarding developments in the Action; (c) participated in telephonic and email communications with Lead Counsel regarding case strategy and developments; (d) gathered and produced relevant documents; (e) consulted with Lead Counsel during the course of their efforts to mediate and negotiate the Settlement and attended the mediation; and (f) evaluated and approved the Settlement. In addition, both I and Stefan Hagman, the Fund Manager for the Handelsbanken Global Index Criteria Fund, prepared and sat for the Rule 30(b)(6) deposition of Handelsbanken on November 18, 2022.

6.      Handelsbanken understands that reimbursement of a Lead Plaintiff's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, Handelsbanken seeks reimbursement for the costs and expenses that it incurred directly relating to its representation of the Settlement Class in the Action.

7.      The time that I and staff working at my direction devoted to the representation of the Settlement Class in this Action was time that otherwise would have been spent on regular duties on behalf of Handelsbanken and, thus, represented a cost to Handelsbanken. Handelsbanken is requesting reimbursement for certain of the time spent on the representation of the Settlement Class by Handelsbanken's staff, totaling $62,650.  This time is reflected below:

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Magdalena Wahlqvist Alveskog | CEO | 6 | $550 | $3,300 |
| Staffan Ringvall | Head of Corporate Governance | 120 | $350 | $42,000 |
| Frederik Koster | Head of Legal | 4 | $350 | $1,400 |
| Stefan Hagman | Fund Manager | 17 | $350 | $5,950 |
|  | IT Personnel | 40 | $250 | $10,000 |
|  |  |  |  |  |
|  | **TOTAL:** |  |  | **$62,650** |

8.      The chart above sets forth the estimated costs, on an hourly basis, for the services of Handelsbanken's staff who worked on this Action, based on their salaries and benefits, and the number of hours normally worked on an annual basis.  This estimate is conservative in nature and reflects the minimum hourly cost to Handelsbanken for the services rendered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Handelsbanken.

Dated:  August 3rd, 2023

Staffan Ringvall

Digitally signed by Staffan Ringvall
Date: 2023.08.03 09:49:30 +02'00'

Staffan Ringvall
Head of Corporate Governance
Handelsbanken Fonder AB

3