# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW-SN |

**DECLARATION OF TRICIA BEALE, SPECIAL ASSISTANT ATTORNEY GENERAL TO THE MISSISSIPPI ATTORNEY GENERAL, ON BEHALF OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, IN SUPPORT OF REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS UNDER THE PSLRA, 15 U.S.C. § 78u-4(a)(4)**

I, Tricia Beale, hereby declare as follows:

1.     I am Special Assistant Attorney General to the Mississippi Attorney General, on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi PERS"), a Court-appointed Lead Plaintiff in this securities class action (the "Action"). I submit this Declaration in connection with Mississippi PERS' request for reimbursement of its reasonable costs directly relating to the work performed by its personnel in connection with its representation of the Settlement Class in this Action.

2.     I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action as set forth in the Private Securities Litigation Reform Act of 1995. I have personal knowledge of the matters set forth in this Declaration, as I, along with my colleagues at Mississippi PERS, have been directly involved in monitoring and overseeing the

1

prosecution of the Action. Mississippi PERS is a governmental, defined benefit pension fund established for the benefit of the current and retired employees of the State of Mississippi. Mississippi PERS is responsible for the retirement income of the employees of the State, including current and retired employees of the State's public school districts, municipalities, counties, community colleges, state universities, libraries, and water districts. Mississippi PERS provides benefits to over 112,000 retirees and beneficiaries, manages over $35.2 billion in net assets for its beneficiaries, and is responsible for providing retirement benefits to more than 145,000 active members.

3.      By Order dated August 29, 2020 (Dkt. No. 59), the Court appointed Mississippi PERS as a Lead Plaintiff in the Action. Mississippi PERS closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action.

4.      Since being appointed as a Lead Plaintiff in August 2020, Mississippi PERS has devoted substantial time and energy in discharging its duties as a Lead Plaintiff. On behalf of Mississippi PERS, I and/or members of the Miss PERS' or Mississippi Attorney General's staff have, among other things: (a) reviewed significant court filings in the Action; (b) received and reviewed regular updates and reports from Lead Counsel regarding developments in the Action; (c) participated in telephonic and email communications with Lead Counsel regarding case strategy and developments; (d) gathered and produced relevant documents; (e) participated in the in person mediation session and consulted with Lead Counsel during the course of their efforts to mediate and negotiate the Settlement; and (f) evaluated and approved the Settlement. In addition, both me and Charles Nielsen, Mississippi PERS' Chief Investment Officer, prepared and sat for Rule 30(b)(6) depositions.

5. Mississippi PERS understands that reimbursement of a Lead Plaintiff's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, Mississippi PERS seeks reimbursement for the costs and expenses that it incurred directly relating to its representation of the Settlement Class in the Action.

6. The time that I and Mississippi PERS' and Mississippi Attorney General's staff devoted to the representation of the Settlement Class in this Action was time that otherwise would have been spent on regular duties on behalf of Mississippi PERS and, thus, represented a cost to Mississippi PERS. Mississippi PERS is requesting reimbursement for certain of the time spent on the representation of the Settlement Class by Mississippi PERS' staff, totaling $17,550.00. This time is reflected below:

| Name | Title | Hours | Rate | Total |
|------|-------|-------|------|-------|
| Tricia Beale | Special Assistant Attorney General | 25 | $250 | $6,250 |
| Ta'Shia Gordon | Former Special Assistant Attorney General | 10 | $250 | $2,500 |
| Amelia Gamble | Special Assistant Attorney General | 25 | $250 | $6,250 |
| Michael Lowry | Chief Technology Officer | 2 | $150 | $300 |
| Charles Nielsen | Chief Investment Officer | 15 | $150 | $2,250 |

7. The chart above sets forth the estimated costs, on an hourly basis, for the services of Mississippi PERS' staff who worked on this Action, based on their salaries and benefits, and the number of hours normally worked on an annual basis. This estimate is conservative in nature and reflects the minimum hourly cost to Mississippi PERS for the services rendered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Mississippi PERS.

Dated:  August 4, 2023

Tricia Beale
Special Assistant Attorney General
Office of the Mississippi Attorney General

4