# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-JLR-SN |

**DECLARATION OF OSEY "SKIP" MCGEE, JR.,**
**EXECUTIVE DIRECTOR OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND,**
**IN SUPPORT OF REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS**
**UNDER THE PSLRA, 15 U.S.C. § 78u-4(a)(4)**

I, Osey "Skip" McGee, Jr., hereby affirm as follows:

1.      I am the Executive Director of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), a Court-appointed Lead Plaintiff in this securities class action (the "Action"). I submit this Declaration in connection with Louisiana Sheriffs' request for reimbursement of its reasonable costs directly relating to the work performed by its personnel in connection with its representation of the Settlement Class in this Action.

2.      I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action as set forth in the Private Securities Litigation Reform Act of 1995. I have personal knowledge of the matters set forth in this Declaration, as I, along with my colleagues at Louisiana Sheriffs, have been directly involved in monitoring and overseeing the prosecution of the Action.

1

3.      Louisiana Sheriffs is a public pension fund that provides pension and other benefits for sheriffs, deputy sheriffs, and tax collectors in the State of Louisiana. Louisiana Sheriffs manages approximately $4 billion in assets for the benefit of its approximately 20,000 active and retired participants. Louisiana Sheriffs purchased shares of Wells Fargo stock during the Class Period and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

4.      By Order dated August 29, 2020 (Dkt. No. 59), the Court appointed Louisiana Sheriffs as a Lead Plaintiff in the Action.  Louisiana Sheriffs closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action.

5.      Since being appointed as a Lead Plaintiff in August 2020, Louisiana Sheriffs has devoted substantial time and energy in discharging its duties as a Lead Plaintiff. On behalf of Louisiana Sheriffs, I and members of my staff working at my direction have, among other things: (a) reviewed significant court filings in the Action; (b) received and reviewed regular updates reports from Lead Counsel regarding developments in the Action; (c) participated in telephonic and email communications with Lead Counsel and Klausner Kaufman Jensen & Levinson regarding case strategy and developments; (d) gathered and produced relevant documents; (e) made presentations to the Board of Louisiana Sheriffs about the status of the litigation; (f) consulted with Lead Counsel during the course of their efforts to mediate and negotiate the Settlement; and (g) evaluated and approved the Settlement. In addition, I prepared and sat for the Rule 30(b)(6) deposition of Louisiana Sheriffs on November 15, 2022.

6.      Louisiana Sheriffs understands that reimbursement of a Lead Plaintiff's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason,

2

Louisiana Sheriffs seeks reimbursement for the costs and expenses that it incurred directly relating to its representation of the Settlement Class in the Action.

7.    The time that I and staff working at my direction devoted to the representation of the Settlement Class in this Action was time that otherwise would have been spent on regular duties on behalf of Louisiana Sheriffs and, thus, represented a cost to Louisiana Sheriffs. Louisiana Sheriffs is requesting reimbursement only for the time that I spent on the representation of the Settlement Class, totaling $3,400.  This time is reflected below:

| Name | Title | Hours | Rate | Total |
| --- | --- | --- | --- | --- |
| Osey McGee, Jr. | Executive Director | 40 | $85 | $3,400 |

8.    The chart above sets forth a conservative estimate of the time I dedicated to the Action and the estimated cost for my time, based on my salary and benefits, and the number of hours normally worked on an annual basis.  This estimate is conservative in nature and reflects the minimum hourly cost to Louisiana Sheriffs for the services rendered.

I have reviewed the foregoing with counsel and on the basis of that consultation, I affirm under the laws of the United States of United States of America that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Louisiana Sheriffs.

Dated:  August 4, 2023

_____
Osey "Skip" McGee, Jr.
Executive Director
Louisiana Sheriffs' Pension & Relief Fund

3