# Exhibit 7

**EXHIBIT 7**

*In re Wells Fargo & Co. Securities Litigation*
Case No. 1:20-cv-04494-JLR-SN (S.D.N.Y.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
HOURS AND LODESTAR**

| Ex. | FIRM | HOURS | LODESTAR |
|-----|------|-------|----------|
| 7A | Bernstein Litowitz Berger & Grossmann LLP | 69,470.25 | $31,435,218.75 |
| 7B | Cohen Milstein Sellers & Toll PLLC | 36,884.50 | $15,633,663.75 |
| 7C | Klausner, Kaufman, Jensen & Levinson | 135.10 | $101,325.00 |
| | **TOTAL:** | **106,489.85** | **$47,170,207.50** |