# Exhibit 7B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

Case No. 1:20-cv-04494-JLR-SN

**DECLARATION OF LAURA H. POSNER**
**ON BEHALF OF COHEN MILSTEIN SELLERS & TOLL PLLC**
**IN SUPPORT OF LEAD COUNSEL'S MOTION FOR**
**ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Laura H. Posner, hereby declare as follows:

1.      I am a partner in the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein").   I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees in connection with services rendered by Plaintiffs' Counsel in the above-captioned securities class action ("Action").[1]   Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      My firm, as one of the Lead Counsel for Lead Plaintiffs and the Settlement Class, was involved in all aspects of the prosecution and resolution of the Action, as set forth in the Joint Declaration of John C. Browne and Laura H. Posner in Support of (I) Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated May 8, 2023 (ECF No. 178-1).

3.    The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by timekeepers who devoted ten (10) or more hours to the Action, and the lodestar calculation for those individuals based on their current hourly rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the hourly rates for such personnel in their final year of employment with my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by Cohen Milstein.  All time expended in preparing this application for fees and expenses has been excluded.

4.    Cohen Milstein reviewed these time records to prepare this Declaration.  The purpose of this review was to confirm both the accuracy of the time entries and expenses and the necessity for, and reasonableness of, the time and expenses committed to the litigation.  I believe that the time reflected in the firm's lodestar calculation as stated in this Declaration is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation.

5.    The hourly rates for the attorneys and professional support staff included in Exhibit 1 are Cohen Milstein's standard rates and are the same as, or comparable to, the rates submitted by my firm and accepted by courts for lodestar cross-checks in other class action fee applications.  *See, e.g.*, *New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Grp., plc, et al.*, No. 1:08-cv-05310-DAB-HBP (S.D.N.Y. Mar. 8, 2019), ECF No. 320; *see also Singh v. Orthofix Int'l N.V., et al.*, No. 1:13-CV-05696 (S.D.N.Y. Apr. 29, 2016), ECF No. 132; *In re ITT Educ. Servs., Inc. Sec. Litig.*, No. 1:13-CV-01620 (S.D.N.Y. Mar. 8, 2016), ECF No. 94; *New Jersey Carpenters Health Fund v. Residential Capital, LLC*, No. 1:08-cv-08781 (S.D.N.Y. July 31, 2015), ECF No. 353; *Rubin v. MF Global, Ltd.*, No. 1:08-cv-02233-VM (S.D.N.Y Nov. 18, 2011), ECF No. 195.

6.      My firm's rates are set based on periodic analysis of rates used by firms performing comparable work and that have been approved by courts.  Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, year in the current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms.

7.      The number of hours expended by Cohen Milstein in the Action, as reflected in Exhibit 1, is 36,884.50.  The lodestar for my firm, as reflected in Exhibit 1, is $15,633,663.75.

8.      With respect to the standing of my firm, attached hereto as Exhibit 2 is a firm résumé, which includes information about my firm, as well as biographical information concerning the attorneys who worked on this matter.

I declare, under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2023                              Respectfully submitted,


                                               /s/ *Laura H. Posner*
                                               Laura H. Posner

**EXHIBIT 1**

*In re Wells Fargo & Co. Securities Litigation*
Case No. 1:20-cv-04494-JLR-SN (S.D.N.Y.)

**COHEN MILSTEIN SELLERS & TOLL PLLC**

**TIME REPORT**

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Bowen, Molly | 1,424.50 | $750 | 1,068,375.00 |
| Bunch, S. Douglas | 434.75 | $875 | 380,406.25 |
| Posner, Laura | 1,334.25 | $930 | 1,240,852.50 |
| Reiser, Julie G. | 236.00 | $990 | 233,640.00 |
| Toll, Steven J. | 681.00 | $1,225 | 834,225.00 |
| **Senior Counsel** | | | |
| Torell, Catherine A. | 78.25 | $925 | 72,381.25 |
| **Associates** | | | |
| Bassiouny, Norhan | 493.25 | $550 | 271,287.50 |
| Messerschmidt, Jan | 14.75 | $700 | 10,325.00 |
| Schneiderman, Brendan | 10.25 | $525 | 5,381.25 |
| **Law Fellows** | | | |
| Davidson, Jennifer | 60.25 | $395 | 23,798.75 |
| Wallace, Melita | 301.25 | $450 | 135,562.50 |
| **Discovery Counsel** | | | |
| Wallace, Lyzette | 679.00 | $575 | 390,425.00 |
| **Staff Attorneys** | | | |
| Banks, Susan | 418.00 | $600 | 250,800.00 |
| Dumas, Robert | 489.00 | $650 | 317,850.00 |
| **Discovery Attorneys** | | | |
| Addo, Kate | 551.25 | $405 | 223,256.25 |
| Allan, Adam | 815.50 | $465 | 379,207.50 |
| Andreopoulos, Spero | 611.50 | $265 | 162,047.50 |
| Appiah, Charles | 416.00 | $250 | 104,000.00 |
| Bahnemann, Neil | 486.50 | $390 | 189,735.00 |
| Barton, Emile | 695.50 | $245 | 170,397.50 |
| Berliner, Deborah | 630.00 | $400 | 252,000.00 |

4

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Bolls, Jonathan | 495.00 | $285 | 141,075.00 |
| Brooks, Paul K. | 226.00 | $495 | 111,870.00 |
| Burke, Erin | 991.50 | $375 | 371,812.50 |
| Byrley, Carolee | 608.75 | $400 | 243,500.00 |
| Calloway, Daniel | 739.00 | $275 | 203,225.00 |
| Correa, David | 631.75 | $400 | 252,700.00 |
| DeVeaux, Paul | 1,343.00 | $300 | 402,900.00 |
| Dixon, Eric | 535.50 | $425 | 227,587.50 |
| Dolinger, Laurie | 213.75 | $435 | 92,981.25 |
| Fick, Greg | 666.25 | $275 | 183,218.75 |
| Flanigan, Maureen | 241.00 | $400 | 96,400.00 |
| Foster, Colette | 692.25 | $395 | 273,438.75 |
| Geannette, Marissa | 497.75 | $265 | 131,903.75 |
| Haile, Hanna | 596.00 | $265 | 157,940.00 |
| Jordan, Tonja | 704.50 | $280 | 197,260.00 |
| Kanu, Abu | 379.75 | $280 | 106,330.00 |
| Kargin, Alexandra | 239.00 | $400 | 95,600.00 |
| Kron, Maria | 596.00 | $390 | 232,440.00 |
| Lasater, John | 510.00 | $300 | 153,000.00 |
| Lichtman, Nicole | 695.00 | $280 | 194,600.00 |
| Lyubarskiy, Igor | 1,639.75 | $350 | 573,912.50 |
| Maddox, Amina | 584.75 | $275 | 160,806.25 |
| Mavhenyengwa, Eunice | 149.00 | $250 | 37,250.00 |
| Menard, Shirley J. | 292.00 | $390 | 113,880.00 |
| Menyuah, Nneka | 687.50 | $250 | 171,875.00 |
| Naham, Andrea | 322.75 | $390 | 125,872.50 |
| Narayanan, Arjun | 480.00 | $275 | 132,000.00 |
| Nguyen, Khanh | 734.50 | $300 | 220,350.00 |
| Njuguna, Elizabeth | 277.50 | $280 | 77,700.00 |
| Norris, Angela M. | 321.00 | $385 | 123,585.00 |
| Odero, Brenda | 678.50 | $265 | 179,802.50 |
| Peter-Koyi, Ajibola | 688.00 | $275 | 189,200.00 |
| Preer, Shaunte | 242.50 | $275 | 66,687.50 |
| Reich, Jennifer | 446.00 | $250 | 111,500.00 |

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Rivera Cabrera, Julio | 255.50 | $250 | 63,875.00 |
| Ross, Mathew | 237.25 | $385 | 91,341.25 |
| Schirado, Mark | 384.75 | $385 | 148,128.75 |
| Severin, Madeleine | 540.00 | $385 | 207,900.00 |
| Sharpe, Kieran | 346.25 | $390 | 135,037.50 |
| Shelton, Joel | 420.50 | $395 | 166,097.50 |
| Smid, Margareth | 590.50 | $465 | 274,582.50 |
| Smith, Barbara | 53.25 | $420 | 22,365.00 |
| Smith, Valencia | 707.75 | $375 | 265,406.25 |
| Taiwo, Oyetunji | 645.25 | $465 | 300,041.25 |
| Youngberg, Kent | 678.75 | $415 | 281,681.25 |
| Zerbib, Frederic | 632.50 | $455 | 287,787.50 |
| Zieleniewski, Kevin | 575.00 | $405 | 232,875.00 |
| **Summer Associate** | | | |
| Fisher, Yael | 18.00 | $350 | 6,300.00 |
| **Financial Analyst** | | | |
| Twigg, Andrew | 33.50 | $475 | 15,912.50 |
| **Paralegals** | | | |
| Asim, Rhyma | 608.50 | $350 | 212,975.00 |
| Kehs, Victoria | 10.00 | $350 | 3,500.00 |
| Kluger, Joshua | 110.00 | $335 | 36,850.00 |
| Trachtenberg, Eric | 31.00 | $350 | 10,850.00 |
| | | | |
| | | | |
| **TOTALS:** | **36,884.50** | | **$15,633,663.75** |

6

**EXHIBIT 2**

*In re Wells Fargo & Co. Securities Litigation*
Case No. 1:20-cv-04494-JLR-SN (S.D.N.Y.)

**COHEN MILSTEIN SELLERS & TOLL PLLC**

**FIRM RESUME**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.





"The most effective law firm in the United States for lawsuits with a strong social and political component."
**Inside Counsel**

"Class action powerhouse."
**Forbes**

Boston | Chicago | Minneapolis | New York | Palm Beach Gardens | Philadelphia | Raleigh | Washington     **cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

# | About the Firm

We are trailblazers in plaintiff-side and class action litigation, handling groundbreaking cases resulting in landmark decisions involving antitrust, securities, consumer rights, civil rights, and other far-reaching matters.

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington, we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- Employee Benefits / ERISA
- Ethics and Fiduciary Counseling

- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower/False Claims Act

In 2023, *Law360* recognized three of our practices as a "2022 Practice Group of the Year" in the areas of employee benefits, competition, and securities law. In 2022, *The National Law Journal* named the firm "Consumer Protection Law Firm of the Year" and "Discrimination Law Firm of the Year." *Chambers USA* and *Legal 500* have also consistently recognized Cohen Milstein as a "Top Tier Firm" and "Leading Firm" in antitrust, securities litigation, product liability, mass torts, and class actions. The firm has also been named among "The Best Law Firms for Female Attorneys" in *Law360's* 2022 "Glass Ceiling Report."

Our attorneys, individually, are also heralded as among the top in their practices by peer-reviewed surveys and industry organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal*.

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

# Securities Litigation & Investor Protection

We are a powerful ally for institutional investors seeking to recover assets lost due to securities fraud and other unlawful behavior.

We have earned national recognition for using innovative strategies to hold defendants accountable and obtain favorable rulings for our clients, which include some of the country's largest public employee and Taft-Hartley pension funds. Our attorneys are strong advocates with a demonstrated willingness to take cases to trial and appeal adverse rulings to obtain the best possible results.

Beyond litigation, we provide portfolio monitoring and case evaluation counsel to approximately 200 institutional investors, building their trust as we provide unbiased advice and adapt our program to suit their needs. We also help our clients navigate involvement in foreign securities litigation in cases around the world. We are unique among our competitors in offering a full range of ethics, fiduciary, and compliance services, including board and staff education.

## Making An Impact

For four decades, we have prevailed against corporate defendants.

- **Mortgage-Backed Securities (MBS) Class Actions:** Since 2013, we recovered more than $2.5 billion for investors. Those results include landmark settlements of $500 million each on behalf of the Iowa Public Employees Retirement System and Oregon Public Employees Retirement System in the Countrywide and Bear Stearns MBS cases, two of a dozen MBS cases in which we successfully represented pension funds as plaintiffs.

