# Exhibit 8

**EXHIBIT 8**

*In re Wells Fargo & Co. Securities Litigation*
Case No. 1:20-cv-04494-JLR-SN (S.D.N.Y.)

**PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $1,720.62 |
| Service of Process | $2,778.40 |
| Online Factual & Legal Research | $156,360.97 |
| Document Management & Litigation Support | $50,545.48 |
| Telephone | $2,093.99 |
| Postage & Express Mail | $1,509.09 |
| Hand Delivery | $36.00 |
| Local Transportation | $2,300.31 |
| Outside Copying & Printing | $8,833.85 |
| Out-of-Town Travel | $26,921.72 |
| Experts & Consultants | $798,684.03 |
| Court Reporting & Transcripts | $14,125.39 |
| Mediation | $65,000.00 |
|  |  |
| **TOTAL:** | **$1,130,909.85** |