UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

No. 20 Civ. 4494 (JLR) (SN)

## DECLARATION OF CHRISTOPHER M. VIAPIANO
## CONCERNING LEAD PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

I, Christopher M. Viapiano, hereby declare:

1.      I am a member in good standing of the Bar of the State of New York and have been admitted to practice before this Court. I am a partner with the law firm of Sullivan & Cromwell LLP, counsel for Defendant Wells Fargo & Company ("Wells Fargo"). I submit this Declaration in connection with Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation.

2.      In accordance with the Court's May 16, 2023 Order (ECF No. 183), entered together with the Preliminary Approval Order, Wells Fargo and its counsel are not aware of any facts or circumstances giving rise to any violation of Rule 11 of the Federal Rules of Civil Procedure relating to any aspect of the above-captioned action or any filing made in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      Washington, D.C.
        August 24, 2023

                            /s/ Christopher M. Viapiano /owe
                            Christopher M. Viapiano
                            SULLIVAN & CROMWELL LLP
                            1700 New York Ave., N.W. Suite 700
                            Washington, D.C. 20006
                            Telephone: (202) 956-7500
                            Facsimile: (202) 293-6330
                            viapianoc@sullcrom.com

                            *Counsel for Defendant Wells Fargo &
                            Company*