UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | No. 20 Civ. 4494 (JLR) (SN) |

**DECLARATION OF JOHN GUELI
CONCERNING LEAD PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

I, John Gueli, hereby declare:

1. I am a member in good standing of the Bar of the State of New York and have been admitted to practice before this Court. I am a partner with the law firm of Shearman & Sterling LLP, counsel for Defendant Elizabeth A. Duke. I submit this Declaration in connection with Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation.

2. In accordance with the Court's May 16, 2023 Order (ECF No. 183), entered together with the Preliminary Approval Order, Ms. Duke and her counsel are not aware of any facts or circumstances giving rise to any violation of Rule 11 of the Federal Rules of Civil Procedure relating to any aspect of the above-captioned action or any filing made in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY.
    August 24, 2023

/s/ *John Gueli*
John Gueli
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
JGueli@Shearman.com

Counsel for Defendant Elizabeth A. Duke