**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

Case No. 20-CV-4494 (JLR) (SN)

**DECLARATION OF JOSH A. COHEN**
**CONCERNING LEAD PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

I, Josh A. Cohen, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of California and admitted *pro hac vice* to appear as counsel for defendant Timothy J. Sloan in the above-captioned matter.  I am a partner with the law firm of Debevoise & Plimpton LLP.  I submit this Declaration in connection with Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation.

2.     In accordance with the Court's May 16, 2023 Order (ECF No. 183), entered together with the Preliminary Approval Order, Timothy J. Sloan and his counsel are not aware of any facts or circumstances giving rise to any violation of Rule 11 of the Federal Rules of Civil Procedure relating to any aspect of the above-captioned matter or any filing made in connection with this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     San Francisco, California
            August 25, 2023

/s/ Josh A. Cohen
Josh A. Cohen
DEBEVOISE & PLIMTPON LLP
650 California Street
San Francisco, CA 94108
Telephone:     (415) 738 5704
jacohen@debevoise.com

*Counsel for Defendant Timothy J. Sloan*