UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

No. 20 Civ. 4494 (JLR) (SN)

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

**DECLARATION OF KARIN A. DEMASI
CONCERNING LEAD PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

I, Karin A. DeMasi, hereby declare:

1.      I am a member in good standing of the Bar of the State of New York and have been admitted to practice before this Court.  I am a partner with the law firm of Cravath, Swaine & Moore LLP, counsel for Defendant C. Allen Parker.  I submit this Declaration in connection with Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation.

2.      In accordance with the Court's May 16, 2023 Order (ECF No. 183), entered together with the Preliminary Approval Order, Defendant C. Allen Parker and his counsel are not aware of any facts or circumstances giving rise to any violation of Rule 11 of the Federal Rules of Civil Procedure relating to any aspect of the above-captioned action or any filing made in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         August 25, 2023

/s/ *Karin A. DeMasi*
Karin A. DeMasi
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
kdemasi@cravath.com

*Counsel for Defendant C. Allen Parker*