**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE WELLS FARGO & COMPANY
SECURITIES LITIGATION

No. 20 Civ. 4494 (GHW)

**DECLARATION OF CARLY BITTMAN**
**CONCERNING LEAD PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

I, Carly Bittman, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California and admitted *pro hac vice* to appear as counsel for defendant John Shrewsberry in the above-captioned matter.  I am an associate with the law firm of Swanson & McNamara LLP.  I submit this Declaration in connection with Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation.

2.      In accordance with the Court's May 16, 2023 Order (ECF No. 183), entered together with the Preliminary Approval Order, John Shrewsberry and his counsel are not aware of any facts or circumstances giving rise to any violation of Rule 11 of the Federal Rules of Civil Procedure relating to any aspect of the above-captioned matter or any filing made in connection with this matter.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on August 25, 2023, in San Francisco, California.

_/s/ Carly Bittman_____
Carly Bittman
SWANSON & McNAMARA LLP

*Counsel for Defendant John Shrewsberry*