**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW-SN |

**DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE**

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.      My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 350 class action settlements.

3.      Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

## CAFA NOTICE IMPLEMENTATION

5.    At the direction of counsel for Defendants Wells Fargo & Company ("Wells Fargo"), Timothy J. Sloan, John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke, 56 federal and state officials were identified to receive CAFA Notice: the Attorney General of the United States, the Division of Supervision and Regulation for the Board of Governors of the Federal Reserve, the Office of Comptroller of the Currency, and the state securities regulators of the 50 states, District of Columbia, and the United States Territories of Puerto Rico and the Virgin Islands.

6.    Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.    On May 25, 2023, Epiq sent 56 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Certified Mail to 53 officials (the state securities regulators of the 50 states, the District of Columbia, and the United States Territories of Puerto Rico and Virgin Islands).  The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States, the Division of Supervision and Regulation for the Board of Governors of the Federal Reserve, and the Office of the Comptroller of the Currency. The CAFA Notice Service List (USPS Certified Mail and UPS) is included as **Attachment 1**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

8.  The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

9.  The cover letter was accompanied by a CD, which included the following Exhibits:

a.  A copy of the Settlement, including exhibits, as **Exhibit 1**;

b.  A copy of the operative Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, filed on November 9, 2020, as **Exhibit 2**;

c.  A copy of the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, as **Exhibit 3**; and

d.  The Court-approved forms of (i) Notice of Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing, and Motion for Attorneys' Fees and Litigation Expenses; (ii) Proof of Claim and Release Form; and (iii) Summary Notice are included as **Exhibits 4, 5, and 6**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 25, 2023.

