**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-JLR-SN |

**SUPPLEMENTAL JOINT DECLARATION OF JOHN C. BROWNE AND LAURA H. POSNER IN FURTHER SUPPORT OF (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

JOHN C. BROWNE and LAURA H. POSNER, declare as follows:

1.    I, John C. Browne, am a partner in the law firm Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiffs Handelsbanken Fonder AB and Louisiana Sheriffs' Pension & Relief Fund, and co-Lead Counsel for the proposed Settlement Class in the above-captioned action (the "Action").[1]

2.    I, Laura H. Posner, am a partner in the law firm Cohen Milstein Sellers & Toll PLLC, counsel for Lead Plaintiffs Public Employees' Retirement System of Mississippi and the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and co-Lead Counsel for the proposed Settlement Class in the Action.

3.    We submit this declaration in further support of (i) Lead Plaintiffs' motion for final approval of the proposed Settlement and the Plan of Allocation, and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

4.    Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| **Exhibit 1** | Supplemental Declaration of Alexander P. Villanova Regarding the Mailing of the Notice and Claim Form, and Report on Requests for Exclusion Received |
| **Exhibit 2** | Objection from Newport Trust Company, LLC, dated August 17, 2023 |
| **Exhibit 3** | Amendment to Stipulation and Agreement of Settlement, dated August 31, 2023 |
| **Exhibit 4** | Letter from Newport Trust Company, LLC, dated August 31, 2023 |
| **Exhibit 5** | Objection from Larry D. Killion, dated August 16, 2023<br><br>(Financial account numbers in the documents submitted by Mr. Killion have been redacted in the interest of privacy and security.) |

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings provided in the Stipulation and Agreement of Settlement dated May 8, 2023 (ECF No. 178-1) (the "Stipulation").

1

| **Exhibit 6** | Objection from Patricia A. White, dated August 4, 2023 |
|---|---|
| **Exhibit 7** | *In re Micro Focus Int'l PLC Sec. Litig.*, No. 18-CIV-01549, objection (Cal. Super. Ct. May 8, 2023), and slip op. (Cal. Super. Ct. July 27, 2023) |
| **Exhibit 8** | *City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. PLC*, No. 20-cv-10041, slip op. (S.D.N.Y. July 19, 2023), ECF No. 181 |
| **Exhibit 9** | *Reynolds v. FCA US LLC*, No. 19-cv-11745, slip op. (E.D. Mich. June 27, 2023), ECF No. 106 |
| **Exhibit 10** | *In re Nielsen Holdings PLC Sec. Litig.*, No. 18-cv-7143, Hearing Tr. (S.D.N.Y. July 20, 2022), ECF No. 159 |
| **Exhibit 11** | Objection from Charles Aaron McIntyre, dated August 21, 2023<br><br>(Financial account numbers in the documents submitted by Mr. McIntyre and information on transactions in securities other than Wells Fargo common stock have been redacted in the interest of privacy and security.) |

We declare, under penalty of perjury, that the foregoing is true and correct.

Dated September 1, 2023.


   /s/ *John C. Browne*                           /s/ *Laura H. Posner*
   John C. Browne                                  Laura H. Posner