# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>IN RE: WELLS FARGO & COMPANY SECURITIES LITIGATION</td><td>Case No. 1:20-cv-04494-JLR-SN</td></tr>
</table>

**SUPPLEMENTAL DECLARATION OF ALEXANDER P. VILLANOVA**
**REGARDING THE MAILING OF THE NOTICE AND CLAIM FORM,**
**AND REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Alexander P. Villanova, hereby declare under penalty of perjury as follows:

1.      I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  Pursuant to the Court's May 16, 2023 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (ECF No. 182) ("Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement reached in the above-captioned action ("Action").[1]

2.      I submit this declaration as a supplement to my earlier submitted declaration, the Declaration of Alexander P. Villanova Regarding the Mailing of Notice and Claim Form and the Publication of the Summary Notice, dated August 3, 2023 (ECF No. 190-7) ("Initial Mailing Declaration").  The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated May 8, 2023 (ECF No. 178-1).

**CONTINUED DISSEMINATION OF THE NOTICE PACKET**

3.      Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (together, "Notice Packet") in response to requests from potential Settlement Class Members, brokers, and other nominees.  Through August 31, 2023, Epiq disseminated a total of 1,835,524 Notice Packets to potential Settlement Class Members, brokers, and other nominees.  In addition, Epiq re-mailed a total of 12,472 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided by the Postal Service.

**UPDATE ON CALL CENTER SERVICES AND CASE WEBSITE**

4.      Epiq continues to maintain the toll-free telephone number (1-888-301-4209) and Interactive Voice Recording to accommodate inquiries from potential Settlement Class Members. Since the administration began on June 7, 2023, Epiq has received 4,445 in-bound calls, which included 622 hours and 6 minutes spent by callers interacting with the IVR and 436 hours and 27 minutes speaking with Epiq's live operators.  Epiq has made 364 out-bound calls to respond to messages left or to follow up on earlier communications.  Epiq has also received 2,348 emails sent to info@WellsFargoSecuritiesClassAction.com and has sent 1,894 outgoing emails in connection with this case.  Epiq has promptly responded to each telephone and email inquiry and will continue to respond to those inquiries.

5.      Epiq    also    continues    to    maintain    the    dedicated    case    website (www.WellsFargoSecuritiesClassAction.com) to assist potential Settlement Class Members.  On August 7, 2023, Epiq posted to the website copies of the papers filed in support of Lead Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses (ECF Nos. 186-190).  Epiq will continue maintaining and,

as appropriate, updating the case website and toll-free telephone number until the conclusion of the administration.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

6.     The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class must be addressed to *Wells Fargo Securities Litigation*, EXCLUSIONS, c/o Epiq Class Action and Claims Solutions, Inc., P.O. Box 5430, Portland, OR 97228-5430, such that they must be received no later than August 18, 2023.  The Notice also set forth the information that must be included in each request for exclusion.  Epiq has monitored all mail delivered to the P.O. Box.  Epiq has received 119 requests for exclusion from individuals or from individual or family trusts, of which 104 were received on or before August 18, 2023 and 15 were received after that date.  Of the 119 requests for exclusion, 24 state that the individuals in question did not buy shares of Wells Fargo common stock during the Class Period and another 60 did not provide sufficient information on their transactions in Wells Fargo stock to permit a determination as to whether they are a class member or not.  Epiq has not received any requests for exclusion from any institutional investors. Exhibit A attached hereto lists the names of those who have requested exclusion from the Settlement Class and their city and state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on August 31, 2023 in Beaverton, Oregon.

