# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-GHW-SN |

## AMENDMENT TO STIPULATION AND AGREEMENT OF SETTLEMENT

This Amendment to the Stipulation and Agreement of Settlement, dated as of August 31, 2023 (the "Amendment"), is entered into between (a) Lead Plaintiffs Handelsbanken Fonder AB ("Handelsbanken"); Public Employees' Retirement System of Mississippi ("Mississippi"); State of Rhode Island, Office of the General Treasurer ("Rhode Island"); and Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") on behalf of themselves and the other members of the Settlement Class and (b) defendants Wells Fargo & Company ("Wells Fargo"), Timothy J. Sloan, John R. Shrewsberry, C. Allen Parker, and Elizabeth "Betsy" Duke ("Defendants" and, collectively with Lead Plaintiffs, the "Parties"), by and through their respective undersigned counsel to amend the terms of the Stipulation and Agreement of Settlement in the above-caption action dated May 8, 2023 (the "Stipulation").[1]

WHEREAS, on May 8, 2023, the Parties entered into the Stipulation; and

WHEREAS, the Parties now wish to amend the Stipulation pursuant to paragraph 43 solely to further limit the scope of the release provided to Defendants' Releasees as applied to any potential ERISA claims arising out of the allegations in the Complaint;

---

[1]    Unless otherwise provided in this Amendment, the capitalized terms herein shall have the same meanings as they have in the Stipulation.

NOW THEREFORE, the Parties stipulate and agree as follows:

1.      The Stipulation is modified to add the following as the last sentence of paragraph 5:  The Parties agree that the release of Plaintiffs' Released Claims provided to Defendants' Releasees shall not effect a release of ERISA claims, if any, that arise out of or are based upon the allegations in the Complaint.

2.      Except as expressly stated herein, nothing in this Amendment shall affect the scope of the releases provided under the Stipulation.

**IN WITNESS WHEREOF,** the Parties hereto have caused this Amendment to be executed, by their duly authorized attorneys, as of August 31, 2023.

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: _____

Laura H. Posner
88 Pine St., 14th Floor
New York, NY 10005
Tel.: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com

Steven J. Toll
Julie G. Reiser
S. Douglas Bunch
Molly J. Bowen
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com

*Counsel for Lead Plaintiffs Public Employees' Retirement System of*

2

*Mississippi, State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: _____

John C. Browne
Jeroen van Kwawegen
Michael D. Blatchley
Robert Kravetz
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
michaelb@blbglaw.com
robert.kravetz@blbglaw.com

Jonathan D. Uslaner
Lauren M. Cruz
2121 Avenue of the Stars
Los Angeles, CA 90067
Tel.: (310) 819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com

*Counsel for Lead Plaintiffs Handelsbanken Fonder AB and Louisiana Sheriffs' Pension & Relief Fund, and Lead Counsel for the Class*

**SULLIVAN & CROMWELL LLP**

By: _____

Richard C. Pepperman II
Leonid Traps
125 Broad St.
New York, NY 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com

3

trapsl@sullcrom.com

Christopher M. Viapiano
1700 New York Ave., N.W.
Suite 700
Washington, DC 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com

*Counsel for Defendant Wells Fargo &
Company*

**DEBEVOISE & PLIMPTON LLP**

By: _____

Josh A. Cohen
650 California Street, 31st Floor
San Francisco, CA 94108
Tel.: (415) 738-5700
jacohen@debevoise.com

*Counsel for Defendant Timothy J. Sloan*

**SWANSON & MCNAMARA LLP**

By: _____

Edward Swanson
Mary McNamara
Carly Bittman
300 Montgomery St., Suite 1100
San Francisco, CA 94104
Tel.: (415) 477 3800
ed@smllp.law
mary@smllp.law
carly@smllp.law

*Counsel for Defendant John R. Shrewsberry*

**CRAVATH, SWAINE & MOORE LLP**

4

trapsl@sullcrom.com

Christopher M. Viapiano
1700 New York Ave., N.W.
Suite 700
Washington, DC 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com

*Counsel for Defendant Wells Fargo &
Company*

**DEBEVOISE & PLIMPTON LLP**


By: _____

Josh A. Cohen
650 California Street, 31st Floor
San Francisco, CA 94108
Tel.: (415) 738-5700
jacohen@debevoise.com

*Counsel for Defendant Timothy J. Sloan*


**SWANSON & MCNAMARA LLP**


By: _____

Edward Swanson
Mary McNamara
Carly Bittman
300 Montgomery St., Suite 1100
San Francisco, CA 94104
Tel.: (415) 477 3800
ed@smllp.law
mary@smllp.law
carly@smllp.law

*Counsel for Defendant John R. Shrewsberry*


**CRAVATH, SWAINE & MOORE LLP**

4

By: _____

Karin A. DeMasi
Katherine DuBois
825 Eighth Ave.
New York, NY 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
kdubois@cravath.com

*Counsel for Defendant C. Allen Parker*


**SHEARMAN & STERLING LLP**

By: _____

John Gueli
Stuart Jay Baskin
599 Lexington Ave.
New York, NY 10022
Tel.: (212) 848-4000
Fax: (212) 848-7179
jgueli@shearman.com
sbaskin@shearman.com

*Counsel for Defendant Elizabeth Duke*

5