# Exhibit 4



August 31, 2023

Clerk's Office
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re: Withdrawal of Objection to Settlement of *In re Wells Fargo & Co. Securities Litigation*, No. 1:20-cv-04494-GHW-SN (S.D.N.Y.)

Honorable Judge Rochon:

On August 17, 2023, in accordance with the requirements as set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement, (II) Settlement Fairness Hearing, and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") in the matter of *In re Wells Fargo & Co. Securities Litigation*, No. 1:20-cv-04494-GHW-SN (S.D.N.Y.) (the "Class Action"), Newport Trust Company, LLC ("Newport Trust") filed an objection to the Settlement on behalf of the Wells Fargo & Company 401(k) Plan and the Wells Fargo & Company Cash Balance Plan (the "Objection"); by this letter we now request that our Objection be withdrawn, subject to the Court's acceptance of the Amendment as described below.

Newport Trust was contacted by Class Counsel on August 29, 2023, with a proposal to amend the Stipulation and Agreement of Settlement (the "Amendment"), to address the concerns raised in our Objection. Newport Trust has now come to an agreement with all parties; the proposed Amendment has been executed by the parties to the Stipulation, which we understand will be filed with the Court on September 1, 2023, and posted to the Settlement website, www.wellsfargosecuritieslitgation.com.

Based on the foregoing and subject to the Court's acceptance of the Amendment when submitted, Newport Trust respectfully requests to withdraw its Objection. Thank you for your consideration.

Respectfully submitted,

William E. Ryan III
CEO, President and Chief Fiduciary Officer of Newport Trust Company, LLC

With electronic copies to:

Cohen Milstein Sellers & Toll PLLC
Laura H. Posner, LPosner@cohenmilstein.com

Bernstein Litowitz Berger & Grossmann LLP
John C. Browne, johnb@blbglaw.com

Sullivan & Cromwell LLP
Christopher M. Viapiano, viapianoc@sullcrom.com