# Exhibit 6

38 Young's Road
Basking Ridge, NJ 07920
August 4, 2023

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: In RE Wells Fargo & Company Securities Litigation, Case No. 1:20-cv-04494-GHW-SN

Dear United States District Court:

I am a Settlement Class Member and have not excluded myself from the Settlement Class. As a Settlement Class Member, I object to the amount of attorney's fees potentially payable in this matter. The Notice of Pendency of Class Action And Proposed Settlement notes in Paragraph 5 that fees could be awarded "in an amount not to exceed 19% of the Settlement Fund." Assuming the Net Settlement Amount, net of interest and certain expenses, is in the range of the $1,000,000,000 cash outlined in Paragraph 2, attorney's fees could amount to approximately $190,000,000.

This would be payable to two law firms who were appointed as Lead Counsel three years ago. Even assuming substantial work prior to their appointment, and if each firm had multiple lawyers and staff working on the case, the hourly rates would enormous. Recognizing the premium reasonably paid for contingent work, nevertheless, I suggest that even a 2.5% payment of such an enormous settlement, i.e. approximately $25,000,000, would be an enormous windfall to these firms.

As I know you are well aware, every dollar that is paid for fees and expenses (and I have not even addressed the Litigation Expense of up to $2,000,000) comes directly out of payments to the Settlement Class.

Thank you for exercising your prudent judgment on behalf of all parties.

Sincerely,

Patricia A. White



**Mrs Patricia White**
38 Youngs Rd
Basking Ridge NJ 07920-4033

DV DANIELS NJ   070

5 AUG 2023   PM 6   L

USM
SDNY

Re: Wells Fargo & Co.
Securities Litigation
Case No 1:20-cv-04494
GHW-SN

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED
AUG 07 2023
CLERK'S OFFICE

10007-131608