# Exhibit 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WELLS FARGO & COMPANY          Case No. 1:20-cv-04494-GHW-SN (S.D.N.Y)
SECURITIES LITIGATION
DECLARATION

Class Member's Objection to Lead Counsel's motion for attorneys' fee and Litigation Expenses.

I, Charles Aaron McIntyre, declare under penalty of perjury that I am a member of the Settlement Class, who first received notice the prior week, is aware the notice required this to be filed and served August 18, 2023, believes in good faith that this has been filed and served as timely as practicable, is limiting this argument solely to facts contained within previously cited case law, and any facts thus used are true and correct to the best of my knowledge:

Lead Counsel's first argument for using the "percentage-of-fund" approach cites *Wal-Mart Stores, Inc. v. Visa U.S.A. Inc.,* 396 F.3d 96, 121 (2d Cir. 2005).

In the Wal-Mart litigation, counsel sought 18%, similar to the 19% Lead Counsel is requesting in this case and counsel in Wal-Mart were awarded $18.7 Million in expenses compared with the $2 Million requested in this case. *Id.* at 121.

The expenses awarded in the Wal-Mart litigation were nearly ten times the expenses requested in this case, when adjusted for inflation.

In Wal-Mart, the appellate court affirmed a 6.5% award stating that:

The Wal-Mart award was found reasonable because "While courts in megafund cases often award higher percentages of class funds as fees than the district court awarded in this instance, *see* [*Visa Check III*, 297 F.Supp.2d. at 525] n. 33, the sheer size of the instant fund makes a smaller percentage appropriate. As a "cross-check" to a percentage award, courts in this Circuit use the lodestar method. *Goldberger*, 209 F.3d at 50. Here, the lodestar yields a multiplier of 3.5, which has been deemed reasonable under analogous circumstances. [27] *See In re Cendant Corp. PRIDES Litig.*, 243 F.3d 722, 742 (3d Cir.2001) (finding lodestar multiplier of 1.35 to 2.99 common in megafunds over $100 million); *NASDAQ Market-Makers*, 187 F.R.D. at 489 ("multipliers of between 3 and 4.5 have become common") (internal quotation marks omitted). Thus, the district court did not abuse its discretion in awarding plaintiffs' counsel a generous fee based on a somewhat low percentage of the fund."

(*Wal-Mart*, 396 F.3d at 123) (footnote 27 omitted, and first citation inserted).

In a similar manner, the "sheer size" of the $1 Billion fund here would arguably warrant a similar analysis.

Therefore, the court should not exceed the initial precedent provided by Lead Counsel.

Dated: August 21, 2023         Respectfully Submitted,

Class Member's Signature: *Charles Aaron McIntyre*

Class Member's Name: Charles Aaron McIntyre

Address: 25019 Angela Ct.

City/State/Zip: Damascus, MD 20872

Telephone/Fax: 301-728-1887

Email: lawguru@gmail.com



**Transaction Confirmation**
**Confirm Date: February 4, 2020**

Brokerage Account Number
█████████ **IRA - ROLLOVER**

**CHARLES AARON MCINTYRE**

9900236802

FMT CO CUST IRA ROLLOVER
FBO CHARLES AARON MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |



9900236802       ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHARLES AARON MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

If you are eligible to make a deposit, please use this form for investments in your brokerage account ████████ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

447970.20.0

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

099  0230628952   00   000

Transaction Confirmation
Confirm Date: February 4, 2020

Page 3 of 4

Brokerage Account Number
█████████ IRA - ROLLOVER

CHARLES AARON MCINTYRE

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20035-0DLXNL | 2* | WK# | 02-04-20 | 02-06-20 | 949746101 | 20035-KQO3V | | |

You Bought

700

at    47.5250

Symbol:
WFC

DESCRIPTION and DISCLOSURES
WELLS FARGO CO NEW COM
WE HAVE ACTED AS AGENT.

Principal Amount    33,267.50
Settlement Amount   33,267.50

9900236802                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**Transaction Confirmation**
**Confirm Date: February 4, 2020**

Brokerage Account Number
**IRA - ROLLOVER**

**CHARLES AARON MCINTYRE**



9900236802                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**

Transaction Confirmation          Page 4 of 4
Confirm Date: February 4, 2020

Brokerage Account Number
███████ **IRA - ROLLOVER**

**CHARLES AARON MCINTYRE**

9900236802          ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



Brokerage Account Number
███████ IRA - ROLLOVER

**CHARLES AARON MCINTYRE**

9900303823

FMT CO CUST IRA ROLLOVER
FBO CHARLES AARON MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |



9900303823                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

FMT CO CUST IRA ROLLOVER
FBO CHARLES AARON MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

If you are eligible to make a deposit, please use this form for investments in your brokerage account ███████ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

447970.20.0

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

099  0230628952  00  000

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

Brokerage Account Number
**IRA - ROLLOVER**

**CHARLES AARON MCINTYRE**



9900303823                ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**

Transaction Confirmation
Confirm Date: February 18, 2020                    Page 3 of 3

Brokerage Account Number
[REDACTED] - ROLLOVER

**CHARLES AARON MCINTYRE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20049-0FX5VX | 2* | WK# | 02-18-20 | 02-20-20 | 949746101 | 20049-P75PG | | |

You Bought
          100
    at   46.9754
Symbol :
WFC

DESCRIPTION and DISCLOSURES
WELLS FARGO CO NEW COM
WE HAVE ACTED AS AGENT.

