**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SECURITIES LITIGATION | Case No. 1:20-cv-04494-JLR-SN **CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR**
**APPROVAL OF DISTRIBUTION PLAN**

TO:    All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 23(e) and this Court's Order Approving Plan of Allocation of Net Settlement Fund (ECF No. 205) and Judgment Approving Class Action Settlement (ECF No. 207), Lead Plaintiffs, on behalf of themselves and the Settlement Class, will and do hereby move this Court, before the Honorable Jennifer L. Rochon, for entry of the accompanying [Proposed] Order Approving Distribution Plan ("Class Distribution Order").[1]

This motion ("Motion") is based upon (a) the Declaration of Alexander P. Villanova in Support of Lead Plaintiffs' Motion for Approval of Distribution Plan ("Villanova Declaration") submitted herewith on behalf of the Court-authorized Claims Administrator, Epiq Class Action and Claims Solutions, Inc. ("Epiq"); (b) the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Approval of Distribution Plan ("Memorandum"); and (c) all other papers and proceedings herein.

The Class Distribution Order would, among other things: (i) approve the administrative determinations of Epiq accepting and rejecting Claims submitted in connection with the Settlement reached in the above-captioned Action; (ii) direct the distribution of the Net Settlement Fund to Claimants whose Claims are accepted by Epiq as valid and approved by the Court ("Authorized Claimants"), while maintaining a Reserve for any tax liability or claims administration-related contingencies that may arise; (iii) direct that distribution checks state that the check must be cashed within 90 days after the issue date; (iv) direct that Authorized Claimants will forfeit all recovery from the Settlement if they fail to cash their distribution

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated as of May 8, 2023 (ECF No. 178-1) ("Stipulation"), and in the Villanova Declaration filed herewith.

checks in a timely manner; and (v) approve the recommended plan for any funds remaining after the distribution.

As set forth in the Villanova Declaration, there are currently twenty (20) Claimants with outstanding requests for Court review of Epiq's administrative determination with respect to their Claims ("Disputed Claims"). Upon the filing of this Motion, Lead Counsel will send each Claimant with a Disputed Claim a copy of this Motion, the Memorandum, the Villanova Declaration, Exhibit D to the Villanova Declaration along with the supporting documentation that relates to the Claimant's Disputed Claim, and the proposed Class Distribution Order. Lead Counsel will inform these Claimants that they do not need to take any further action to have the Court consider their dispute; however, if these Claimants wish to make an additional submission, they should direct it to the Court's attention with a copy to Lead Counsel postmarked no later than August 15, 2024. If any such submission is made, Lead Counsel will submit a reply by August 26, 2024 addressing such submission.

Defendants have stated that they take no position on the Motion and, pursuant to the terms of the Stipulation, Defendants have no interest in the relief sought by the Motion.

Dated: July 29, 2024

Respectfully submitted,

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Laura H. Posner (LP-8612)
88 Pine Street, Fourteenth Floor
New York, New York 10005
Tel.: (212) 220-2925
Fax: (212) 838-7745
lposner@cohenmilstein.com

*/s/ Jonathan D. Uslaner*＊
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Jeroen van Kwawegen (JV-1010)
Michael D. Blatchley (MB-7279)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
jeroen@blbglaw.com
michaelb@blbglaw.com

Steven J. Toll (admitted *pro hac vice*)
Julie G. Reiser (admitted *pro hac vice*)

Jonathan D. Uslaner (JU-1942)
Lauren M. Cruz (admitted *pro hac vice*)

2

S. Douglas Bunch (SB-3028)
Molly J. Bowen (admitted *pro hac vice*)
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com

*Counsel for Lead Plaintiffs Public Employees'
Retirement System of Mississippi and State of
Rhode Island, Office of the General Treasurer,
on behalf of the Employees' Retirement System
of Rhode Island, and Co-Lead Counsel for the
Settlement Class*

2121 Avenue of the Stars
Los Angeles, California 90067
Tel.: (310) 819-3470
jonathanu@blbglaw.com
lauren.cruz@blbglaw.com

*Counsel for Lead Plaintiffs Handelsbanken
Fonder AB and Louisiana Sheriffs' Pension &
Relief Fund, and Co-Lead Counsel for the
Settlement Class*

**KLAUSNER, KAUFMAN, JENSEN
 & LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Louisiana Sheriffs'
Pension & Relief Fund*

*All electronic signatures ("*/s/*") are signed with consent of counsel pursuant to Rule 8.5 of this
Court's Electronic Case Filing Rules & Instructions, as of July 24, 2023.