# EXHIBIT A

# DEFICIENCY LETTER

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209

Claim Number:        4

Response Deadline:    November 8, 2023

October 19, 2023

**Notice of Deficient Proof of Claim Submission**

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04