# EXHIBIT C

# TRANSACTION REPORT

| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 | DEFICIENCY REASON 5 |
|---|---|---|---|---|---|---|---|---|---|
| ███ | 530130311 | WEB C02 | Denied | ████████████ | PO | | | | |
| | 530130312 | WEB C02 | Denied | ████████ | PO | | | | |
| | 530130313 | WEB C02 | Denied | ██████ | PO | | | | |