# EXHIBIT D

# DISPUTED CLAIMS

| **SECTION I:  Claims Determined Not to Have a Recognized Claim** | | |
|---|---|---|
| **A.  Claimant had a Market Gain on their Transactions in Wells Fargo Common Stock (Notice ¶¶ 74-75)** | | |
| **Disputed Claim No.** | **Claim Number** | **Claim Determination** |
| 1 | 2023 | <u>Reason for Rejection</u>: No Recognized Claim. *The Claimant had a Market Gain on their transactions in Wells Fargo common stock during the Class Period.* <br><br> <u>Detailed Explanation</u>: <br>Because the Claimant had an overall Market Gain on the Wells Fargo shares they bought during the Class Period, the Claimant's Recognized Claim is $0.00. *See* Notice ¶¶ 74-75. Specifically, the Claimant purchased 20 shares during the Class Period (on March 28, 2018) for $1,029.128, sold those 20 shares on August 20, 2018 and August 23, 2019 for a total sale price of $1,138.5399, and held no shares purchased during the Class Period as of June 9, 2020. Therefore, the difference between the Claimant's Total Purchase Amount ($1,029.128) and (ii) the sum of the Claimant's Total Sales Proceeds ($1,138.5399) and the Claimant's Holding Value ($0) is a negative number (-$109.4119). As stated in ¶ 74 of the Notice, this represents the Claimant's Market Gain and under ¶ 75, if "a Claimant had a Market Gain with respect to his, her, or its overall transactions in Wells Fargo common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero." In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review on the basis that the Claim should not be rejected because they provided documentation and do not have anything else to provide. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq spoke to the Claimant's spouse by telephone, who provided the telephone number of a third party. Epiq attempted to contact the third party, but their phone number is no longer in service. <br><br> <u>Transactional History</u>: |

| **Date of <u>Transaction</u>** | **Transaction <u>Type</u>** | **Number of <u>Shares</u>** | **Price per <u>Share</u>** | **<u>Total</u>** (excluding commission) | **Notice <u>Reference</u>** |
|---|---|---|---|---|---|

|  |  |  | 2/2/2018 | Beginning Holdings | 132 |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | 3/28/2018 | Purchase | 20 | $51.4564 | $1,029.128 |  |
|  |  |  | 8/20/2018 | Sale | 17 | $58.971 | $1,002.507 |  |
|  |  |  | 8/23/2019 | Sale | 25 | $45.3443 | $1,133.6075 |  |
|  |  |  | 10/16/2019 | Sale | 25 | $49.8965 | $1,247.4125 |  |
|  |  |  | 10/23/2019 | Sale | 26 | $50.7072 | $1,318.3872 |  |
|  |  |  | 2/5/2020 | Sale | 59 | $47.9033 | $2,826.2947 |  |
|  |  |  | 6/9/2020 | Unsold Holdings | 0 |  |  |  |
|  |  |  |  | Total Purchase Amount |  |  | $1,029.128 |  |
|  |  |  |  | Total Sales Proceeds |  |  | $1,138.5399 |  |
|  |  |  |  | Claimant's Holding Value |  |  | $0 |  |
|  |  |  |  | Total Market Gain |  |  | $109.4119 | ¶¶ 74-75 |
| 2 | 23286 | Reason for Rejection: No Recognized Claim. |  |  |  |  |  |  |

**2**   **23286**

Reason for Rejection: No Recognized Claim.
> *The Claimant had a Market Gain on their transactions in Wells Fargo common stock during the Class Period.*

Detailed Explanation:

Because the Claimant had an overall Market Gain on the Wells Fargo shares they bought during the Class Period, their Recognized Claim is $0.00. *See* Notice ¶¶ 74-75. Specifically, the Claimant purchased 14.118 shares during the Class Period for a total of $683.28, sold those shares for a total sale price of $740.4883, and held no shares purchased during the Class Period as of June 9, 2020. Therefore, the difference between the Claimant's Total Purchase Amount ($683.28) and (ii) the sum of the Claimant's Total Sales Proceeds

