# EXHIBIT D-5
# Claim 5184

# PROOF OF CLAIM AND RELEASE FORM

**MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

**AS-IS**
Document Control

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name          MI      Beneficial Owner's Last Name

Co-Beneficial Owner's First Name        MI      Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City                                              State      ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)                            Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you w information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

☑ Individual        ☐ IRA/401K            ☐ Estate
☐ Joint            ☐ Pension Plan         ☐ Trust
☐ Corporation      ☑ Other _RSP_         (please specify)

03-CA40065503
AI7513 v07

3

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

**A. Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

| | | | | | | | 0 | . | | |

**B. Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 0 2 0 6 7 8 | 1 1 7 0 0 0 | $ 5 6 . 3 7 | $ 6 0 3 0 9 . 7 0 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

**C. Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| 0 2 0 8 1 8 | 1 0 0 0 | $ 5 6 . 2 8 | $ 5 6 2 8 4 . 3 0 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

**D. Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

| | | | | | | 0 | . | | |

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this 21ST day of July, 2023, in ▮▮▮▮▮▮▮▮▮▮▮▮▮

    (Month/Year)         (City)     (State/Country)

▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature of Claimant          Signature of Joint Claimant, if any

▮▮▮▮▮▮▮▮▮▮▮▮▮

Print Name of Claimant          Print Name of Joint Claimant, if any

| 0 | 7 | - | 2 | 1 | - | 2 | 0 | 2 | 3 |   | | - | | - | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | | | DD | | | YYYY | | | | | MM | | DD | | YYYY | | | |

Date                   Date

*If Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

|  | - |  | - |  |
|---|---|---|---|---|
| MM | | DD | | YYYY |

Signature of Person Completing Form       Date

Print Name of Person Completing Form       Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser Executor or Administrator)

## REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☑ 4. Keep a copy of your Claim Form for your records.

☑ 5. If you move, please send your new address to the Claims Administrator at the address below:

Wells Fargo Securities Litigation
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. **Do not use highlighter on the Claim Form or supporting documentation.**




# Attachments

Patch Code 3

 **TD Direct Investing**





**TD Direct Investing**

## Transaction Confirmation

**Questions?**
Contact an Investment Representative
Toll Free

## Transaction on February 06, 2018

4 For settlement on: February 08, 2018
4 Processed on: February 06, 2018

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | WELLS FARGO CO YQ-081102 | 1,000 | 56.8099 | |

Ticker symbol: WFC
Security number: 717901
CUSIP ID: 949746101
Trade number: 003303
Trade processed by: 9EON

| Gross transaction amount | USD 56,809.90 |
|---|---|
| *Plus* Commission | 9.99 |
| *Equals* Net transaction amount | USD $56,819.89 |

*As agent, TD Direct Investing confirms the above purchase on a US listed marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at tddirectinvesting.ca

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00162016 0000002915 20180206 949746101 717901

Order execution account
No advice or recommendations provided.



Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities ... your account ... distribution ... account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund.

IIROC

Page 1 of 4



Your RSP statement: Feb 28, 2018

## Holdings in your account
on February 28, 2018

## An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | |
| Feb 6 | Buy | WELLS FARGO CO YQ-081102 | 1,000 | 56.809 | -56,819.89 | 9,917.20 |
| Feb 12 | Sell | WELLS FARGO CO KQ-081043 | -1,000 | 56.284 | 56,273.00 | 66,190.20 |

Page 2 of 4



Your RSP statement: Feb 28, 2018

     

 **TD Direct Investing**

**TD Direct Investing**





## Transaction Confirmation

ed

**Questions?**
**Contact an Investment Representative**

## Transaction on February 08, 2018

4 For settlement on: February 12, 2018
4 Processed on: February 08, 2018

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You sold | WELLS FARGO CO | 1,000 | 56.2843 | |
| | KQ-081043 | | | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD 56,284.30 |
| *Less* Commission | | -9.99 |
| *Less* US tax | | -1.31 |
| *Equals* Net transaction amount | | USD $56,273.00 |

**Ticker symbol: WFC**
**Security number: 717901**
**CUSIP ID: 949746101**
**Trade number: 003225**
**Trade processed by: 9EON**

*As agent, TD Direct Investing confirms the above sale on a US listed marketplace for settlement in your account.*

## Important Information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Abbreviations used in the security descriptions

RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at tddirectinvesting.ca.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00124259 0000002917 20180208 949746101 717901

Order execution account
No advice or recommendations provided

Page 1 of 1



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | |



## Details of investment income



Your RSP statement: Jun 30

## Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td com/TDDirectInvestingHelp to get the answers you need quickly and easily.

