# EXHIBIT D-8(b)

# Claim 24943

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:     info@WellsFargoSecuritiesClassAction.com
Phone:    888-301-4209



*400655030010429766*
000 0006265 00000000 0001 0001 06265 INS: 0 0

Claim Number:     24943

<u>Response Deadline:</u>   <u>December 10, 2023</u>

November 20, 2023

## <u>Notice of Deficient Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**<u>Ineligibility Condition:</u>** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**<u>Deficiency:</u>** Trade Discrepancy/Claim Does Not Balance.

AJ3271 v.04



There is a discrepancy between (a) the number of shares of Wells Fargo common stock you state on your Claim Form that you held as of the opening of trading on February 2, 2018 and that you purchased or acquired from February 2, 2018, through June 9, 2020, and (b) the number of shares of Wells Fargo common stock you state on your Claim Form that you sold from February 2, 2018 through June 9, 2020, and that you held at the end of that period (June 9, 2020). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The formula used to calculate the discrepancy is:

All Shares Held on the Opening of Trading on February 2, 2018 + All Shares Purchased or Acquired from February 2, 2018, through June 9, 2020 − All Shares Sold or Delivered from February 2, 2018, through June 9, 2020 − Unsold Shares as of the close of trading on June 9, 2020.

This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 470.00 | Holding Difference 06/09/2020 | Common Stock |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

| | |
|---|---|
| Website: | www.WellsFargoSecuritiesClassAction.com |
| Email: | info@WellsFargoSecuritiesClassAction.com |
| Phone: | 888-301-4209 |



Claim Number:      24943

Response Deadline:    December 10, 2023

November 20, 2023

## AS-IS
Document Control

### Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

AJ3271 v.04

There is a discrepancy between (a) the number of shares of Wells Fargo common stock you state on your Claim Form that you held as of the opening of trading on February 2, 2018 and that you purchased or acquired from February 2, 2018, through June 9, 2020, and (b) the number of shares of Wells Fargo common stock you state on your Claim Form that you sold from February 2, 2018 through June 9, 2020, and that you held at the end of that period (June 9, 2020). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The formula used to calculate the discrepancy is:

All Shares Held on the Opening of Trading on February 2, 2018 + All Shares Purchased or Acquired from February 2, 2018, through June 9, 2020 – All Shares Sold or Delivered from February 2, 2018, through June 9, 2020 – Unsold Shares as of the close of trading on June 9, 2020.

This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 470.00 | Holding Difference 06/09/2020 | Common Stock |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04



*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc
P.O. Box 5430
Portland, OR 97228-5430

Re: Claim Number 25446


Gentlemen,

I specifically request Court review of the full or partial rejection of this claim. The original packet included broker monthly statements that contained proof of purchase and proof of sale of Wells Fargo equities during the contested period. We now submit copies of the broker Trade Confirmations for each purchase and sale of Wells Fargo equities. These confirmations, three different purchases and five different sales, total all transactions during the contested period as outlined in the original *Schedule Of Transactions In Wells Fargo Stock* , included in this submittal.
A copy of the rejection notice is also included herein.

Thank you



# PROOF OF CLAIM AND RELEASE FORM

**MUST BE
POSTMARKED
NO LATER THAN
OCTOBER 5, 2023**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Co-Beneficial Owner's First Name      MI      Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Evening)
☐☐☐ - ☐☐☐ - ☐☐☐☐

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this Claim)

☐ Individual        ☑ IRA/401K          ☐ Estate
☐ Joint             ☐ Pension Plan      ☐ Trust
☐ Corporation       ☐ Other_____ (please specify)

03-CA40065503

3



## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

4 7 0 . 0 0

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 08 24 18 | 1 1 6 | $ 59 . 24 | $ 6 8 1 2 . 7 5 |
| 08 27 18 | 1 8 1 | $ 58 . 83 | $ 1 0 6 4 8 . 0 6 |
| 08 28 18 | 1 7 4 | $ 58 . 81 | $ 1 0 2 3 2 . 5 7 |
|  |  | $ . | $ . |
|  |  | $ . | $ . |
|  |  | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| 08 29 18 | 3 | $ 59 . 12 | $ 1 7 7 . 7 2 |
| 11 08 18 | 6 1 | $ 53 . 11 | $ 3 2 3 9 . 8 3 |
| 11 16 18 | 4 | $ 53 . 06 | $ 2 1 2 . 2 4 |
| 12 12 18 | 1 8 3 | $ 47 . 51 | $ 8 6 9 4 . 5 5 |
| 01 09 19 | 2 1 9 | $ 47 . 57 | $ 1 0 4 1 7 . 5 3 |
|  |  | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

