# EXHIBIT D-9(a)

# Claim 25446

**WELLS FARGO SECURITIES CLASS ACTION  CA40065503**



**Claim Form #**    000025446

RECEIVED

092023

LEGAL SERVICES

## Document Range



4006550301

| Begin: | End: | Quantity: |
|---|---|---|
|  |  |  |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: |  |  |  |

**Route to:**    Warehouse    **\*Route to:**_____

# PROOF OF CLAIM AND RELEASE FORM

**MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name    MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name    MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City    State    ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)    Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

- [ ] Individual
- [ ] Joint
- [ ] Corporation
- [ ] IRA/401K
- [x] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust



## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

5 0 . 0 0

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 0 8 2 4 1 8 | 1 2 | $ 5 9 . 2 4 | $ 7 1 0 . 9 0 |
| 0 8 2 7 1 8 | 1 9 | $ 5 8 . 8 3 | $ 1 1 1 7 . 7 5 |
| 0 8 2 8 1 8 | 1 9 | $ 5 8 . 8 1 | $ 1 1 1 7 . 3 5 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| 1 1 0 8 1 8 | 6 | $ 5 3 . 1 1 | $ 3 1 8 . 6 7 |
| 1 2 2 0 1 8 | 2 0 | $ 4 7 . 5 1 | $ 9 5 0 . 2 3 |
| 0 1 0 9 1 9 | 2 4 | $ 4 7 . 5 7 | $ 1 1 4 1 . 6 5 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

0 . 0 0

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

04-CA40065503
AI7514 v.07

4

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this _12TH_ day of _SEPTEMBER 2023_ in ▮▮▮▮ - ▮▮▮▮

         (Month/Year)        (City)       (State/Country)

Signature of Claimant

Signature of Joint Claimant, if any

Print Name of Claimant

Print Name of Joint Claimant, if any

☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY

☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY
Date

▮▮▮▮ n individual, or is not the person completing this form, the following *also* must be provided:

0 9 - 1 2 - 2 0 2 3
MM    DD    YYYY

Signature of Person Completing Form

Date

Print Name of Person Completing Form

Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☑ 4. Keep a copy of your Claim Form for your records.

☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. **Do not use highlighter on the Claim Form or supporting documentation.**



# Attachments

Patch Code 3

 **Merrill Lynch**
Bank of America Corporation

Primary Account:

# YOUR MERRILL LYNCH REPORT

August 01, 2018 - August 31, 2018

## PORTFOLIO SUMMARY

| | August 31 | July 31 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets | | | |
| Your liabilities | | | |
| Your Net Cash Flow (Inflows/Outflows) | | | |
| Securities You Transferred In/Out | | | |
| *Subtotal Net Contributions* | | | |
| Your Dividends/Interest Income | | | |
| Your Market Gains/(Losses) | | | |
| *Subtotal Investment Earnings* | | | |



**If you have questions on your statement, call 24-Hour Assistance:**



Access Code:

**Investment Advice and Guidance:
Call Your Financial Advisor**

**Your Financial Advisor:**

Up-to-date account information can be viewed at: www.mymerrill.com, where your statements are archived for three or more years.

Questions about MyMerrill? Click the "help" tab at the top of the screen once you log in.

**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2013-2018**



12/13  12/14  12/15  12/16  12/17  1Q18  2Q18  7/18  8/18

---

## GO PAPERLESS!

Did you know you can receive this statement and many other Merrill Lynch communications online instead of in the mail? Online Delivery through MyMerrill.com is a safe, fast flexible way to reduce paper mail. Visit mymerrill.com to enroll today.

*Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |



Primary Account: ▮▮▮▮

24-Hour Assistance: ▮▮▮▮
Access Code: ▮▮▮▮

# ▮ YOUR PORTFOLIO REVIEW

August 01, 2018 - August 31, 2018

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| ▮▮▮▮ | | |

## CURRENT INCOME

| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | | |
| Taxable Interest | | |
| Tax-Exempt Dividends | | |
| Taxable Dividends | | |
| Total | | |

**Your Estimated Annual Income** ▮▮▮▮

## TOP FIVE PORTFOLIO HOLDINGS

Based on Estimated Market Value

| | Current Value | % of Portfolio |
|---|---|---|
| ▮▮▮▮ | | |

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| ▮▮▮▮ | | | |



**Merrill Lynch**
Bank of America Corporation

Online at: **www.mymerrill.com**    Account Number: ███    24-Hour Assistance: ███
Access Code: ███

**Net Portfolio Value:** ███

**Your Financial Advisor:** ███

# ■ RCMA® ACCOUNT

This account is enrolled in the Merrill Lynch Investment Advisory Program    August 01, 2018 - August 31, 2018



| | This Statement | Year to Date |
|---|---|---|
| Opening Value (08/01) | ███ | |
| Total Credits | ███ | ███ |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| Closing Value (08/31) | ███ | |

| ASSETS | | August 31 | July 31 |
|---|---|---|---|
| | ███ | ███ | ███ |
| Subtotal (Long Portfolio) | | | |
| **TOTAL ASSETS** | | | |

| LIABILITIES | | | |
|---|---|---|---|
| ███ | | - | - |
| | | - | - |
| **TOTAL LIABILITIES** | | - | - |
| **NET PORTFOLIO VALUE** | | ███ | ███ |

 *Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

## RCMA® ACCOUNT

**Account Number:** ████████

**24-Hour Assistance:** ████████
**Access Code:** ████████

August 01, 2018 - August 31, 2018

| CASH FLOW | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | |
| Other Credits | | |
| Subtotal | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Margin Interest Charged | | |
| Other Debits | | |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | | |
| Subtotal | | |
| **Net Cash Flow** | | |

### OTHER TRANSACTIONS

| | This Statement | Year to Date |
|---|---|---|
| Dividends/Interest Income | | |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | | |
| **Fees Included In Transactions Above** | | |
| Commissions/Trading Fees | | |

### ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

**Allocation**

### DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮

# INVESTMENT ADVISORY PROGRAM

August 01, 2018 - August 31, 2018

**YOUR INVESTMENT STRATEGY** - Custom Managed - Client

The "Rate" above is the current expense rate for your Style Manager as of the end of the statement period. The section "Style Manager Expense Rate" in the Investment Advisory Program Form ADV Brochure and the section "Your Program Fees" in your Investment Advisory Program Client Agreement, or similar sections, provide more information on the expense rate payable to all available Style Managers and the Merrill Lynch Fee Rate respectively. For participating Trust Management Accounts (TMA), please refer to your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure in addition to the Program Form ADV Brochure for expense and fee information. Changes in the Style Managers may result in a change in the Style Manager Expense Rate. If you are a Retirement Account and have selected a Related Style Manager, as listed above, the Style Manager Expense Rate is 0% rather than the Style Manager Expense Rate indicated above for that Related Style Manager. For a list of Related Style Managers please see the Form ADV Brochure or other disclosure documents provided to you. Please note U.S. Trust is considered a Related Style Manager. For Funds noted with an asterisk (*) above or for other Funds in your account but not listed above, please see each Fund's prospectus or other disclosure documents for a description of the Fund's fees and expenses. For a "Rate" noted with a double asterisk (**) above, it is the current Overlay Expense Rate for the Overlay Service (as described in the Investment Advisory Program Form ADV Brochure and applicable Profile) as of the end of the statement period. The Overlay Expense Rate will be applied to all assets allocated to the applicable Style Manager Strategy(s) and/or Exchange-Traded Fund(s) within a Custom Managed Strategy for which the Overlay Service has been selected, and which will be identified in the Investment Advisory Program Portfolio Summary rather than this statement; the Overlay Expense Rate will not be applied to the percentage of the assets allocated to the Overlay Service for MAA options strategies. For additional information relating to the Overlay Expense Rate, see the Investment Advisory Program Form ADV Brochure, Investment Advisory Program Client Agreement and the applicable Overlay Service Profile(s). The percentage allocations listed above are based, as applicable, on target allocations for the Strategy selected or the allocations as of a particular point in time. Allocations for any particular account may be different from the allocations indicated above. For additional information, see the Investment Advisory Program Form ADV Brochure, Style Manager Profiles and Style Manager Disclosures as well as your Investment Advisory Program Client Agreement or for participating TMAs your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure.

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: Managed Accounts Processing and Services ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

**Account Number:** ▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮
**Access Code:** ▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | | ▮▮▮▮ | | ▮▮▮▮ | | |
| ▮▮▮▮ | | | | | | |
| TOTAL | | | ▮▮▮▮ | | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▇▇▇▇▇▇

**24-Hour Assistance:** ▇▇▇▇▇▇▇▇
**Access Code:** ▇▇▇▇▇▇

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮

**24-Hour Assistance:** ▮▮▮
**Access Code:** ▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

008

2309

11 of 41

**Account Number:** ▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮
**Access Code:** ▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Account Number:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

2309

Account Number: ██████  24-Hour Assistance: ████████
Access Code: ████████

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number: ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
Access Code: ▮▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Account Number:** ▮▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Account Number:** ▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▓▓▓▓▓▓     **24-Hour Assistance:** ▓▓▓▓▓▓▓▓
                                                    **Access Code:** ▓▓▓▓▓▓

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO & CO NEW DEL | WFC | 08/22/18 | 12 | 59.2416 | 710.90 | 58.4800 | 701.76 | (9.14) | 21 | 2.94 |
| | | 08/23/18 | 19 | 58.8289 | 1,117.75 | 58.4800 | 1,111.12 | (6.63) | 33 | 2.94 |
| | | 08/24/18 | 19 | 58.8078 | 1,117.35 | 58.4800 | 1,111.12 | (6.23) | 33 | 2.94 |
| Subtotal | | | 50 | | 2,946.00 | | **2,924.00** | (22.00) | **87** | 2.94 |
| **TOTAL** | | | | | | | ▓▓▓▓▓▓ | | | |

| MUTUAL FUNDS/CLOSED END FUNDS/UIT Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| Subtotal (Fixed Income) | | | | | | | | |
| Subtotal (Equities) | | | | | | | | |



Account Number: ███████

24-Hour Assistance: ███████████
Access Code: ██████████

## YOUR RCMA ASSETS

August 01, 2018 - August 31, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| Subtotal (Alternative Investments) | | ████████ | | | | | | |
| **TOTAL** | | | | | | | | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | ███████████ | | | | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

**Notes**
Total values exclude N/A items
✦Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

## YOUR RCMA TRANSACTIONS

| DIVIDENDS/INTEREST INCOME TRANSACTIONS | | | | | Income |
|---|---|---|---|---|---|
| Date    Transaction Type | Quantity | Description | | Income | Year To Date |
| **Taxable Interest** | | | | | |

008                                                                2309                                          22 of 41



Merrill Lynch
Bank of America Corporation

Account Number: ███████

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|------|------------------|----------|-------------|--------|---------------------|
| **Taxable Interest** | | | | | |
| | | | | | |
| | **Subtotal (Taxable Interest)** | | | | |
| **Taxable Dividends** | | | | | |

**Account Number:** ▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮
**Access Code:** ▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|------|------------------|----------|-------------|--------|---------------------|

**Taxable Dividends**



Account Number: ▇▇▇▇▇▇

## *YOUR RCMA TRANSACTIONS*

August 01, 2018 - August 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Dividends** | | | | | |
| | | ▇▇▇▇▇▇ | | | |
| | *Subtotal (Taxable Dividends)* | | | | ▇▇▇▇ |
| | **NET TOTAL** | | | | ▇▇▇▇ |
| | » Long Term Capital Gain Distributions | | | | |

The long-term capital gain distribution amounts may change due to income reclassification information provided by the issuer. In particular, distributions made by Mutual Funds, REITs and UITs often need to be reclassified as a different type of distribution (including long-term capital gain distributions) after the end of the year in which the distribution was originally paid.

## SECURITY TRANSACTIONS
### TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |





**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮

## *YOUR RCMA TRANSACTIONS*

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |



Account Number: ▮▮▮▮▮▮▮

24-Hour Assistance: ▮▮▮▮▮▮▮▮
Access Code: ▮▮▮▮▮▮▮

## *YOUR RCMA TRANSACTIONS*

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number:

## *YOUR RCMA TRANSACTIONS*

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |



 

Account Number: ▮▮▮▮▮▮▮

24-Hour Assistance: ▮▮▮▮▮▮▮
Access Code: ▮▮▮▮▮▮

# YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA TRANSACTIONS

August 01, 2018 – August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
| --- | --- | --- | --- | --- | --- | --- |

**Sales**



**Account Number:** ▮▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮▮

## *YOUR RCMA TRANSACTIONS*

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |


**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |
| ▮▮▮▮▮▮ | | | | | | |
| Subtotal (Sales) | | | ▮▮▮▮▮▮ | | | |
| TOTAL | | | | | | |
| TOTAL SECURITY PURCHASES/(DEBITS) | | | ▮▮▮▮▮▮ | | | |
| TOTAL SECURITY SALES/CREDITS | | | | | | |

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ⊙ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | | | | | |
| Subtotal (Long-Term) | | | | | | | |
| ▮▮▮▮▮▮ | | | | | | | |

Account Number: ▮▮▮▮▮          24-Hour Assistance: ▮▮▮▮▮
                                        Access Code: ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**REALIZED GAINS/(LOSSES)** (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ◐ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | ██████ | |
| Subtotal (Short-Term) | | | | | | | |
| **TOTAL** | | | | | | | |

◐ - Excludes transactions for which we have insufficient data

**UNSETTLED TRADES**

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| ██████ | | | | | | | |
| **NET TOTAL** | | | | | | | ████ |

**CASH/OTHER TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| Other Debits/Credits | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |

Account Number: ▮▮▮▮▮▮

24-Hour Assistance: ▮▮▮▮▮▮
Access Code: ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 08/24 08/22 | WELLS FARGO & CO NEW DEL WE MAKE A MKT IN ISSUE PER ADVISORY AGREEMENT. ML ACTED AS AGENT CUS NO 949746101 SEC NO 9D8G5 PRINCIPAL 710.90 UNIT PRICE 59.2412 | Purchase | 12.0000 | (710.90) | | (710.90) | |
| 08/27 08/23 | WELLS FARGO & CO NEW DEL WE MAKE A MKT IN ISSUE PER ADVISORY AGREEMENT. ML ACTED AS AGENT CUS NO 949746101 SEC NO 9D8G5 PRINCIPAL 1117.75 UNIT PRICE 58.8290 | Purchase | 19.0000 | (1,117.75) | | (1,117.75) | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▉▉▉▉▉

## *YOUR RCMA TRANSACTIONS*

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 08/28 08/24 | WELLS FARGO & CO NEW DEL WE MAKE A MKT IN ISSUE PER ADVISORY AGREEMENT. ML ACTED AS AGENT CUS NO 949746101 SEC NO 9D8G5 PRINCIPAL 1117.35 UNIT PRICE   58.8079 | Purchase | 19.0000 | (1,117.35) | | (1,117.35) | |
| | **Subtotal (Purchases)** | | | | | | |
| **Sales** | | | | | | | |





**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▓▓▓▓▓

## YOUR RCMA TRANSACTIONS

August 01, 2018 - August 31, 2018

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |
| | | | | | |
| | Subtotal (Other Debits/Credits) | | | ▓ | |
| | NET TOTAL | | | | |

**ADVISORY AND OTHER FEES**

| Date | Fee Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| | | | | | |
| | NET TOTAL | | | ▓ | |

## YOUR RCMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | NET TOTAL | | | | | | ▓ |

This page intentionally left blank

 **Merrill Lynch**
Bank of America Corporation

Primary Account ███████

## ■ YOUR MERRILL LYNCH REPORT

November 01, 2018 - November 30, 2018

### PORTFOLIO SUMMARY

| | November 30 | October 31 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets | ████ | ████ | ███ |
| Your liabilities | | | |
| Your Net Cash Flow (Inflows/Outflows) | | | |
| Securities You Transferred In/Out | | | |
| *Subtotal Net Contributions* | | | |
| Your Dividends/Interest Income | | | |
| Your Market Gains/(Losses) | | | |
| *Subtotal Investment Earnings* | | | |

If you have questions on your statement, call 24-Hour Assistance:



Access Code: ████████

**Investment Advice and Guidance:**
**Call Your Financial Advisor**

**Your Financial Advisor:**



Up-to-date account information can be viewed at: www.mymerrill.com, where your statements are archived for three or more years.

Questions about MyMerrill? Click the "help" tab at the top of the screen once you log in.

**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2013-2018**



12/13  12/14  12/15  12/16  12/17  1Q18  2Q18  3Q18  10/18  11/18

## GO PAPERLESS WITH ONLINE DELIVERY. CONVENIENT. SECURE.

Having account records posted online can be safer because it helps reduce the threat of mailbox theft while protecting your private information. Reducing paper is also good for the environment. Visit www.mymerrill.com to enroll today.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation.  MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation.  Investment products:   **Are Not FDIC Insured**  |  **Are Not Bank Guaranteed**  |  **May Lose Value**

⊞

**Primary Account:** ▮▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

# ■ YOUR PORTFOLIO REVIEW

November 01, 2018 - November 30, 2018

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |

## CURRENT INCOME

| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | | |
| Taxable Interest | | |
| Tax-Exempt Dividends | | |
| Taxable Dividends | | |
| Total | | |
| **Your Estimated Annual Income** | | |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

| | Current Value | % of Portfolio |
|---|---|---|
| ▮▮▮ | | |

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| ▮▮▮ | | | |



**Merrill Lynch**
Bank of America Corporation

Online at: **www.mymerrill.com**    Account Number: ▮▮▮▮

24-Hour Assistance ▮▮▮▮
Access Code: ▮▮▮▮

**Net Portfolio Value:**  ▮▮▮▮

**Your Financial Advisor:**

▮▮▮▮

## ■ RCMA® ACCOUNT

This account is enrolled in the Merrill Lynch Investment Advisory Program

November 01, 2018 - November 30, 2018

| | This Statement | Year to Date |
|---|---|---|
| Opening Value (11/01) | ▮ | |
| Total Credits | ▮ | ▮ |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| Closing Value (11/30) | ▮ | |

| ASSETS | November 30 | October 31 |
|---|---|---|
| ▮ | ▮ | ▮ |
| Subtotal (Long Portfolio) | | |
| TOTAL ASSETS | | |
| LIABILITIES | | |
| ▮ | | |
| TOTAL LIABILITIES | | |
| NET PORTFOLIO VALUE | | |





*Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.*

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

Account Number: ■■■■

24-Hour Assistance: ■■■■
Access Code: ■■■■

# RCMA® ACCOUNT

November 01, 2018 - November 30, 2018

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | |
| Other Credits | | |
| Subtotal | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Margin Interest Charged | | |
| Other Debits | | |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | | |
| Subtotal | | |
| **Net Cash Flow** | | |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | | |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | | |
| **Fees Included In Transactions Above** | | |
| Commissions/Trading Fees | | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

**Allocation**

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮

## INVESTMENT ADVISORY PROGRAM

November 01, 2018 - November 30, 2018

**YOUR INVESTMENT STRATEGY** - Custom Managed - Client

The "Rate" above is the current expense rate for your Style Manager as of the end of the statement period. The section "Style Manager Expense Rate" in the Investment Advisory Program Form ADV Brochure and the section "Your Program Fees" in your Investment Advisory Program Client Agreement, or similar sections, provide more information on the expense rate payable to all available Style Managers and the Merrill Lynch Fee Rate respectively. For participating Trust Management Accounts (TMA), please refer to your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure in addition to the Program Form ADV Brochure for expense and fee information. Changes in the Style Managers may result in a change in the Style Manager Expense Rate. If you are a Retirement Account and have selected a Related Style Manager, as listed above, the Style Manager Expense Rate is 0% rather than the Style Manager Expense Rate indicated above for that Related Style Manager. For a list of Related Style Managers please see the Form ADV Brochure or other disclosure documents provided to you. Please note U.S. Trust is considered a Related Style Manager. For Funds noted with an asterisk (*) above or for other Funds in your account but not listed above, please see each Fund's prospectus or other disclosure documents for a description of the Fund's fees and expenses. For a "Rate" noted with a double asterisk (**) above, it is the current Overlay Expense Rate for the Overlay Service (as described in the Investment Advisory Program Form ADV Brochure and applicable Profile) as of the end of the statement period. The Overlay Expense Rate will be applied to all assets allocated to the applicable Style Manager Strategy(s) and/or Exchange-Traded Fund(s) within a Custom Managed Strategy for which the Overlay Service has been selected, and which will be identified in the Investment Advisory Program Portfolio Summary rather than this statement; the Overlay Expense Rate will not be applied to the percentage of the assets allocated to the Overlay Service for MAA options strategies. For additional information relating to the Overlay Expense Rate, see the Investment Advisory Program Form ADV Brochure, Investment Advisory Program Client Agreement and the applicable Overlay Service Profile(s). The percentage allocations listed above are based, as applicable, on target allocations for the Strategy selected or the allocations as of a particular point in time. Allocations for any particular account may be different from the allocations indicated above. For additional information, see the Investment Advisory Program Form ADV Brochure, Style Manager Profiles and Style Manager Disclosures as well as your Investment Advisory Program Client Agreement or for participating TMAs your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure.

