# EXHIBIT D-11
# Claim 22823

# PROOF OF CLAIM AND RELEASE FORM

| **MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023** | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>*In re Wells Fargo & Co. Securities Litigation,*<br>No. 1:20-cv-04494-GHW-SN |
|---|---|

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

██████████████ me    ▓▓    █████████ .

██████████ er's First Name    ██    █████ ial Owner's Last Nam

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)
████████████████  ████  █ █

Address 2 (apartment, unit or box number)

██████████████████

Country
████████

Last four digits of Social Security Number or Taxpayer Identification Number
████████

Telephone Number (Day)    Telephone Number (Evening)
████████████    ████████████

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)
████████████████

Account Number (where securities were traded)
████████████

Claimant Account Type (check appropriate box)

☐ Individual    ☐ IRA/401K    ☐ Estate
☑ Joint    ☐ Pension Plan    ☐ Trust
☐ Corporation    ☐ Other _____ (please specify)

03-CA40065503
AI7513 v.07

### PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

15802 . 57

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 12 03 18 | .5240 | $ 54.24 | $ 28.42 |
| 12 11 18 | 1096.5 | $ 12.16 | $ 13333.60 |
| 12 17 18 | 209.72 | $ 11.80 | $ 2474.67 |
| 12 19 18 | 17.567 | $ 11.39 | $ 200.00 |
| 12 11 19 | 17455.6 | $ . | $ 21396.32 |
| 12 18 19 | 19084.8 | $ . | $ 2508.00 |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| 12 17 18 | 12718 | $ 17.06 | $ 2474.67 |
| 12 11 18 | 15967 | $ 12.16 | $ 13333.60 |
| 12 11 19 | 16087 | $ 13.30 | $ 21396.32 |
| 12 18 19 | 186583 | $ 13.43 | $ 2508.50 |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

9308 . 06

**If you require additional space to list your transactions, use photocopies of this page and check this box.** ☐

04-CA40065503
AI7514 v.07

4

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this _____5_____ day of _____Sept /2023_____, in ████████████████
                                     (Month/Year)                              (Country)

████████████████████████████████████████████████████

Date of signature
09/05/23

Signature of Claimant *(date signature, 09/05/2023)*    Signature of Joint Claimant, if any

████████████████████████████

Print Name of Claimant        Print Name of Joint Claimant, if any

████████████████████████████████████████

Date                          Date

*If Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

████████████████████     $\boxed{0}\boxed{9}$ - $\boxed{0}\boxed{5}$ - $\boxed{2}\boxed{0}\boxed{2}\boxed{3}$
                                    MM        DD        YYYY
Signature of Person Completing Form   Date

████████████████████████

Print Name of Person Completing Form    Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

### REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.
☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.
☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**
☑ 4. Keep a copy of your Claim Form for your records.
☑ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. **Do not use highlighter on the Claim Form or supporting documentation.**



# Attachments



Patch Code 3



DECEMBER 1, 2017 - DECEMBER 31, 2017

## Mutual Funds

### Open End Mutual Funds continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Activity detail

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/01 | Cash | DIVIDEND | | WELLS FARGO & CO NEW | | 25.06 |

DECEMBER 1, 2018 - DECEMBER 31, 2018

## Mutual Funds

### Open End Mutual Funds continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.
m This security contains multiple tax lots that may or may not include cost information that is reportable to the IRS.
nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Activity detail

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/03 | Cash | DIVIDEND | | WELLS FARGO & CO NEW 120118    66.08300 AS OF 12/01/18 | | 28.42 |





**DECEMBER 1, 2018 - DECEMBER 31, 2018**

## Activity detail continued

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| | | | | 123118  12,762 | | |
| | | | | **Total Income and distributions:** | | **$15,839.43** |

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| 12/03 | Cash | REINVEST DIV | 0.52400 | WELLS FARGO & CO NEW<br>REINVEST AT  54.237 | | -28.42 |

