# EXHIBIT D-12

# Claim 762

# PROOF OF CLAIM AND RELEASE FORM

| MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023 |
|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name    MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name    MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City    State    ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)    Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

- [ ] Individual
- [ ] Joint
- [ ] Corporation
- [x] IRA/401K
- [ ] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust

03-CA40065503
AI7513 v.07

3

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A.  **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

*[handwritten: wells Fargo only will provide me with information on my plan from 2021 on — I can't get this]*

**Quantity of Shares Held**

B.  **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

C.  **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

D.  **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

YOU MUST READ THE RELEASE AND YOUR SIGNATURE ON PAGE 7 WILL CONSTITUTE YOUR ACKNOWLEDGMENT OF THE RELEASE.

### PART III: SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (we) submit this Claim Form under the terms of the Settlement described in the Notice. I (we) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the releases set forth in the Settlement and repeated herein. I (we) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (we) agree to furnish additional information to the Claims Administrator to support this Claim if requested to do so.

### PART IV: RELEASE

1. I (we) hereby acknowledge, on behalf of myself (ourselves), and each of my (our) heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, and any other person or entity legally entitled to bring Released Plaintiffs' Claims on behalf of myself (ourselves), in that capacity, that I (we) fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge each and every Released Plaintiffs' Claim against Defendants and the other Defendants' Releasees, and are forever barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

2. "Defendants' Releasees" means Defendants and Charles W. Scharf, including each of their current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors, assigns, assignees, heirs, executors, estates, administrators, joint ventures, entities in which they have a controlling interest, partnerships, partners, trustees, trusts, employees, Immediate Family Members, insurers, reinsurers, accountants, auditors, and attorneys, in their capacities as such.

3. "Released Plaintiffs' Claims" means all claims and causes of action of every nature and description, whether known or Unknown Claims (as defined in ¶ 4 below), whether arising under federal, state, common, or foreign law, that Lead Plaintiffs or any other member of the Settlement Class (a) asserted in the Complaint; or (b) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Complaint and that relate to the purchase, acquisition, or ownership of Wells Fargo common stock during the Class Period. This release does not include any claims that have already been asserted in a related shareholder derivative action or ERISA action, including *Timothy Himstreet and Montini Family Trust v. Charles W. Scharf, et al.*, No. CGC-22-599223 (Cal. Super. Ct. Apr. 19, 2022), or any claims relating to the enforcement of the Settlement.

4. "Unknown Claims" means any Released Plaintiffs' Claims which any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, in each case which, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, to the fullest extent permitted by law, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

   A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

   Lead Plaintiffs and Defendants acknowledge that they may hereafter discover facts in addition to or different from those which he, she, or it or their counsel now knows or believes to be true with respect to the subject matter of the Released Claims, but, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly settle and release, and each of the other Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, settled and released,

any and all Released Claims without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and a material element of the Settlement.

5. This release shall be of no force or effect unless and until the Court approves the Settlement and the Effective Date of the Settlement (as defined in the Stipulation) occurs.

6. I (we) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to the Settlement or any other part or portion thereof.

7. I (we) hereby warrant and represent that I (we) have included information about all of my (our) purchases and sales of Wells Fargo common stock during the required periods as set forth above.

8. I (we) hereby warrant and represent that I (we) have not submitted any other Claim covering the same purchases of Wells Fargo common stock and knows (know) of no other person having done so on my (our) behalf.

9. I (we) hereby warrant and represent that I am (we are) not excluded from the Settlement Class as defined in the Notice and that I (we) have not requested to be excluded from the Settlement Class pursuant to the procedures set forth in the Notice.

10. I (we) submit to the jurisdiction of the Court with respect to my (our) Claim and for purposes of enforcing the releases set forth herein.

11. I (we) agree to furnish such additional information with respect to this Claim as Lead Counsel, the Claims Administrator, or the Court may require.

12. I (we) waive the right to trial by jury, to the extent it exists, and agree to the determination by the Court of the validity or amount of this Claim, and waive any right of appeal or review with respect to such determination.

13. I (we) acknowledge that I (we) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

14. I (we) certify that I am (we are) not subject to backup withholding under the provisions of section 3406(a)(1)(c) of the Internal Revenue Code.