- **Groundbreaking Shareholder Derivative Lawsuits:** We represented shareholders in a series of groundbreaking derivative lawsuits that alleged corporate leaders turned a blind eye to pervasive workplace sexual harassment, discrimination, or abuse that put shareholder value at risk. Four derivative settlements, Alphabet ($310M) and Wynn Resorts ($90M), L Brands ($100M), and Pinterest ($50M) resulted in sweeping governance and policy changes and unlocked over half a billion dollars in commitments to diversity, equity, and inclusion programs.

- **Groundbreaking Financial Market Manipulation Class Actions:** We are leading proprietary class actions attempting to break big banks' stranglehold over multi-trillion-dollar markets for interest rate swaps and securities lending. These far-reaching lawsuits seek to modernize antiquated markets and recover billions of dollars investors were improperly forced to pay because of investment banks' collusive and unlawful conduct.

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## Industry Recognitions

Victories in the courtroom have earned us accolades, including *Law 360's* Practice Group of the Year for both Securities and Class Actions, and its Most Feared Plaintiffs Law Firm honors. Our work on behalf of investors has won thanks from our pension fund clients, respect from opposing counsel, and praise from judges.

- Of the settlement in the *RALI MBS Securities Litigation,* Judge Katherine Failla of the U.S. District Court for the Southern District of New York, said: *"Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

- In approving the settlement in the *Alphabet Shareholder Derivative Litigation,* California Superior Court Judge Brian C. Walsh said the *"groundbreaking" agreement stands as "a credit to what your profession can do to solve a problem."*

## Our People

- Our attorneys have served in leadership roles for state pension funds and as regulators in both state and federal government. Their experience helps us understand the demands placed on, and needs of, institutional investors.

- Our partners are frequently asked to speak to institutional investor groups; some serve as leaders of legal organizations and publications or teach and lecture at law schools.

- Our partners regularly appear on prestigious lists such as *The National Law Journal's* Elite Women of the Plaintiffs Bar; *Law360's* MVPs, Rising Stars, Titans of the Plaintiffs' Bar, and Most Influential Women in Securities Law; *Crain's* Notable Women in Law; *Legal 500's* Leading Attorneys; Lawdragon's 500 Leading Lawyers; and Benchmark Plaintiff's Litigation Stars.

## Leaders in Diversity, Equity & Inclusion

In addition to being a leader in groundbreaking shareholder derivative litigation to mitigate systemic discrimination and harassment in corporations, we are proud of our firm's culture that fosters diversity, equality, and inclusion.

- *Law360's* 2022 "Glass Ceiling Report," for example, named us a "ceiling smasher" and ranked the firm No. 2 for having the highest representation of women in the equity partnership.

- Nine of our firm's 10 practice groups are led or co-led by female partners, including women of color, and the firm's five-member executive committee includes a woman of color.

Our Securities Litigation & Investor Protection practice is no different: half the attorneys and half the partners, including the practice co-chair, Julie Goldsmith Reiser, are women.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## | Judicial Recognition

We have been honored to receive enthusiastic praise from courts across the country for our work in securities class actions and shareholder derivative litigation.

The *In re Alphabet settlement is "groundbreaking." It codifies a "best in class approach . . . to address sexual harassment, sexual misconduct, discrimination, retaliation, inequity and inclusion in the workplace." Achieving such a settlement, is "a credit to what . . . your profession can do to solve a problem."*

~ **The Honorable Brian C. Walsh, California Superior Court Judge** (*In re Alphabet Shareholder Derivative Litigation*)

*"I think it is the most striking factor here, that in 2008 no one else seemed to want to take this particular tack with litigation, and in 2011 they seemed to be proven correct, but here we are with a rather substantial settlement. I don't want to demean this by saying that fortune favors the brave, but that is what happened here. Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

~ **The Honorable Katherine P. Failla, U.S. District Court for the Southern District of New York** (*New Jersey Carpenters Health Fund v. Residential Capital, LLC*)

*"Let me also say, this has been a long process, I know, more than six years, and I want to reiterate how fortunate I feel to have … worked with such able lawyers on both sides. It's been one of the highlights of my career as a judge. We had difficult issues and even some novel issues, and through it all you provided me with the highest standards both of scholarship and of advocacy and I am grateful."*

~ **The Honorable Keith P. Ellison, U.S. District Court for the Southern District of Texas** (*In re BP plc Securities Litigation*)

*"Lead Counsel successfully obtained the first derivative demand futility decision in the country in a case involving claims of sexual misconduct, and after significant litigation, numerous hearings and substantial discovery, negotiated the largest derivative settlement in Nevada history …. At all times throughout the litigation, Lead Counsel's work was professional and of exceptionally high quality. What the settlement achieved is a testament to their hard work throughout the litigation."*

~ **The Honorable Timothy Williams, Nevada State Court** (*Thomas P. DiNapoli v. Stephen A. Wynn*)

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

*"Before we adjourn, I just want to thank all of you really for the excellent lawyering. It's a pleasure, as I think I said at the motion to dismiss stage, to get lawyering of this caliber…. It's my pleasure to have presided over this case."*

> **~ The Honorable Paul A. Engemayer, U.S. District Court for the Southern District of New York** (*Braskem S.A. Securities Litigation*)

*"[T]his is a very, very good result for the plaintiffs … the vigorously fought class action here and well represented class action is something of which plaintiff[s'] counsel can be proud …"*

> **~ The Honorable Katherine B. Forrest, U.S. District Court for the Southern District of New York** (*Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A. and U.S. Bank Nat'l Association*)

*"this hard-fought settlement which is very beneficial to the members of the classes, [is] impressive."*

> **~ The Honorable Laura Taylor Swain, U.S. District Court for the Southern District of New York** (*In re Bear Stearns Mortgage PassThrough Certificates Litigation.*)

*". . . one of the most interesting and different class actions I've seen."*

> **~ The Honorable Loretta A. Preska, U.S. District Court for the Southern District of New York** (*New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Group, PLC*)

*". . . people who run corporations are generally deterred by the fact that there are … Cohen Milsteins out there."*  **~The Honorable Judge T.S. Ellis III, U.S. District Court for the Southern District of New York** (*In re Bearing Point Securities Litigation*)

*"[Cohen Milstein] did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case."*

> **~ The Honorable Lewis A. Kaplan, U.S. District Court for the Southern District of New York** (*In re Parmalat Securities Litigation*)

*". . . the efforts undertaken by [counsel] were more generative and exceeded the investigative work of the other applicants by an order of magnitude."*

> **~ The Honorable Judge Paul A. Engelmayer, U.S. District Court for the Southern District of New York** (*Public School Teachers' Pension and Retirement Fund of Chicago v. Bank of America Corp.*)

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

# | Representative Matters – Securities Litigation

## We have recovered billions of dollars in settlements for our institutional investor clients.

### Recent Settlements

- ***In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.):** We were co-lead counsel and represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in this shareholder derivative action seeking to hold Alphabet's leadership accountable for a "culture of concealment," which involved covering up pervasive gender discrimination and sexual harassment and approving secretive, multimillion-dollar payouts to high-level executives credibly accused of serious sexual misconduct against junior employees. In November 2020, the court granted final approval of a historic settlement, which includes a $310 million funding commitment and sweeping reforms to eliminate practices that silence victims and implement new measures to improve workplace equity and board oversight.

- ***FirstEnergy Shareholder Derivative Litigation* (S.D. Ohio; N.D. Ohio):** We represented shareholders of FirstEnergy Corp. in related derivative lawsuits, filed in two U.S. District Courts in Ohio.  In both cases, plaintiffs sought to hold certain current and former FirstEnergy officers and directors accountable for orchestrating one of Ohio's largest public bribery schemes, which resulted in a deferred prosecution agreement with the U.S. Department of Justice in which the company agreed to pay a fine of $230 million and admitted it had paid more than $60 million in illegal contributions to an elected official in return for his pursuit of favorable legislation. In August 2022, the court granted final approval of a $180 million global settlement, ending all shareholder derivative cases.

- ***NovaStar Mortgage-Backed Securities Litigation* (S.D.N.Y.):** We were lead counsel in this certified MBS class action filed on behalf of unionized workers and other individual and institutional investors in connection with losses incurred from securities issued by NovaStar Mortgage Inc., a major subprime lender that specialized in authorizing risky residential mortgage loans. In March 2019, the

![COHENMILSTEIN logo]
Powerful Advocates. Meaningful Results.

court granted final approval of a $165 million all-cash settlement, which was affirmed by the U.S. Court of Appeals for the Second Circuit in March 2022. With the NovaStar settlement, we closed a chapter in which we successfully represented named plaintiffs in a dozen financial-crisis-era MBS class actions.

- *Boeing Shareholder Derivative Litigation* **(N.D. Ill., Del. Ch.):** We served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on *forum non conveniens* grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to-1, precedent-setting decision reversing the District Court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled in December 2022, along with a companion class action filed by the Seafarers in Delaware Chancery Court after the District Court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

- *L Brands, Inc. Derivative Litigation:* In partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, we helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils. In May 2022, the court granted final approval of the settlement.

- *Wynn Resorts, Ltd. Derivative Litigation* **(Eighth Jud. Dist. Crt., Clark Cnty., Nev.):** We represented the New York State Common Retirement Fund and the New York City Pension Funds as lead counsel in a derivative shareholder lawsuit

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In 2020, the court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

- **Pinterest Derivative Litigation (N.D. Cal.):** As court-appointed interim lead counsel representing the Employees Retirement System of Rhode Island in this shareholder derivative lawsuit against certain officers and directors of Pinterest, we negotiated a settlement requiring Pinterest to commit $50 million to a holistic set of workplace and Board-level reforms designed to protect employees from discriminatory treatment and to promote diversity, equity, and inclusion (DEI) throughout its workplace. Among the key requirements of the settlement, which received final approval in June 2022, was release of former employees who want to discuss the facts of their mistreatment from non-disclosure agreements (NDAs). The lawsuit accused defendants of breaches of fiduciary duty and other violations of Section 14(a) of the Securities Exchange Act of 1934, relating to their alleged personal engagement in and facilitation of a systematic practice of illegal discrimination against employees on the bases of race and sex.

- ***Lewis Crosby et al. v. KPMG, LLP* (E.D. Tenn.):** As co-lead counsel in this case, we helped negotiate a $35 million agreement to settle investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the court granted final approval of the settlement.

- ***GreenSky Securities Litigation* (S.D.N.Y.):** As co-lead counsel, we negotiated a $27.5 million settlement in a securities class action against fintech startup GreenSky, its directors and officers, as well as its underwriters, including Goldman Sachs, J.P. Morgan, Morgan Stanley, Citigroup Global Markets, and Credit Suisse Securities. The case alleged that defendants made false and misleading statements in GreenSky's Initial Public Offering documents in violation of the Securities Act of 1933.

**cohenmilstein.com**

COHENMILSTEIN

Powerful Advocates. Meaningful Results.

## Other High-Profile Settlements

- *In re BP Securities Litigation* (S.D. Tex.): We represented the New York State Common Retirement Fund as co-lead plaintiff in a securities class action filed in 2010, alleging that BP injured investors by intentionally downplaying the severity of the Deepwater Horizon oil spill and preventing investors from learning the magnitude of the disaster. After successfully moving for class certification in the District Court, we presented plaintiffs' defense of that court's decision to the U.S. Court of Appeals for the Fifth Circuit, which affirmed class certification. The case settled for $175 million a few weeks before trial was set to begin.

- *HEMT MBS Litigation* (S.D.N.Y.): In May 2016, the court granted final approval of a $110 million settlement in this mortgage-backed securities class action brought by investors against Credit Suisse AG and its affiliates. This settlement ends claims brought by the New Jersey Carpenters Health Fund and other investors who claimed that the offering documents for the mortgage-backed securities at issue violated the Securities Act of 1933 as they contained false and misleading misstatements concerning compliance with underwriting standards.

- *RALI MBS Litigation* (S.D.N.Y.): In July 2015, the court granted final approval to a $235 million settlement with underwriters Citigroup Global Markets Inc., Goldman Sachs & Co., and UBS Securities LLC. This global settlement marked an end to a long and complicated class action involving MBS offerings that RALI and certain of its affiliates issued and sold to the New Jersey Carpenters Health Fund and other investors from 2006 through 2007. The case took seven years of intense litigation to resolve.