_____
KYLE S. BINGHAM

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

3

# Attachment 1

**CAFA Notice Service List**
**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alaska Division of Banking & Securities | Robert H Schmidt | 550 W 7th Avenue | Suite 1850 | Anchorage | AK | 99501 |
| Alabama Securities Commission | Amanda Senn | 445 Dexter Avenue | Suite 1200 | Montgomery | AL | 36104 |
| Arkansas Securities Department | John Campbell McLaurin III | 1 Commerce Way | Suite 402 | Little Rock | AR | 72202 |
| Arizona Securities Division | Mark Dinell | 1300 West Washington Street | Third Floor | Phoenix | AZ | 85007 |
| California Dept of Financial Protection & Innovation | Clothilde V Hewlett | 2101 Arena Boulevard | Suite 269 | Sacramento | CA | 95834 |
| Colorado Division of Securities | Tung Chan | 1560 Broadway | Suite 900 | Denver | CO | 80202 |
| Connecticut Securities & Bus Investments Division | Lynn McKenna-Krumins | 260 Constitution Plaza | | Hartford | CT | 06103 |
| DC Dept of Insurance Securities & Banking | Stephen Bouchard | 1050 First Street NE | Suite 801 | Washington | DC | 20002 |
| Delaware Investor Protection Unit | Jillian Lazar | Carvel State Office Building | 820 North French Street – 5th Fl | Wilmington | DE | 19801 |
| Florida Office of Financial Regulation | Alisa Goldberg | 200 East Gaines Street | | Tallahassee | FL | 32399 |
| Georgia Division of Securities & Bus Regulation | Noula Zaharis | Two Martin Luther King Jr Drive SE | Suite 317 West Tower | Atlanta | GA | 30334 |
| Hawaii Div of Business Registration | Ty Nohara | PO Box 40 | | Honolulu | HI | 96810 |
| Iowa Insurance Division | Andrew Hartnett | 1963 Bell Avenue | Suite 100 | Des Moines | IA | 50315 |
| Idaho Department of Finance | John Yaros | PO Box 83720 | 2nd Floor | Boise | ID | 83720 |
| Illinois Securities Department | James Nix | 69 West Washington Street | Suite 1220 | Chicago | IL | 60602 |
| Indiana Securities Division | Marie Castetter | 302 West Washington | Room E-111 | Indianapolis | IN | 46204 |
| Office of the Kansas Securities Commissioner | Dan Klucas | 1300 SW Arrowhead Road | Suite 600 | Topeka | KS | 66604 |
| Kentucky Department of Financial Institutions | Marni Rock Gibson | 500 Mero Street | Mayo-Underwood Building | Frankfort | KY | 40601 |
| Louisiana Office of Financial Institutions | P Scott Jolly | 8660 United Plaza Blvd | Second Floor | Baton Rouge | LA | 70809 |
| Massachusetts Securities Division | Diane Young-Spitzer | One Ashburton Place | Room 1701 | Boston | MA | 02108 |
| Maryland Division of Securities | Melanie Senter Lubin | 200 Saint Paul Place | | Baltimore | MD | 21202 |
| Maine Office of Securities | Judith Shaw | State House Station 121 | | Augusta | ME | 04333 |
| MI Corp Sec & Commercial Licensing Bureau | Linda Clegg | 2407 N Grand River Avenue | | Lansing | MI | 48906 |
| Minnesota Department of Commerce | Amanda Kelting | 85 East 7th Place | Suite 280 | Saint Paul | MN | 55101 |
| Missouri Securities Division | Douglas Jacoby | 600 West Main Street | | Jefferson City | MO | 65101 |
| Mississippi Securities Division | Jessica Leigh Long | PO Box 136 | | Jackson | MS | 39205 |
| Montana Securities Department | Brett Olin | 840 Helena Avenue | | Helena | MT | 59601 |
| North Carolina Securities Division | Andy Penry | PO Box 29622 | | Raleigh | NC | 27626 |
| North Dakota Securities Department | Karen Tyler | 600 East Boulevard Dept 414 | State Capitol 5th Floor | Bismarck | ND | 58505 |
| Nebraska Dept of Banking & Finance Bureau of Sec | Claire McHenry | PO Box 95006 | | Lincoln | NE | 68509 |
| NH Bureau of Securities Regulation | Eric Forcier | State House Room 204 | | Concord | NH | 03301 |
| New Jersey Bureau of Securities | Amy Kopleton | 153 Halsey Street 6th Floor | | Newark | NJ | 07102 |
| New Mexico Securities Division | Benjamin Schrope | 2550 Cerrillos Road | | Santa Fe | NM | 87505 |
| Nevada Securities Division | Erin Houston | 2250 Las Vegas Boulevard North | Suite 400 | North Las Vegas | NV | 89030 |
| New York Investor Protection Bureau | Shamiso Maswoswe | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Ohio Division of Securities | Andrea Seidt | 77 South High Street | 22nd Floor | Columbus | OH | 43215 |
| Oklahoma Department of Securities | Melanie Hall | 204 N Robinson Avenue | Suite 400 City Place | Oklahoma City | OK | 73102 |
| Oregon Division of Financial Regulation | TK Keen | 350 Winter Street NE | Room 410 | Salem | OR | 97301 |
| PA Dept of Banking and Securities | Eric Pistilli | 17 North 2nd Street | Suite 1300 | Harrisburg | PA | 17101 |
| RI Department of Business Regulation | Donald DeFedele | 1511 Pontiac Avenue | John O Pastore Complex Bldg 69-1 | Cranston | RI | 02920 |
| South Carolina Securities Division | T Stephen Lynch | PO Box 11549 | | Columbia | SC | 29211 |
| SD Division of Insurance - Securities Regulation | Larry Deiter | 124 South Euclid Ave | Suite 104 | Pierre | SD | 57501 |
| Tennessee Securities Division | Elizabeth Bowling | Davy Crockett Tower 8th Floor | 500 James Robertson Parkway | Nashville | TN | 37243 |
| Texas State Securities Board | Travis Iles | 208 East 10th Street | 5th Floor | Austin | TX | 78701 |
| Utah Division of Securities | Jason Sterzer | PO Box 146760 | | Salt Lake City | UT | 84114 |
| Virginia Division of Securities & Retail Franchising | Douglas S Joyce | 1300 East Main Street | 9th Floor | Richmond | VA | 23219 |
| Vermont Department of Financial Regulation | Emily Kisicki | 89 Main Street | | Montpelier | VT | 05620 |
| Washington Securities Division | William Beatty | 150 Israel Rd SW | | Tumwater | WA | 98507 |
| Wisconsin Division of Securities | Leslie Van Buskirk | 4822 Madison Yards | North Tower | Madison | WI | 53703 |
| West Virginia Securities Commission | Lisa Hopkins | 1900 Kanawha Boulevard East | Building 1 Room W-100 | Charleston | WV | 25305 |
| Wyoming Securities Division | Kelly Janes | Herschler Building East 122 | West 25th Street Suite 100 | Cheyenne | WY | 82002 |
| Puerto Rico Commissioner of Financial Institutions | Damaris Mendoza-Roman Esq | Fernández Juncos Station | PO Box 11855 | San Juan | PR | 00910 |
| USVI Division of Banking Insurance & Financial Reg | Magdalene Burke | 5049 Kongens Gade | | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Board of Governors of the Federal Reserve System | Michael S. Gibson | Division of Supervision and Regulation | 20th Street and Constitution Avenue NW | Washington | DC | 20551 |
| The Office of the Comptroller of the Currency | Michael J. Hsu | 400 7th Street SW | | Washington | DC | 20219 |