_____
Alexander Villanova

**Exhibit A**

**Requests for Exclusion Received**

| Number | Name | City and State |
|--------|------|----------------|
| 1 | Shirley Angel | Port Angeles, WA |
| 2 | Stephanie Bales | Ramona, CA |
| 3 | Estate of Gilberte Beaulieu | Montreal, QC, Canada |
| 4 | Estate of Murielle Beaulieu | Saint Jean-sur-Richelieu, QC Canada |
| 5 | Christine Bedard | St. Brieux, SK, Canada |
| 6 | Stanley Bikowski | Lakeville, IN |
| 7 | Norma M. Bosch | St. Charles, MO |
| 8 | Margaret A. Bowden Trust U/A 8/18/00 | North Providence, RI |
| 9 | Charles Carroll Brice | Morrisville, PA |
| 10 | Ashland O. Brown | Stockton, CA |
| 11 | Estate of Robert Butler | Hubley, NS, Canada |
| 12 | Karen J. Cantine | Glasgow, KY |
| 13 | Robert D. Carpenter and Jane H. Carpenter | Ellisville, MO |
| 14 | Paul J. Castronovo | Cheektowaga, NY |
| 15 | Daniel Charbonneau | Canton, TX |
| 16 | Jose Luis Cordero | Cheshire, CT |
| 17 | David Cote | Southbury, CT |
| 18 | John Beatty Cotnam, Trustee John Beatty Cotnam Management Trust, and John Beatty Cotnam Exempt Trust | Nashua, NH |
| 19 | Thomas Michael Deatherage and Deborah S. Deatherage | North Myrtle Beach, SC |
| 20 | Carlos Del Valle, Trustee Dr. Carlos Del Valle Retirement Plan | Dorado, PR |
| 21 | Marion L. Dodd | Dundee, IL |
| 22 | Joseph Davey Dodd | Dundee, IL |
| 23 | John H. Douglas Jr. | Belle Fourche, SD |
| 24 | John C. Dube | Austin, TX |
| 25 | Robert L. Ebright | South Jordan, UT |
| 26 | Joan Ehnle | Cambridge, IL |
| 27 | Estate of John W. Fenmor-Collins Alison JF Collins, Former Executor | Victoria, BC, Canada |
| 28 | Estate of Thomas A. Ficklin | Cleveland, GA |
| 29 | Estate of Mary Kathryn Fiero | Layton, UT |
| 30 | Susan E. Fies | Reading, PA |
| 31 | George T. Fitzelle, Jr. | Fredericksburg, VA |

4

| Number | Name | City and State |
|---|---|---|
| 32 | John Flack | Gilbert, AZ |
| 33 | Leticia Granados Flynn | Beacon, NY |
| 34 | Thomas F. Flynn, UGMA Leticia G. Flynn, Custodian | Beacon, NY |
| 35 | Scott Michael Gorbitz and Ann Chiyo Tsukasa Gorbitz Revocable Living Trust | Peoria, AZ |
| 36 | Dennis Frederick Gunther | Saline, MI |
| 37 | Peggy Ann Gunther | Saline, MI |
| 38 | Estate of Corey Allen Hale | St. Louis, MO |
| 39 | Edward Hamborsky | Alexandria, VA |
| 40 | Stephen Harrison | Liberty, MO |
| 41 | Carol Ann Haug | White Haven, PA |
| 42 | David L. Hawkins | Stockbridge, GA |
| 43 | Estate of Doris C. Heck | Lititz, PA |
| 44 | Doris C. Heck IRA | Lititz, PA |
| 45 | Estate of David J. Helm David James Helm Survivor Trust U/A DTD 4/28/1993 | Sierra Madre, CA |
| 46 | Patsy Ann Helmcamp and Estate of Richard D. Helmcamp | Cleburne, TX |
| 47 | Joseph Houx and Julita Antolin Houx | Dollard-des-Ormeaux, QC, Canada |
| 48 | Asad Khalil Ibn Ibaku Leonard Edward Wells | Mobile, AL |
| 49 | Nereida Irizarry | Holyoke, MA |
| 50 | M. Yvonne Jewell | Reedley, CA |
| 51 | Manuel Jimenez | Bowmanville, ON, Canada |
| 52 | Martin James King | Newbury, Berkshire, UK |
| 53 | Albert G. Krause | Belton, TX |
| 54 | Rueann Laughlin Estate of Michael J. Laughlin | Palm Beach Gardens, FL |
| 55 | Anne Levenson | Miami, FL |
| 56 | C. Barry Lewis | West Chester, PA |
| 57 | Barbara H. Luke | Lawrenceville, GA |
| 58 | Alexander R. MacKenzie | Lauderhill, FL |
| 59 | Dianne MacLachlan and Estate of Cameron MacLachlan | Calgary, AB, Canada |
| 60 | Mark J. Mankowski | West Melbourne, FL |
| 61 | Simon Markowski | New York, NY |
| 62 | Charles Anna Marsh | Jamestown, NC |
| 63 | Thomas O. Marshall and Eleanor F. Marshall | Enderby, BC, Canada |