Principal  Amount        4,697.54
Settlement Amount        4,697.54

9900303823                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



Brokerage Account Number
███████ **IRA - ROLLOVER**

**CHARLES AARON MCINTYRE**

9900421331

FMT CO CUST IRA ROLLOVER
FBO CHARLES AARON MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

| Online | Fidelity.com |
|---|---|
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20328-1FZZ1T | 2* | WK# | 11-23-20 | 11-25-20 | 949746101 | 20328-HWNDS | | |

| | DESCRIPTION and DISCLOSURES | |
|---|---|---|
| You Sold | WELLS FARGO CO NEW COM | Principal Amount 26,435.00 |
| 1,000 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee 0.59 |
| at 26.4350 | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount 26,434.41 |
| Symbol: | INSTRUCTIONS WILL BE DEPLETED USING | |
| WFC | FIRST IN, FIRST OUT METHOD. | |
| | PARTIAL EXECUTION | |

9900421331                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO CHARLES AARON MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

If you are eligible to make a deposit, please use this form for
investments in your brokerage account ███████ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230628952   00   000

Transaction Confirmation                    Page 2 of 2
Confirm Date: November 23, 2020

Brokerage Account Number
████████ IRA - ROLLOVER

**CHARLES AARON MCINTYRE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20328-1FZZ2G | 2* | WK# | 11-23-20 | 11-25-20 | 949746101 | 20328-HWNDS | | |

You Sold                    DESCRIPTION and DISCLOSURES
                            WELLS FARGO CO NEW COM                Principal Amount        87,120.53
        3,296               WE HAVE ACTED AS AGENT.               Activity Assessment Fee      1.93
    at  26.4322             LOTS WITHOUT SPECIFIC SHARES          Settlement Amount       87,118.60
Symbol :                    INSTRUCTIONS WILL BE DEPLETED USING
WFC                         FIRST IN, FIRST OUT METHOD.
                            PARTIAL EXECUTION

9900421331              ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**

In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued, When-Distributed or TBA Transactions: The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue, delivery or pool allocation. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC, ("NFS"), may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Fractional Share Trading: National Financial Services ("NFS"), an affiliate broker-dealer, will execute the fractional component of a customer order in a principal capacity.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted when the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Orders marked "solicited" are not the result of "investment advice" from Fidelity, as that term is defined under ERISA and underlying U.S. Department of Labor Regulations, except to the extent that Fidelity utilizes an unaffiliated third party in obtaining such advice.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

447970.27.0

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") such as alternative investments or private placements or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

**\* T - TYPE OF ACCOUNT**

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued / TBA |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.
D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.
D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.
D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time. Ratings information may not be provided for all debt securities. When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services. Please contact your broker dealer if you need more information about a security.

---

# INSTRUCTIONS FOR DEPOSITING CERTIFICATES

**Endorsement Instructions**

1) The signature on the back of the certificate must correspond exactly to the name as written upon the face of the certificate.

2) Write "National Financial Services LLC" on the line between "appoint" and "attorney."

3) Write your brokerage account number on the top right corner of the front of the certificate.

4) Failure to properly prepare the Certificate may result in delays completing your transaction.

## MAIL CERTIFICATES TO THIS ADDRESS:

NATIONAL FINANCIAL SERVICES LLC
ATTN: Banking Services
Mail Zone KC1N
100 Crosby Parkway
Covington, KY 41015

9900196292



**Transaction Confirmation**
**Confirm Date: November 23, 2020**

Brokerage Account Number
████████ **JOINT WRS - TOD**

**CHARLES AARON MCINTYRE**

9900196292

CHARLES AARON MCINTYRE
KATHARINE OHARA MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20328-0GP06J | 2* | WK# | 11-23-20 | 11-25-20 | 949746101 | 20328-HKNHX | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | WELLS FARGO CO NEW COM | Principal Amount | 51,441.00 |
| | 1,950 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 1.14 |
| at | 26.3800 | LOTS WITHOUT SPECIFIC SHARES | Settlement Amount | 51,439.86 |
| Symbol : | | INSTRUCTIONS WILL BE DEPLETED USING | | |
| WFC | | FIRST IN, FIRST OUT METHOD. | | |

9900196292       ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES AARON MCINTYRE
KATHARINE OHARA MCINTYRE
25019 ANGELA CT
DAMASCUS MD 20872-2353

If you are eligible to make a deposit, please use this form for investments in your brokerage account ████████ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z04516211   00   000

In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued, When-Distributed or TBA Transactions: The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue, delivery or pool allocation. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC, ("NFS"), may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Orders marked "solicited" are not the result of "investment advice" from Fidelity, as that term is defined under ERISA and underlying U.S. Department of Labor Regulations, except to the extent that Fidelity utilizes an unaffiliated third party in obtaining such advice.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

447970.25.0

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") such as alternative investments or private placements or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS commissions, sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

**\* T - TYPE OF ACCOUNT**

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued / TBA |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.
D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.
D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.
D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time. Ratings information may not be provided for all debt securities. When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services. Please contact your broker dealer if you need more information about a security.

# INSTRUCTIONS FOR DEPOSITING CERTIFICATES

**Endorsement Instructions**

1) The signature on the back of the certificate must correspond exactly to the name as written upon the face of the certificate.

2) Write "National Financial Services LLC" on the line between "appoint" and "attorney."

3) Write your brokerage account number on the top right corner of the front of the certificate.

4) Failure to properly prepare the Certificate may result in delays completing your transaction.

MAIL CERTIFICATES TO THIS ADDRESS:

NATIONAL FINANCIAL SERVICES LLC
ATTN: Banking Services
Mail Zone KC1N
100 Crosby Parkway
Covington, KY 41015

9900303823