($740.4891) and the Claimant's Holding Value ($0) is a negative number (-$57.2091).[1] As stated in ¶ 74 of the Notice, this represents the Claimant's Market Gain and under ¶ 75, if "a Claimant had a Market Gain with respect to his, her, or its overall transactions in Wells Fargo common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero." In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq contacted the Claimant and they maintained their request for Court review.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 337.226 | | | |
| 3/1/2019 | Purchase | 3.143 | $50.03 | $157.24 | |
| 6/3/2019 | Purchase | 3.571 | $44.52 | $158.98 | |
| 9/3/2019 | Purchase | 3.977 | $46.09 | $183.30 | |
| 12/2/2019 | Purchase | 3.427 | $53.62 | $183.76 | |
| 1/9/2020 | Sale | 0.443 | $52.45 | $23.24 | |
| 1/9/2020 | Sale | 0.628 | $52.45 | $32.93 | |
| 1/9/2020 | Sale | 1.254 | $52.45 | $65.77 | |
| 1/9/2020 | Sale | 1.33 | $52.45 | $69.76 | |
| 1/9/2020 | Sale | 1.347 | $52.45 | $70.65 | |
| 1/9/2020 | Sale | 1.094 | $52.45 | $57.39 | |
| 1/9/2020 | Sale | 0.851 | $52.45 | $44.64 | |
| 1/9/2020 | Sale | 2.10 | $52.45 | $110.14 | |
| 1/9/2020 | Sale | 1.903 | $52.45 | $99.81 | |
| 1/9/2020 | Sale | 1.97 | $52.45 | $103.32 | |
| 1/9/2020 | Sale | 2.093 | $52.45 | $109.77 | |

---

[1] If a Settlement Class Member made more than one purchase/acquisition or sale of Wells Fargo common stock during the Class Period, all purchases/acquisitions and sales will be matched on a last-in, first-out ("LIFO") basis. *See* Notice ¶ 69.

| | | | 1/9/2020 | Sale | 2.221 | $52.45 | $116.49 | |
|---|---|---|---|---|---|---|---|---|
| | | | 1/9/2020 | Sale | 2.191 | $52.45 | $114.92 | |
| | | | 1/9/2020 | Sale | 2.051 | $52.45 | $107.57 | |
| | | | 1/9/2020 | Sale | 1.985 | $52.45 | $104.11 | |
| | | | 1/9/2020 | Sale | 2.106 | $52.45 | $110.46 | |
| | | | 1/9/2020 | Sale | 2.106 | $52.45 | $110.46 | |
| | | | 1/9/2020 | Sale | 2.022 | $52.45 | $106.06 | |
| | | | 1/9/2020 | Sale | 1.981 | $52.45 | $103.90 | |
| | | | 1/9/2020 | Sale | 2.108 | $52.45 | $110.56 | |
| | | | 1/9/2020 | Sale | 2.301 | $52.45 | $120.69 | |
| | | | 1/9/2020 | Sale | 2.167 | $52.45 | $113.66 | |
| | | | 1/9/2020 | Sale | 2.542 | $52.45 | $133.33 | |
| | | | 1/9/2020 | Sale | 2.428 | $52.45 | $127.35 | |
| | | | 1/9/2020 | Sale | 2.465 | $52.45 | $129.29 | |
| | | | 1/9/2020 | Sale | 2.314 | $52.45 | $121.37 | |
| | | | 1/9/2020 | Sale | 2.114 | $52.45 | $110.88 | |
| | | | 1/9/2020 | Sale | 2.476 | $52.45 | $129.86 | |
| | | | 1/9/2020 | Sale | 2.556 | $52.45 | $134.06 | |
| | | | 1/9/2020 | Sale | 2.346 | $52.45 | $123.05 | |
| | | | 1/9/2020 | Sale | 2.278 | $52.45 | $119.49 | |
| | | | 1/9/2020 | Sale | 2.452 | $52.45 | $128.61 | |
| | | | 1/9/2020 | Sale | 2.536 | $52.45 | $133.02 | |
| | | | 1/9/2020 | Sale | 2.765 | $52.45 | $145.03 | |
| | | | 1/9/2020 | Sale | 283.82 | $52.45 | $14,886.42 | |
| | | | 6/9/2020 | Unsold Holdings | 0 | | | |
| | | | | Total Purchase Amount | | | $683.28 | |
| | | | | Total Sales Proceeds | | | $740.4891 | |

| | | | Claimant's Holding Value | | | $0 | | |
|---|---|---|---|---|---|---|---|---|
| | | | Total Market Gain | | | $57.2091 | ¶¶ 74-75 | |
| 3 | 27370 | | | | | | | |

**Reason for Rejection:** No Recognized Claim.

*The Claimant had a Market Gain on their transactions in Wells Fargo common stock during the Class Period.*

Detailed Explanation:

Because the Claimant had an overall Market Gain on the Wells Fargo shares they bought during the Class Period, their Recognized Claim is $0.00. *See* Notice ¶¶ 74-75. Specifically, the Claimant purchased 5,100 shares during the Class Period for a total of $270,064.00, sold those shares for a total sale price of $273,619.00, and held no shares purchased during the Class Period as of June 9, 2020. Therefore, the difference between the Claimant's Total Purchase Amount ($270,064.00) and (ii) the sum of the Claimant's Total Sales Proceeds ($273,619.00) and the Claimant's Holding Value ($0) is a negative number (-$3,555.00). As stated in ¶ 74 of the Notice, this represents the Claimant's Market Gain and under ¶ 75, if "a Claimant had a Market Gain with respect to his, her, or its overall transactions in Wells Fargo common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero." In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq attempted to contact the Claimant two times and left two voicemails. On the third attempt, Epiq was able to reach the Claimant and the Claimant maintained their request for Court review.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 0 | | | |
| 11/5/2019 | Purchase | 1,000 | $53.01 | $53,010.00 | |
| 11/5/2019 | Purchase | 4,100 | $52.94 | $217,054.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 11/12/2019 | Sale | 100 | $54.05 | $5,405.00 | |
| | | 11/13/2019 | Sale | 600 | $53.74 | $32,244.00 | |
| | | 11/13/2019 | Sale | 1,800 | $53.73 | $96,714.00 | |
| | | 11/21/2019 | Sale | 2,600 | $53.56 | $139,256.00 | |
| | | 6/9/2020 | Unsold Holdings | 0 | | | |
| | | | Total Purchase Amount | | | $270,064.00 | |
| | | | Total Sales Proceeds | | | $273,619.00 | |
| | | | Claimant's Holding Value | | | $0 | |
| | | | Total Market Gain | | | $3,555.00 | ¶¶ 74-75 |
| 4 | 27371 | Reason for Rejection: No Recognized Claim.<br>*The Claimant had a Market Gain on their transactions in Wells Fargo common stock during the Class Period.*<br><br>Detailed Explanation:<br>Because the Claimant had an overall Market Gain on the Wells Fargo shares they bought during the Class Period, their Recognized Claim is $0.00. *See* Notice ¶¶ 74-75. Specifically, the Claimant purchased 1,250 shares during the Class Period for a total of $62,665.00, sold those shares for a total sale price of $66,488.50, and held no shares purchased during the Class Period as of June 9, 2020. Therefore, the difference between the Claimant's Total Purchase Amount ($62,665.00) and (ii) the sum of the Claimant's Total Sales Proceeds ($66,488.50) and the Claimant's Holding Value ($0) is a negative number (-$3,823.50). As stated in ¶ 74 of the Notice, this represents the Claimant's Market Gain and under ¶ 75, if "a Claimant had a Market Gain with respect to his, her, or its overall transactions in Wells Fargo common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero." In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq attempted to | | | | | | |

contact the Claimant two times and left two voicemails. On the third attempt, Epiq was able to reach the Claimant and the Claimant maintained their request for Court review.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 0 | | | |
| 10/11/2019 | Purchase | 1,000 | $49.63 | $49,630.00 | |
| 10/29/2019 | Purchase | 250 | $52.14 | $13,035.00 | |
| 12/20/2019 | Sale | 100 | $53.20 | $5,320.00 | |
| 12/20/2019 | Sale | 1,150 | $53.19 | $61,168.50 | |
| 6/9/2020 | Unsold Holdings | 0 | | | |
| | Total Purchase Amount | | | $62,665.00 | |
| | Total Sales Proceeds | | | $66,488.50 | |
| | Claimant's Holding Value | | | $0 | |
| | Total Market Gain | | | $3,823.50 | ¶¶ 74 -75 |

| | | |
|---|---|---|
| **B. Claimant Sold All Shares of Wells Fargo Common Stock Before the Initial Corrective Disclosure Date of January 15, 2019 (Notice ¶ 65(a))** | | |

**5** | 5184 | Reason for Rejection: No Recognized Claim.

*The Claimant sold all shares of Wells Fargo common stock they purchased during the Class Period prior to the initial corrective disclosure date of January 15, 2019.*