     

**From:** info@WellsFargoSecuritiesClassAction.com
**Sent:** Monday, July 24, 2023 8:29 AM
**To:** Claims_WellsFargoSecuritiesClassAction
**Subject:** In re Wells Fargo and Co. Securities Litigation – Claim Upload

Contact Information

Location:

Name:

Address:

Phone Number:

Email:

Date and Time: 7/24/2023 8:28:53 AM

Confirmation Number: OBMYFEJH

1

# Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209



*400655030009885911*
000 0000069 00000000 0001 0001 00066 INS: 0 0

Claim Number:         5184

Response Deadline:    November 8, 2023

October 19, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

AJ3271 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page

| | |
|---|---|
| **From:** | Info_WellsFargoSecuritiesClassAction |
| **To:** | ███████████████ |
| **Subject:** | RE: WFC claim form and formal court appeal letter |
| **Date:** | Wednesday, November 8, 2023 12:36:09 PM |

Dear ████████,

Thank you for your email.

This is to confirm that we have received your updates and submitted them for processing. If you would like to check on the status of your claim going forward, you may check in periodically after you receive this confirmation of receipt. All claims are in process. We thank you for your patience.

Sincerely,

████████

Wells Fargo Securities Litigation

Claims Administrator

------------------ Original Message ------------------

███████████████████████

**Received:** 11/4/2023 12:10 PM
**To:** Info@WellsFargoSecuritiesClassAction.com
**Subject:** WFC claim form and formal court appeal letter

Your Ref: inquiry number 987476
Claim Number:5184

November 04,2023

Dear Claim Administrator,

I would appreciate if you could reconsider including me to the WFC Securities Class Action allocation plan.

Otherwise I would opt for requesting for a court review.

I have attached my court review letter as attachment.

Regards,
████████████████

Divider Page

Wells Fargo Securities Litigation
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209

*400956030009886911*
CCO 0000089 00000000 0001 CC01 00066 INS: 0 0

Claim Number:        5184

Response Deadline:    November 8, 2023

October 19, 2023

### Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

AJ3571 v.04



# PROOF OF CLAIM AND RELEASE FORM

| MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023 |
|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name [redacted]    MI [redacted]    Beneficial Owner's Last Name [redacted]

Co-Beneficial Owner's First Name    MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number) [redacted]

Address 2 (apartment, unit or box number)

City [redacted]    State    ZIP Code

Country [redacted]

Last four digits of Social Security Number or Taxpayer Identification Number [redacted]

Telephone Number (Day) [redacted]    Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim) [redacted]

Account Number (where securities were traded) [redacted]

Claimant Account Type (check appropriate box)

- [x] Individual
- [ ] Joint
- [ ] Corporation
- [ ] IRA/401K
- [ ] Pension Plan
- [x] Other _____RSF_____
- [ ] Estate
- [ ] Trust
(please specify)

03-CA40065503
AI7513 v07

3

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

| | | | | | | | | 0 | . | | | |

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 0 2 6 0 , 8 | 1 0 0 0 | $ 5 6 . 2 1 | $ 5 6 0 0 7 . 7 0 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| 0 2 6 8 1 8 | 1 0 0 0 | $ 5 6 . 2 8 | $ 5 6 . 8 4 . 5 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

| | | | | | | 0 | . | | |

If you require additional space to list your transactions, use photocopies of this page and check this box. [ ]

I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.

Executed this 21ST day of July, 2023 in ▮▮▮▮▮▮▮▮

| (Month/Year) | (City) | (State/Country) |

▮▮▮▮▮▮▮▮

Signature of Claimant

Signature of Joint Claimant, if any

▮▮▮▮▮▮▮▮

Print Name of Claimant

Print Name of Joint Claimant, if any

| 0 | 7 | - | 2 | 1 | - | 2 | 0 | 2 | 3 |
| MM | | | DD | | | YYYY | | | |

Date

| | | - | | | - | | | | |
| MM | | | DD | | | YYYY | | | |

Date

*If Claimant is other than an individual, or is not the person completing this form, the following **also** must be provided:*

Signature of Person Completing Form

| | | - | | | - | | | | |
| MM | | | DD | | | YYYY | | | |

Date

Print Name of Person Completing Form

Capacity of Person(s) Signing (e.g., Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☑ 4. Keep a copy of your Claim Form for your records.