0 . 0 0

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

04-CA40065503

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this _12nd_ day of _SEPTEMBER 2023_ in
(Month/Year)

| | |
|---|---|
| | Signature of Joint Claimant, if any |
| | |
| | Print Name of Joint Claimant, if any |

| 0 | 9 | – | 1 | 2 | – | 2 | 0 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|

MM   DD   YYYY

Date

|  |  | – |  |  | – |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|

MM   DD   YYYY

Date

*If Claimant is other than an individual, or is not the person completing this form, the following __also__ must be provided:*

|  |  | – |  |  | – |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|

MM   DD   YYYY

Signature of Person Completing Form      Date

Print Name of Person Completing Form      Capacity of Person(s) Signing (e.g., Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☐ 1. Please be sure to sign this Claim Form.

☐ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☐ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☐ 4. Keep a copy of your Claim Form for your records.

☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☐ 6. Do not use highlighter on the Claim Form or supporting documentation.

07-CA40065503

7





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**
Office Serving Your Account



**  Not Mailed  **

# TRADE CONFIRMATION          Date:  August 22, 2018

*We confirm the following transaction(s) subject to the agreement below:*

*Purchases*

*IRA*

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number                          Date:  **08/22/2018**          Page 1 of 4



## TRADE DETAILS (continued)

**BOUGHT**   *WELLS FARGO & CO NEW DEL*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Quantity* | 115 | *Price* | 59.241284 | *Amount* | | 6812.75 | *Trade Date* | 08/22/18 |
| *Processing Fee* | | | | | | | *Settle Date* | 08/24/18 |
| *Transaction Fee* | | | | | | | *Symbol* | WFC |
| *Accrued Interest/Dividends* | | | | | | | *Security #* | 9D8G5 |
| | | | | | | | *Cusip #* | 949746101 |
| NET AMOUNT | | | | | | 6812.75 | *FA #* | 2309 |

**RATINGS**   *BofAML*              *Morningstar\**                    *CFRA\**
              BUY(B17)              Buy                          Sell

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than **SETTLEMENT DATE** unless otherwise indicated by a **DATE DUE**. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number                              Date:  08/22/2018                    Page 2 of 4



**Merrill Lynch**
Bank of America Corporation

## BofA Merrill Lynch Research

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A - Low
B - Medium
C - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**\*THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)[24] AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and those securities have been sold to you or purchased from you in this account, until those securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random: the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.

---





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**
Office Serving Your Account



**  Not Mailed  **

# TRADE CONFIRMATION

Date:  August 23, 2018

*We confirm the following transaction(s) subject to the agreement below.*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith
Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member
Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment
products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-Insured (subject to applicable limits).

Account Number                              Date:  **08/23/2018**                Page 1 of 4



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS (continued)

**BOUGHT**   *WELLS FARGO & CO NEW DEL*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Quantity* | 181 | *Price* | 58.829036 | *Amount* | 10648.06 | *Trade Date* | 08/23/18 |
| *Processing Fee* | | | | | | *Settle Date* | 08/27/18 |
| *Transaction Fee* | | | | | | *Symbol* | WFC |
| *Accrued Interest/Dividends* | | | | | | *Security #* | 9D8G5 |
| | | | | | | *Cusip #* | 949746101 |
| *NET AMOUNT* | | | | | 10648.06 | *FA #* | 2309 |

| **RATINGS** | *BofAML*<br>BUY(B17) | *Morningstar**<br>Buy | *CFRA**<br>Sell | |

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number:

Date:  08/23/2018

Page 2 of 4


**Merrill Lynch**
Bank of America Corporation

## BofA Merrill Lynch Research

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

**Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.**

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A - Low
B - Medium
C - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**\*THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

 

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)(24) AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that not settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already hold therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and these securities have been sold to you or purchased from you in this account, until these securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables such that such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.