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

**Account Number:** ▆▆▆▆▆    **24-Hour Assistance:** ▆▆▆▆▆▆▆
**Access Code:** ▆▆▆▆▆▆

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | ▆▆▆▆▆ | | | ▆▆▆▆▆ | | |
| ▆▆▆▆▆ | | | | | | |
| TOTAL | ▆▆▆▆▆ | | | | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ▆▆▆▆▆ | | | | | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ███████

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

008                                                                                                         2309                                                                    7 of 36

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



Bank of America Corporation

**Account Number:** ███████

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number: ▉▉▉▉▉

**24-Hour Assistance:** ▉▉▉▉▉
**Access Code:** ▉▉▉▉▉

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

**Account Number:** ▮

**24-Hour Assistance:** ▮
**Access Code:** ▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



Account Number:

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮▮    **24-Hour Assistance:** ▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▇▇▇▇▇▇

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Account Number:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number: ███████

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO & CO NEW DEL | WFC | 08/22/18 | 6 | 59.2416 | 355.45 | 54.2800 | 325.68 | (29.77) | 11 | 3.16 |
| | | 08/23/18 | 19 | 58.8289 | 1,117.75 | 54.2800 | 1,031.32 | (86.43) | 33 | 3.16 |
| | | 08/24/18 | 19 | 58.8078 | 1,117.35 | 54.2800 | 1,031.32 | (86.03) | 33 | 3.16 |
| Subtotal | | | 44 | | 2,590.55 | | **2,388.32** | (202.23) | 77 | 3.16 |
| **TOTAL** | | | | | | | | | | |

████████████████

**Account Number:** ████████

**24-Hour Assistance:** ████████████████
**Access Code:** ██████████

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income | Yield% |
|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number: ████████

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| Subtotal (Fixed Income) | | | | | | | | |
| Subtotal (Equities) | | | | | | | | |
| Subtotal (Alternative Investments) | | | | | | | | |
| **TOTAL** | | | | | | | | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | |

Account Number: ██████    24-Hour Assistance: ██████████
Access Code: ██████████

## YOUR RCMA ASSETS

November 01, 2018 - November 30, 2018

**Total Client Investment:** Cost of shares directly purchased and still hold. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

**Notes**
Total values exclude N/A items
✦Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

## YOUR RCMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Interest** | | | | | |
| | | | | | |
| | **Subtotal (Taxable Interest)** | | | | |
| **Taxable Dividends** | | | | | |
| | | | | | |


**Merrill Lynch**
Bank of America Corporation

Account Number: ▉▉▉▉▉▉

# YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Dividends** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal (Taxable Dividends)** | | | | | |
| **NET TOTAL** | | | | | |

Long Term Capital Gain Distributions

**Account Number:** ▮▮▮

**24-Hour Assistance:** ▮▮▮
**Access Code:** ▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|

The long-term capital gain distribution amounts may change due to income reclassification information provided by the issuer. In particular, distributions made by Mutual Funds, REITs and UITs often need to be reclassified as a different type of distribution (including long-term capital gain distributions) after the end of the year in which the distribution was originally paid.

**SECURITY TRANSACTIONS**
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|------------------------|-------------|------------------|----------|--------------------|---------------------------|-----------------|--------------------------------|

**Purchases**



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |

**Account Number:** ▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮
**Access Code:** ▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| Purchases | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| | | | | | | | |
| **Subtotal (Purchases)** | | | | | | | |
| **Sales** | | | | | | | |

**Account Number:** ▪▪▪▪▪

**24-Hour Assistance:** ▪▪▪▪▪
**Access Code:** ▪▪▪▪▪

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| 11/13 11/08 | WELLS FARGO & CO NEW DEL | Sale | -6.0000 | 318.68 | (.01) | 318.67 | |

EXECUTED 100% AGENCY PRICE SHOWN IS AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. WF MAKE A MKT IN ISSUE PER ADVISORY AGREEMENT. ML ACTED AS AGENT CUS NO 949746101 SEC NO 9D8G5 PRINCIPAL 318.68 TRN FEE 0.01 UNIT PRICE   53.1126

008

2309

28 of 36



**Merrill Lynch**
Bank of America Corporation

Account Number:▮▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |

**Account Number:** ▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮
**Access Code:** ▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/Trading Fees | (Debit)/Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |



**Merrill Lynch**
Bank of America Corporation

**Account Number:** ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |
| | | | | | | |
| **Subtotal (Sales)** | | | | | | |
| **TOTAL** | | | | | | |
| **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | | |
| **TOTAL SECURITY SALES/CREDITS** | | | | | | |

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Year to Date |
|---|---|---|---|---|---|---|---|

Account Number: ████

24-Hour Assistance: ████
Access Code: ████

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**REALIZED GAINS/(LOSSES)** (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| Subtotal (Long-Term) | | | | | | | |
| WELLS FARGO & CO NEW DEL | 6.0000 | 08/22/18 | 11/08/18 | 318.67 | 355.45 | (36.78) | |
| Subtotal (Short-Term) | | | | | | | |
| **TOTAL** | | | | | | | |





**Merrill Lynch**
Bank of America Corporation

Account Number: [REDACTED]

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

### REALIZED GAINS/(LOSSES) (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|

✪ - Excludes transactions for which we have insufficient data

✧This transaction has been affected by a "Wash Sale" based on IRS regulations. There are two different types of adjustments that may be occurring.

(A) If the gain/loss displays as N/C, this transaction has been identified as a "Wash Sale" based on IRS regulations and the loss has been added to the cost basis of the related purchase.

(B) If the gain/loss is calculated, the cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and your gain or loss will be inclusive of this amount.