001 PFL9 L9AB





DECEMBER 1, 2019 - DECEMBER 31, 2019

## Activity detail continued

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| | | | | **Total Income and distributions:** | | **$24,212.75** |

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| 12/02 | Cash | REINVEST DIV | 0.64800 | WELLS FARGO & CO NEW REINVEST AT 53.975 | | -35.00 |

Page 4 of 5

MARCH 1, 2020 - MARCH 31, 2020

## Additional information

Gross proceeds

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|------|--------------|-------------|----------|-------------|-------|--------|-------------------------|

## Non cash activity detail

This section displays security transfer activity for the current period. The price and value are as of the date of the transfer.

**Transfers out**



| 03/02 | Cash | | ASSET TRF | -69.00000 | WELLS FARGO & CO NEW TO: RAYMOND JAMES & ASSO | 42.2600 | -2,915.94 |
|-------|------|--|-----------|-----------|----------------------------------------------|---------|-----------|
| | | | | | **Total Transfers out:** | | |



001 Z0 Z001

JANUARY 1, 2020 - JANUARY 31, 2020

## Mutual Funds

**Open End Mutual Funds continued**

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|



001 PFL9 L9AB

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:     info@WellsFargoSecuritiesClassAction.com
Phone:    888-301-4209



| Claim Number: | 22823 |
|---|---|
| <u>Response Deadline:</u> | <u>December 10, 2023</u> |

November 20, 2023

## <u>Notice of Deficient Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**<u>Ineligibility Condition:</u>** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**<u>Deficiency:</u>** Trade Discrepancy/Claim Does Not Balance.

AJ3271 v.04



There is a discrepancy between (a) the number of shares of Wells Fargo common stock you state on your Claim Form that you held as of the opening of trading on February 2, 2018 and that you purchased or acquired from February 2, 2018, through June 9, 2020, and (b) the number of shares of Wells Fargo common stock you state on your Claim Form that you sold from February 2, 2018 through June 9, 2020, and that you held at the end of that period (June 9, 2020). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The formula used to calculate the discrepancy is:

All Shares Held on the Opening of Trading on February 2, 2018 + All Shares Purchased or Acquired from February 2, 2018, through June 9, 2020 – All Shares Sold or Delivered from February 2, 2018, through June 9, 2020 – Unsold Shares as of the close of trading on June 9, 2020.

This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| -105121.46 | Holding Difference 06/09/2020 | Common Stock |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

| Website: | www.WellsFargoSecuritiesClassAction.com |
|---|---|
| Email: | info@WellsFargoSecuritiesClassAction.com |
| Phone: | 888-301-4209 |

Claim Number:      22823

Response Deadline:    December 10, 2023

November 20, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

AJ3271 v.04

There is a discrepancy between (a) the number of shares of Wells Fargo common stock you state on your Claim Form that you held as of the opening of trading on February 2, 2018 and that you purchased or acquired from February 2, 2018, through June 9, 2020, and (b) the number of shares of Wells Fargo common stock you state on your Claim Form that you sold from February 2, 2018 through June 9, 2020, and that you held at the end of that period (June 9, 2020). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.
The formula used to calculate the discrepancy is:

All Shares Held on the Opening of Trading on February 2, 2018 + All Shares Purchased or Acquired from February 2, 2018, through June 9, 2020 – All Shares Sold or Delivered from February 2, 2018, through June 9, 2020 – Unsold Shares as of the close of trading on June 9, 2020.

This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| -105121.46 | Holding Difference 06/09/2020 | Common Stock |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

November 29, 2023



Wells Fargo Securities Litigation

c/o Epiq Class Actions and Claims Solutions, Inc.