Note:    if you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

06-CA40065503
AI7516 v.07

6

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this _21st_ day of _June_____, in

(Month/Year)                  (City)                  (State/Country)

_____        _____
Signature of Claimant              Signature of Joint Claimant, if any

_____        _____
Print Name of Claimant             Print Name of Joint Claimant, if any

| 0 | 6 | - | 2 | 1 | - | 2 | 0 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|

MM      DD       YYYY
Date

| 0 | 6 | - | 2 | 1 | - | 2 | 0 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|

MM      DD       YYYY
Date

*If Claimant is other than an individual, or is not the person completing this form, the following **also** must be provided:*

_____        | | | - | | | - | | | | |
Signature of Person Completing Form    MM    DD    YYYY
                                       Date

_____        _____
Print Name of Person Completing Form   Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☐  1. Please be sure to sign this Claim Form.

☐  2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☐  3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☐  4. Keep a copy of your Claim Form for your records.

☐  5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☐  6. **Do not use highlighter on the Claim Form or supporting documentation.**

07-CA40065503
AI7517 v.07                                    7



Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:    info@WellsFargoSecuritiesClassAction.com
Phone:   888-301-4209



*400655030009861292*

Claim Number:    762

<u>Response Deadline:</u>   November 8, 2023

October 19, 2023

## <u>Notice of Deficient Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**<u>Ineligibility Condition:</u>** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209



Claim Number:        762

<u>Response Deadline:</u>    <u>November 8, 2023</u>

October 19, 2023

## <u>Notice of Deficient Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04



**ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 03/12/20**

**ZZWells Fargo and Company 401(k) Plan**

DOP            DOS            DOT
DOB            DOR

| BEFORE-TAX ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Vested Percent:

Cash:

Wells Fargo previously wouldn't provide this statement timely – which is why I wasn't able to respond to Claim # 702 – they finally sent this to me which proves I was in the Wells Fargo Common Stock. I want to be part of this litigation. Please advise. I request a Court review of the rejection of my claim.

**ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING  03/12/20**

**ZZWells Fargo and Company 401(k) Plan**



| ROLLOVER ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Total in $:

Vested Percent: ▮  Amount: ▮

Cash: ▮

Run Date: 11/9/2023    1:45:40PM

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 03/12/20

ZZWells Fargo and Company 401(k) Plan



| SAFE HARBOR MATCHING ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | · Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total in $:

Vested Percent:    Amount:

Cash:

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 03/12/20

ZZWells Fargo and Company 401(k) Plan



Run Date: 11/9/2023    1:45:40PM

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING  03/12/20

ZZWells Fargo and Company 401(k) Plan



| ACCOUNT SUMMARY DETAIL | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Total in $:**

**Loan Information**

Total Vested Balance:

Total Cash:

## Rpt 057 - Transaction History

**Plan Code:** ██████████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

**Plan Code:** ████████

| Trans Desc | / | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 – Transaction History**

**Plan Code** ████████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

**Plan Code** ████████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

**Plan Code:** ▮▮▮▮▮

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

# Rpt 057 - Transaction History

**Plan Code** ████████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Plan Code: [REDACTED]

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Plan Code: ▮▮▮▮

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 – Transaction History**

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Rpt 057 - Transaction History**

**Plan Code** ████████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trans Desc** | **SSN** | **Fund** | **MT** | | **Process Date** | **Trade Date** | **Request Date** | **Trade Desc** | **RK Code** | **Units/ Shares** | **Cash** | **Trade Cash** |

Plan Code: ████████

**Rpt 057 - Transaction History**

Plan Code: ███████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

| Plan Code: ███████ | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |

## Rpt 057 - Transaction History

**Plan Code:** ▮▮▮▮▮

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Rpt 057 - Transaction History

**Plan Code:** ███████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Rpt 057 - Transaction History

**Plan Code:** ██████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Plan Code: ████████

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|

COPY

**Document Control**



**$2.55** US POSTAGE
6 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

stamps
endicia
11/29/2023

# USPS FIRST CLASS MAIL®

**SHIP TO:** WELLS FARGO SECURITIES LITIGATION
CO EPIQ CLASS ACTION & CLAIMS SOL INC
PO BOX 5430
PORTLAND OR 97228-5430