- *In re Bear Stearns Mortgage Pass-Through Certificates Litigation* (S.D.N.Y.): In May 2015, the court granted final approval of this securities class action settlement with JPMorgan Chase & Co., which agreed to pay $500 million and up to an additional $5 million in litigation-related expenses to resolve claims arising from the sale of $27.2 billion of mortgage-backed securities issued by Bear Stearns & Co. during 2006 and 2007 in 22 separate public offerings.

- *Harborview MBS Litigation* (S.D.N.Y.): In February 2014, we reached a settlement with the Royal Bank of Scotland (RBS) in the Harborview MBS Litigation, resolving claims that RBS duped investors into buying securities backed by shoddy home loans.  The $275 million settlement is the fifth largest class action settlement in a federal MBS case.  This case is one of eight significant MBS actions for which we

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

had been named lead or co-lead counsel by courts and one of three that were nearly dismissed by the court, only to be revived in 2012.

- *Countrywide MBS Litigation (C.D. Cal.):* In April 2013, plaintiffs in the landmark mortgage-backed securities (MBS) class action litigation against Countrywide Financial Corporation and others, led by lead plaintiff, the Iowa Public Employees' Retirement System (IPERS), agreed to a $500 million settlement - the nation's largest MBS-federal securities class action settlement at the time.  The settlement was approved in December 2013 and ended the consolidated class action lawsuit brought in 2010 by multiple retirement funds against Countrywide and other defendants for securities violations involving the packaging and sale of MBS. The settlement was also one of the largest (top 20) class action securities settlements ever at the time.

- *In re Parmalat Securities Litigation (S.D.N.Y.):* We, as co-lead counsel, successfully negotiated several settlements totaling approximately $90 million, including two settlements with Parmalat's outside auditors. Judge Lewis A. Kaplan remarked that plaintiffs' counsel "did a wonderful job here for the class and were in all respects totally professional and totally prepared.  I wish I had counsel this good in front of me in every case."  Parmalat's bankruptcy filing was the biggest corporate bankruptcy in Europe, and in December 2003, the U.S. Securities and Exchange Commission filed a suit charging Parmalat with "one of the largest and most brazen corporate financial frauds in history." During the litigation, the company subsequently emerged from bankruptcy, as a result we added "New Parmalat" as a defendant because of the egregious fraud committed by the now-bankrupt old Parmalat.  New Parmalat strenuously objected and the court ruled in the class plaintiffs' favor, a ruling which was affirmed on appeal.  This innovative approach of adding New Parmalat enabled the class to obtain an important additional source of compensation, as we subsequently settled with New Parmalat for shares worth approximately $26 million.

- *Rubin v. MF Global, Ltd. (S.D.N.Y.):* Acting as co-lead counsel in this class action, we represented the Central States, Southeast and Southwest Areas Pension Fund as one of the co- lead plaintiffs in the case.  In September 2010, as a result of Plaintiffs' decision to appeal, the U.S. Court of Appeals for the Second Circuit vacated in part the lower court's dismissal of the case and remanded the case for further proceedings.  In overturning the District Court's decision, the Second Circuit issued a decision that differentiated between a forecast or a forward-looking statement accompanied by cautionary language -- which the Circuit Court said would be insulated from liability under the bespeaks caution doctrine -

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

- and a factual statement, or non-forward-looking statement, for which liability may exist.  Importantly, the Second Circuit accepted Plaintiffs' position that where a statement is mixed, the court can sever the forward-looking aspect of the statement from the non-forward-looking aspect.  The court further stated that statements or omissions as to existing operations (and present intentions as to future operations) are not protected by the bespeaks caution doctrine. Mediation followed this decision and resulted in a settlement comprised of $90 million in cash.

- *Hughes v. Huron Consulting Group* **(N.D. Ill.):**  We represented lead plaintiffs, Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas Public Employees Retirement System ("APERS") in this case against Huron Consulting Group, founded by former Arthur Anderson personnel following its collapse in the wake of the Enron scandal.   In August 2010, the court denied defendants' motions to dismiss in their entirety and upheld plaintiffs' allegations that defendants intentionally improperly accounted for acquisition- related payments, which allowed plaintiffs to move forward with discovery.  The case settled for $40 million, comprised of $27 million in cash and 474,547 shares of Huron common stock, with an aggregate value at the time of final approval in 2011 of approximately $13 million.

- *In re Lucent Technologies Securities Litigation* **(D.N.J.):**  A settlement in this massive securities fraud class action was reached in late March 2003. The class portion of the settlement amounted to over $500 million in cash, stock and warrants and ranked as the second-largest securities class action settlement ever at the time.  We represented one of the co-lead plaintiffs in this action, a private mutual fund.

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

# | Accolades

**Practice Achievement:** Our Securities Litigation & Investor Protection practice is recognized as among the most preeminent in the country:

| | |
|---|---|
| *Law360* **"Practice Group of the Year - Securities"** (2020, 2022) | Law360 **"Practice Group of the Year - Class Action"** (2020, 2021) |
| *Chambers USA* **"Securities Litigation: Plaintiffs - Nationwide"** (2021 – 2022) | Benchmark Litigation **"Top Plaintiffs Firm"** (2021) |
| *Legal 500* **"Leading Practices - Securities Litigation: Mainly Plaintiff"** (Since 2018) | *The National Law Journal* **"Finalist - Elite Trial Lawyers - Securities Litigation"** (2018, 2019, 2021) |

**Individual Achievement:** Our Securities litigators are recognized as among the best in the industry:

| | |
|---|---|
| *Lawdragon* **"Hall of Fame"** - Steven J. Toll | *Law360* **"Rising Stars"** (2017, 2018, 2022) - S. Douglas Bunch, Molly J. Bowen, and Jan E. Messerschmidt |
| *Law360* **"25 Most Influential Women in Securities Law"** - Julie Goldsmith Reiser | *The National Law Journal* **"Rising Stars"** (2021, 2022) - Molly J. Bowen and Jan E. Messerschmidt |
| *The National Law Journal* and *The Trial Lawyer* **"America's 50 Most Influential Trial Lawyers"** - Steven J. Toll | *Benchmark Litigation* **"40 Under 40"** (2018, 2019) - Michael B. Eisenkraft and Laura Posner |
| *Law360* **"Titans of the Plaintiffs Bar"** (2018, 2021) - Steven J. Toll and Julie Goldsmith Reiser | *Benchmark Litigation* **"Litigation Star"** *(Since 2019)* |
| *American Lawyer* **"Litigator of the Week- Runner Up"** (2023) - Michael B. Eisenkraft | *Crain's Business* **"Notable Women in Law"** (2020, 2022) - Carol V. Gilden and Laura H. Posner |
| *The National Law Journal* **"Elite Women of the Plaintiffs Bar"** (2018, 2021) - Julie Goldsmith Reiser and Laura H. Posner | *American Lawyer* **"Trailblazer - Midwest"** (2022) - Carol V. Gilden |
| American Lawyer **"Litigator of the Week"** (2020) - Julie Goldsmith Reiser | *Law360* **"MVP - Securities"** (2015) - Steven J. Toll |
| *Lawdragon* **"500 Leading Lawyers in America"** (Since 2011) | *Super Lawyers* Magazine **"Super Lawyers and Rising Stars"** (Since 2005) |
| *Legal 500* **"Leading Lawyers"** (Since 2020) | |
| Legal 500 **"Next Generation Partners"** (Since 2019) | |

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Steven J. Toll, Managing Partner

Washington, DC

t: 202.408.4600
f: 202.408.4699
stoll@cohenmilstein.com

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia
- Virginia

### Education

- Georgetown University, J.D., 1975
- University of Pennsylvania, B.S., *cum laude*, 1972

**Steven J. Toll** is Managing Partner of Cohen Milstein, a member of the firm's Executive Committee, and Co-Chair of the Securities Litigation & Investor Protection practice. In this role, Mr. Toll guides the firm's mediation efforts and strategy, and has been lead or principal counsel on some of the most high-profile stock fraud lawsuits in the past 30 years, arguing important matters before the highest courts in the land.

Mr. Toll has built a distinguished career and reputation as a fierce advocate of the rights of shareholders and has guided mediation efforts on the firm's largest and most important matters (both securities fraud and other consumer type cases), a role in which he has earned the trust of mediators, as well as the respect of defense counsel. Mr. Toll has been involved in settling some of the most important mortgage-backed securities (MBS) class-action lawsuits in the aftermath of the financial crisis, including: Countrywide Financial Corp., which settled for $500 million in 2013; Residential Accredited Loans Inc. (RALI), which settled for $335 million in 2014; Harborview MBS, which settled for $275 million, also in 2014; and Novastar MBS, which settled for $165 million in 2019. He also negotiated a $90 million settlement of a suit against MF Global.

Among Mr. Toll's important cases is the Harman class action suit, where Mr. Toll argued and won an important ruling from the U.S. Court of Appeals for the District of Columbia Circuit. The Circuit Court reinstated the suit against electronics maker Harman International Industries; the ruling is significant in that it places limits on the protection allowed by the safe harbor rule for forward-looking statements. A $28.25 million settlement was achieved in this action in 2017.

Mr. Toll was also co-lead counsel in the BP Securities class action securities fraud lawsuit that arose from the devastating Deepwater oil spill in the Gulf of Mexico. The Fifth Circuit Court of Appeals affirmed the certification of the class of investors alleged to have been injured by BP's misrepresenting the amount of oil spilling into

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

the Gulf of Mexico, and thus minimizing the extent of the cost and financial impact to BP of the clean-up and resulting damages. In February 2017, the court granted final approval to a $175 million settlement reached between BP and lead plaintiffs for the "post-explosion" class.

Mr. Toll was co-lead counsel in the consumer class action suit against Lumber Liquidators, a lawsuit that alleges the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. In October 2018, the court granted final approval to a settlement of $36 million between Lumber Liquidators and plaintiffs.

Over the course of his career, Mr. Toll has received numerous industry recognitions for his work. Most recently, in 2019, *The National Law Journal* and *The Trial Lawyer* named him one of "America's 50 Most Influential Trial Lawyers," in 2018, Mr. Toll was named *Law360's* "Titan of the Plaintiffs Bar," as well as a *Legal 500* "Leading Lawyer – Securities Litigation." In 2017, he was named *Law360's* "MVP – Class Actions," in 2015, he was named *Law360's* "MVP – Securities," and since 2014, he has been perennially named to the Lawdragon 500, which recognizes the 500 leading lawyers in America. He is also annually recognized as a Super Lawyer in Securities Litigation and Class Action/Mass Torts.

Mr. Toll writes and speaks extensively on securities litigation and investor protection issues. His articles have appeared in *Harvard Law School Forum on Corporate Governance and Financial Regulation* and Cohen Milstein's *Shareholder Advocate.*

Mr. Toll has provided a great deal of *pro bono* legal work during a career at Cohen Milstein that spans more than three decades. In addition, he has been an active supporter of Children's Hospital National Medical Center for decades, setting up an endowment in his daughter's name to help the Hospital's leukemia patients and their families (his daughter passed away from leukemia in 1987), plus more recently establishing regular programs for music and laughter for the children during their hospital stays.

Mr. Toll is a graduate of the Wharton School of the University of Pennsylvania, earning a B.S., *cum laude,* and received his J.D. from Georgetown University Law Center, where he was Special Project Editor of *The Tax Lawyer*.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Julie G. Reiser, Partner

**Washington, DC**

t: 202 408 4600
f: 202 408 4699
jreiser@cohenmilstein.com

---

**Practice Areas**

- Securities Litigation & Investor Protection

**Admissions**

- District of Columbia
- Washington

**Education**

- University Virginia School of Law, J.D., 1997
- Vassar College, B.A., With Honors, 1992

**Julie Goldsmith Reiser** is Co-Chair of Cohen Milstein's Securities Litigation & Investor Protection practice. Ms. Reiser focuses on public pension plans, institutional investors, retirees and plan participants, representing them in high-stakes, complex litigation, including securities, ERISA, and antitrust litigation.

*Law360* recognized Ms. Reiser as a "Titan of the Plaintiffs Bar," not long after citing her as one of the "25 Most Influential Women in Securities Law." *The National Law Journal* placed her among the "Elite Women of the Plaintiffs Bar" and, Lawdragon has repeatedly named her one of the leading 500 lawyers in America.