# Attachment 2

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

**1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215**

NEW YORK • LOS ANGELES • PALO ALTO

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

May 25, 2023

<u>Via UPS or Certified Mail c/o Epiq Global</u>
<u>Return Receipt Requested</u>

TO:  ALL ADDRESSEES IDENTIFIED IN THE ATTACHED EXHIBIT A

Re:  *In re Wells Fargo & Co. Securities Litigation*,
No. 1:20-cv-04494-GHW-SN (S.D.N.Y.)

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA") and 28 U.S.C. § 1715, Wells Fargo & Company ("Wells Fargo"), Timothy J. Sloan,  John R. Shrewsberry, C. Allen Parker, and Elizabeth Duke (together, "Defendants") provide notice of a proposed class action settlement reached between Defendants and Lead Plaintiffs Handelsbanken Fonder AB, Public Retirement System of Mississippi, State of Rhode Island, Office of the General Treasurer, and Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiffs") in the action captioned, *In re Wells Fargo & Co. Securities Litigation*, No. 1:20-cv-04494-GHW-SN (S.D.N.Y.) (the "Action").

The Action is a class action in which Lead Plaintiffs have alleged, among other things, that Defendants made purportedly false or misleading statements in violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, which Lead Plaintiffs allege caused the price of Wells Fargo stock to trade at artificially inflated prices between February 2, 2018 and March 12, 2020, inclusive (the "Class Period").  Specifically, Lead Plaintiffs allege that Defendants misrepresented the Company's progress in complying with three regulatory consent orders entered into with the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, and the Consumer Financial Protection Bureau in 2018.

Defendants deny Lead Plaintiffs' allegations of wrongdoing and liability and maintain that they have good and meritorious defenses to Lead Plaintiffs' allegations and claims of damages.

-2-

During the course of litigating the Action, Lead Plaintiffs and Defendants engaged a neutral third-party mediator to facilitate efforts to resolve the Action through a potential settlement. Beginning in January 2023, Lead Plaintiffs and Defendants engaged in extensive arm's-length negotiations undertaken in good faith. On May 8, 2023, Lead Plaintiffs and Defendants executed a Stipulation of Settlement (the "Settlement"). A copy of the Settlement and the exhibits thereto are included on the enclosed CD as Exhibit 1. The Settlement was filed with the Court, together with Lead Plaintiffs' motion for preliminary approval of the Settlement, on May 15, 2023.

On May 16, 2023, the Court granted Lead Plaintiffs' motion and entered an order preliminarily approving the settlement. The Court found that it will likely be able to certify a settlement class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3) comprising all persons and entities who purchased or otherwise acquired Wells Fargo common stock during the Class Period and who were damaged thereby (the "Settlement Class"). The Court also approved the proposed class notice and authorized Lead Plaintiffs to retain a claims administrator. The claims administrator has begun or shortly will begin disseminating notice of the pendency of the Action and the proposed settlement to potential members of the Settlement Class, requiring any persons wishing to exclude themselves to do so by August 18, 2023.

In accordance with the CAFA notice provisions, 28 U.S.C. § 1715, Defendants are including the following documents on the enclosed CD as part of this notice:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Enclosed as Exhibit 2 is a copy of the operative Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws, filed on November 9, 2020. Copies of prior complaints are electronically available through the internet from the United States Courts' PACER system for the United States District Court for the Southern District of New York (https://ecf.nysd.uscourts.gov).

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** A settlement hearing in this matter is scheduled for September 8, 2023 at 10:00 a.m. in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Court could (on its own initiative or at the request of the parties) change the date of the settlement hearing. In such case, an order will be entered on the public docket for this matter, which is available through the United States Courts' PACER system for the United States District Court for the Southern District of New York (https://ecf.nysd.uscourts.gov). Enclosed as Exhibit 3 is a copy of the

-3-

Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members**: The Court-approved forms of (i) Notice of Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing, and Motion for Attorneys' Fees and Litigation Expenses; (ii) Proof of Claim and Release Form; and (iii) Summary Notice are included as Exhibits 4, 5, and 6.