5

| Number | Name | City and State |
|---|---|---|
| 64 | The Stotland Family 2006 Trust, DTD 9/22/06<br>Hector L. Martel, Trustee | West Covina, CA |
| 65 | The Stotland Family Bypass Trust, DTD 9/22/06<br>Hector L. Martel, Trustee | West Covina, CA |
| 66 | Michael D. McDonald | Dover, AR |
| 67 | Gerard McHale | Waterbury, CT |
| 68 | Mary Ellen McNulty | San Jose, CA |
| 69 | Walter A. Meller | Bedford, TX |
| 70 | Clarence Roger Miller | Coal Valley, IL |
| 71 | Shamin Mohammed | Port Sydney, ON, Canada |
| 72 | Linda Moore | Galena, KS |
| 73 | Estate of Bernard Neveu<br>by Gerald R. Malcomnson, Trustee | Algoma Mills, ON, Canada |
| 74 | Natalie V. Nielsen | West Des Moines, IA |
| 75 | Kien Nguyen | Snohomish, WA |
| 76 | Armando Pensado | Irvine, CA |
| 77 | Janet M. Peterson | West Linn, OR |
| 78 | Steven L. Peterson | Huntsville, AL |
| 79 | Patrick Joesph Poggi | Briarcliff Manor, NY |
| 80 | Cynthia Prindle | Maple Grove, MN |
| 81 | Line Rancourt | St. Georges, QC, Canada |
| 82 | Joseph Remstad | Brighton, MI |
| 83 | Kris Roberts and<br>DiAnn Platt-Roberts | Central Lake, MI |
| 84 | Carol Ruppert | Mount Prospect, IL |
| 85 | Mary Ann Salvino, Trustee<br>Salvino Revocable Trust | West Sacramento, CA |
| 86 | Peggy L. Seab | Grand Rapids, OH |
| 87 | Leona Sesholtz | Park Ridge, NJ |
| 88 | Eugene Sewell | Mansfield, LA |
| 89 | Helen O'Melia Skipper Trust of 1967 | Fulton, AL |
| 90 | Michael B. Sonnen, Trustee<br>Lorraine C. Sonnen, Trustee<br>Sonnen Family Trust 12/15/09 | Redlands, CA |
| 91 | Brenton C. Steck, Jr. | La Porte, IN |
| 92 | Terilynne Steinman | Rancho Cordova, CA |
| 93 | Estate of Nelson Sunshine | Smithers, BC, Canada |
| 94 | Mila Syzrantsev | San Ramon, CA |
| 95 | Benjamin R. Taylor | Santa Rosa, CA |
| 96 | Matthew Thomson | Gaithersburg, MD |
| 97 | Kenneth Tomes Tice and<br>Kathleen Perzik Tice | Cumming, GA |

| Number | Name | City and State |
|--------|------|----------------|
| 98 | Frances C. Vessichio | New Haven, CT |
| 99 | Julie M. Viola and Peter J. Viola | New Fairfield, CT |
| 100 | Gabriele Vogt | Middletown, VA |
| 101 | Hemanth Vyas | Hyderabad, India |
| 102 | Teresa Anne Wood | Maple Grove, MN |
| 103 | Evelyn Yeary | Corpus Christi, TX |
| 104 | Dianne M. Yen | Sacramento, CA |
| 105 | Durga Vijaya Laxmi Addagalla | Hyderabad, India |
| 106 | Edwin D. Blinks and Barbara W. Blinks | Dubuque, IA |
| 107 | Charles J. Bocchicchio | Philadelphia, PA |
| 108 | Bolla Krishna Chaitanya | Hyderabad, India |
| 109 | Nancy A. Conway | Denver, CO |
| 110 | Kiran Dommati | Mancherial, India |
| 111 | Mary H. Dorn | Virginia Beach, VA |
| 112 | Vamsi Chandra Guddati | Hyderabad, India |
| 113 | Bradford Huso | Mason City, IA |
| 114 | Nicholas Michael McBride | Naples, FL |
| 115 | Nancy J. McBride Living Trust by Nicholas Michael McBride | Naples, FL |
| 116 | Swathi Palla | Hyderabad, India |
| 117 | Methuku Srinivas | Hyderabad, India |
| 118 | Rosemarie A. Trevani | Hopedale, MA |
| 119 | Carlos Valladares | Bronx, NY |

7