Detailed Explanation:
Because all shares purchased during the Class Period were sold prior to the initial corrective disclosure date of January 15, 2019, the Recognized Loss Amount is $0.00. Specifically, the Claimant purchased 1,000 shares on February 6, 2018 and sold those shares on February 8, 2018. The Plan of Allocation provides that, for shares "…[s]old before January 15, 2019, the Recognized Loss Amount will be $0.00." Notice ¶ 65(a). In response to the Notice of Deficient Proof of Claim Submission, the Claimant asked for reconsideration of their Claim and in the alternative requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. The Claimant provided a response to the deficiency letter with documentation previously submitted. Epiq attempted to contact the Claimant three times and left three voicemails.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 0 | | | |
| 2/6/2018 | Purchase | 1000 | $56.8099 | $56,809.90 | ¶ 65(a) |
| 2/8/2018 | Sale | 1000 | $56.2843 | $56,284.30 | ¶ 65(a) |
| 1/15/2019 | First Corrective Disclosure | | | | |
| 6/9/2020 | Unsold Holdings | 0 | | | |

| 6 | 11396 | Reason for Rejection: No Recognized Claim. |

**Reason for Rejection**: No Recognized Claim.
*The Claimant sold all shares of Wells Fargo common stock they purchased during the Class Period prior to the initial corrective disclosure date of January 15, 2019.*

Detailed Explanation:
Because all shares purchased during the Class Period were sold prior to the initial corrective disclosure date of January 15, 2019, the Recognized Loss Amount is $0.00. *See* Notice ¶ 65(a). Specifically, the Claimant purchased a total of 397 shares on August 22, 2018 and October 11, 2018, and sold those 397 shares on December 19, 2018. The Plan of Allocation provides that, for shares "…[s]old before January 15, 2019, the Recognized Loss Amount will be $0.00." Notice ¶ 65(a). In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review on the basis that two other Claims filed by them were not rejected. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq attempted to contact the Claimant three times and left three voicemails.

Transactional History:

| Date of **Transaction** | Transaction **Type** | Number of **Shares** | Price per **Share** | **Total** (excluding commission) | Notice **Reference** |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 0 | | | |
| 8/22/2018 | Purchase | 381 | $59.28 | $22,585.68 | ¶ 65(a) |
| 10/11/2018 | Purchase | 16 | $51.85 | $829.60 | ¶ 65(a) |
| 12/19/2018 | Sale | 397 | $45.74 | $18,158.78 | ¶ 65(a) |
| 1/15/2019 | First Corrective Disclosure | | | | |
| 6/9/2020 | Unsold Holdings | 0 | | | |

| 7 | 13961 | Reason for Rejection: No Recognized Claim. |

*The Claimant sold all shares of Wells Fargo common stock they purchased during the Class Period prior to the initial corrective disclosure date of January 15, 2019.*

Detailed Explanation:

Because all shares purchased during the Class Period were sold prior to the initial corrective disclosure date of January 15, 2019, the Recognized Loss Amount is $0.00. *See* Notice ¶ 65(a). Specifically, the Claimant sold all shares they purchased in the Class Period on November 2, 2018. The Plan of Allocation provides that, for shares "…[s]old before January 15, 2019, the Recognized Loss Amount will be $0.00." Notice ¶ 65(a). In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. The Claimant provided a response to the deficiency letter with documentation previously submitted. Epiq attempted to contact the Claimant four times and left four voicemails.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 30.2081 | | | |
| 3/1/2018 | Purchase | 0.1957 | $60.2035 | $11.7818 | ¶ 65(a) |
| 6/1/2018 | Purchase | 0.2208 | $53.7067 | $11.8584 | ¶ 65(a) |
| 9/4/2018 | Purchase | 0.2237 | $58.8677 | $13.1687 | ¶ 65(a) |
| 11/2/2018 | Sale | 30.8483 | $53.4647 | $1,649.2951 | ¶ 65(a) |
| 1/15/2019 | First Corrective Disclosure | | | | |
| 6/9/2020 | Unsold Holdings | 0 | | | |

| 8 | 24943 | **Reason for Rejection**: No Recognized Claim. |
|---|---|---|

*The Claimant sold all shares of Wells Fargo common stock they purchased during the Class Period prior to the initial corrective disclosure date of January 15, 2019.*

**Detailed Explanation**:

Because all shares purchased during the Class Period were sold prior to the initial corrective disclosure date of January 15, 2019, the Recognized Loss Amount is $0.00. *See* Notice ¶ 65(a). Specifically, the Claimant sold all shares they purchased in the Class Period from August 29, 2018 through January 9, 2019. The Plan of Allocation provides that, for shares "…[s]old before January 15, 2019, the Recognized Loss Amount will be $0.00." Notice ¶ 65(a). In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. The Claimant provided a response to the deficiency letter with documentation previously submitted. Epiq attempted to contact the Claimant three times and left two voicemails. For the final call attempt, the call could not be completed as dialed. Please note, there is a trade discrepancy associated with the Claim for 470 shares that misrepresents a balance of unsold holdings. It is possible the Claimant mistakenly included the total shares purchased as their beginning holdings, but even if the Claim was adjusted to address the mistake, the Claim would still calculate to no Recognized Claim as the eligible shares purchased during the Class Period were all sold prior to the initial corrective disclosure date.