☑ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. **Do not use highlighter on the Claim Form or supporting documentation.**

 **·TD Direct Investing**

**TD Direct Investing**

## Transaction Confirmation

Account number and type

**Questions?**
**Contact an Investment Representative**

## Transaction on February 06, 2018

4 For settlement on: February 08, 2018
4 Processed on: February 06, 2018

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | WELLS FARGO CO ·YQ-081102· | 1,000 | 56.8099 | |

Ticker symbol: WFC
Security number: 717901
CUSIP ID: 949746101
Trade number: 003303
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 56,809.90 |
| Plus Commission | | 9.99 |
| Equals Net transaction amount | | USD $56,819.89 |

As agent, TD Direct Investing confirms the above purchase on a US listed marketplace for settlement in your account.

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at tddirectinvesting.ca.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00162016 0000002015 20180206 949746101 717901

Order execution account
No advice or recommendations provided.

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund.                    IIROC                    Page 1 of 4



Your RSP statement: Feb 28, 2018

## Holdings in your account
on February 28, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|

---

### Definitions
## An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 3,647.84 |
| Feb 8 | Buy | WELLS FARGO CO YQ-081102 | 1,000 | 56.809 | -56,819.89 | 9,917.20 |
| Feb 12 | Sell | WELLS FARGO CO KQ-081043 | -1,000 | 56.284 | 56,273.00 | 66,190.20 |

Page 2 of 4





      

 **TD Direct Investing**

**TD Direct Investing**



**Transaction Confirmation**

Account number and type

Questions?
Contact an Investment Representative

## Transaction on February 08, 2018.

For settlement on: February 12, 2018
Processed on: February 08, 2018

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You sold | WELLS FARGO CO KQ-081043 | 1,000 | 56.2843 | |

Ticker symbol: WFC
Security number: 717901
CUSIP ID: 949746101
Trade number: 003225
Trade processed by: 9EON

| | |
|---|---|
| Gross transaction amount | USD 56,284.30 |
| Less Commission | -9.99 |
| Less US tax | -1.31 |
| **Equals Net transaction amount** | **USD $56,273.00** |

As agent, TD Direct Investing confirms the above sale on a US listed marketplace for settlement in your account.

## Important Information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at tddirectinvesting.ca.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund
00124259 0000002917 20180208 949746101 717901

Order execution account
No advice or recommendations provided
Page 1 of 1





## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | 509.35 |

Page 2 of 4



Your RSP statement: Jun 30

## Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options  Visit the TD Direct Investing Help Centre at www.td.com/TDDirectinvestingHelp to get the answers you need quickly and easily.

      



Your Reference: Claim Number 5184

November 4,2023

Subject:Wells Fargo Securities Class Action Claim

To the honorable Judge,

I am writing to formally request you to give a fair review to my claim.

I purchased 1000 shares of WFC on February 06, 2018. One day later, after hearing the bad news reporting that the Wells Fargo Bank had created numerous faked accounts, I was under great pressure to sell my 1000 WFC shares to minimize deep losses further.

Feb 06,2018 1000WFC @56.81 $56809.30

Feb 08,2018 1000WFC @56.28 $56284.30

I suffered a loss of $525.30 due to the Wells Fargo Bank's misconduct and the scandal news.

I sincerely request your honorable to give a verdict for a fair compensation to me.

Sincerely,

Created with Mi Notes

## Neal, Malika

| | |
|---|---|
| **From:** | ████████████████████████ |
| **Sent:** | Saturday, November 4, 2023 12:05 PM |
| **To:** | Info_WellsFargoSecuritiesClassAction |
| **Subject:** | WFC claim form and formal court appeal letter |
| **Attachments:** | WFC claim form w-docu-20230724111654.pdf; IMG_20231104_143511.jpg; 16991227107304682159088362693064.jpg |

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Your Ref: inquiry number 987476
Claim Number:5184

November 04,2023

Dear Claim Administrator,

I would appreciate if you could reconsider including me to the WFC Securities Class Action allocation plan.

Otherwise I would opt for requesting for a court review.

I have attached my court review letter as attachment.

████████████
████████

1