---

Account Number: ███████





**Merrill Lynch**
Office Serving Your Account



** Not Mailed **

TRADE CONFIRMATION



Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number: ███████    Date: **08/24/2018**    Page 1 of 4



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS (continued)

**BOUGHT**  **WELLS FARGO & CO NEW DEL**

| Quantity | 174 | Price | 58.807901 | Amount | 10232.57 | Trade Date | 08/24/18 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 08/28/18 |
| Transaction Fee | | | | | | Symbol | WFC |
| Accrued Interest/Dividends | | | | | | Security # | 9D8G5 |
| | | | | | | Cusip # | 949746101 |
| NET AMOUNT | | | | | 10292.57 | FA # | 2309 |

| RATINGS | BofAML | Morningstar* | CFRA* |
|---|---|---|---|
| | BUY(B17) | Buy | Sell |

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Numb████                              Date:  08/24/2018                    Page 2 of 4



**Merrill Lynch**
Bank of America Corporation

**BofA Merrill Lynch Research**

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A - Low
B - Medium
C - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**\*THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)$_{(24)}$ AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that not settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and these securities have been sold to you or purchased from you in this account, until these securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same or others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository on such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of those activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.

---

Account Number: ███████





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**
Office Serving Your Account



**     Not Mailed     **

# TRADE CONFIRMATION

Date:  August 29, 2018

Sales
IRA

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number: ▮▮▮▮▮                    Date:  08/29/2018              Page 1 of 13



## TRADE DETAILS *(continued)*



TRADE DETAILS (continued)

EXECUTED 100% AGENCY. PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS



**TRADE DETAILS** *(continued)*

EXECUTED 100% AGENCY.    PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING
ACTUAL    PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE
AVAILABLE UPON REQUEST.    PER ADVISORY AGREEMENT.    ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION    DETAILS

Account Number                              Date:  08/29/2018              Page 4 of 13


**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS (continued)

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT. ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number [REDACTED]                    Date:  08/29/2018                    Page 5 of 13



**TRADE DETAILS** *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.  PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS



## TRADE DETAILS *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS



## TRADE DETAILS *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS



**TRADE DETAILS** *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number                                    Date:  08/29/2018                Page 9 of 13



## TRADE DETAILS *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT. ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number                    Date:  08/29/2018                    Page 11 of 13

**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*

**SOLD**     **WELLS FARGO & CO NEW DEL**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Quantity* | 3 | *Price* | 59.120100 | *Amount* | 177.36 | *Trade Date* | 08/29/18 |
| *Processing Fee* | | | | | | *Settle Date* | 08/31/18 |
| *Transaction Fee* | | | | | 0.01 | *Symbol* | WFC |
| *Accrued Interest/Dividends* | | | | | | *Security #* | 9D8G5 |
| | | | | | | *Cusip #* | 949746101 |
| NET AMOUNT | | | | | 177.35 | *FA #* | 2309 |

**RATINGS**    *BofAML*              *Morningstar**              *CFRA**
                       BUY(B17)           Buy                              Sell

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

**BofA Merrill Lynch Research**

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A  - Low
B  - Medium
C  - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

***THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

Account Number                                                      Date: 08/29/2018                          Page 12 of 13

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)(24) AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and those securities have been sold to you or purchased from you in this account, until these securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**
Office Serving Your Account



** Not Mailed **

# TRADE CONFIRMATION

Date: November 08, 2018



Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-Insured (subject to applicable limits).

Account Number                              Date: **11/08/2018**                    Page 1 of 5



## TRADE DETAILS (continued)

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number: █████████        Date: **11/08/2018**        Page 2 of 5



## TRADE DETAILS (continued)

**SOLD**    ***WELLS FARGO & CO NEW DEL***

| Quantity | 61 | Price | 53.112666 | Amount | | 3239.87 | Trade Date | 11/08/18 |
|---|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | | Settle Date | 11/13/18 |
| Transaction Fee | | | | | | 0.04 | Symbol | WFC |
| Accrued Interest/Dividends | | | | | | | Security # | 9D8G5 |
| | | | | | | | Cusip # | 949746101 |
| NET AMOUNT | | | | | | 3239.83 | FA # | 2309 |

**RATINGS**    *BofAML*              *Morningstar*°                    *CFRA*°
               BUY(B17)              Buy                          Sell

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.  PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE  AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.  ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION  DETAILS