### UNSETTLED TRADES

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|

**NET TOTAL**

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|

**Other Debits/Credits**



Account Number: ▮▮▮▮▮▮▮▮

24-Hour Assistance: ▮▮▮▮▮▮▮▮▮
Access Code: ▮▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

November 01, 2018 - November 30, 2018

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|------|-------------|-----------------|----------|-------|--------|
| **Other Debits/Credits** | | | | | |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | |
| | **Subtotal (Other Debits/Credits)** | | | ▮▮▮ | |
| | **NET TOTAL** | | | ▮▮▮ | |

**ADVISORY AND OTHER FEES**

| Date | Fee Type | Quantity | Description | Debit | Credit |
|------|----------|----------|-------------|-------|--------|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | |
| | **NET TOTAL** | | | ▮▮▮ | |

## YOUR RCMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|-------------|----------|------|-------------|-------------|----------|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | |
| | **NET TOTAL** | | | | | ▮▮▮ | |



## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at ▮▮▮▮▮ within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at ▮▮▮▮▮ or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or ▮▮▮▮▮.

 

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).



## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

XO 020000  631 930 002596 #004 AB 1.262


**Merrill Lynch**
Bank of America Corporation

Primary Account: ▮▮▮▮▮▮▮



# ■ YOUR MERRILL LYNCH REPORT
December 01, 2018 - December 31, 2018

| PORTFOLIO SUMMARY | December 31 | November 30 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets | | | |
| Your liabilities | | | |
| Your Net Cash Flow (Inflows/Outflows) | | | |
| Securities You Transferred In/Out | | | |
| ***Subtotal Net Contributions*** | | | |
| Your Dividends/Interest Income | | | |
| Your Market Gains/(Losses) | | | |
| ***Subtotal Investment Earnings*** | | | |

**If you have questions on your statement, call 24-Hour Assistance:**



Access Code: ▮▮▮▮▮▮

**Investment Advice and Guidance:**
**Call Your Financial Advisor**

**Your Financial Advisor:**

Up-to-date account information can be viewed at: www.mymerrill.com, where your statements are archived for three or more years.

Questions about MyMerrill? Click the "help" tab at the top of the screen once you log in.

**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2013-2018**

12/13  12/14  12/15  12/16  12/17  1Q18  2Q18  3Q18  10/18  11/18  12/18

## LOOKING FOR YOUR TAX DOCUMENTS?
We will begin mailing the 1099 tax reporting statement to eligible clients during the last week of January. Most statements will be mailed or posted online before February 15. Enroll in online delivery to access your tax documents before they arrive in the mail.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:   **Are Not FDIC Insured**   |   **Are Not Bank Guaranteed**   |   **May Lose Value**

 

**Primary Account:** ▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮
**Access Code:** ▮▮▮▮

# ■ YOUR PORTFOLIO REVIEW

December 01, 2018 – December 31, 2018

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Current Value | Allocation |
|---|---|---|
| ▮▮▮ | | |

## CURRENT INCOME



| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | | |
| Taxable Interest | | |
| Tax-Exempt Dividends | | |
| Taxable Dividends | | |
| Total | | |
| **Your Estimated Annual Income** | | |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

| | Current Value | % of Portfolio |
|---|---|---|
| ▮▮▮ | | |

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| ▮▮▮ | | | |

 **Merrill Lynch**
Bank of America Corporation

Online at: **www.mymerrill.com**       Account Number: ▉▉▉▉       24-Hour Assistance: ▉▉▉▉▉▉
                                                                                    Access Code: ▉▉▉▉▉

**Net Portfolio Value:**

**Your Financial Advisor:**

## ■ RCMA® ACCOUNT

This account is enrolled in the Merrill Lynch Investment Advisory Program       December 01, 2018 - December 31, 2018

| | This Statement | Year to Date |
|---|---|---|
| Opening Value (12/01) | | |
| Total Credits | | |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| Closing Value (12/31) | | |

| ASSETS | December 31 | November 30 |
|---|---|---|
| | | |
| Subtotal (Long Portfolio) | | |
| TOTAL ASSETS | | |
| LIABILITIES | | |
| | | |
| TOTAL LIABILITIES | | |
| NET PORTFOLIO VALUE | | |

 Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:   | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

Account Number: ▉▉▉

24-Hour Assistance: ▉▉▉
Access Code: ▉▉▉

# RCMA® ACCOUNT

December 01, 2018- December 31, 2018

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | |
| Other Credits | | |
| Subtotal | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Margin Interest Charged | | |
| Other Debits | | |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | | |
| Subtotal | | |
| **Net Cash Flow** | | |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | | |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | | |
| **Fees Included in Transactions Above** | | |
| Commissions/Trading Fees | | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

**Allocation**

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |

008

2309


**Merrill Lynch**
Bank of America Corporation

**Account Number:** ▮▮▮▮▮▮▮

## *INVESTMENT ADVISORY PROGRAM*

December 01, 2018 - December 31, 2018

**YOUR INVESTMENT STRATEGY** - Custom Managed - Client

The "Rate" above is the current expense rate for your Style Manager as of the end of the statement period. The section "Style Manager Expense Rate" in the Investment Advisory Program Form ADV Brochure and the section "Your Program Fees" in your Investment Advisory Program Client Agreement, or similar sections, provide more information on the expense rate payable to all available Style Managers and the Merrill Lynch Fee Rate respectively. For participating Trust Management Accounts (TMA), please refer to your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure in addition to the Program Form ADV Brochure for expense and fee information. Changes in the Style Managers may result in a change in the Style Manager Expense Rate. If you are a Retirement Account and have selected a Related Style Manager, as listed above, the Style Manager Expense Rate is 0% rather than the Style Manager Expense Rate indicated above for that Related Style Manager. For a list of Related Style Managers please see the Form ADV Brochure or other disclosure documents provided to you. Please note U.S. Trust is considered a Related Style Manager. For Funds noted with an asterisk (*) above or for other Funds in your account but not listed above, please see each Fund's prospectus or other disclosure documents for a description of the Fund's fees and expenses. For a "Rate" noted with a double asterisk (**) above, it is the current Overlay Expense Rate for the Overlay Service (as described in the Investment Advisory Program Form ADV Brochure and applicable Profile) as of the end of the statement period. The Overlay Expense Rate will be applied to all assets allocated to the applicable Style Manager Strategy(s) and/or Exchange-Traded Fund(s) within a Custom Managed Strategy for which the Overlay Service has been selected, and which will be identified in the Investment Advisory Program Portfolio Summary rather than this statement; the Overlay Expense Rate will not be applied to the percentage of the assets allocated to the Overlay Service for MAA options strategies. For additional information relating to the Overlay Expense Rate, see the Investment Advisory Program Form ADV Brochure, Investment Advisory Program Client Agreement and the applicable Overlay Service Profile(s). The percentage allocations listed above are based, as applicable, on target allocations for the Strategy selected or the allocations as of a particular point in time. Allocations for any particular account may be different from the allocations indicated above. For additional information, see the Investment Advisory Program Form ADV Brochure, Style Manager Profiles and Style Manager Disclosures as well as your Investment Advisory Program Client Agreement or for participating TMAs your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure.