PO Box 5430

Portland, OR 97228-5430

SUBJ: REQUEST FOR COURT REVIEW Claim No.'s 22635, 22823

Dear Claims Administrator:

We request a Court Review of the rejection of our Claims (22635, 22823). As you can see from the Wells Fargo Statements years ending 2017, 2018, 2019, 2020, I listed all the trade transactions that Wells Fargo had provided me.  I wrote the trade date, number of shares, price per share, and total transaction prices, as requested, exactly as Wells Fargo had provided me. I estimated "Quantity of Shares Held" as they seemed to be on my enclosed statements. I hold no shares, as they were all liquidated. Though I did not get, and do not have, the final statements from Well Fargo showing that all shares held/purchased (-) [minus] all shares sold/delivered (=) [equals] 0.00, Wells Fargo holds that information. This error of numbers no calculating out to 0.00 is due to lack of full information provided from Wells Fargo, or perhaps an error in my understanding of directions. This should not be a cause to reject our claim for just settlement. We request the Court evaluate this and provide judgement for some just settlement.

Sincerely,



**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this ___5___ day of ___Sept /2023___, i
(Month/Year)

completing this form, the following **also** must be provided:

0̶9̶ - 0̶5̶ - 2̶0̶2̶3̶
MM    DD    YYYY
Date

**REMINDER**

☑ 1. Please be sure to sign this Claim Form.
☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.
☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**
☑ 4. Keep a copy of your Claim Form for your records.
☑ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. **Do not use highlighter on the Claim Form or supporting documentation.**

07-CA40065503
AI7517 v.07

7

# PROOF OF CLAIM AND RELEASE FORM

<table>
<tr><td>MUST BE<br>POSTMARKED<br>NO LATER THAN<br>OCTOBER 5, 2023</td><td>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><i>In re Wells Fargo & Co. Securities Litigation,</i><br>No. 1:20-cv-04494-GHW-SN</td></tr>
</table>

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name    MI    Beneficial Owner's Last Name

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)    Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Claimant Account Type** (check appropriate box)

- [ ] Individual
- [x] Joint
- [ ] Corporation
- [ ] IRA/401K
- [ ] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust

**03-CA40065503**
AI7513 v.07

3

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

15802.57

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 12 03 18 | .5240 | $ .54.24 | $ 28.42 |
| 12 11 18 | 1096.5 | $ 12.16 | $ 1333.60 |
| 12 17 18 | 209.72 | $ 11.80 | $ 2474.67 |
| 12 19 18 | 17.569 | $ 11.39 | $ 200.60 |
| 12 11 19 | 17.5556 | $ . | $ 21396.32 |
| 12 18 19 | 19084.8 | $ —. | $ 2508.00 |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| 12 17 18 | 12 17 18 | $ 17.06 | $ 2474.67 |
| 12 11 18 | .15967 | $ 12.16 | $ 1333.60 |
| 12 11 19 | .16087 | $ 13.30 | $ 21396.32 |
| 12 18 19 | 186.783 | $ 18.43 | $ 2508.50 |
| 09 30 20 | 1931.58 | $ 12.36 | $ 23 8743.57 |
| 03 02 20 | 69.0 | $ 42.26 | $ 2915.94 |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

19308.06

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

█████████████████████████████

DECEMBER 1, 2017 - DECEMBER 31, 2017

████████████████████

## Mutual Funds

### Open End Mutual Funds continued

ESTIMATED

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.
nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Activity detail

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------------|----------|-------------|-------|--------|
| 12/01 | Cash | DIVIDEND | | WELLS FARGO & CO NEW<br>120117    64.25800 | | 25.06 |

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████






DECEMBER 1, 2018 - DECEMBER 31, 2018
ACCOUNT NUMBER: ███████████

## Mutual Funds

### Open End Mutual Funds continued

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.
m This security contains multiple tax lots that may or may not include cost information that is reportable to the IRS.
nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Activity detail

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/03 | Cash | DIVIDEND | | WELLS FARGO & CO NEW 120118    66.08300 AS OF 12/01/18 | | 28.42 |