Ms. Reiser was recognized by *The American Lawyer* as "Litigator of the Week," for the historic $310 million settlement *In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.), a shareholder derivative action, which established a framework for board accountability following allegations of systemic corporate mismanagement of sexual harassment, discrimination, and retaliation claims.

Ms. Reiser is highly regarded by clients, co-counsel, and opposing counsel for her tenacious advocacy, shrewd understanding of complex financial and economic issues, meticulous preparation, and dynamic leadership. Indeed, co-counsel and opposing counsel were quoted in *Law360's* "Titans of the Plaintiffs Bar: Cohen Milstein's Julie Goldsmith Reiser" profile:

- *"I think [Ms. Reiser] is an excellent attorney. Very good in advocating in the courtroom and in settlement negotiations, a very good strategic thinker and a nice person."* Louise Renne, former City Attorney of San Francisco, founding partner of Renne Public Law Group, and co-counsel in *Alphabet*.

- Ms. Reiser is *"a very candid, trustworthy person"* and working with her and her co-counsel was a *"highlight of the case."* Boris

**cohenmilstein.com**

# COHEN MILSTEIN

Powerful Advocates. Meaningful Results.

Feldman, partner at Freshfields Bruckhaus Deringer LLP and opposing counsel in *Alphabet*.

Including *Alphabet,* Ms. Reiser has helped shareholders achieve a total $550 million in corporate diversity, equity and inclusion commitments and sweeping corporate governance and workplace policy changes at Wynn Resorts, Pinterest, and L Brands through novel shareholder derivative litigation she helped pioneer. In addition, she led litigation teams in several of the country's most complex class actions and landmark settlements, including a $500 million settlement related to Countrywide's issuance of mortgage-backed securities ("MBS") and the Fifth Circuit affirmation of an investor class in the BP securities fraud litigation, stemming from the 2010 Deepwater Horizon oil spill, which settled for $175 million.

## Currently, Ms. Reiser is litigating the following notable matters:

- *El Paso Firemen's & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System v. InnovAge Holding Corp, et. al.* **(D. CO.)**:  Ms. Reiser is Lead Counsel in this lawsuit that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation.  As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

- *In re Wells Fargo & Company Securities Litigation* **(S.D.N.Y.):** Ms. Reiser represents the State of Rhode Island, Office of the General Treasurer in this putative securities class action, alleging that Wells Fargo and certain executives misrepresented that the bank had improved its governance and oversight structures following a widespread consumer fraud banking scandal in direct violation of its 2018 consent orders with the CFPB, OCC, and the Federal Reserve.

- *Bank of America Corp. Stock Lending Markets Antitrust Lawsuit* **(S.D.N.Y.):**  Ms. Reiser represents Iowa PERS, Los Angeles County Employees Retirement Association, Orange County Employees Retirement System and Sonoma County Employees' Retirement Association in this ground-breaking lawsuit, in which plaintiffs allege collusion among six of the world's largest investment banks to prevent modernization of the securities lending market, a critical component of a strong economy.

## Ms. Reiser also maintains an active *pro bono* practice her most notable success is:

- *Vivian Englund v. World Pawn Exchange, LLC* **(Cir. Crt., Coos Cnty., Or.):** Cohen Milstein successfully represented the estate of a Kirsten Englund in a wrongful death case of first impression in Oregon state court and nationally, addressing the legal liability for federally licensed firearms dealers involved in online straw sales. The landmark settlement (October 2018) establishes important legal precedent at the state and federal levels regarding gun dealer responsibility for online sales of firearms. Given the precedential significance of this lawsuit, Cohen Milstein was named to *The National Law*

**cohenmilstein.com**

16 of 49

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

*Journal's* "2019 Pro Bono Hot List" and won Public Justice Foundation's "2019 Trial Lawyer of the Year – Finalist" award.

Ms. Reiser has twice been named a winner of the Burton Awards, placing her among the "finest law firm writers" in the nation. She was a winner of the Burton Awards in 2019, as a co-author of "INSIGHT: Holding Firearms Dealers Accountable for Online Straw Sales," *Bloomberg Law* (December 19, 2018), and in 2016 for "Pre-Dispute Arbitration Clauses: Taking the Alternative Out of Dispute Resolution," *Bloomberg BNA, Class Action Litigation Report* (December 11, 2015). After the publication of "Pre-Dispute Arbitration Clauses," Paul Bland, Executive Director of Public Justice wrote: "This is invaluable advocacy that takes industry-side advocacy and exposes its flaws and failings. I'm very glad to see this kind of very high-quality advocacy and critical thinking."

Most recently, Ms. Reiser is the author or co-author of "Boards Must Be Held Accountable for Sexual Harassment Scandals," *Financial Times* (January 1, 2020); "Event-Driven Litigation Defense," *Harvard Law School Forum on Corporate Governance and Financial Regulation* (May 23, 2019); "INSIGHT: Sandy Hook Decision Reins in Gun Industry Shield Law," *Bloomberg Law* (March 28, 2019); "The Critical ABCs of Financial Antitrust Litigation & Recovery Opportunities," an ISS Securities Class Actions Services White Paper (February 18, 2019); and, "Trends in ERISA Litigation in 2017," *Law360* (December 17, 2017).

Ms. Reiser attended Vassar College, graduating with honors, and earned her J.D. at the University of Virginia School of Law. She serves as Chair of U.S. Youth Soccer's Legal Advisory Committee and previously served as a board member at Seattle Works and the Eastside Domestic Violence Program (now known as LifeWire).

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Laura H. Posner, Partner

New York, NY

t: 212.220.2925
f: 212.838.7745
lposner@cohenmilstein.com

### Practice Areas

- Securities Litigation & Investor Protection
- Ethics and Fiduciary Counseling
- **Admissions**
- New York
- **Education**
- Harvard Law School, J.D., 2004
- University of California Los Angeles, B.A., *magna cum laude*, 2001

**Laura H. Posner** is a partner in Cohen Milstein's Securities Litigation & Investor Protection and Ethics & Fiduciary Counseling practices.

Prior to joining the firm, Ms. Posner was appointed by the New Jersey Attorney General to serve as the Bureau Chief for the New Jersey Bureau of Securities – the top Securities Regulator in New Jersey. In that capacity, Ms. Posner was responsible for administrating and enforcing the New Jersey Uniform Securities Law and regulations thereunder, as well as managing and overseeing the employees who staff the Bureau of Securities. Cases prosecuted under Ms. Posner's direction as Bureau Chief resulted in hundreds of millions of dollars in recoveries for New Jersey residents, as well as more than 20 criminal convictions.

### Ms. Posner is currently involved in the following notable matters:

- ***IBEW Local 98 Pension Fund v. Deloitte* (D.S.C.):** Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte entities for allegedly breaching its external auditor duties related to as SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina.

- ***Chahal v. Credit Suisse Grp. AG, et al. (S.D.N.Y.):*** Cohen Milstein is Co-Lead Counsel in this putative securities class action alleging fraud and market manipulation of XIV Exchange Traded Note market.

- ***In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.):** Cohen Milstein is Co-Lead Counsel in this putative securities class action, alleging that Wells Fargo and certain executives misrepresented that the bank had improved its governance and oversight structures following a widespread consumer fraud banking scandal in direct violation of its 2018 consent orders with the CFPB, OCC, and the Federal Reserve.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

- ***In Re Overstock Securities Litigation* (D. Utah):** Cohen Milstein is sole Lead Counsel in this putative securities class action against Overstock.com Inc., its former CEO, CFO, and current Retail President for engineering a market manipulation "short squeeze" scheme in the company's common stock and insider trading.

- ***Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.* (S.D.N.Y.):** Cohen Milstein is leading this securities litigation against market makers Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., Susquehanna International Group LLP, and Virtu Americas LLC for repeated market manipulation tactics involving the spoofing of company stock.

## Ms. Posner's recent high-profile successes include:

- ***Miller Energy/KPMG* (E.D. Tenn.):**  Cohen Milstein, as Co-Lead Counsel in this certified securities class action, represented plaintiffs who alleged that KPMG failed to meet its obligation as the independent auditor of Miller Energy Resources, Inc., perpetrating a massive fraud by Miller Energy, including overstating the value of largely worthless oil reserves to more than $480 million, among other claims. In July 2022, the Court granted final approval of a $35 million settlement.

- ***In re Pinterest Derivative Litigation* (N.D. Cal.):** Cohen Milstein, as Interim Lead Counsel, represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a consolidated shareholder derivative complaint against certain current officers and directors of Pinterest, including its Board Chairman and CEO, for breaches of fiduciary duty and other violations of Section 14(a) of the Exchange Act, relating to their alleged personal engagement in and facilitation of a systematic practice of illegal discrimination of employees on the basis of race and sex. As a result of this illegal misconduct, the company's financial position, goodwill, and reputation among users had been harmed. In June 2022, the Court granted final approval of a $50 million settlement.

- ***L Brands, Inc. Derivative Litigation*:** Cohen Milstein, in partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils.

- ***Wynn Resorts, Ltd. Derivative Litigation* (Eighth Jud. Dist. Crt., Clark Cnty., Nev.):** Cohen Milstein represented New York State Common Retirement Fund and the New York City

**cohenmilstein.com**

COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees.  In March 2020, the Court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

- ***Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al. (Crc. Crt., Cook Cnty., Ill.):*** In August 2018, the Court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history. This case significant for not only the dollar value of the final settlement, but the rarity of such a case in which the auditor was allegedly complicit in its client's fraud, as well as the number of legal hurdles cleared.

Ms. Posner has recovered billions on behalf of defrauded investors. Her notable successes include 5 of the top 100 securities fraud class action settlements of all time, including:

- ***In re Schering-Plough Corp./ENHANCE Securities Litigation*** **(D.N.J.) and *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*** **(D.N.J.):** Obtained $688 million for investors on the eve of trial, the third largest recovery ever achieved in the Third Circuit and District of New Jersey, the second largest securities fraud settlement ever against a pharmaceutical company and among the top 25 securities fraud settlements of all time.

- ***In re The Mills Corporation Securities Litigation*** **(E.D. Va.):** Obtained $202.75 million for investors, the largest recovery ever achieved in a securities class action in Virginia, and the second largest recovery ever in the Fourth Circuit.

- ***In re WellCare Health Plans, Inc. Securities Litigation*** **(M.D. Fla.):** Obtained $200 million for investors, the largest recovery ever achieved in a securities class action in Florida, and the second largest recovery in the Eleventh Circuit.

Ms. Posner has also been involved in several landmark derivative cases, including the *In re Walt Disney Co. Derivative Litigation,* which redefined the fiduciary duties of corporate directors and officers.  She has authored several successful amicus briefs to the United States Supreme Court, most recently on behalf of the North American Securities Administrators Association in support of the SEC in *Liu v. SEC* and *Lorenzo v. SEC* and in support of the Arkansas Teacher Retirement System in *Goldman Sachs v. Arkansas Teacher Retirement System.*

Ms. Posner currently serves as the incoming president of the Institute for Law and Economic Policy, a public policy research and educational foundation seeking to preserve, study and enhance investor and consumer access to the civil justice system.  She is also a member of the Public Policy Council of the CFP Board. She is the immediate past-Chair of the Association of the Bar of the City of New York's (NYC Bar) Securities Litigation Committee, and previously

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

served as a member of the NYC Bar's Securities Regulation and Consumer Affairs Committees. Ms. Posner also is the former Chairwoman of the North American Securities Administrators Association (NASAA) Enforcement Committee, and previously served on NASAA's Multi-Jurisdictional Action Committee, Technology Committee and State Legislation Committee.

For her work, Ms. Posner has received numerous peer and industry recognitions, including *The National Law Journal's* 2021 Elite Trial Lawyers "Elite Women of the Plaintiffs Bar Award" and *Crain's New York Business* 2020 "Notable Woman in Law." Annually, she is honored as a New York Super Lawyer, as a member of *Benchmark Litigation's* "40 & Under Hot List" and "Future Stars List," and as one of Lawdragon's Leading Plaintiff Financial Lawyers. In 2017, Ms. Posner received NASAA's 2017 "Outstanding Service Award."

Ms. Posner graduated with a B.A. in Political Science, *magna cum laude*, from the University of California, Los Angeles in 2001. She received her law degree at Harvard Law School in 2004, where she served on the Executive Editorial Committee for the *Harvard Women's Law Journal*.