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the Settlement, which is subject to Court approval, is enclosed as Exhibit 1.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** Pursuant to Paragraph 37 of the Settlement, Lead Plaintiffs and Defendants signed a confidential supplemental agreement, which has not been filed with the Court. The purpose of the supplemental agreement is to provide Defendants with the option to terminate the Settlement if members of the settlement class requesting exclusion therefrom meet the conditions set forth in the supplemental agreement. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise on complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Manual for Complex Litigation § 21.631 (4th ed.). Thus, the supplemental agreement is not enclosed.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: No Final Judgment has been entered as of May 25, 2023.

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members and the Estimated Proportionate Share of the Claims of Such Members to the Settlement:** CAFA requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." *See* 28 U.S.C. § 1715(b)(7)(A)-(B). Defendants cannot feasibly identify the names of all class members who reside in each state or the estimated proportionate share of the claims of such members to the entire Settlement.

-4-

8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  The Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is enclosed as Exhibit 3.  There are no other written judicial opinions relating to the materials described in subparagraphs (3) through (6) of 28 U.S.C. § 1715(b).

The foregoing information is provided based on the status of the proceedings at the time of the submission of this notification and on the data currently available to Defendants.  Defendants reserve the right to supplement this notice and to provide additional information in support of the Settlement.

If you have any questions about this notice, the Action, or the enclosed materials, please contact me at (202) 956-6985.

Sincerely,

/s/ *Christopher M. Viapiano*

(Enclosures)

cc:    Laura H. Posner, Esq.
       (Cohen Milstein Sellers & Toll PLLC)

       John C. Browne, Esq.
       (Bernstein Litowitz Berger & Grossmann LLP)