**Transactional History**:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 470 | | | |
| 8/24/2018 | Purchase | 115 | $59.2413 | $6,812.7495 | ¶ 65(a) |
| 8/27/2018 | Purchase | 181 | $58.829 | $10,648.049 | ¶ 65(a) |
| 8/28/2018 | Purchase | 174 | $58.8079 | $10,232.5746 | ¶ 65(a) |
| 8/29/2018 | Sale | 3 | $59.1201 | $177.3603 | ¶ 65(a) |
| 11/8/2018 | Sale | 61 | $53.1127 | $3,239.8747 | ¶ 65(a) |
| 11/16/2018 | Sale | 4 | $53.0633 | $212.2532 | ¶ 65(a) |

| | | | 12/12/2018 | Sale | 183 | $47.5118 | $8,694.6594 | ¶ 65(a) | |
| | | | 1/9/2019 | Sale | 219 | $47.5693 | $10,417.6767 | ¶ 65(a) | |
| | | | 1/15/2019 | First Corrective Disclosure | | | | | |
| | | | 6/9/2020 | Unsold Holdings | 470 | | | | |

| 9 | 25446 | **Reason for Rejection**: No Recognized Claim. *The Claimant sold all shares of Wells Fargo common stock they purchased during the Class Period prior to the initial corrective disclosure date of January 15, 2019.* |
|---|---|---|

**Detailed Explanation**:

Because all shares purchased during the Class Period were sold prior to the initial corrective disclosure date of January 15, 2019, the Recognized Loss Amount is $0.00. *See* Notice ¶ 65(a). Specifically, the Claimant sold all shares they purchased in the Class Period from November 8, 2018 through January 9, 2019. The Plan of Allocation provides that, for shares "…[s]old before January 15, 2019, the Recognized Loss Amount will be $0.00." Notice ¶ 65(a). In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. The Claimant provided a response to the deficiency letter with documentation previously submitted. Epiq attempted to contact the Claimant but the call did not connect. Please note, there is a trade discrepancy associated with the Claim for 50 shares that misrepresents a balance of unsold holdings. It is possible the Claimant mistakenly included the total shares purchased as their beginning holdings, but even if the Claim was adjusted to address the mistake, the Claim would still calculate to no Recognized Claim as the eligible shares purchased during the Class Period were all sold prior to the initial corrective disclosure date.

**Transactional History**:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 50 | | | |
| 8/22/2018 | Purchase | 12 | $59.2413 | $710.8956 | ¶ 65(a) |
| 8/23/2018 | Purchase | 19 | $58.829 | $1,117.751 | ¶ 65(a) |
| 8/24/2018 | Purchase | 19 | $58.8079 | $1,117.3501 | ¶ 65(a) |
| 11/8/2018 | Sale | 6 | $59.1127 | $318.6762 | ¶ 65(a) |
| 12/12/2018 | Sale | 20 | $47.5118 | $950.2360 | ¶ 65(a) |
| 1/9/2019 | Sale | 24 | $47.5693 | $1,141.6632 | ¶ 65(a) |

| | | 1/15/2019 | First Corrective Disclosure | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 6/9/2020 | Unsold Holdings | 50 | | | | |