**Merrill Lynch**
Bank of America Corporation

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

**BofA Merrill Lynch Research**

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A  - Low
B  - Medium
C  - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**\*THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

Account Number: ▮▮▮▮▮▮

Date: **11/08/2018**

**IT IS AGREED BETWEEN MERRILL LYNCH (ML)$_{(24)}$ AND YOU THAT:**

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and those securities have been sold to you or purchased from you in this account, until these securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction than we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated. Information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. To the extent such security is subject to last sale trade reporting, the price to you for such principal transactions is expected to be the reported price, unless there is a difference, in which case that difference also will be broken out separately. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**



**  Not Mailed  **

# TRADE CONFIRMATION          Date: November 16, 2018

*We confirm the following transaction(s) subject to the agreement below.*



Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number:                              Date: **11/16/2018**          Page 1 of 14



**TRADE DETAILS** *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS



## TRADE DETAILS *(continued)*

EXECUTED 100% AGENCY. PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number                                    Date: **11/16/2018**                    Page 3 of 14

**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS



**Merrill Lynch**
Bank of America Corporation

**TRADE DETAILS** *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number                          Date: **11/16/2018**              Page 5 of 14



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number:

Date: **11/16/2018**                                       Page 6 of 14



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number:                                              Date:  **11/16/2018**                    Page 7 of 14



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS (continued)

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number:                                                    Date:  11/16/2018                    Page 8 of 14



## TRADE DETAILS (continued)

EXECUTED 100% AGENCY. PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number:                                    Date:  **11/16/2018**                    Page 9 of 14

**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS (continued)



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS


**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

**Account Number:** ▮▮▮▮▮                              **Date: 11/16/2018**                    **Page 11 of 14**



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS (continued)

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

**SOLD**    *WELLS FARGO & CO NEW DEL*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | 4 | Price | 53.063300 | Amount | 212.25 | Trade Date | 11/16/18 |
| Processing Fee | | | | | | Settle Date | 11/20/18 |
| Transaction Fee | | | | | 0.01 | Symbol | WFC |
| Accrued Interest/Dividends | | | | | | Security # | 9D8G5 |
| | | | | | | Cusip # | 949746101 |
| NET AMOUNT | | | | | 212.24 | FA # | 2309 |

| RATINGS | BofAML | Morningstar* | CFRA* |
|---|---|---|---|
| | BUY(B17) | Buy | Sell |

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PER ADVISORY AGREEMENT.
ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number:                                 Date: **11/16/2018**                    Page 12 of 14



**Merrill Lynch**
Bank of America Corporation

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

### BofA Merrill Lynch Research

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A - Low
B - Medium
C - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

### *THIRD PARTY RESEARCH

Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)(24) AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and these securities have been sold to you or purchased from you in this account, until these securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the Issuer found in the Issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of those activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. To the extent such security is subject to last sale trade reporting, the price to you for such principal transactions is expected to be the reported price, unless there is a difference, in which case that difference also will be broken out separately. For investment advisory accounts, execution as principal was done after pro-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.

---

Account Number: [ ]                Date: **11/16/2018**                Page 14 of 14





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**
Office Serving Your Account



**    Not Mailed    **

# TRADE CONFIRMATION

Date:  December 12, 2018

*We confirm the following transaction(s) subject to the agreement below.*



Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number:                                    Date: **12/12/2018**                    Page 1 of 4



## TRADE DETAILS (continued)

| SOLD | **WELLS FARGO & CO NEW DEL** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Quantity | 183 | Price | 47.511814 | Amount | 8694.66 | Trade Date | 12/12/18 |
| | Processing Fee | | | | | | Settle Date | 12/14/18 |
| | Transaction Fee | | | | | 0.11 | Symbol | WFC |
| | Accrued Interest/Dividends | | | | | | Security # | 9D8G5 |
| | | | | | | | Cusip # | 949746101 |
| | NET AMOUNT | | | | | 8694.55 | FA # | 2309 |

| RATINGS | BofAML | Morningstar* | CFRA* |
|---|---|---|---|
| | BUY(B17) | Buy | Sell |

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.  PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE  AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.  ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION  DETAILS

Account Number: ▮▮▮▮▮▮    Date: **12/12/2018**    Page 2 of 4



**Merrill Lynch**
Bank of America Corporation

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

## BofA Merrill Lynch Research

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A - Low
B - Medium
C - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three Investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**°THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

 

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)(24) AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and those securities have been sold to you or purchased from you in this account, until those securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random: the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. To the extent such security is subject to last sale trade reporting, the price to you for such principal transactions is expected to be the reported price, unless there is a difference, in which case that difference also will be broken out separately. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.