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

Account Number: ███████

**24-Hour Assistance** ████████
Access Code: ███████

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | ████████ | | | | | |
| ████████ | | | | | | |
| **TOTAL** | | ████████ | | | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|





**Account Number:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued)<br>Description | Symbol | Acquired | Quantity | Unit<br>Cost Basis | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number: ███████████

**24-Hour Assistance:** ████████████
Access Code: ██████████

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Account Number:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▉▉▉▉

**24-Hour Assistance:** ▉▉▉▉▉
**Access Code:** ▉▉▉▉▉

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number: ████████

**24-Hour Assistance:** ████████
Access Code ████████

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| **EQUITIES** (continued)<br>Description | Symbol | Acquired | Quantity | Unit<br>Cost Basis | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Account Number:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018- December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

████████████    Account Number: ██████    **24-Hour Assistance:** ██████████
Access Code: ██████████

## YOUR RCMA ASSETS

December 01, 2018- December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

**Account Number:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number: ▇▇▇▇▇▇

## YOUR RCMA ASSETS

December 01, 2018- December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ████████

**24-Hour Assistance:** ████████
**Access Code:** ████████

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO & CO NEW DEL | WFC | 08/23/18 | 5 | 58.8280 | 294.14 | 46.0800 | 230.40 | (63.74) | 9 | 3.73 |
| | | 08/24/18 | 19 | 58.8078 | 1,117.35 | 46.0800 | 875.52 | (241.83) | 33 | 3.73 |
| Subtotal | | | 24 | | 1,411.49 | | 1,105.92 | (305.57) | 42 | 3.73 |
| **TOTAL** | | | | | | | | | | |

008                                          2309



Account Number: ▆▆▆▆▆▆▆

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018 - December 31, 2018

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income | Yield% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Subtotal (Fixed Income) | | | | | | | | | |
| Subtotal (Equities) | | | | | | | | | |
| Subtotal (Alternative Investments) | | | | | | | | | |
| **TOTAL** | | | | | | | | | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | |

 **Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮

## YOUR RCMA ASSETS

December 01, 2018- December 31, 2018

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

**Notes**
Total values exclude N/A items
✦Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

## YOUR RCMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Interest** | | | | | |
| | | | | | |
| | **Subtotal (Taxable Interest)** | | | | |
| **Taxable Dividends** | | | | | |

 

Account Number: ███████   24-Hour Assistance: ███████████
Access Code: ███████████

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Dividends** | | | | | |
| 12/03 | WELLS FARGO & CO NEW DEL HOLDING 50.0000 PAY DATE 12/01/2018 | * Dividend | | 21.50 | |


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|

**Taxable Dividends**

Account Number: ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|

**Taxable Dividends**


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Dividends** | | | | | |

**Subtotal (Taxable Dividends)**

**NET TOTAL**

» Long Term Capital Gain Distributions

The long-term capital gain distribution amounts may change due to income reclassification information provided by the issuer. In particular, distributions made by Mutual Funds, REITs and UITs often need to be reclassified as a different type of distribution (including long-term capital gain distributions) after the end of the year in which the distribution was originally paid.

## SECURITY TRANSACTIONS
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|------------------------|-------------|------------------|----------|--------------------|--------------------------|-----------------|-------------------------------|
| **Purchases** | | | | | | | |



 

**Account Number:** ▮

**24-Hour Assistance:** ▮
**Access Code:** ▮

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| Purchases | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |
| | | | | | | |
| **Subtotal (Purchases)** | | | | | | |
| **Sales** | | | | | | |

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| 12/14 12/12 | WELLS FARGO & CO NEW DEL | Sale | -20.0000 | 950.24 | (.01) | 950.23 | |

EXECUTED 100% AGENCY PRICE SHOWN IS AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. WE MAKE A MKT IN ISSUE PER ADVISORY AGREEMENT. ML ACTED AS AGENT CUS NO 949746101 SEC NO 9D8G5 PRINCIPAL 950.24 TRN FEE 0.01 UNIT PRICE  47.5118

| | |
|---|---|
| **Subtotal (Sales)** | |
| **TOTAL** | |
| **TOTAL SECURITY PURCHASES/(DEBITS)** | |
| **TOTAL SECURITY SALES/CREDITS** | |

**REALIZED GAINS/(LOSSES)**

| | | | | | | Gains/(Losses) ⊘ | |
|---|---|---|---|---|---|---|---|
| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | This Statement | Year to Date |
| **Subtotal (Long-Term)** | | | | | | | |

 **Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

December 01, 2018 - December 31, 2018

**REALIZED GAINS/(LOSSES)** (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ❂ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| WELLS FARGO & CO NEW DEL | 6.0000 | 08/22/18 | 12/12/18 | 285.06 | 355.45 | (70.39) | |
| WELLS FARGO & CO NEW DEL | 14.0000 | 08/23/18 | 12/12/18 | 665.17 | 823.61 | (158.44) | |
| Subtotal (Short-Term) | | | | | | | |
| **TOTAL** | | | | | | | |

❂ - Excludes transactions for which we have insufficient data

The capital gains and losses shown above may not reflect all transactions which must be reported on your 2018 tax return. These reportable transactions will appear on your January statement.

## CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |



 

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

December 01, 2018- December 31, 2018

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |
| | **Subtotal (Other Debits/Credits)** | | | | |
| | **NET TOTAL** | | | | |

**ADVISORY AND OTHER FEES**

| Date | Fee Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| | **NET TOTAL** | | | | |

## YOUR RCMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮

## YOUR RCMA MONEY ACCOUNT TRANSACTIONS (continued)

December 01, 2018 - December 31, 2018

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|-------------|----------|------|-------------|-------------|----------|
| | **NET TOTAL** | | | | | | ▮▮▮ |



**Merrill Lynch**
Bank of America Corporation

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at ▮▮▮▮▮▮▮ within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at ▮▮▮▮▮▮▮ or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or ▮▮▮▮▮▮▮.

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| ✳ | Dividends reported to the IRS |
| . | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑ ↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |



ƧƐᄅ˙Ɩ ᗺⱯ ⊅0Ꝋ# ᄅƐᄅ000 Ɩ⅋6 ƐⅥƧ  000Ɛ00 OX



**Merrill Lynch**
Bank of America Corporation

Primary Account: █████████

## ■ YOUR MERRILL LYNCH REPORT

January 01, 2019 - January 31, 2019

### PORTFOLIO SUMMARY

| | January 31 | December 31 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets | | | |
| Your liabilities | | | |
| Your Net Cash Flow (Inflows/Outflows) | | | |
| Securities You Transferred In/Out | | | |
| *Subtotal Net Contributions* | | | |
| Your Dividends/Interest Income | | | |
| Your Market Gains/(Losses) | | | |
| *Subtotal Investment Earnings* | | | |

**If you have questions on your statement, call 24-Hour Assistance:**
████████████

Access Code: ████████████

**Investment Advice and Guidance:**
**Call Your Financial Advisor**

**Your Financial Advisor:**
████████████

Up-to-date account information can be viewed at: www.mymerrill.com where your statements are archived for three or more years.

Questions about MyMerrill? Click the "help" tab at the top of the screen once you log in.