001 PFL9 L9AB





DECEMBER 1, 2018 - DECEMBER 31, 2018

## Activity detail continued

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| 12/03 | Cash | REINVEST DIV | 0.52400 | WELLS FARGO & CO NEW | | -28.42 |

## Cash sweep activity

Our Cash Sweep program allows you to earn a return on the idle cash balances in your account by automatically investing such balances into one of our cash sweep options. These 'sweep transactions' may represent a net amount for the day and occur on settlement date. The following section displays transfers into and out of your sweep option. Transactions displayed here are Transfer To, Transfer From and Reinvested Dividends and Interest. These transaction amounts are not included in your cash flow summary.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|------|-------------|-------------|--------|------|-------------|-------------|--------|

001 PFL9 L9AB

GKSP4CDHA2 012810 N2NNNNNNNN NNN NNN 007 007 001 131297   21021E04.2





DECEMBER 1, 2019 - DECEMBER 31, 2019

## Activity detail continued

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| | | | | | | |

### Securities purchased

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|------|--------------|-------------|----------|-------------|-------|--------|
| 12/02 | Cash | REINVEST DIV | 0.64800 | WELLS FARGO & CO NEW REINVEST AT 53.975 | | -35.00 |

001 PFL9 L9AB

MARCH 1, 2020 - MARCH 31, 2020

**Additional information**

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|------|--------------|-------------|----------|-------------|-------|--------|-------------------------|

## Non cash activity detail

This section displays security transfer activity for the current period. The price and value are as of the date of the transfer.

**Transfers out**

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------------|-----------|-----------------------------------------------|---------|-----------|
| 03/02 | Cash | ASSET TRF | -69.00000 | WELLS FARGO & CO NEW TO: RAYMOND JAMES & ASSO | 42.2600 | -2,915.94 |



001 Z0 Z001

JANUARY 1, 2020 – JANUARY 31, 2020

## Mutual Funds

**Open End Mutual Funds continued**

## Cost information for one or more securities is not available. If you have cost information and would like to see it on future statements, contact Your Financial Advisor.
m This security contains multiple tax lots that may or may not include cost information that is reportable to the IRS.
nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Activity detail

**Income and distributions**



Wells Fargo Securities Litigation
% Epiq Class Actions & Claims Solutions, I
PO Box 5430
Portland, OR
97228-5330

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:     info@WellsFargoSecuritiesClassAction.com
Phone:     888-301-4209



Claim Number:        22823

Response Deadline:   April 25, 2024

April 5, 2024

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Recognized Claim.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Claim and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Claim is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Claim under the Plan of Allocation. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting evidence of Wells Fargo common stock purchased or acquired during the Class Period that was not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Deficiency:** Transfers Out.

You listed transactions on your Claim Form that are presented or identified as transfers out of your account (also called a "free delivery") prior to the end of the lookback period, but you did not provide any information as to the disposition of those shares.

AJ3271 v.04



**How to Resolve:** While inclusion of transfers out of your account is necessary for your Claim to balance, those shares will not be factored into the calculation of your Recognized Claim under the Plan of Allocation unless you provide documentation regarding the **final disposition** of those shares after they were transferred out of your account. Specifically, if the shares identified below as a "Transfer Out" were disposed of prior to the close of trading on June 9, 2020, you must submit acceptable supporting documentation that provides the following information regarding the final disposition transaction:

Date of Sale, Sale Price per Share, and Total Sale Price.

If the shares identified below as a "Transfer Out" were still held as of the close of trading on June 9, 2020, you must submit acceptable supporting documentation that shows the shares were still held as of that date.

**PLEASE NOTE:** If you do not respond, the transferred shares, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The specific transfer transactions for which additional information is required are listed in the chart below.

| Date | Type of Transaction | Quantity |
|------|---------------------|----------|
| 03/02/2020 | Delivered Shares | 69.00 |

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04