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## S. Douglas Bunch, Partner

Washington, DC

t: 202.408.4600
f: 202.408.4699
dbunch@cohenmilstein.com

### Practice Areas

- Securities Litigation & Investor Protection
- **Admissions**
- District of Columbia
- New York
- **Education**
- William & Mary Law School, J.D., Benjamin Rush Medal, 2006
- Harvard University, Ed.M., 2003
- College of William & Mary, B.A., *summa cum laude*, Phi Beta Kappa, 2002

**S. Douglas Bunch** is a partner in Cohen Milstein's Securities Litigation & Investor Protection practice, and Co-Chair of the firm's *Pro Bono* Committee.

Mr. Bunch has also had the unique honor of being appointed by President Joseph R. Biden as Public Delegate of the United States to the United Nations, a position he currently holds.

As a securities litigator, Mr. Bunch represents individual and institutional investors in securities and shareholder class actions. His work and path-breaking legal arguments in precedent-setting cases, such as *In re Harman International Industries, Inc. Securities Litigation,* have earned him numerous accolades, including being named to *Benchmark Litigation's* 2019 "40 & Under Hot List" and as one of *Law360's* "Rising Stars – Securities" (2017), honoring lawyers under the age of 40 whose professional accomplishments transcend their age.

### Mr. Bunch played a leading role in the following securities class actions:

- ***In re Harman International Industries, Inc. Securities Litigation* (D.D.C.):** Cohen Milstein obtained a precedent-setting ruling by the U.S. Court of Appeals for the D.C. Circuit, reversing the dismissal of the case by the lower court, protecting investors by limiting the scope of protection afforded by the so-called "safe-harbor" for forward-looking statements in the Private Securities Litigation Reform Act of 1995.

- ***In re GreenSky Securities Litigation* (S.D.N.Y):** Cohen Milstein was Co-Lead Counsel in this securities class action involving fintech company GreenSky's failure to disclose in its Initial Public Offering documents significant facts about the Company's decision to pivot away from its most profitable line of business. This failure led to its stock plummeting and causing significant investor harm. In October 2021, the Court granted final approval of a $27.5 million settlement.

cohenmilstein.com

COHEN MILSTEIN

Powerful Advocates. Meaningful Results.

- **Plumbers & Pipefitters National Pension Fund v. Davis (S.D.N.Y.):** Cohen Milstein was Lead Counsel in this high-profile, putative securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the Company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement Plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

- **In re ITT Educational Services, Inc. Securities Litigation (S.D.N.Y.):**  Cohen Milstein achieved a $16.96 million settlement against ITT and two of its officers. The case was hotly contested and involved unraveling complex accounting treatments governing ITT's transactions with third-party lenders, whereby the third parties agreed to assume liability for student loan defaults up to a particular threshold. The case settled during discovery after the parties had reviewed and analyzed over two million pages of documents, after depositions had been taken, and while class certification briefing was ongoing.

- **Rubin v. MF Global, Ltd. (S.D.N.Y.):** Cohen Milstein achieved a significant $90 million settlement in this precedent-setting case, in which the U.S. Court of Appeals for the Second Circuit sided with the Plaintiffs and held that companies cannot make false or misleading statements in their offering documents, and then hide behind associated risk disclosures in an attempt to escape liability. The *National Law Journal* named Cohen Milstein to its Plaintiffs' Hot List for its achievement.

- **MBS Litigation (S.D.N.Y):** Cohen Milstein is a legal pioneer in mortgage-backed securities (MBS) litigation, having negotiated some of the largest and most significant MBS settlements in history and achieved more than $2.5 billion in investor recoveries. Mr. Bunch played a key role in these cases, particularly those against Residential Accredit Loans, Inc. (RALI) ($335 million settlement), Harborview Mortgage Loan Trusts ($275 million settlement), and Bear Stearns & Co. Inc. ($500 million settlement).

## Mr. Bunch is currently involved in the following notable cases:

- **Cape Fear River Contaminated Water Litigation (E.D.N.C.):** Cohen Milstein is Interim Co-Lead Class Counsel in this environmental toxic tort class action filed against E.I. du Pont de Nemours & Company and The Chemours Company.  Plaintiffs allege that for more than four decades, DuPont and Chemours polluted the Cape Fear River near Wilmington, North Carolina, with a chemical called GenX; contaminated the water supply in five North Carolina counties; and misrepresented the Company's conduct to state and federal regulators, all while knowing that GenX was carcinogenic. Plaintiffs allege extensive property damage and personal injury as a result of Defendants' actions.

- **In re EQT Corporation Securities Litigation (W.D. Pa.):** Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

For his legal achievements, Mr. Bunch has received numerous industry recognitions, including being named to *Benchmark Litigation's* 2019 "40 & Under Hot List," and *Law360's* "Rising Stars – Securities" (2017), recognizing outstanding lawyers under the age of 40. Mr. Bunch has also been annually recognized by *Super Lawyers* for Securities Litigation (2014-2020).

Mr. Bunch is Co-Founder and Chairman of Global Playground, Inc., a nonprofit that builds schools and other educational infrastructure in the developing world, and serves or has served on the boards of the Northeast Conference on the Teaching of Foreign Languages, Ascanius: The Youth Classics Institute, and Virginia21. Mr. Bunch has twice been appointed, in 2016 and again in 2020, by Governors of Virginia to the Board of Visitors of the College of William & Mary.

A member of *Phi Beta Kappa,* Mr. Bunch graduated with a B.A., *summa cum laude,* from the College of William & Mary, earned an Ed. M. from Harvard University, and received his J.D. from William & Mary Law School, where he was a recipient of the Benjamin Rush Medal in 2006. In 2011, he was awarded William & Mary's inaugural W. Taylor Reveley III award, recognizing alumni who have demonstrated a sustained commitment to public service.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Molly J. Bowen, Partner

Washington, DC

t: 202 408 4600
f: 202 408 4699
mbowen@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia
- Florida
- Ohio

### Education

- Washington University School of Law, J.D., *summa cum laude,* 2013
- Macalester College, B.A., *magna cum laude,* 2007

### Clerkships & Fellowships

- Law Clerk, Hon. Karen Nelson Moore, United States Court of Appeals for the Sixth Circuit, 2013-2014

**Molly J. Bowen** is a partner in Cohen Milstein's Securities Litigation & Investor Protection practice, where she represents public pension funds and other institutional investors in securities class actions and shareholder derivative lawsuits.

Ms. Bowen is recognized by the legal industry for her clear judgment and unique blend of appellate and trial experience, making her an exceptional litigator. Indeed, she has played a leading role in some of the nation's most significant shareholder derivative litigation to date, including *FirstEnergy Shareholder Derivative Litigation,* involving the largest political bribery scheme in Ohio history, and in *In re Alphabet Shareholder Derivative Litigation* and *In re Pinterest Derivative Litigation*, both of which resulted in groundbreaking settlements to hold corporate boards of directors accountable for systemic workplace discrimination, harassment, and toxic work cultures.

For her work, Ms. Bowen has been recognized by *Law360,* which named her a 2022 "Rising Star - Securities" and by *The National Law Journal,* which named her a 2021 "Rising Star of the Plaintiffs Bar."

Ms. Bowen's experience in securities litigation is complemented by extensive consumer fraud experience, having worked with Cohen Milstein's Public Client practice, representing the interests of state Attorneys General. Ms. Bowen also brings to bear perspective from the defense bar, having worked as a litigator at a prominent national defense firm.

Some of her current representative matters include:

- ***In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.):** Cohen Milstein is Co-Lead Counsel, representing Public Employees' Retirement System of Mississippi and the State of Rhode Island, Office of the General Treasurer, in this putative securities class action. Plaintiffs allege that, in the wake of a widespread consumer banking scandal, Wells Fargo misrepresented its compliance with numerous federal consent

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

orders and the timing of removal of an unprecedented asset cap.

## Some of Ms. Bowen's recent successes include:

- ***FirstEnergy Shareholder Derivative Litigation* (S.D. Ohio; N.D. Ohio):** Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. *Law360* ranked this as one of the top 10 securities litigation settlements in 2022.

- ***In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.):** Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

- ***In re Pinterest Derivative Litigation* (N.D. Cal.):** Cohen Milstein, as Interim Lead Counsel, represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

- ***Credit Suisse Group AG Securities Litigation* (S.D.N.Y.):** Cohen Milstein, as Co-Lead Counsel, represented the International Brotherhood of Teamsters Local No. 710 Pension Plan in a securities class action against Credit Suisse Group AG, involving misrepresentations of its trading and risk limits, and subsequent accumulation of billions of dollars in extremely risky, highly illiquid investments. In December 2020, the Court granted final approval of a $15.5 million settlement.

## Ms. Bowen also maintains an active pro bono practice involving notable matters, such as:

- ***Vivian Englund v. World Pawn Exchange, LLC* (Cir. Crt., Coos Cnty., Or.):** Cohen Milstein represented Kirsten Englund's estate in a wrongful death case against the gun dealer and pawn shop that sold guns used in her murder. The case established precedent on firearms dealers' liability for online straw sales and resulted in an important settlement. For their work

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

on the case, Cohen Milstein was named to *The National Law Journal's* "2019 Pro Bono Hot List" and won Public Justice Foundation's "2019 Trial Lawyer of the Year – Finalist" award.

Ms. Bowen regularly publishes on developments in securities law and was named a winner of the Burton Awards in 2019 for "INSIGHT: Holding Firearms Dealers Accountable for Online Straw Sales," *Bloomberg Law* (December 19, 2018).

Prior to pursing private practice, Ms. Bowen was a law clerk to the Honorable Karen Nelson Moore of the United States Court of Appeals for the Sixth Circuit.

Ms. Bowen graduated *magna cum laude* from Macalester College with a B.A. in Geography in 2007. She earned her J.D., *summa cum laude,* graduating first in her class, from Washington University School of Law in 2013, where she served as the Articles Editor for the *Washington University Law Review.*

**cohenmilstein.com**

# COHEN MILSTEIN

Powerful Advocates. Meaningful Results.



## Jan E. Messerschmidt, Associate

Washington, DC

t: 202.408. 3644
f: 202.408.4699
jmesserschmidt@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia
- New York

### Education

- Columbia Law School, J.D., 2014
- New York University, B.A., *magna cum laude,* 2007

### Clerkships & Fellowships

- Law Clerk, the Hon. Beryl A. Howell, Chief Judge, U.S. District Court, District of Columbia, 2016 - 2017
- Law Clerk, the Hon. Rosemary S. Pooler, United States Court of Appeals for the Second Circuit, 2015 - 2016

**Jan E. Messerschmidt** is an associate at Cohen Milstein and a member of the firm's Securities Litigation & Investor Protection practice, where he represents institutional and individual shareholders in derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Mr. Messerschmidt was an associate at a highly regarded national litigation boutique, where he represented both plaintiffs and defendants in a range of issues involving antitrust, securities, cybersecurity, contract, personal tort, and malicious prosecution claims.

For his work, *The National Law Journal* named Mr. Messerschmidt one of its 2022 Elite Trial Lawyers "Rising Stars of the Plaintiffs Bar."

### Mr. Messerschmidt is involved in the following notable matters:

- **Miller Energy/KPMG (E.D. Tenn.):**  Cohen Milstein is Co-Lead Counsel in this certified securities class action, alleging that KPMG failed to meet its obligation as the independent auditor of Miller Energy Resources, Inc., perpetrating a massive fraud by Miller Energy, including overstating the value of largely worthless oil reserves to more than $480 million, among other claims.

- ***IBEW Local 98 Pension Fund v. Deloitte* (D.S.C.):** Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte entities for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina.

### Mr. Messerschmidt's recent successes include:

- ***In re GreenSky Securities Litigation* (S.D.N.Y.):** Cohen Milstein was Co-Lead Counsel in this putative securities class action against GreenSky, a financial technology company, for failing to disclose the substantial change in the composition of GreenSky's merchant business mix and the resulting diminution in transaction-fee revenue, accounting for 87% of its overall revenue, as it moved from the solar panel energy merchant sector to the healthcare

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

sector. On October 22, 2021, the court granted final approval of a $27.5 million settlement.