CAFA Notice Service List
**Exhibit A**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Board of Governors of the Federal Reserve System | Michael S. Gibson | Division of Supervision and Regulation | 20th Street and Constitution Avenue NW | Washington | DC | 20551 |
| The Office of the Comptroller of the Currency | Michael J. Hsu | 400 7th Street SW | | Washington | DC | 20219 |
| Alaska Division of Banking & Securities | Robert H Schmidt | 550 W 7th Avenue | Suite 1850 | Anchorage | AK | 99501 |
| Alabama Securities Commission | Amanda Senn | 445 Dexter Avenue | Suite 1200 | Montgomery | AL | 36104 |
| Arkansas Securities Department | John Campbell McLaurin III | 1 Commerce Way | Suite 402 | Little Rock | AR | 72202 |
| Arizona Securities Division | Mark Dinell | 1300 West Washington Street | Third Floor | Phoenix | AZ | 85007 |
| California Dept of Financial Protection & Innovation | Clothilde V Hewlett | 2101 Arena Boulevard | Suite 269 | Sacramento | CA | 95834 |
| Colorado Division of Securities | Tung Chan | 1560 Broadway | Suite 900 | Denver | CO | 80202 |
| Connecticut Securities & Bus Investments Division | Lynn McKenna-Krumins | 260 Constitution Plaza | | Hartford | CT | 06103 |
| DC Dept of Insurance Securities & Banking | Stephen Bouchard | 1050 First Street NE | Suite 801 | Washington | DC | 20002 |
| Delaware Investor Protection Unit | Jillian Lazar | Carvel State Office Building | 820 North French Street – 5th Fl | Wilmington | DE | 19801 |
| Florida Office of Financial Regulation | Alisa Goldberg | 200 East Gaines Street | | Tallahassee | FL | 32399 |
| Georgia Division of Securities & Bus Regulation | Noula Zaharis | Two Martin Luther King Jr Drive SE | Suite 317 West Tower | Atlanta | GA | 30334 |
| Hawaii Div of Business Registration | Ty Nohara | PO Box 40 | | Honolulu | HI | 96810 |
| Iowa Insurance Division | Andrew Hartnett | 1963 Bell Avenue | Suite 100 | Des Moines | IA | 50315 |
| Idaho Department of Finance | John Yaros | PO Box 83720 | 2nd Floor | Boise | ID | 83720 |
| Illinois Securities Department | James Nix | 69 West Washington Street | Suite 1220 | Chicago | IL | 60602 |
| Indiana Securities Division | Marie Castetter | 302 West Washington | Room E-111 | Indianapolis | IN | 46204 |
| Office of the Kansas Securities Commissioner | Dan Klucas | 1300 SW Arrowhead Road | Suite 600 | Topeka | KS | 66604 |
| Kentucky Department of Financial Institutions | Marni Rock Gibson | 500 Mero Street | Mayo-Underwood Building | Frankfort | KY | 40601 |
| Louisiana Office of Financial Institutions | P Scott Jolly | 8660 United Plaza Blvd | Second Floor | Baton Rouge | LA | 70809 |
| Massachusetts Securities Division | Diane Young-Spitzer | One Ashburton Place | Room 1701 | Boston | MA | 02108 |
| Maryland Division of Securities | Melanie Senter Lubin | 200 Saint Paul Place | | Baltimore | MD | 21202 |
| Maine Office of Securities | Judith Shaw | State House Station 121 | | Augusta | ME | 04333 |
| MI Corp Sec & Commercial Licensing Bureau | Linda Clegg | 2407 N Grand River Avenue | | Lansing | MI | 48906 |
| Minnesota Department of Commerce | Amanda Kelting | 85 East 7th Place | Suite 280 | Saint Paul | MN | 55101 |
| Missouri Securities Division | Douglas Jacoby | 600 West Main Street | | Jefferson City | MO | 65101 |
| Mississippi Securities Division | Jessica Leigh Long | PO Box 136 | | Jackson | MS | 39205 |
| Montana Securities Department | Brett Olin | 840 Helena Avenue | | Helena | MT | 59601 |
| North Carolina Securities Division | Andy Penry | PO Box 29622 | | Raleigh | NC | 27626 |
| North Dakota Securities Department | Karen Tyler | 600 East Boulevard Dept 414 | State Capitol 5th Floor | Bismarck | ND | 58505 |
| Nebraska Dept of Banking & Finance Bureau of Sec | Claire McHenry | PO Box 95006 | | Lincoln | NE | 68509 |
| NH Bureau of Securities Regulation | Eric Forcier | State House Room 204 | | Concord | NH | 03301 |
| New Jersey Bureau of Securities | Amy Kopleton | 153 Halsey Street 6th Floor | | Newark | NJ | 07102 |
| New Mexico Securities Division | Benjamin Schrope | 2550 Cerrillos Road | | Santa Fe | NM | 87505 |
| Nevada Securities Division | Erin Houston | 2250 Las Vegas Boulevard North | Suite 400 | North Las Vegas | NV | 89030 |
| New York Investor Protection Bureau | Shamiso Maswoswe | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Ohio Division of Securities | Andrea Seidt | 77 South High Street | 22nd Floor | Columbus | OH | 43215 |
| Oklahoma Department of Securities | Melanie Hall | 204 N Robinson Avenue | Suite 400 City Place | Oklahoma City | OK | 73102 |
| Oregon Division of Financial Regulation | TK Keen | 350 Winter Street NE | Room 410 | Salem | OR | 97301 |
| PA Dept of Banking and Securities | Eric Pistilli | 17 North 2nd Street | Suite 1300 | Harrisburg | PA | 17101 |
| RI Department of Business Regulation | Donald DeFedele | 1511 Pontiac Avenue | John O Pastore Complex Bldg 69-1 | Cranston | RI | 02920 |
| South Carolina Securities Division | T Stephen Lynch | PO Box 11549 | | Columbia | SC | 29211 |
| SD Division of Insurance - Securities Regulation | Larry Deiter | 124 South Euclid Ave | Suite 104 | Pierre | SD | 57501 |
| Tennessee Securities Division | Elizabeth Bowling | Davy Crockett Tower 8th Floor | 500 James Robertson Parkway | Nashville | TN | 37243 |
| Texas State Securities Board | Travis Iles | 208 East 10th Street | 5th Floor | Austin | TX | 78701 |
| Utah Division of Securities | Jason Sterzer | PO Box 146760 | | Salt Lake City | UT | 84114 |
| Virginia Division of Securities & Retail Franchising | Douglas S Joyce | 1300 East Main Street | 9th Floor | Richmond | VA | 23219 |
| Vermont Department of Financial Regulation | Emily Kisicki | 89 Main Street | | Montpelier | VT | 05620 |
| Washington Securities Division | William Beatty | 150 Israel Rd SW | | Tumwater | WA | 98507 |
| Wisconsin Division of Securities | Leslie Van Buskirk | 4822 Madison Yards | North Tower | Madison | WI | 53703 |
| West Virginia Securities Commission | Lisa Hopkins | 1900 Kanawha Boulevard East | Building 1 Room W-100 | Charleston | WV | 25305 |
| Wyoming Securities Division | Kelly Janes | Herschler Building East 122 | West 25th Street Suite 100 | Cheyenne | WY | 82002 |
| Puerto Rico Commissioner of Financial Institutions | Damaris Mendoza-Roman Esq | Fernández Juncos Station | PO Box 11855 | San Juan | PR | 00910 |
| USVI Division of Banking Insurance & Financial Reg | Magdalene Burke | 5049 Kongens Gade | | St Thomas | VI | 00802 |