| | | **C. Claimant Sold All Shares of Wells Fargo Common Stock Within the Same Disclosure Period (Notice ¶ 65(b)(i))** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **10** | 22547 | <u>Reason for Rejection</u>: No Recognized Claim. *The Claimant sold all eligible shares of Wells Fargo common stock within the same disclosure period between January 14, 2020 to March 4, 2020.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant purchased and sold all eligible shares within the same disclosure period, the Recognized Loss Amount is $0.00. *See* Notice ¶ 65(b)(i). Specifically, the Claimant purchased a total of 200 shares on January 14, 2020 and January 15, 2020 and sold those shares on February 5, 2020, all between two consecutive corrective disclosure dates on January 14, 2020 and March 5, 2020. The Plan of Allocation provides that, the Recognized Loss Amount for shares sold from January 15, 2019 through March 12, 2020 is equal to the lesser of two values, one of which is "the amount of artificial inflation per share on the date of purchase/acquisition as reflected in Table A *minus* the amount of artificial inflation per share on the date of sale as reflected in Table A." Notice ¶ 65(b)(i). When utilizing Table A and the artificial inflation rates (Notice, page 14) the purchase and sale of the eligible shares occurred within the same disclosure period of January 14, 2020 to March 4, 2020 which means that the artificial inflation per share ($1.93) was the same on the date of the Claimant's purchases as on the date of sale, resulting in a calculation of $1.93 minus $1.93, and a Recognized Loss Amount of $0.00. *See* Notice ¶ 65(b)(i); Table A, Notice page 14. In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. Epiq contacted the Claimant and they maintained their request for Court review. | | | | | | |

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 0 | | | |
| 1/14/2020 | Corrective Disclosure | | | | |
| 1/14/2020 | Purchase | 100 | $49.28 | $4,928.00 | ¶ 65(b)(i) |
| 1/15/2020 | Purchase | 50 | $48.4153 | $2,420.765 | ¶ 65(b)(i) |
| 1/15/2020 | Purchase | 50 | $48.00 | $2,400.00 | ¶ 65(b)(i) |
| 2/5/2020 | Sale | 200 | $48.36 | $9,672.00 | ¶ 65(b)(i) |
| 3/5/2020 | Corrective Disclosure | | | | |
| 6/9/2020 | Unsold Holdings | 0 | | | |

## D. Claimant Did Not Provide Details Related to the Ultimate Disposition of Wells Fargo Common Stock During the Class Period (Notice ¶ 70)

| 11 | 22823 | Reason for Rejection: No Recognized Claim. |
|---|---|---|

Reason for Rejection: No Recognized Claim.
>*The Claimant did not provide details related to the ultimate disposition of Wells Fargo common stock purchased during the Class Period.*

Detailed Explanation:
Because the Plan of Allocation requires documentation of the ultimate disposition of eligible Wells Fargo common stock purchased during the Class Period and the Claimant did not provide details related to the ultimate disposition of their eligible Wells Fargo common stock, their Recognized Claim is $0.00. *See* Notice ¶ 65(b)–(d). Specifically, the Claimant's Claim showed that they purchased approximately 2.16 shares during the Class Period and then transferred those shares (as well as shares held at the beginning of the Class Period) out of their account on March 2, 2020, but did not provide any information on the ultimate disposition of their shares. As part of their Claim, the Claimant also included ineligible transactions in Wells Fargo Mutual Funds (Wells Fargo Intrinsic Value Fund and Wells Fargo Classic Value Fund). These ineligible trades have been excluded from the analysis as they are not eligible securities in this Settlement. For purposes of

calculating a Recognized Loss Amount for Wells Fargo common stock, the formula provided by the Plan of Allocation requires one of the following: 1) the sale date and price per share of any sales; and/or 2) information confirming the shares were held as of the close of trading on June 9, 2020. *See* Notice ¶ 65(b)–(d). Similarly, the Plan of Allocation deems that "[t]he receipt or grant by gift, inheritance, or operation of law of Wells Fargo common stock during the Class Period shall not be deemed a purchase, acquisition or sale for the calculation of a Claimant's Recognized Loss Amount." *See* Notice ¶ 70. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission, nor did it include information related to the ultimate disposition of the Wells Fargo common stock purchased during the Class Period. Epiq attempted to contact the Claimant two times and left two voicemails. On the third attempt, Epiq was able to reach the Claimant and the Claimant maintained their request for Court review.