Account Number: ███████    Date: **12/12/2018**    Page 4 of 4





**Merrill Lynch**
Bank of America Corporation

**Merrill Lynch**



**    Not Mailed    **

# TRADE CONFIRMATION          Date:  January 09, 2019

We confirm the following transaction(s) subject to the agreement below.



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE
PRICE. DETAILS REGARDING ACTUAL.  PRICES, REMUNERATION AND THE CAPACITY IN
WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.  ML
ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith
Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member
Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment
products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-Insured (subject to applicable limits).



**TRADE DETAILS** *(continued)*

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number: ████████    Date: **01/09/2019**    Page 2 of 6


**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS *(continued)*



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.   PER ADVISORY AGREEMENT.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number: ███████   Date:  **01/09/2019**   Page 3 of 6



**Merrill Lynch**
Bank of America Corporation

## TRADE DETAILS  *(continued)*



EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.  ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

**SOLD**    **WELLS FARGO & CO NEW DEL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | 219 | Price | 47.569265 | Amount | 10417.67 | Trade Date | 01/09/19 |
| Processing Fee | | | | | | Settle Date | 01/11/19 |
| Transaction Fee | | | | | 0.14 | Symbol | WFC |
| Accrued Interest/Dividends | | | | | | Security # | 9D8G5 |
| | | | | | | Cusip # | 949746101 |
| NET AMOUNT | | | | | 10417.53 | FA # | 0301 |

| RATINGS | BofAML | Morningstar* | CFRA* |
|---|---|---|---|
| | BUY(B17) | Buy | Sell |

EXECUTED 100% AGENCY. WE MAKE A MARKET IN THIS ISSUE  PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL.   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE   AVAILABLE UPON REQUEST.  PER ADVISORY AGREEMENT.  ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Account Number: ███    Date: **01/09/2019**    Page 4 of 6



**Merrill Lynch**
Bank of America Corporation

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

**BofA Merrill Lynch Research**

BofA Merrill Lynch Research (BofAML Research) is research produced by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and/or one or more of its affiliates. MLPF&S is a wholly-owned subsidiary of Bank of America Corporation.

Equity Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating.

**BofAML Volatility Risk Ratings**
Indicators of potential price fluctuation are:
A - Low
B - Medium
C - High

**BofAML Income Ratings**
Indicators of potential cash dividends are:
7 - Same/higher (dividend considered to be secure)
8 - Same/lower (dividend not considered to be secure)
9 - Pays no cash dividend

**BofAML Investment Ratings**
Reflect the analyst's assessment of a stock's absolute total return potential and the stock's attractiveness for investment relative to other stocks within a Coverage Cluster (defined below).
There are three investment ratings:
1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the Coverage Cluster
2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks
3 - Underperform stocks are the least attractive stocks in a Coverage Cluster

Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| BofAML Research Investment Rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for Coverage Cluster + |
|---|---|---|
| Buy | > or = 10% | < or = 70% |
| Neutral | > or = 0% | < or = 30% |
| Underperform | N/A | > or = 20% |

+ Ratings dispersions may vary from time to time where BofAML Research believes that it better reflects the investment prospects of stocks in a Coverage Cluster.

A Coverage Cluster is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's Coverage Cluster is included in the most recent BofAML Comment referencing the stock.

**\*THIRD PARTY RESEARCH**
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)(24) AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and these securities have been sold to you or purchased from you in this account, until those securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same or others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs) and 529 accounts, and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliates. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. To the extent such security is subject to last sale trade reporting, the price to you for such principal transactions is expected to be the reported price, unless there is a difference, in which case that difference also will be broken out separately. For investment advisory accounts, execution as principal was done after pro-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.





**Retail**

97228

**$2.79**

**RDC 99**

R2303S104593-06

WELLS FARGO SECURITIES LITIGATON
c/o EPIQ CLASS ACTION & CLAIMS SOLUTIONS INC
P.O. BOX 5430

PORTLAND, OR 97278-5430