**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2014-2019**



12/14  12/15  12/16  12/17  12/18  1/19

## YOU MAY STILL BE ABLE TO MAKE A 2018 IRA CONTRIBUTION UNTIL

4/15/2019. If you earned income in 2018 and have not yet made an IRA contribution for 2018, you have until April 15, 2019 to complete your contribution. Call your advisor today for details.

*Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

**Primary Account:** ▮▮▮▮▮▮    **24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

# ■ YOUR PORTFOLIO REVIEW

January 01, 2019 - January 31, 2019

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

Current Value    Allocation

## CURRENT INCOME



| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | | |
| Taxable Interest | | |
| Tax-Exempt Dividends | | |
| Taxable Dividends | | |
| Total | | |

**Your Estimated Annual Income**

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

Current Value    % of Portfolio

## FINANCIAL MARKET INDICATORS



| | This Report | Last Report | Previous Year End |
|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

**Net Portfolio Value:**

**Online at: www.mymerrill.com**          **Account Number:** ▮

**24-Hour Assistance:** ▮
**Access Code:** ▮

**Net Portfolio Value:**

**Your Financial Advisor:**

# ■ RCMA® ACCOUNT

This account is enrolled in the Merrill Lynch Investment Advisory Program          January 01, 2019 - January 31, 2019



| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (01/01) | ▮ | ▮ |
| Total Credits | | |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| **Closing Value** (01/31) | ▮ | |

| ASSETS | January 31 | December 31 |
|---|---|---|
| ▮ | ▮ | ▮ |
| Subtotal (Long Portfolio) | | |
| **TOTAL ASSETS** | | |

| LIABILITIES | | |
|---|---|---|
| ▮ | | |
| **TOTAL LIABILITIES** | | |
| **NET PORTFOLIO VALUE** | | |

Go paperless! Receive this statement online instead of by mail. Visit mymerrill.com to enroll in online delivery.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation.  MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation.  Investment products:    **Are Not FDIC Insured**   **Are Not Bank Guaranteed**   **May Lose Value**

# RCMA® ACCOUNT

Account Number: ███████

24-Hour Assistance: ████████
Access Code: ███████

January 01, 2019 - January 31, 2019

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | |
| Other Credits | | |
| Subtotal | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Margin Interest Charged | | |
| Other Debits | | |
| Visa Purchases | | |
| ATM/Cash Advances | | |
| Checks Written/Bill Payment | | |
| Advisory and other fees | | |
| Subtotal | | |
| **Net Cash Flow** | | |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | | |
| Security Purchases/Debits | | |
| Security Sales/Credits | | |
| **Closing Cash/Money Accounts** | | |
| **Fees Included in Transactions Above** | | |
| Commissions/Trading Fees | | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

**Allocation**

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |



Account Number: ■■■■■■

## INVESTMENT ADVISORY PROGRAM

January 01, 2019 - January 31, 2019

**YOUR INVESTMENT STRATEGY** - Custom Managed - Client

The "Rate" above is the current expense rate for your Style Manager as of the end of the statement period. The section "Style Manager Expense Rate" in the Investment Advisory Program Form ADV Brochure and the section "Your Program Fees" in your Investment Advisory Program Client Agreement, or similar sections, provide more information on the expense rate payable to all available Style Managers and the Merrill Lynch Fee Rate respectively. For participating Trust Management Accounts (TMA), please refer to your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure in addition to the Program Form ADV Brochure for expense and fee information. Changes in the Style Managers may result in a change in the Style Manager Expense Rate. If you are a Retirement Account and have selected a Related Style Manager, as listed above, the Style Manager Expense Rate is 0% rather than the Style Manager Expense Rate indicated above for that Related Style Manager. For a list of Related Style Managers please see the Form ADV Brochure or other disclosure documents provided to you. Please note U.S. Trust is considered a Related Style Manager. For Funds noted with an asterisk (*) above or for other Funds in your account but not listed above, please see each Fund's prospectus or other disclosure documents for a description of the Fund's fees and expenses. For a "Rate" noted with a double asterisk (**) above, it is the current Overlay Expense Rate for the Overlay Service (as described in the Investment Advisory Program Form ADV Brochure and applicable Profile) as of the end of the statement period. The Overlay Expense Rate will be applied to all assets allocated to the applicable Style Manager Strategy(s) and/or Exchange-Traded Fund(s) within a Custom Managed Strategy for which the Overlay Service has been selected, and which will be identified in the Investment Advisory Program Portfolio Summary rather than this statement; the Overlay Expense Rate will not be applied to the percentage of the assets allocated to the Overlay Service for MAA options strategies. For additional information relating to the Overlay Expense Rate, see the Investment Advisory Program Form ADV Brochure, Investment Advisory Program Client Agreement and the applicable Overlay Service Profile(s). The percentage allocations listed above are based, as applicable, on target allocations for the Strategy selected or the allocations as of a particular point in time. Allocations for any particular account may be different from the allocations indicated above. For additional information, see the Investment Advisory Program Form ADV Brochure, Style Manager Profiles and Style Manager Disclosures as well as your Investment Advisory Program Client Agreement or for participating TMAs your Investment Services or Agency Agreement, Fee Schedule and TMA Brochure.

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: ■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

**Account Number:** ███████

**24-Hour Assistance:** ████████████
**Access Code:** ██████████

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | ████████ | | | ███████ | | |
| ████████ | | | | | | |
| **TOTAL** | | | ███████ | | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |



## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮    **24-Hour Assistance:** ▮▮▮▮▮▮▮
    **Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

Account Number: ███████

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



Merrill Lynch
Bank of America Corporation

**Account Number:** ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮

**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

008

0301

12 of 44



Account Number: ████████

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▓▓▓▓▓▓▓

**24-Hour Assistance:** ▓▓▓▓▓▓▓▓
**Access Code:** ▓▓▓▓▓▓

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |



**Account Number:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 – January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number: █████████

24-Hour Assistance: ████████████

Access Code: ████████

## YOUR RCMA ASSETS

January 01, 2019 – January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

**Account Number:**

## YOUR RCMA ASSETS

January 01, 2019 – January 31, 2019

| **EQUITIES** (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮

**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



**Merrill Lynch**
Bank of America Corporation

**Account Number:** ▪▪▪▪▪▪

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Number:** ▮▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|


**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | | | | | | | | | | |
| **TOTAL** | | | | | | | | | | |

| MUTUAL FUNDS/CLOSED END FUNDS/UIT Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | | | | | | | | | |

**Account Number:** ▓▓▓▓▓▓

**24-Hour Assistance:** ▓▓▓▓▓▓
**Access Code:** ▓▓▓▓▓▓

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | | | | | | | | |


**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮▮

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

| MUTUAL FUNDS/CLOSED END FUNDS/UIT (continued) Description | Total Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income Yield% |
|---|---|---|---|---|---|---|---|---|
| Subtotal (Fixed Income) | | | | | | | | |
| Subtotal (Equities) | | | | | | | | |
| Subtotal (Alternative Investments) | | | | | | | | |
| **TOTAL** | | | | | | | | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