Before entering private practice, Mr. Messerschmidt served as a law clerk to the Honorable Beryl A. Howell, Chief Judge of the United States District Court for the District of Columbia. He was also a law clerk to the Honorable Rosemary S. Pooler of the United States Court of Appeals for the Second Circuit.

Mr. Messerschmidt earned his B.A., *magna cum laude,* from New York University, where he was the Co-Founder and Editor of *Journal of Politics & International Affairs.* He earned his J.D. from Columbia Law School, where he was a Harlan Fiske Stone Scholar and received the Parker School Certificate for Achievement in International and Comparative Law. During law school, Mr. Messerschmidt had the distinction of participating in the Philip C. Jessup International Law Moot Court Competition (U.S. National Champions (2012, 2013)), and he was the Head Articles Editor for *Columbia Journal of Transnational Law* and the note author of, "Hackback: Permitting Retaliatory Hacking by Non-State Actors as Proportionate Countermeasures to Transboundary Cyberharm," 52 COLUM. J. TRANSNAT'L L. 275 (2013)

Prior to law school, Mr. Messerschmidt was a legislative policy analyst for the New York City Council, Policy Division.

cohenmilstein.com

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Brendan Schneiderman, Associate

Washington, DC

t: 202.408.4600
f: 202.408.4699
bschneiderman@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia

### Education

- Harvard Law School, J.D., *cum laude,* 2021
- Pomona College, B.A., *magna cum laude*, 2014

**Brendan Schneiderman** is an associate in Cohen Milstein's Securities Litigation & Investor Protection practice, where he represents institutional and individual shareholders in derivative lawsuits and securities class actions.

Prior to becoming an Associate at Cohen Milstein, Mr. Schneiderman was a Law Fellow at the firm. In this role, he worked across Cohen Milstein's practices and was involved in litigating individual and class action cases at the district and appellate levels.

### Mr. Schneiderman Is Involved In the following high-profile cases:

- ***Chahal v. Credit Suisse Grp. AG, et al.* (S.D.N.Y.):**  Cohen Milstein is Co-Lead Counsel in this putative securities class action alleging fraud and market manipulation of XIV Exchange Traded Note market.

- ***Bristol-Myers Squibb CVR Securities Litigation* (S.D.N.Y.):** Cohen Milstein is Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

### Mr. Schneiderman also has an active pro bono practice. High-profile cases Include:

- ***Lewis, et al v. Cain, et al.* (M.D. La.):** Cohen Milstein represents a certified class of more than 6,000 incarcerated individuals in a lawsuit filed against the Louisiana State Penitentiary in Angola, LA, the largest maximum-security prison in the country, and the Louisiana Department of Public Safety and Corrections for deficient and discriminatory medical care in violation of the Eighth Amendment, the Americans with Disabilities Act, and the Rehabilitation Act.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Mr. Schneiderman received his B.A., *magna cum laude,* from Pomona College and his J.D. from Harvard Law School, where he was the Executive Technical Editor and Article Selection Editor for *Harvard Civil Rights-Civil Liberties Law Review,* and a member of the People's Parity Project.

During law school, Mr. Schneiderman participated in several legal internships, including a summer internship at Cohen Milstein.

Prior to pursuing a legal career, Mr. Schneiderman was a consultant at an energy regulatory, economics and advocacy consulting firm.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Norhan Bassiouny, Associate

New York, NY

t: 212.838.7797
f: 212.838.7745
nbassiouny@cohenmilstein.com

### Practice Areas

- Securities Litigation
  & Investor
  Protection

### Admissions

- New York

### Education

- Columbia Law
  School, J.D., 2020
- Indiana University –
  Kelley School of
  Business, B.S., 2012

**Norhan Bassiouny** was an associate at Cohen Milstein and a member of the firm's Securities Litigation & Investor Protection practice, where she represented institutional and individual shareholders in derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Ms. Bassiouny was a litigation associate at a highly regarded international defense law firm.

Ms. Bassiouny earned her BS. from Indiana University – Kelley School of Business. She earned her J.D. from Columbia Law School, where she was a Harlan Fiske Stone Scholar, and was a member of the *Columbia Journal of Transnational Law*.

Prior to pursuing a career in law, Ms. Bassiouny was a financial analyst.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Lyzette M. Wallace, Discovery Counsel

Washington, DC

t: 202.408.4600
f: 202.408.4699
lwallace@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- District of Columbia

### Education

- Howard University School of Law, J.D., 2004
- Stanford University, B.A., 1990

**Lyzette Wallace** is discovery counsel at Cohen Milstein and a member of the firm's Securities Litigation & Investor Protection practice group. Among other things, in this role, Ms. Wallace assists in discovery and evidentiary-related aspects of litigation and deposition preparation.

Ms. Wallace has extensive discovery experience related to government investigations and litigation involving securities, antitrust, and False Claims Act violations, across a range of industries, including financial services, pharmaceuticals, medical devices, healthcare, and involving the U.S. Securities and Exchange Commission, the U.S. Department of Justice, Federal Communications Commission, Federal Trade Commission, Food and Drug Administration, and numerous state Attorney General offices.

Prior to joining Cohen Milstein, Ms. Wallace was as an associate at a highly regarded plaintiffs' firm and a senior associate at a highly regarded defense firm.  As a plaintiffs' attorney, Ms. Wallace represented health care insurers against brand pharmaceutical manufacturers in large, antitrust class actions involving False Claims Act violations, kickbacks, Hatch-Waxman abuses and Whistleblower claims.  Ms. Wallace was a member of the team that represented a whistleblower against a brand pharmaceutical manufacturer, leading to what was at the time the largest health care fraud settlement in the U.S. Department of Justice's history.  As a defense attorney, Ms. Wallace defended clients in internal and external investigations in deferred prosecution agreements, False Claims Act; Food, Drug and Cosmetics Act violations; kickbacks and qui tam matters involving the U.S. Department of Justice, the House Ways and Means Committee, the Senate Finance Committee, Food and Drug Administration, and various state Attorney General offices.

**cohenmilstein.com**

**COHEN**MILSTEIN

Powerful Advocates. Meaningful Results.

## Ms. Wallace is currently involved in the following high-profile matters:

- **PBM State Investigations:** Cohen Milstein serves as Special Counsel to state Attorneys General throughout the United States in their investigation into the billing practices and fee structures of managed care organizations (MCOs) and PBMs in their delivery of services to state-funded health plans.

- ***Pharmacy Benefit Manager (PBM) Ohio Litigation* (Franklin C.P., Ohio):** Cohen Milstein serves as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation against PBMs Express Scripts, Inc. and OptumRx Administrative Services, LLC for allegedly overcharging certain of Ohio's state-funded health plans on millions of prescription drug claims.

## Some of Ms. Wallace's recent successes include:

- ***In re Pinterest Derivative Litigation* (N.D. Cal.):** Cohen Milstein, as Interim Lead Counsel, represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a consolidated shareholder derivative complaint against certain current officers and directors of Pinterest, including its Board Chairman and CEO, for breaches of fiduciary duty and other violations of Section 14(a) of the Exchange Act, relating to their alleged personal engagement in and facilitation of a systematic practice of illegal discrimination of employees on the basis of race and sex. As a result of this illegal misconduct, the Company's financial position, goodwill, and reputation among users had been harmed. On June 9, 2022, the Court granted final approval of a $50 million settlement.

- ***Eric Weiner v. Tivity Health, Inc.* (M.D. Tenn.):** Cohen Milstein was Class Counsel, representing Class Representative Oklahoma Firefighters' Pension and Retirement System and other purchasers of Tivity Health stock in a putative securities class action for Exchange Act violations related to Tivity's misleading the public about its relationship with United Healthcare, Inc. On October 7, 2021, the Court granted final approval of a $7.5 million settlement.

- ***Ohio Department of Medicaid v. Centene, Corp.* (Franklin C.P., Ohio):** On June 14, 2021, the Ohio Attorney General announced a $88.3 million settlement with Centene Corporation and its wholly owned subsidiaries for their alleged role in not only breaching contractual and fiduciary obligations to the Ohio Department of Medicaid (ODM), but also defrauding ODM out of millions of dollars through an elaborate scheme with pharmacy benefit subcontractors to maximize company profits at the expense of the ODM and millions of Ohioans who rely on Medicaid. Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation.

- ***In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.):** Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against the Board of Directors of Alphabet, Inc. Shareholders alleged that the tech giant's Board violated its fiduciary duty by enabling

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

a double standard at Alphabet that allowed powerful executives to sexually harass and discriminate against women without consequence. On November 30, 2020, the court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives at Alphabet-owned companies, and workplace and corporate governance reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

Ms. Wallace is a certified coach through the Coach Training Alliance and founded C3 Coaching, Inc.  She is also an accomplished facilitator and speaker and has had the opportunity to give a presentation to a State Department audience that provided successful strategies for managing difficult client relationships and communications.

Prior to practicing law, Ms. Wallace was a senior technical and marketing recruiter at Microsoft, and she founded, owned, and operated an education consulting business.

Ms. Wallace earned her B.A. from Stanford University, and she received her J.D. from Howard University School of Law, where she was the Founder & President of the Intellectual Property Student Association.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Robert Dumas, Staff Attorney

New York, NY

t: 212.838.7797
f: 212.838.7745
rdumas@cohenmilstein.com

---

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- New York

### Education

- Cornell Law School, J.D., 1996
- State University of New York at Albany, B.A., 1992

**Robert Dumas** is a staff attorney at Cohen Milstein and a member of the Securities Litigation & Investor Protection Practice Group. In this role, Mr. Dumas is engaged in document discovery and review and in preparing the attorneys in deposing witnesses. Since joining the firm in 2014, he has worked on some of the most important mortgage backed securities (MBS) litigations to emerge from the financial crisis.

Prior to joining Cohen Milstein, Mr. Dumas practiced at a leading plaintiff firm, litigating securities fraud matters, and then later at a smaller plaintiff firm, where he helped litigate the In re IPO Securities Litigation, in which investors accused the leading investment banks of rigging IPOs during the 1990s tech bubble; after nearly a decade of legal wrangling, a $586 million settlement was reached. Earlier, he practiced at a leading intellectual property and trademark law firm, where he defended trademark matters for an international clothing manufacturer.

### Currently, Mr. Dumas is helping litigate the following matters:

- ***In re Interest Rate Swaps Market Manipulation Litigation (S.D.N.Y.):*** Cohen Milstein is court appointed Co-Lead Counsel in this groundbreaking putative class action, charging 12 Wall Street banks with conspiring to engineer and maintain a collusive and anti-competitive stranglehold over the interest rate swaps market – one of the world's biggest financial markets.

- ***Stock Lending Antitrust Litigation (S.D.N.Y.):*** Cohen Milstein is co-leading an antitrust class action alleging that major investment banks conspired to prevent the stock lending market from evolving by boycotting and interfering with various platforms and services designed to increase transparency and reduce costs in the stock lending market.

### He helped successfully litigate the following notable matters:

- ***NovaStar MBS Litigation (S.D.N.Y.):*** On March 8, 2019, the Court granted final approval to a $165 million settlement in

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

connection with losses from securities issued by NovaStar Mortgage Inc., a major subprime lender prior to the housing crisis, and several top Wall Street banks.

- **HEMT MBS Litigation (S.D.N.Y.):** $110 million settlement with Credit Suisse. Cohen Milstein was lead counsel in a case alleging Credit Suisse and its affiliates sold toxic securities to pension fund investors. Mr. Dumas was deeply involved in document discovery and working on motions, and he played a lead role in preparing the Rule 56.1 statement.

Mr. Dumas graduated from the State University of New York at Albany with a B.A. in History and received his J.D. from Cornell Law School. During law school, he served as an Editor of the *Journal of Law and Public Policy*.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Susan Banks, Staff Attorney

Washington, DC

t: 202 408 4600
f: 202 408 4699
sbanks@cohenmilstein.com

---

### Practice Areas

- Antitrust

### Admissions

- District of Columbia

### Education

- Ashworth College, A.A.S., 2013
- The University of Illinois Chicago School of Law, J.D. and LL.M., 2001
- The University of Illinois Urbana-Champaign, B.A., 1996

**Susan Banks** is a staff attorney at Cohen Milstein and a member of the Antitrust practice group. In this role, she assists in discovery and evidentiary-related aspects of litigation and deposition preparation.