Transactional History:

| Date of Transaction | Transaction Type | Number of Shares | Price per Share | Total (excluding commission) | Notice Reference |
|---|---|---|---|---|---|
| 2/2/2018 | Beginning Holdings | 66.9361 | | | |
| 12/1/2018 | Purchase | 0.3899 | $64.258 | $25.0542 | |
| 12/3/2018 | Purchase | 0.524 | $54.237 | $28.4157 | |
| 12/2/2019 | Purchase | 0.648 | $53.975 | $34.9758 | |
| 3/2/2020 | Purchase | 0.596 | $69.284 | $41.2933 | |
| 3/2/2020 | Transferred Out | 69 | | | ¶ 70 |
| 6/9/2020 | Unsold Holdings | 0 | | | |

| **SECTION II.** All Shares of Wells Fargo Common Stock Were Purchased Through the Wells Fargo & Company 401(k) Plan or Wells Fargo & Company Cash Balance Plan | | | |
| --- | --- | --- | --- |
| **12** | | 762 | <u>Reason for Rejection</u>: Duplicate of Claim Filed by the Wells Fargo Retirement Plan. *The Claimant purchased all shares through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant only included shares of Wells Fargo common stock purchased or acquired through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan (collectively, "the Plans"), and as is customary, the Plans themselves have filed Claims encompassing those shares of Wells Fargo common stock, the Claim is rejected as a duplicate of the Claims filed by the Plans. The Plans are the direct owners of those shares. The Claimant may receive payment from one of the Plans based on the amount the Plan receives as a result of its master Claim. However, the Plans have the ultimate authority and responsibility, consistent with their fiduciary duties, to allocate the settlement proceeds that they receive among the participants or former participants of the respective Plans. The Claimant provided a response and requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those connected to the Plans and thus the Claim remained rejected. |
| **13** | | 3914 | <u>Reason for Rejection</u>: Duplicate of Claim Filed by the Wells Fargo Retirement Plan. *The Claimant purchased all shares through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant only included shares of Wells Fargo common stock purchased or acquired through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan (collectively, "the Plans"), and as is customary, the Plans themselves have filed Claims encompassing those shares of Wells Fargo common stock, the Claim is rejected as a duplicate of the Claims filed by the Plans. The Plans are the direct owners of those shares. The Claimant may receive payment from one of the Plans based on the amount the Plan receives as a result of its master Claim. However, the Plans have the ultimate authority and responsibility, consistent with their fiduciary duties, to allocate the settlement proceeds that they receive among the participants or former participants of the respective Plans. The Claimant provided a response and requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those connected to the Plans and thus the Claim remained rejected. |

| 14 | 19900 | <u>Reason for Rejection</u>: Duplicate of Claim Filed by the Wells Fargo Retirement Plan.<br>*The Claimant purchased all shares through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant only included shares of Wells Fargo common stock purchased or acquired through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan (collectively, "the Plans"), and as is customary, the Plans themselves have filed Claims encompassing those shares of Wells Fargo common stock, the Claim is rejected as a duplicate of the Claims filed by the Plans. The Plans are the direct owners of those shares. The Claimant may receive payment from one of the Plans based on the amount the Plan receives as a result of its master Claim. However, the Plans have the ultimate authority and responsibility, consistent with their fiduciary duties, to allocate the settlement proceeds that they receive among the participants or former participants of the respective Plans. The Claimant provided a response and requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those connected to the Plans and thus the Claim remained rejected. |
| 15 | 34668 | <u>Reason for Rejection</u>: Duplicate of Claim Filed by the Wells Fargo Retirement Plan.<br>*The Claimant purchased all shares through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant only included shares of Wells Fargo common stock purchased or acquired through the Wells Fargo & Company 401(k) Plan or the Wells Fargo & Company Cash Balance Plan (collectively, "the Plans"), and as is customary, the Plans themselves have filed Claims encompassing those shares of Wells Fargo common stock, the Claim is rejected as a duplicate of the Claims filed by the Plans. The Plans are the direct owners of those shares. The Claimant may receive payment from one of the Plans based on the amount the Plan receives as a result of its master Claim. However, the Plans have the ultimate authority and responsibility, consistent with their fiduciary duties, to allocate the settlement proceeds that they receive among the participants or former participants of the respective Plans. The Claimant provided a response and requested Court review. The response the Claimant provided did not reflect or support any additional transactions beyond those connected to the Plans and thus the Claim remained rejected. |