 

Account Number: ██████    24-Hour Assistance: ████████
Access Code: ██████████

## YOUR RCMA ASSETS

January 01, 2019 - January 31, 2019

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

**Notes**

Total values exclude N/A items

✦Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

## YOUR RCMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Interest** | | | | | |
| ███████ | | | | | |
| **Subtotal (Taxable Interest)** | | | | | ████████ |
| **Taxable Dividends** | | | | | |
| ███████ | | | | | |

008                0301                24 of 44



**Merrill Lynch**
Bank of America Corporation

Account Number: █████████

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

### DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Dividends** | | | | | |

**Subtotal (Taxable Dividends)**

Account Number: ▮▮▮▮

24-Hour Assistance: ▮▮▮▮
Access Code: ▮▮▮▮

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| | **NET TOTAL** | | | | |

**SECURITY TRANSACTIONS**
TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|------------------------|-------------|------------------|----------|--------------------|--------------------------|-----------------|-------------------------------|
| **Purchases** | | | | | | | |

008

0301



**Account Number:** ▉▉▉▉▉

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|

**Purchases**

Account Number: ▮▮▮▮

24-Hour Assistance: ▮▮▮▮
Access Code: ▮▮▮▮

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
| --- | --- | --- | --- | --- | --- | --- |

**Purchases**



**Merrill Lynch**
Bank of America Corporation

Account Number: ▇▇▇▇▇▇▇

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date  Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |

008                                        0301                                        29 of 44

**Account Number:** ▉▉▉▉▉▉

**24-Hour Assistance:** ▉▉▉▉▉▉▉

**Access Code:** ▉▉▉▉▉▉▉

## YOUR RCMA TRANSACTIONS

January 01, 2019 – January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |


**Merrill Lynch**
Bank of America Corporation

Account Number: ▆▆▆▆▆▆▆▆

## *YOUR RCMA TRANSACTIONS*

January 01, 2019 – January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date  Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |

008

0301

**Account Number:** ███████    **24-Hour Assistance:** ██████████

**Access Code:** ████████

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |



**Merrill Lynch**
Bank of America Corporation

Account Number: ████████

## *YOUR RCMA TRANSACTIONS*

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date  Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |

**Account Number:** ▮▮▮▮▮▮▮

**24-Hour Assistance:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Access Code:** ▮▮▮▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |
| Subtotal (Purchases) | | | ▮▮▮▮▮▮▮ | | | |
| **Sales** | | | | | | |


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| 01/11 01/09 | WELLS FARGO & CO NEW DEL | Sale | -24.0000 | 1,141.66 | (.01) | 1,141.65 | |

EXECUTED 100% AGENCY PRICE SHOWN IS AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. WE MAKE A MKT IN ISSUE PER ADVISORY AGREEMENT. ML ACTED AS AGENT CUS NO 949746101 SEC NO 9D8G5 PRINCIPAL 1141.66 TRN FEE 0.01 UNIT PRICE   47.5692

Account Number: ██████

24-Hour Assistance: ██████████
Access Code: ████████

## YOUR RCMA TRANSACTIONS

January 01, 2019 – January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |

008

0301

36 of 44


**Merrill Lynch**
Bank of America Corporation

Account Number:

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date  Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |



Account Number: ▮▮▮▮▮

24-Hour Assistance: ▮▮▮▮▮
Access Code: ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement/ Trade Date Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |
| Subtotal (Sales) | | | | | | |
| TOTAL | | | | | | |
| TOTAL SECURITY PURCHASES/(DEBITS) | | | | | | |
| TOTAL SECURITY SALES/CREDITS | | | | | | |

008

0301

38 of 44



**Account Number:** ▮▮▮▮▮

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Gains/(Losses) ⊙ Year to Date |
|---|---|---|---|---|---|---|---|

**Account Number:** ████

**24-Hour Assistance:** ████
**Access Code:** ████

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**REALIZED GAINS/(LOSSES) (continued)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ❂ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| Subtotal (Long-Term) | | | | | | | ████ |
| WELLS FARGO & CO NEW DEL | 5.0000 | 08/23/18 | 01/09/19 | 237.84 | 294.14 | (56.30) | |
| WELLS FARGO & CO NEW DEL | 19.0000 | 08/24/18 | 01/09/19 | 903.81 | 1,117.35 | (213.54) | |
| Subtotal (Short-Term) | | | | | | | ████ |
| **TOTAL** | | | | | | | |

❂ - Excludes transactions for which we have insufficient data

N/C - Results may not be calculated for transactions which involve the sale of partnership interests, short term debt instruments, derivative products purchased in the secondary market,



**Merrill Lynch**
Bank of America Corporation

Account Number: ▮▮▮▮▮▮▮

## *YOUR RCMA TRANSACTIONS*                                    January 01, 2019 - January 31, 2019

**REALIZED GAINS/(LOSSES)** (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | This Statement | Gains/(Losses) ✪ Year to Date |
|---|---|---|---|---|---|---|---|

or the determination of ordinary income and/or capital items for discount and zero-coupon issues.

✧This transaction has been affected by a "Wash Sale" based on IRS regulations. There are two different types of adjustments that may be occurring.

(A) If the gain/loss displays as N/C, this transaction has been identified as a "Wash Sale" based on IRS regulations and the loss has been added to the cost basis of the related purchase.

(B) If the gain/loss is calculated, the cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and your gain or loss will be inclusive of this amount.

**UNSETTLED TRADES**

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | |

**NET TOTAL**                                                                                                    ▮▮▮▮

**CASH/OTHER TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | |

*Subtotal (Other Debits/Credits)*                                                     ▮▮▮▮

Account Number: ██████████

24-Hour Assistance: ████████████
Access Code: ████████

## YOUR RCMA TRANSACTIONS

January 01, 2019 - January 31, 2019

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|------|-------------|------------------|----------|-------|--------|
| **Other Debits/Credits** | | | | | |
| | **NET TOTAL** | | | ██████ | |

**ADVISORY AND OTHER FEES**

| Date | Fee Type | Quantity | Description | Debit | Credit |
|------|----------|----------|-------------|-------|--------|
| ████████████████████████████████████████████████████████████████████ | | | | | |
| | **NET TOTAL** | | | ██████ | |

## YOUR RCMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|-------------|----------|------|-------------|-------------|----------|
| ████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | |
| | **NET TOTAL** | | | | | ██████ | |



**Merrill Lynch**
Bank of America Corporation

### Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at ▓▓▓▓▓ within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

### About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

### Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at ▓▓▓▓▓ or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business® balances.

### Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

### Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

### Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or ▓▓▓▓▓.



## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).



## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑ ↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |





Retail

RDC 99

$4.23

R2305M145014-14

WELLS FARGO SECURITIES LITIGATION
c/o EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC
P.O. BOX 5430
PORTLAND, OR 97228-5430