Ms. Banks brings to bear extensive discovery experience, having worked as a discovery and contract attorney with several renowned defense firms prior to joining Cohen Milstein. Ms. Banks was also the Director of The Socratic School of Language in Washington, D.C. where she created and administered a multilingual language curriculum and innovative afterschool programing in partnership with public, private, and charter school networks.

Ms. Banks is a graduate of The University of Illinois Urbana-Champaign, where she received a B.A. She earned her J.D. and a LL.M. in Intellectual Property Law from The University of Illinois Chicago School of Law. Ms. Banks also holds an A.A.S. in Early Childhood Education from Ashworth College.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Catherine A. Torell, Director of Securities Research and Analysis

New York, NY

t: 212.838.7797
f: 212.838.7745
ctorell@cohenmilstein.com

### Practice Areas

- Securities Litigation & Investor Protection

### Admissions

- New York

### Education

- St. John's University, J.D., Federal Jurisprudence Award, 1990
- Stony Brook University, B.A., *magna cum laude*, 1984

**Catherine A. Torell** is the director of securities research and analysis at Cohen Milstein, and is a member of the Securities Litigation & Investor Protection practice group. As Director of Securities Research and Analysis, Ms. Torell has the exclusive role of analyzing every securities case that is brought to the firm.

Ms. Torell is also responsible for thoroughly researching the factual and legal merits of all of the federal securities fraud class actions filed in the United States. Based on her research, she generates written analyses to evaluate the merits of each case for the firm's Case Evaluation Committee and assesses the potential importance of the case to the firm's clients. As a result, she has played an integral role in helping to cultivate and significantly expand the Cohen Milstein's investor client base.

Ms. Torell also prepares the written analyses that are sent to the firm's institutional clients. Those analyses describe and evaluate the merits of the cases in which those clients have sustained substantial losses and include a recommendation as to whether the firm believes the client should pursue a lead plaintiff role in the case.

Prior to focusing exclusively on her current role, Ms. Torell also actively participated in many of the firm's notable securities class actions, including *In re Parmalat Securities Litigation* 376 F. Supp. 2d 472 (S.D.N.Y. 2005).

Ms. Torell has been practicing law for more than 25 years. Prior to joining Cohen Milstein, Ms. Torell was counsel at a number of prominent plaintiffs' class action firms, serving in co-lead and leadership positions in numerous successful class action cases that resulted in settlements collectively totaling hundreds of millions of dollars for the clients she represented. She served as a co-lead counsel in *In re Providian Financial Securities Litigation,* which resulted in a $38 million settlement. In approving the settlement, the Court remarked on the "extremely high quality" and "skill and efficiency" of plaintiffs' counsel's work throughout the litigation.

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Ms. Torell attended Stony Brook University, receiving a B.A., *magna cum laude*, in Political Science, and earned her J.D. from St. John's University School of Law, where she was the recipient of the Federal Jurisprudence Award.

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Jennifer M. Davidson, Fellow

Washington, DC

t: 202.408. 3644
f: 202.408.4699
jdavidson@cohenmilstein.com

---

### Practice Areas

- Fellowship Program

### Admissions

- District of Columbia
- New York

### Education

- University of Virginia School of Law, J.D., Order of the Coif, 2018
- Dartmouth College, B.A. *summa cum laude,* 2015

### Clerkships & Fellowships

- Law Clerk, Hon. Wendy Beetlestone, U.S. District Court, Eastern District of Pennsylvania (2019-2020)
- Law Clerk, Hon. Gregg Costa, U.S. Court of Appeals, Fifth Circuit (2018 – 2019)

**Jennifer M. Davidson** was a fellow at Cohen Milstein, and a member of the firm's Fellowship Program. In this role, Ms. Davidson worked on litigation matters spanning the firm's antitrust, consumer protection, civil rights and employment litigation, human rights, and securities practice groups.

Prior to joining Cohen Milstein, Ms. Davidson was a law clerk to the Honorable Wendy Beetlestone of the United States District Court for the Eastern District of Pennsylvania, and a law clerk to the Honorable Gregg Costa for the United States Court of Appeals for the Fifth Circuit.

Ms. Davidson received her B.A., summa cum laude, from Dartmouth College and her J.D. from University of Virginia School of Law, where she was Articles Development Editor for Virginia Law Review, winner of the William Minor Lile Intramural Moot Court Competition, and a Law and Public Service Fellow.

Ms. Davidson's publications include: Justice for All?: The Shortcomings and Potentials of the Capabilities Approach for Protecting Animals, ANIMAL LAW REVIEW, Vol. 24 (2018); and Lessons from Trinity Lutheran: An Entity-Based Approach to Unconstitutional Conditions and Abortion Defunding Laws, NYU REVIEW OF LAW AND SOCIAL CHANGE, Vol. 43 (2019).

**cohenmilstein.com**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Melita Wallace, Fellow

Washington, DC

t: 202.408.4600
f: 202.408.4699
mwallace@cohenmilstein.com

### Practice Areas
- Fellowship Program

### Admissions
- District of Columbia

### Education
- Howard University School of Law, J.D., 2022
- Texas State University, B.A., 2018

**Melita Wallace** is a fellow in Cohen Milstein's Fellowship Program. In this role, Ms. Wallace works on litigation matters spanning the firm's antitrust, consumer protection, civil rights and employment litigation, human rights, and securities practice groups.

Ms. Wallace received her B.B.A. from Texas State University and her J.D. from Howard University School of Law, where she earned a Merit Scholarship, was an Executive Board member of the Charles Hamilton Houston National Moot Court Team, a student attorney in the Child Welfare and Family Justice Clinic, and a recipient of the Future Houstonian Lawyer award for completing 400 pro bono hours while in law school.

Prior to law school, Ms. Wallace pursued a career in marketing.

cohenmilstein.com

# Discovery Attorney Biographies

- **Kate Addo:** Kate graduated college and law school at University of Ghana Law School, and received a Masters in Criminal Justice from Howard University Law Center and a LLM from Georgetown University Law Center. Kate has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation. She was also the corporate compliance officer at MedCenter One Health Systems. Kate is licensed to practice law in the District of Columbia, New York, and Ghana.

- **Adam Allan:** Adam graduated college at Harvard University in 1986 and law school at Brooklyn Law School in 1991. Adam has worked as a discovery attorney for 12 years, focused on complex and class action litigation.  Prior to that, he was a sole practitioner focused on real estate and foreclosure matters. Allan is also a FINRA non-public arbitrator and is licensed to practice law in New York.

- **Spero M. Andreopoulos:** Spero graduated college at Columbia University in 2006 and law school at City University of New York School of Law in 2010.  Spero has worked as a discovery attorney for 10 years, focused on complex and class action litigation. Spero is licensed to practice law in New York.

- **Charles Appiah-Yeboah:** Charles graduated law school at Seton Hall.  Charles has worked as a discovery attorney for nine years, focusing on complex and class action litigation. Charles is licensed to practice law in New York.

- **Neil Bahnemann:** Neil graduated college at New York University in 1994 and law school at Fordham University School of Law in 2001.  Neil has worked as a discovery attorney for over five years, focused on complex and class action litigation.  Previously, Neil worked as a corporate attorney and securities litigator.  Neil is licensed to practice law in New York.

- **Emile J. Barton:** Emily graduated college at University of South Carolina in 1999 and law school at North Carolina Central University School of Law in 2004, and received a certificate In Capital Markets at New York Institute of Finance in 2012.  Emile has worked as a discovery attorney for three years, focused on complex and class action litigation.  Emile is licensed to practice law in New York.

- **Deborah E. Berliner:** Deborah graduated college at Georgetown University, School of Foreign Service, *cum laude,* in 1982 and law school at George Washington University, National Law Center in 1987.  Deborah has worked as a discovery attorney for nearly 20 years, focused on complex and class action litigation.  Previously, Deborah was a senior staff attorney on the U.S. Capitol Police Labor Committee, worked at Judicial Watch for more than a decade, and was a regulatory and litigation associate. Deborah is licensed to practice law in the District of Columbia and Pennsylvania.

- **Jonathan B. Bolls:** Jonathan graduated college at the College of William & Mary in 2004 and law school at William & Mary School of Law in 2008.  Johnathan has worked as a discovery attorney for 13 years, focused on complex and class action litigation. Jonathan has also been a magistrate for the 19th Judicial District of Virginia. Jonathan is licensed to practice law in the District of Columbia and Maryland.

- **Paul K. Brooks:** Paul graduated college at Catholic University of America and law school at Washington College of Law of American University, and received a LLM from George Washington University Law School.  Paul has worked as a discovery attorney for 24 years,

## Discovery Attorney Biographies

focused on complex and class action litigation. Previously, Paul practiced law and was a partner at Barnes & Thornburg for well over a decade. He also worked as a lawyer at the American Bankers Association. Paul is licensed to practice law in the District of Columbia.

- **Erin Burke:** Erin graduated college at Pennsylvania State University, *summa cum laude,* in 1999 and law school at Tulane University School of Law in 2006. Erin has worked as a discovery attorney for five years, focused on complex and class action litigation. Erin is licensed to practice law in New York.

- **Carolee I. Byrley:** Carolee graduated college at Florida State University, *magna cum laude,* and law school at Georgetown University Law Center. Carolee has worked as a discovery attorney for three years, focused on complex and class action litigation. She previously worked as an eDiscovery counsel and as a staff attorney at several nationally recognized defense firms. Carolee is licensed to practice law in the District of Columbia and Maryland.

- **Julio Edgardo Rivera Cabrera:** Julio graduated college at University of Puerto Rico in 2010 and law school at University of Puerto Rico School of Law in 2013, and received a LLM from George Washington University Law School in 2017. Julio has worked as a discovery attorney since 2018, focused on complex and class action litigation. Julio is licensed to practice law in the District of Columbia, Maryland, New York, and Puerto Rico.

- **Daniel D. Calloway III:** Daniel graduated college at University of Maryland, College Park, in 2007, law school at the University of Connecticut in 2011, and Columbia Business School, Executive Education, in 2023. Daniel has worked as a discovery attorney for more than five years, focused on complex and class action litigation. Daniel previously worked as an operational risk and compliance advisor to the banking industry. He is also a Certified Anti-Money Laundering Specialist (2015) and holds a certification in Sanctions Compliance (2016). Daniel is licensed to practice law in the District of Columbia and Maryland.

- **David Correa:** David graduated college at University of Miami in 1997 and law school at Northwestern University Pritzker School of Law in 2000. David has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation. Previously, David was a corporate attorney at a nationally regarded defense firm. David is licensed to practice law in New York.

- **Paul Deveaux:** Paul graduated college at Dartmouth College, and law school at Georgetown University Law Center in 1994. Paul has worked as a discovery attorney for more than 15 years, focused on complex and class action litigation, and investigating financial institution fraud. Paul is licensed to practice law in the District of Columbia.

- **Eric Dixon:** Eric graduated college at Brooklyn College in 1991 and law school at Yale Law School in 1994. Eric has worked as a discovery attorney for nine years, focused on complex and class action litigation. Previously, Eric was a staff attorney at two nationally recognized plaintiffs' firms, focusing almost exclusively on securities litigation. Eric is licensed to practice law in New York and New Jersey.

- **Laurie J. Dolinger:** Lori graduated college at The Ohio State University in 1986 and law school at Syracuse University College of Law in 1989. Laurie has worked as a discovery

## Discovery Attorney Biographies

attorney for more than 10 years, focused on complex and class action litigation.  Laurie is licensed to practice law in New York.

- **Greg Fick:** Greg graduated college at George Washington University in 2007 and law school at Indiana University Maurer School of Law in 2011.  Greg has worked as a discovery attorney for three years, focused on complex and class action litigation.  Previously, he was a staff attorney at a nationally recognized defense firm for more than five years.  Greg Is licensed to practice law in the District of Columbia.

- **Maureen A. Flanigan:** Maureen graduated college at State University of New York at Albany in 1995 and law school at St. John's University Law School, *cum laude*, in 1998.  Maureen has worked as a discovery attorney for over 10 years, focused on complex and class action litigation.  Previously, Maureen was a securities litigator and transactional attorney at several nationally recognized defense firms.  Maureen is licensed to practice law in New York.