| **SECTION III.** All Shares of Wells Fargo Common Stock were Purchased Outside of the Class Period (Notice ¶ 61) | | |
|---|---|---|
| **16** | 10284 | <u>Reason for Rejection</u>: No Class Period Purchases/Acquisitions. *The Claimant did not purchase any eligible shares of Wells Fargo common stock during the Class Period of February 2, 2018 – March 12, 2020.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant did not purchase any shares of Wells Fargo common stock during the Class Period, the Claimant is not a member of the Settlement Class and is not eligible for payment from the Settlement. *See* Notice ¶¶ 17, 33, 43; *see also* Notice ¶¶ 61, 64. Shares purchased outside of the Class Period are not eligible. Specifically, the Claimant reported only pre-Class Period holdings and a post-Class Period purchase of shares on March 18, 2020. In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review on the basis that their March 18, 2020 purchase of shares was during the 90-day period subsequent to the Class Period. However, the 90 days after the Class Period is identified as the lookback period and is considered, as required by the Exchange Act, only for the purpose of calculating the Recognized Loss Amounts for shares purchased during the Class Period. *See* Notice p. 12, n.4. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. |
| **17** | 33338 | <u>Reason for Rejection</u>: No Class Period Purchases/Acquisitions. *The Claimant did not purchase any eligible shares of Wells Fargo common stock during the Class Period of February 2, 2018 – March 12, 2020.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant did not purchase any shares of Wells Fargo common stock during the Class Period, the Claimant is not a member of the Settlement Class and is not eligible for payment from the Settlement. *See* Notice ¶¶ 17, 33, 43; *see also* Notice ¶¶ 61, 64. Shares purchased outside of the Class Period are not eligible. Specifically, the Claimant reported only pre-Class Period holdings and a post-Class Period purchase of shares on March 13, 2020. In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review on the basis that the period identified on Part II of the Proof of Claim Form is through June 9, 2020, and thus would include the Claimant's March 13, 2020 purchase. However, the 90 days after the Class Period is identified as the lookback period and is considered, as required by the Exchange Act, only for the purpose of calculating the Recognized Loss Amounts for shares purchased during the Class Period. |

| | | |
|---|---|---|
| | | *See* Notice p. 12, n.4. The response the Claimant provided did not reflect or support any additional transactions beyond those contained in the original submission. |
| **18** | 30633 | <u>Reason for Rejection</u>: No Class Period Purchases/Acquisitions.<br>    *The Claimant did not purchase any eligible shares of Wells Fargo common stock during the Class Period of February 2, 2018 – March 12, 2020.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant did not purchase any shares of Wells Fargo common stock during the Class Period, the Claimant is not a member of the Settlement Class and is not eligible for payment from the Settlement. *See* Notice ¶¶ 17, 33, 43; *see also* Notice ¶¶ 61, 64. Shares purchased outside of the Class Period are not eligible. Specifically, the Claimant reported only pre-Class Period holdings. In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review on the basis that they owned the shares during the Class Period and ownership of the shares during the Class Period posed a risk. The response the Claimant provided did not reflect or support any Class Period transactions. |
| **19** | 18901 | <u>Reason for Rejection</u>: No Class Period Purchases/Acquisitions.<br>    *The Claimant did not purchase any eligible shares of Wells Fargo common stock during the Class Period of February 2, 2018 – March 12, 2020.*<br><br><u>Detailed Explanation</u>:<br>Because the Claimant did not purchase any shares of Wells Fargo common stock during the Class Period, the Claimant is not a member of the Settlement Class and is not eligible for payment from the Settlement. *See* Notice ¶¶ 17, 33, 43; *see also* Notice ¶¶ 61, 64. Shares purchased outside of the Class Period are not eligible. Specifically, the Claimant reported only a pre-Class Period purchase in 2016 and purchases outside of the Class Period in the 90-day lookback period which is considered, as required by the Exchange Act, only for the purpose of calculating the Recognized Loss Amounts for shares purchased during the Class Period. *See* Notice p. 12, n.4. In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review. The response the Claimant provided did not reflect or support any Class Period transactions, and included only information about different securities. |

| 20 | 6889 | Reason for Rejection: No Class Period Purchases/Acquisitions. |
|----|------|--------------|
|    |      | *The Claimant did not purchase any eligible shares of Wells Fargo common stock during the Class Period of February 2, 2018 – March 12, 2020.* |
|    |      | Detailed Explanation:<br>Because the Claimant did not purchase any shares of Wells Fargo common stock during the Class Period, the Claimant is not a member of the Settlement Class and is not eligible for payment from the Settlement. *See* Notice ¶¶ 17, 33, 43; *see also* Notice ¶¶ 61, 64. Shares purchased outside of the Class Period are not eligible. Specifically, the Claimant reported only purchases made in the "90-day look-back period." In response to the Notice of Deficient Proof of Claim Submission, the Claimant requested Court review on the basis that they owned the shares in the "90-day look-back period" even if such shares were not purchased during the Class Period. The response the Claimant provided did not reflect or support any Class Period transactions. |