- **Colette B. Foster:** Colette graduated college at Hollins University, *cum laude,* and law school at New York Law School, *magna cum laude*.  Collette has worked as a discovery attorney for over five years, focused on complex and class action litigation.  Previously, Collette was an eDiscovery lawyer at a nationally recognized plaintiffs' firm, and corporate counsel at MetLife, Inc. Colette is licensed to practice law in New York, Connecticut, the District of Columbia, and Maryland.

- **Marissa R. Geannette:** Marissa graduated college at Princeton University in 2006 and law school at University of Southern California Gould School of Law in 2009. Marissa has worked as a discovery attorney for three years, focused on complex and class action litigation. Previously, Marissa was an associate for more than eight years at White & Case in the Capital Markets Group.  Marissa is licensed to practice law in New York.

- **Hanna Haile:** Hanna graduated college at Addis Ababa University in 2003, attended graduate school at Central European University in 2006, and graduated law school at William Mitchell College of Law in 2013.  Hanna has worked as a discovery attorney for 10 years, focused on complex and class action litigation. Hanna is licensed to practice law in the District of Columbia and Minnesota.

- **Tonja F. Jordan:** Tonja graduated college at City University of New York in 1994, law school at Hofstra University School of Law in 1998, and received a LLM from University of New Hampshire School of Law in 1999.  Tonja has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation.  Tonja is licensed to practice law in New York.

- **Abu B. Kanu:** Abu graduated college at Clark University in 2004, graduate school at Maxwell School of Citizenship and Public Affairs at Syracuse in 2009, and law school at Syracuse University College of Law in 2009. Abu has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation.  Prior to becoming a discovery attorney, Abu worked as a trade policy consultant and as an attorney advisor to the U.S. International Trade Commission. Abu is licensed to practice law in New York.

- **Alexandra Kargin:** Alexandra graduated college at University of California, Berkeley, and law school at California Western School of Law. Alexandra has worked as a discovery

## Discovery Attorney Biographies

attorney for more than 20 years, focused on complex and class action litigation.  Alexandra is licensed to practice law in New York.

- **Maria Kron:** Maria graduated college at City University of New York, *magna cum laude*, in 1994 and law school at Brooklyn Law School in 1998.  Maria has worked as a discovery attorney for nine years, focused on complex and class action litigation.  Prior to becoming a discovery attorney, Maria worked at Ernst & Young as a financial crimes compliance analyst and as a client associate in Ernst & Young's fraud investigations and dispute services. Maria is licensed to practice law in New York and New Jersey and is a Certified Anti-Money Laundering Specialist.

- **John Lasater:** John graduated college at Duke University in 1998 and law school at the University of North Carolina School of Law in 2004.  John has been a discovery attorney for over 15 years, focused on complex and class action litigation. John is licensed to practice law In New York.

- **Nicole O. Lichtman:** Nicole graduated college at Florida State University and law school at the City University of New York School of Law.  Nicole has worked as a discovery attorney for 9 years, focused on complex and class action litigation.  Previously, Nicole was a discovery attorney at Oppenheimer Funds, as well as at a nationally regarded defense firm. Nicole is licensed to practice law in New York, New Jersey, and Connecticut.

- **Igor Lyubarskiy:** Igor graduated college at Queens College, *cum laude,* in 2000 and law school at St. John's University School of Law in 2003.  Igor has worked as a discovery attorney for 16 years, focused on complex and class action litigation.  Igor is licensed to practice law in New York and New Jersey.

- **Amina Maddox:** Amina graduated college at Rutgers University-Douglass College and law school at Seton Hall University School of Law.  Amina has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation.  She previously worked as an Assistant Attorney General for two years at the Office of the Attorney General for the District of Columbia and as a Deputy Attorney General for the New Jersey Office of the Attorney General-Division of Law for over eight years. Amina is licensed to practice law in the District of Columbia and New York.

- **Eunice N. Mavhenyengwa:** Eunice graduated college at the University of California, Los Angeles in 2007, law school at Southwestern Law School, *cum laude,* in 2011, and completed a LLM, *cum laude,* from Georgetown University Law Center.  Eunice has worked as a discovery attorney for five years, focused on complex and class action litigation. Previously, she worked as Contract Counsel at Amgen Pharmaceutical Inc. Eunice is licensed to practice law in the District of Columbia and has a Secret security clearance.

- **Shirley J. Menard:** Shirley graduated college at Dartmouth College in 1990 and law school at Fordham University School of Law in 1994.  Shirley has worked as a discovery attorney for eight years, focused on complex and class action litigation. Shirley is licensed to practice law in New York.

- **Nneka I. Menyuah:** Nneka graduated college at University of North Texas in 2009 and law school at South Texas College of Law, Houston, in 2016.  Nneka has worked as a discovery

## Discovery Attorney Biographies

attorney for five years, focused on complex and class action litigation. Nneka is licensed to practice law in the District of Columbia and Texas.

- **Andrea Naham:** Andrea graduated college at City University of New York/ Brooklyn College, *cum laude,* in 1983, law school at Brooklyn Law School in 1986, and graduate school at Adelphi University in 1998.  Andrea has worked as a discovery attorney for 10 years, focused on complex and class action litigation.  Andrea was also the administrative dean and dean of the New York City Department of Education.  Andrea is licensed to practice law in New York.

- **Arjun S. Narayanan:** Arjun graduated college at The Ohio State University in 2006, law school at University of Minnesota Law School in 2011, and graduate school at University of Chicago Booth School of Business in 2018.  Arjun has worked as a discovery attorney for over five years, focused on complex and class action litigation.  Previously, Arjun was general counsel and director of strategy at a startup venture. Arjun is licensed to practice law in New York and Illinois.

- **Khanh V. Nguyen:** Khanh graduated college at the University of North Carolina at Chapel Hill in 2002, law school at Charleston School of Law in 2008, and received a LLM from Boston University in 2009.  Khanh has worked as a discovery attorney for over five years, focused on complex and class action litigation.  Previously, Khanh was the founder of a global consulting company.  Khanh is licensed to practice law in New York and Hawaii.

- **Elizabeth W. Njuguna:** Elizabeth graduated college at University of Nairobi in 2004 and law school at Washington and Lee University School of Law in 2009.  Elizabeth has worked as a discovery attorney for over seven years, focused on complex and class action litigation.  Previously, Elizabeth was an attorney advisor at the Small Business Administration.  Elizabeth is licensed to practice law in the District of Columbia and Virginia.

- **Angela M. Norris:** Angela graduated college at University of Delaware and law school at University of Baltimore School of Law.  Since 2010, Angela has worked as a discovery attorney, focused on complex and class action litigation. Previously, Angela was an Assistant State's Attorney and Assistant Public Defender for Anne Arundel County, Maryland.  Angela is licensed to practice law in the District of Columbia and Maryland.

- **Brenda Odero:** Brenda graduated college at University of London in 2009 and law school at Michigan State University College of Law in 2012.  Brenda has worked as a discovery attorney for more than eight years, focused on complex and class action litigation.  Previously, Brenda worked at PNC Financial Services Group for more than five years as a financial fraud consultant and risk management compliance analyst.  Brenda is licensed to practice law in New York and is a Certified Anti-Money Laundering Specialist (2020).

- **Ajibola Dorcas Peter-Koyi:** Ajibola graduated college at Obafemi Awolowo University in 1996, law school at Nigerian Law School in 1999, and received her LLM at University of Bridgeport in 2006. Ajibola has worked as a discovery attorney for more than 16 years, focused on complex and class action litigation. Ajibola is licensed to practice law in New York.

- **Shaunte Marie Preer:** Shaunte graduated college at University of Maryland, College Park, in 2007 and law school at Washington College of Law, American University, in 2012.  Shaunte

## Discovery Attorney Biographies

has worked as a discovery attorney for eight years, focused on complex and class action litigation. Shaunte is licensed to practice law in the District of Columbia and Maryland.

- **Jennifer Reich:** Jennifer graduated college at George Washington University in 1998, graduate school at Columbia University, Teachers College, in 1999, and law school at George Washington University in 2003. Jennifer has worked as a discovery attorney for more than five years, focused on complex and class action litigation. Previously, Jennifer was the General Counsel for the International Atlas Committee and an Assistant District Attorney for the Office of the District Attorney, Bronx County, New York. Jennifer is licensed to practice law in the District of Columbia.

- **Matthew S. Ross:** Matthew graduated college at Emory University in 1994 and law school at Catholic University of America in 1998. Matthew has worked as a discovery attorney for two years, focused on complex and class action litigation. Previously, Matthew was a senior staff attorney at Covington & Burling LLP for more than eight years and co-founded a legal staffing agency in Washington, DC. Matthew is licensed to practice law in the District of Columbia.

- **Mark L. Schirado:** Mark graduated college at University of North Dakota in 1997, graduate school in business administration at University of North Dakota in 1994, and law school at University of North Dakota in 1997. Mark has worked as a discovery attorney for 11 years, focused on complex and class action litigation. Previously, Mark was an in-house attorney at Xcel Energy, Inc. and practiced at a nationally regarded defense firm. Mark is licensed to practice law in the District of Columbia and Minnesota and has a Limited Background Investigation security clearance.

- **Madeleine Severin:** Madeleine graduated college at Sarah Lawrence College in 1997 and law school at Benjamin N. Cardozo School of Law in 2004. Madeleine has worked as a discovery attorney for more than 15 years, focused on complex and class action litigation. Madeleine is licensed to practice law in New York.

- **Kiernan Sharpe:** Kiernan graduated college at Albright College and law school at Washington College of Law, American University. Kiernan has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation. Previously, Kiernan was a staff attorney at Morrison & Foerster and a banking law and regulations editor at Congressional Quarterly Roll Call. Kiernan is licensed to practice law in the District of Columbia, Virginia, and Pennsylvania.

- **Joel Shelton:** Joel graduated college at Warren Wilson College in 1996 and law school at Benjamin N. Cardozo School of Law in 2001. Joel has worked as a discovery attorney for nearly five years, focused on complex and class action litigation. Previously, Joel was a staff attorney at several nationally recognized plaintiffs' and defense law firms. Joel is licensed to practice law in New York.

- **Margareth M. Smid:** Margareth graduated college at Loyola University of Chicago, law school at Chicago-Kent College of Law, Illinois Institute of Technology, and received a LLM from Chicago-Kent College of Law, Illinois Institute of Technology. Margareth has worked as a discovery attorney for 14 years, focused on complex and class action litigation.

## Discovery Attorney Biographies

Previously, Margareth was a business, estate, and tax planning attorney in the greater Chicago area for more than 15 years.  Margareth is licensed to practice law in Illinois.

- **Valenicia D. Smith:** Valenicia graduated college at Brooklyn College and law school at Rutgers University School of Law.  Valenicia has worked as a discovery attorney for more than 10 years, focused on complex and class action litigation.  Valenicia is licensed to practice law in New York.

- **Oyetunji Taiwo:** Oyetunji graduated college at University of Lagos, Nigeria in 1987 and law school at London School of Economics & Political Science in 1990.  Oyetunji has worked as a discovery attorney for 14 years, focused on complex and class action litigation. Previously, Oyetunji was a solicitor and immigration advisor in London. Oyetunji is licensed to practice law in the District of Columbia and New York, as well as England, Wales, and Nigeria. Oyetunji is also a Certified Anti-Money Laundering Specialist (2014).

- **Kent Youngberger:** Kent graduated law school at Pace University School of Law.  Kent has been a discovery attorney for more than 10 years, focused on complex and class action litigation.  Previously, Kent was the chief compliance officer for Prividea Partners LLC, worked in the office of the chief financial officer at Citigroup, and as an attorney advisor at the U.S. Securities and Exchange Commission. Kent is a Certified Fraud Examiner and is licensed to practice law in New York.

- **Frederic Zerbib:** Frederic graduated law school at University of Paris II in 1992 and received a LLM from Chicago-Kent College of Law in 1996. Frederick has worked as a discovery attorney for more than 15 years, focused on complex and class action litigation.  Frederick is licensed to practice law in New York.

- **Kevin A. Zieleniewski:** Kevin graduated college at Michigan State University and law school at University of Detroit Mercy School of Law.  Kevin has worked as a discovery attorney for nearly 10 years, focused on complex and class action litigation.  Prior to that he was a corporate attorney at several nationally recognized defense firms. Kevin is licensed to practice law in the District of Columbia.