# EXHIBIT D-13

# Claim 3914

# PROOF OF CLAIM AND RELEASE FORM

| MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023 | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK *In re Wells Fargo & Co. Securities Litigation,* No. 1:20-cv-04494-GHW-SN | **AS-IS** Document Control |

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name          MI          Beneficial Owner's Last Name

Co-Beneficial Owner's First Name          MI          Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City          State          ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)          Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

**Claimant Account Type (check appropriate box)**

- ☐ Individual
- ☐ Joint
- ☐ Corporation
- ☒ IRA/401K
- ☐ Pension Plan
- ☐ Other_____
- ☐ Estate
- ☐ Trust
- (please specify)

AS-IS

*Document Control*

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

2239.83

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 03/31/18 | 85.86 | $44.98 | $3862.20 |
| 06/30/18 | 78.69 | $47.95 | $3773.35 |
| 09/30/18 | 43.10 | $45.79 | $1973.79 |
| 12/31/18 | 56.90 | $40.47 | $2302.76 |
| 03/31/19 | 88.27 | $42.83 | $3780.69 |
| 06/30/19 | 96.61 | $42.35 | $4091.28 |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

*AS-IS*

*Document Control*

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

**A. Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

$$\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{\phantom{0}}.\boxed{\phantom{0}}\boxed{\phantom{0}}$$

**B. Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 09 30 19 | 44.15 | $ 45.64 | $ 2015.18 |
| 12 31 19 | 44.43 | $ 49.14 | $ 2183.10 |
| 03 31 20 | 168.61 | $ 26.49 | $ 4468.04 |
| 06 30 20 | 99.14 | $ 24.10 | $ 2389.35 |
|  |  | $ . | $ . |
|  |  | $ . | $ . |

**C. Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
|  |  | $ . | $ . |
|  |  | $ . | $ . |
|  |  | $ . | $ . |
|  |  | $ . | $ . |
|  |  | $ . | $ . |
|  |  | $ . | $ . |

**D. Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

$$\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{\phantom{0}}\boxed{3}\boxed{1}\boxed{4}\boxed{6}.\boxed{9}\boxed{6}$$

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

04-CA40065503
AI7514 v.07

4

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this ___16TH___ day of __JULY__, 20 23, in ▮▮▮▮▮▮▮▮▮▮▮▮
(Month/Year)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature of Claimant

Signature of Joint Claimant, if any

▮▮▮▮▮▮▮▮▮▮▮▮

Print Name of Claimant

Print Name of Joint Claimant, if any

**AS-IS**

0 7 - 1 6 - 2 0 2 3
MM   DD   YYYY
Date

MM   DD   YYYY
Date

*Document Control*

*If Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of Person Completing Form

MM   DD   YYYY
Date

Print Name of Person Completing Form

Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

- ☒ 1. Please be sure to sign this Claim Form.
- ☒ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.
- ☒ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**
- ☒ 4. Keep a copy of your Claim Form for your records.
- ☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

- ☒ 6. **Do not use highlighter on the Claim Form or supporting documentation.**




# Attachments

Patch Code 3

Allocation Report - 006

## ZZWells Fargo and Company 401(k) Plan

### Plan Number ▮▮▮▮▮▮

### 2/2/2018 - 2/2/2018

**For the Period**
**2/2/2018 To 2/2/2018**

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 02/02/18

ZZWells Fargo and Company 401(k) Plan



Run Date: 6/27/2023   11:41:52AM



ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/15 AND ENDING 01/02/18

ZZWells Fargo and Company 401(k) Plan

Run Date: 6/27/2023   11:41:52AM

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING  02/02/18

ZZWells Fargo and Company 401(k) Plan



DOP          DOS          DOT
DOB          DOR

| EMPLOYER QNEC ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ |
| | ▮ | ▮ | ▮ | | | | | | | | | | ▮ | ▮ |
| Total in $: | | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

Vested Percent:  ▮        Amount:  ▮

Cash:  ▮

| ACCOUNT SUMMARY DETAIL | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ |
| INDEX | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Total in $: | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | |
| Loan Information | ▮ | | | ▮ | ▮ | ▮ | ▮ | | | | | | ▮ | |

Total Vested Balance:  ▮

Total Cash:  ▮

Run Date: 6/27/2023   11:41:52AM

**Allocation Report - 006**

ZZWells Fargo and Company 401(k) Plan

**Plan Number** ████████

6/9/2020 - 6/9/2020

**For the Period**
6/9/2020 To 6/9/2020



ALLOCATION REPORT FOR THE PERIOD BEGINNING 06/09/20 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan

Run Date: 6/27/2023    11:42:02AM

ALLOCATION REPORT FOR THE PERIOD BEGINNING 06/09/20 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan

| | | | ACTV | 0000 | Extra |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| DOP | ██████ | DOS | ██████ | DOT |
| DOS | | DOR | |

| SAFE HARBOR MATCHING ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ████ | █ | ████ | ████ | ████ | ██ | ███ | ███ | ████ | ██ | ███ | █ | ████ | ████ |
| | ████ | █ | ████ | ████ | ████ | ██ | ███ | ███ | ███ | ██ | ███ | █ | ████ | ████ |
| | ████ | █ | ████ | ████ | ████ | ██ | ███ | ███ | ███ | ██ | ███ | ██ | ████ | ████ |
| | ████ | █ | ███ | ████ | ████ | ██ | ███ | ███ | ███ | ██ | | | ████ | ████ |
| Total in $: | ███ | | ████ | | | ██ | ███ | | ████ | ██ | | | ████ | |

Vested Percent:  .00   Amount: ████

Cash: ███

| DISCRETIONARY PROFIT SHARING | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ████ | ██ | ████ | ███ | █ | ███ | ███ | ██ | ██ | .00 | ███ | ██ | ████ | ████ |
| Total in $: | ████ | | ███ | ███ | █ | ███ | ██ | | ██ | ██ | ███ | ██ | ████ | |

Vested Percent: ███   Amount: ████

Cash: ███

| NON-SAFE HARBOR MATCH ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ████ | ██ | ████ | ████ | ███ | ███ | ███ | ███ | ████ | ████ | ███ | ███ | ████ | ████ |
| | ████ | ██ | ████ | ████ | ███ | ██ | ███ | ███ | ████ | ████ | ███ | ███ | ████ | ████ |
| INDE | ████ | ██ | ████ | ███ | ███ | ██ | ███ | ██ | ████ | ████ | ███ | ███ | ████ | ███ |
| Total in $: | ███ | | ████ | ████ | █ | ██ | ███ | | ████ | ████ | | ██ | ████ | ██ |

Vested Percent: ███   Amount: ████

Cash: ███

Run Date: 6/27/2023   11:42:02AM



ALLOCATION REPORT FOR THE PERIOD BEGINNING 06/09/20 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan

DOP
DOB

Run Date: 6/27/2023  11:42:02AM

**AS-IS**

*Document Control*

**Rpt 057 - Transaction History**

Run Date: 6/27/2023   2:27:17PM

Plan Code: ▮▮▮▮▮

| Trans Desc | SSN | Fund | WT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Run Date: 6/27/2023   2:27:17PM

Plan Code:



# Your Retirement Savings Statement

## Wells Fargo & Company 401(k) Plan



WELLS
FARGO

01/01/2018 to 03/31/2018
Page 1 of 12

## ACCOUNT INFORMATION

Your personal information may affect other areas reported on the statement. Please review and call 1-877-479-3557 so that we may correct any errors in our records.

Employee ID:
Marital Status:
Beneficiary Status:
Primary Beneficiary:

## ASSET ALLOCATION



## ASSET ALLOCATION

(continued)

| | Current Asset Allocation | Future Investment Direction |
|---|---|---|

This table shows how your investments are currently allocated among the asset classes to help you determine if you may want to adjust your allocation. The asset class information is taken from reliable sources, including the mutual fund companies and other investment providers, but is not guaranteed by Wells Fargo Bank, N.A. as to completeness or accuracy. Wells Fargo Bank, N.A. shall not be liable for any errors in content, or for any actions taken in reliance thereon. Please read each fund prospectus or fund disclosure carefully for more information.

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

WELLS
FARGO

04/01/2018 to 06/30/2018
Page 1 of 12

*Your future investment direction is
100% allocated to Domestic Stock.*

04/01/2018 to 06/30/2018
Page 2 of 12

# Your Retirement Savings Statement
## Wells Fargo & Company 401(k) Plan

**WELLS FARGO**

07/01/2018 to 09/30/2018
Page 1 of 14

| | | |
|---|---|---|
| WELLS FARGO ESOP | 7% | 0% |

07/01/2018 to 09/30/2018
Page 2 of 14

# Your Retirement Sa̶ ̶ ̶ ̶gs Statement

**Wells Fargo & Company 401(k) Plan**



10/01/2018 to 12/31/2018
Page 2 of 14

10/01/2018 to 12/31/2018
Page 2 of 14

# Your Retirement Savings Statement

## Wells Fargo & Company 401(k) Plan

WELLS FARGO

Your future investme
100% allocated to D

# Your Retirement Savings Statement

## Wells Fargo & Company 401(k) Plan

**WELLS FARGO**

04/01/2019 to 06/30/2019
Page 1 of 14

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

**WELLS FARGO**

07/01/2019 to 09/30/2019
Page 1 of 14

| | | | |
|---|---|---|---|
| ‖‖‖‖‖ Company Stock | | 7% | 0% |
| WELLS FARGO ESOP | | 7% | 0% |



07/01/2019 to 09/30/2019
Page 2 of 14



# Your Retirement Savings Statement
## Wells Fargo & Company 401(k) Plan

**WELLS FARGO**

10/01/2019 to 12/31/2019
Page 1 of 14

## ACCOUNT INFORMATION

Your personal information may affect other areas reported on the statement. Please review and call 1-877-479-3557 so that we may correct any errors in our records.

| | | | | |
|---|---|---|---|---|
| WELLS FARGO ESOP | | 8% | | 0% |
| Total | 100% | 100% | 100% | 100% |

(continued)

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

WELLS
FARGO

01/01/2020 to 03/31/2020
Page 1 of 14

01/01/2020 to 03/31/2020
Page 2 of 14



# Your Retirement Savings Statement
## Wells Fargo & Company 401(k) Plan

**WELLS FARGO**

04/01/2020 to 06/30/2020
Page 1 of 14

ACCOUNT INFORMATION

ASSET ALLOCATION

04/01/2020 to 06/30/2020
Page 2 of 14





CERTIFIED MAIL®

7022 0410 0000 6601 8043

97228    $10.69

RDC 99    R2304M113918-07

Wells Fargo Securities Litigation
c/o Epiq Class Action and Claims Solutions, Inc,

P.O. Box 5430
Portland, OR 97.228-5430

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:     info@WellsFargoSecuritiesClassAction.com
Phone:     888-301-4209



Claim Number:        3914

Response Deadline:   December 10, 2023

November 20, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between (a) the number of shares of Wells Fargo common stock you state on your Claim Form that you held as of the opening of trading on February 2, 2018 and that you purchased or acquired from February 2, 2018, through June 9, 2020, and (b) the number of shares of Wells Fargo common stock you state on your Claim Form that you sold from February 2, 2018 through June 9, 2020, and that you held at the end of that period (June 9, 2020). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.
The formula used to calculate the discrepancy is:

All Shares Held on the Opening of Trading on February 2, 2018 + All Shares Purchased or Acquired from February 2, 2018, through June 9, 2020 — All Shares Sold or Delivered from February 2, 2018, through June 9, 2020 — Unsold Shares as of the close of trading on June 9, 2020.

AJ3271 v.04



This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 706.68 | Holding Difference 06/09/2020 | Common Stock |

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Claim calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to Last-In, First-Out ("LIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Claim pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 03/31/2018 | 85.86 | $44.98 | Purchase | Common Stock |
| 06/30/2018 | 78.69 | $47.95 | Purchase | Common Stock |
| 09/30/2018 | 43.10 | $45.79 | Purchase | Common Stock |
| 12/31/2018 | 56.90 | $40.47 | Purchase | Common Stock |
| 03/31/2019 | 88.27 | $42.83 | Purchase | Common Stock |
| 06/30/2019 | 96.61 | $42.35 | Purchase | Common Stock |
| 09/30/2019 | 44.15 | $45.64 | Purchase | Common Stock |
| 12/31/2019 | 44.43 | $49.14 | Purchase | Common Stock |
| 03/31/2020 | 168.67 | $26.49 | Purchase | Common Stock |

**Deficiency:** No Recognized Claim Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, which is available on the settlement website, the Claim referenced above does not calculate to a Recognized Claim due to certain defects listed in this notice and therefore is not eligible to receive a distribution from the Net Settlement Fund.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this notice and/or by submitting additional transactions that occurred during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Your Claim must calculate to a Recognized Claim under the Plan of Allocation in order for you to be eligible to receive a distribution.

AJ3272 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3273 v.04



Divider Page



*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209



Claim Number:       3914

Response Deadline:    December 10, 2023

November 20, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between (a) the number of shares of Wells Fargo common stock you state on your Claim Form that you held as of the opening of trading on February 2, 2018 and that you purchased or acquired from February 2, 2018, through June 9, 2020, and (b) the number of shares of Wells Fargo common stock you state on your Claim Form that you sold from February 2, 2018 through June 9, 2020, and that you held at the end of that period (June 9, 2020). The numbers in (a) and (b) should be equal.

**How to Resolve:** You must provide acceptable documentation to support the missing transactions, the missing beginning or unsold holding amounts, or the adjustments to your Claim so that the Claim balances.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency identified, the transaction(s) that make up the discrepancy will be rejected, along with any corresponding transaction(s) according to Last-In, First-Out ("LIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The formula used to calculate the discrepancy is:

All Shares Held on the Opening of Trading on February 2, 2018 + All Shares Purchased or Acquired from February 2, 2018, through June 9, 2020 — All Shares Sold or Delivered from February 2, 2018, through June 9, 2020 — Unsold Shares as of the close of trading on June 9, 2020.

AJ3271 v.04



This value should equal 0.00 if all transactions have been provided. Your Claim calculates to a discrepancy of the following amount of shares:

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| 706.68 | Holding Difference 06/09/2020 | Common Stock |

**Deficiency:** Partial Documentation.

You either did not supply documentation to support some of the transactions listed on your Claim, or the documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Claim calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to Last-In, First-Out ("LIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Claim pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim. For additional information, please reference pages 12 — 15 of the Settlement Notice.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| 03/31/2018 | 85.86 | $44.98 | Purchase | Common Stock |
| 06/30/2018 | 78.69 | $47.95 | Purchase | Common Stock |
| 09/30/2018 | 43.10 | $45.79 | Purchase | Common Stock |
| 12/31/2018 | 56.90 | $40.47 | Purchase | Common Stock |
| 03/31/2019 | 88.27 | $42.83 | Purchase | Common Stock |
| 06/30/2019 | 96.61 | $42.35 | Purchase | Common Stock |
| 09/30/2019 | 44.15 | $45.64 | Purchase | Common Stock |
| 12/31/2019 | 44.43 | $49.14 | Purchase | Common Stock |
| 03/31/2020 | 168.67 | $26.49 | Purchase | Common Stock |

**Deficiency:** No Recognized Claim Unless Defects Are Cured.

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice, which is available on the settlement website, the Claim referenced above does not calculate to a Recognized Claim due to certain defects listed in this notice and therefore is not eligible to receive a distribution from the Net Settlement Fund.

**How to Resolve:** You can resolve this condition of ineligibility by resolving the other defects listed in this notice and/or by submitting additional transactions that occurred during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Your Claim must calculate to a Recognized Claim under the Plan of Allocation in order for you to be eligible to receive a distribution.

AJ3272 v.04

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3273 v.04

December 4, 2023

Wells Fargo Securities Litigation
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, Oregon 97228-5430

Re: Claim # 3914

To whom it may concern:

This is in response to your "Notice of Deficient Proof of Claim Submission" dated November 20,2023. A copy of that Notice is enclosed as Exhibit 1.

**I hereby request a Court review of the rejection of my Claim.**

In the original *Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses* in Appendix A thereof at Item 65 (d) on page 12, it states that a Recognized Loss Amount will be calculated for each purchase of Wells Fargo common stock purchased or otherwise acquired from February 2, 2018 through March 12, 2020, inclusive, and: ... (d.) Held as of the close of trading on June 9, 2020... (copy of relevant portions is Exhibit 2)

I enclose quarterly statements (Wells Fargo does not provide monthly statements to its employees) for the period starting January 1, 2018 and ending June 30, 2020. The relevant pages (pertaining to the acquisition of Wells Fargo common stock through its ESOP plan) are marked Exhibits 3(a) through 3(j). These are the official quarterly statements issued by Wells Fargo.

On June 23, 2023 at 10:30 AM, I telephoned Wells Fargo Human Resources at 1-877-479-3557 to request any additional supporting documentation that I might need to complete submission of my Claim; this was Service Request #119 933 51. In response to my request, I received official documents issued by Wells Fargo. These are statements of my 401(k) Plan showing the number of shares of Wells Fargo common stock acquired by me during the Class Period. The first of these documents (marked Exhibit 4) shows my acquisition activity (and total balance of shares) on February 2, 2018. The second document sent to me by HR Wells (Exhibit 5) shows the same activity on June 9, 2020. The third and final official document (Exhibit 6) provided to me by Wells Fargo is a detailed "Transaction History" showing all of the activity of Wells Fargo common stock in my ESOP account during the period in question.

I trust that these official documents (which are not self-generated by me) issued by Wells Fargo to me, which constitute the only documentation that I have been able to obtain from Wells Fargo, adequately respond to your Notice. Any other documents that you need in support of my Claim are in the possession of Wells Fargo and have not been provided to me by them. **I reiterate my request for a Court review of this matter.**

**Exhibit 2**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

IN RE WELLS FARGO & COMPANY SECURITIES
LITIGATION

Case No. 1:20-cv-04494-GHW-SN

### NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the U.S. District Court for the Southern District of New York (the "Court"), if, during the period from February 2, 2018 through March 12, 2020, inclusive (the "Class Period"), you purchased or otherwise acquired the common stock of Wells Fargo & Company ("Wells Fargo") and were damaged thereby.[1]

**NOTICE OF SETTLEMENT:** Please also be advised that the Court-appointed Lead Plaintiffs, Handelsbanken Fonder AB ("Handelsbanken"); Public Employees' Retirement System of Mississippi ("Mississippi"); State of Rhode Island, Office of the General Treasurer ("Rhode Island"); and Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), on behalf of themselves and the other members of the Settlement Class (as defined in ¶ 17 below), have reached a proposed settlement of the Action for $1,000,000,000 in cash.

**PLEASE READ THIS NOTICE CAREFULLY.** This Notice explains important rights you may have, including the possible receipt of a payment from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.

If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact the Court, Wells Fargo, the other Defendants in the Action, or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 59 below).

1.    **Description of the Action and the Settlement Class:** This Notice relates to a proposed settlement of claims in a pending securities class action brought by investors alleging, among other things, that Wells Fargo (collectively with the Individual Defendants as defined in ¶ 12 below, "Defendants") violated the federal securities laws by making false and misleading statements about Wells Fargo's compliance with consent orders it had entered into with the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, and the Consumer Financial Protection Bureau (the "Regulators") in 2018 (the "2018 Consent Orders") to rectify certain improper banking practices and deficiencies in corporate oversight. A more detailed description of the Action is set forth in ¶¶ 11-16 below. The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in ¶ 17 below.

2.    **Statement of the Settlement Class's Recovery:** Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for $1,000,000,000 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (i) any Taxes; (ii) any Notice and Administration Costs; (iii) any Litigation Expenses awarded by the Court; (iv) any attorneys' fees awarded by the Court; and (v) any other costs or fees approved by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court. The proposed plan of allocation (the "Plan of Allocation") is set forth in Appendix A below. The Plan of Allocation will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 8, 2023 (the "Stipulation"), which is available at www.WellsFargoSecuritiesClassAction.com.

Appendix A

## PROPOSED PLAN OF ALLOCATION

60.    The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund to those Settlement Class Members who suffered economic losses as a result of the alleged violations of the federal securities laws. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

61.    In this case, Lead Plaintiffs allege that Defendants made false statements and omitted material facts during the period from February 2, 2018 through March 12, 2020, inclusive (the "Class Period"), which had the effect of artificially inflating the price of Wells Fargo common stock. The estimated artificial inflation in Wells Fargo common stock allegedly caused by Defendants' alleged misrepresentations and omissions is reflected in Table A below. The estimated artificial inflation takes into account price changes in Wells Fargo common stock in reaction to certain public announcements allegedly revealing the truth concerning Defendants' alleged misrepresentations and omissions, and adjusts for price changes attributable to market or industry factors. In addition, the estimated artificial inflation takes into account other Company-specific inflation unrelated to Lead Plaintiffs' allegations and adjusts for the difficulty in Lead Plaintiffs' ability to successfully prove that corrective information was revealed during certain periods.

62.    In order to have recoverable damages, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of Wells Fargo common stock. Lead Plaintiffs allege that corrective information was released to the market, at least partially removing the artificial inflation from the price of Wells Fargo common stock, on January 15, 2019, April 12, 2019, January 14, 2020, March 5, 2020, March 11, 2020 and March 12, 2020.

63.    "Recognized Loss Amounts" are based primarily on the difference in the amount of alleged artificial inflation in the price of Wells Fargo common stock at the time of purchase or acquisition and at the time of sale or the difference between the actual purchase price and sale price. Accordingly, in order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member who or which purchased or otherwise acquired share(s) of Wells Fargo common stock prior to the first corrective disclosure, which occurred on January 15, 2019, must have held his, her, or its shares through at least the close of trading on January 14, 2019. A Settlement Class Member who or which purchased or otherwise acquired Wells Fargo common stock from January 15, 2019 through March 12, 2020 must have held those shares through at least one of the later dates where new corrective information was released to the market, at least partially removing the artificial inflation from the price of Wells Fargo common stock.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

64.    Based on the formula stated below, a Recognized Loss Amount will be calculated for each purchase or acquisition of Wells Fargo common stock during the Class Period that is listed on the Claim Form and for which adequate documentation is provided. If a Recognized Loss Amount calculates to a negative number or zero under the formula below, the Recognized Loss Amount for that transaction will be zero.

65.    Subject to ¶ 66 below, for each share of Wells Fargo common stock purchased or otherwise acquired from February 2, 2018 through March 12, 2020, inclusive, and:

   (a.) Sold before January 15, 2019, the Recognized Loss Amount will be $0.00.

   (b.) Sold from January 15, 2019 through and including March 12, 2020, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase/acquisition as reflected in Table A *minus* the amount of artificial inflation per share on the date of sale as reflected in Table A; or (ii) the purchase/acquisition price *minus* the sale price.

   (c.) Sold from March 13, 2020 through the close of trading on June 9, 2020, the Recognized Loss Amount will be *the least of:* (i) the amount of artificial inflation per share on the date of purchase/acquisition as reflected in Table A; (ii) the purchase/acquisition price *minus* the average closing price between March 12, 2020 and the date of sale as reflected in Table B below; or (iii) the purchase/acquisition price *minus* the sale price.

   (d.) Held as of the close of trading on June 9, 2020, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase/acquisition as reflected in Table A; or (ii) the purchase/acquisition price minus $27.67.[4]

---

[4] Pursuant to Section 21D(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of Wells Fargo common stock during the "90-day look-back period," March 12, 2020 through and including June 9, 2020. The mean (average) closing price for Wells Fargo common stock during this 90-day look back period was $27.67.

AI75012 v.06

76.    **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

77.    If an Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

78.    After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the Net Settlement Fund after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator, no less than six (6) months after the initial distribution, will conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determine that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to non-sectarian, not-for-profit, 501(c)(3) organization(s), to be recommended by Lead Counsel and approved by the Court.

79.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Claimants. No person shall have any claim against Lead Plaintiffs, Plaintiffs' Counsel, Lead Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel, arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiffs, Defendants, and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the plan of allocation; the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator; the payment or withholding of taxes owed by the Settlement Fund; or any losses incurred in connection therewith.

80.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiffs after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the case website, www.WellsFargoSecuritiesClassAction.com.

**TABLE A**
**Estimated Artificial Inflation in Wells Fargo Common Stock**
**from February 2, 2018 through March 12, 2020**

| Transaction Date Range | Artificial Inflation Per Share |
| --- | --- |
| February 2, 2018 – January 14, 2019 | $5.12 |
| January 15, 2019 – April 11, 2019 | $4.49 |
| April 12, 2019 – January 13, 2020 | $3.22 |
| January 14, 2020 – March 4, 2020 | $1.93 |
| March 5, 2020 – March 10, 2020 | $1.71 |
| March 11, 2020 | $1.24 |
| March 12, 2020 | $0.63 |

**TABLE B**
**90-Day Look-Back Table for Wells Fargo Common Stock**
**(Average Closing Price: March 12, 2020 – June 9, 2020)**

| Date | Average Closing Price Between 3/12/2020 and Date Shown | Date | Average Closing Price Between 3/12/2020 and Date Shown |
|---|---|---|---|
| 3/12/2020 | $27.20 | 4/27/2020 | $28.42 |
| 3/13/2020 | $29.05 | 4/28/2020 | $28.43 |
| 3/16/2020 | $28.20 | 4/29/2020 | $28.48 |
| 3/17/2020 | $28.56 | 4/30/2020 | $28.50 |
| 3/18/2020 | $28.47 | 5/1/2020 | $28.47 |
| 3/19/2020 | $28.44 | 5/4/2020 | $28.44 |
| 3/20/2020 | $28.16 | 5/5/2020 | $28.39 |
| 3/23/2020 | $28.80 | 5/6/2020 | $28.31 |
| 3/24/2020 | $28.92 | 5/7/2020 | $28.24 |
| 3/25/2020 | $28.03 | 5/8/2020 | $28.17 |
| 3/26/2020 | $28.29 | 5/11/2020 | $28.09 |
| 3/27/2020 | $28.45 | 5/12/2020 | $27.99 |
| 3/30/2020 | $28.57 | 5/13/2020 | $27.87 |
| 3/31/2020 | $28.58 | 5/14/2020 | $27.79 |
| 4/1/2020 | $28.44 | 5/15/2020 | $27.69 |
| 4/2/2020 | $28.37 | 5/18/2020 | $27.64 |
| 4/3/2020 | $28.24 | 5/19/2020 | $27.56 |
| 4/6/2020 | $28.26 | 5/20/2020 | $27.50 |
| 4/7/2020 | $28.29 | 5/21/2020 | $27.44 |
| 4/8/2020 | $28.39 | 5/22/2020 | $27.38 |
| 4/9/2020 | $28.62 | 5/26/2020 | $27.36 |
| 4/13/2020 | $28.75 | 5/27/2020 | $27.37 |
| 4/14/2020 | $28.81 | 5/28/2020 | $27.36 |
| 4/15/2020 | $28.79 | 5/29/2020 | $27.35 |
| 4/16/2020 | $28.72 | 6/1/2020 | $27.34 |
| 4/17/2020 | $28.70 | 6/2/2020 | $27.34 |
| 4/20/2020 | $28.67 | 6/3/2020 | $27.37 |
| 4/21/2020 | $28.60 | 6/4/2020 | $27.42 |
| 4/22/2020 | $28.54 | 6/5/2020 | $27.49 |
| 4/23/2020 | $28.47 | 6/8/2020 | $27.58 |
| 4/24/2020 | $28.42 | 6/9/2020 | $27.67 |

AI75015 v.06

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

Exhibit 3(a)

WELLS FARGO

01/01/2018 to 03/31/2018
Page 1 of 12

## Important Messages

**Recent fund changes**

To ensure the investment-related expenses that 401(k) Plan participants pay remain a good value, several fund options were changed to new share classes, resulting in lower expenses. We encourage you to take the risk tolerance quiz on the 401(k) Plan website and review your current investment strategy to ensure that you are on track to meet your retirement goals.

## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | Current Asset Allocation | Future Investment Direction |
|---|---|---|

# Your Retirement Savings Statement

## Wells Fargo & Company 401(k) Plan

Exhibit 3(b)

WELLS FARGO

04/01/2018 to 06/30/2018
Page 1 of 12

**ACCOUNT INFORMATION**

**ASSET ALLOCATION**

Case 1:20-cv-04494-JLR-SN    Document 216-19    Filed 07/29/24    Page 54 of 85

## ASSET ALLOCATION

(continued)

| | Current Asset Allocation | Future Investment Direction |

This table shows how your investments are currently allocated among the asset classes to help you determine if you may want to adjust your allocation. The asset class information is taken from reliable sources, including the mutual fund companies and other investment providers, but is not guaranteed by Wells Fargo Bank, N A as to completeness or accuracy. Wells Fargo Bank, N A. shall not be liable for any errors in content, or for any actions taken in reliance thereon  Please read each fund prospectus or fund disclosure carefully for more information.

## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter  More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.

## ASSET ALLOCATION

(continued)

| | Current Asset Allocation | Future Investment Direction |
|---|---|---|

This table shows how your investments are currently allocated among the asset classes to help you determine if you may want to adjust your allocation. The asset class information is taken from reliable sources, including the mutual fund companies and other investment providers, but is not guaranteed by Wells Fargo Bank, N.A. as to completeness or accuracy. Wells Fargo Bank, N.A. shall not be liable for any errors in content, or for any actions taken in reliance thereon. Please read each fund prospectus or fund disclosure carefully for more information.

## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.



# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

Exhibit 3(b)

**WELLS FARGO**

—04/01/2018 to 06/30/2018
Page 1 of 12

## ACCOUNT INFORMATION

## ASSET ALLOCATION

04/01/2018 to 06/30/2018
Page 2 of 12

## ASSET ALLOCATION

(continued)

|  | Current Asset Allocation | Future Investment Direction |

This table shows how your investments are currently allocated among the asset classes to help you determine if you may want to adjust your allocation. The asset class information is taken from reliable sources, including the mutual fund companies and other investment providers, but is not guaranteed by Wells Fargo Bank, N A as to completeness or accuracy. Wells Fargo Bank, N A. shall not be liable for any errors in content, or for any actions taken in reliance thereon Please read each fund prospectus or fund disclosure carefully for more information.

## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

Exhibit 3(e)



WELLS FARGO

—07/01/2018 to 09/30/2018
Page 1 of 14

## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | Current Asset Allocation | Future Investment Direction |
|---|---|---|

Case 1:20-cv-04494-JLR-SN    Document 216-19    Filed 07/29/24    Page 59 of 85

## ACTIVITY SUMMARY BY INVESTMENT



Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

Exhibit 3(d)

**WELLS FARGO**

## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | | Current Asset Allocation | Future Investment Direction |
|---|---|---|---|
| | | | |

## ASSET ALLOCATION (continued)

|  | Current Asset Allocation | Future Investment Direction |
|---|---|---|

This table shows how your investments are currently allocated among the asset classes to help you determine if you may want to adjust your allocation. The asset class information is taken from reliable sources, including the mutual fund companies and other investment providers, but is not guaranteed by Wells Fargo Bank, N.A. as to completeness or accuracy. Wells Fargo Bank, N.A. shall not be liable for any errors in content, or for any actions taken in reliance thereon. Please read each fund prospectus or fund disclosure carefully for more information.

## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.



# Your Retirement Savings Statement
## Wells Fargo & Company 401(k) Plan

**Exhibit 3(e)**

WELLS
FARGO

01/01/2019 to 03/31/2019
Page 1 of 14

**ACCOUNT INFORMATION**

**ASSET ALLOCATION**

Case 1:20-cv-04494-JLR-SN    Document 216-19    Filed 07/29/24    Page 63 of 85



## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.



# Your Retirement Savings Statement
## Wells Fargo & Company 401(k) Plan



**WELLS FARGO**

Exhibit 3 (4)

04/01/2019 to 06/30/2019
Page 1 of 14



## ACCOUNT INFORMATION

## ASSET ALLOCATION

|  | Current Asset Allocation | Future Investment Direction |
| --- | --- | --- |

04/01/2019 to 06/30/2019
Page 2 of 14

## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter.  More detailed information regarding your dollar and unit activit
is available at http://teamworks.wellsfargo.com.



# Your Retirement Savings Statement
## Wells Fargo & Company 401(k) Plan

Exhibit 3(g)



**WELLS FARGO**

07/01/2019 to 09/30/2019
Page 1 of 14





## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | | Current Asset Allocation | Future Investment Direction |
|---|---|---|---|
| Company Stock | | 7% | 0% |
| WELLS FARGO ESOP | | 7% | 0% |

## ACTIVITY SUMMARY BY INVESTMENT



Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.



# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

Exhibit 3(h)



**WELLS FARGO**

10/01/2019 to 12/31/2019
Page 1 of 14

## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | | | | | |
|---|---|---|---|---|---|
| Company Stock | | 8% | | 0% | |
| WELLS FARGO ESOP | | | 8% | | 0% |
| Total | | 100% | 100% | 100% | 100% |

(continued)

## ASSET ALLOCATION

(continued)

|  | Current Asset Allocation | Future Investment Direction |
|---|---|---|

This table shows how your investments are currently allocated among the asset classes to help you determine if you may want to adjust your allocation. The asset class information is taken from reliable sources, including the mutual fund companies and other investment providers, but is not guaranteed by Wells Fargo Bank, N.A. as to completeness or accuracy. Wells Fargo Bank, N.A shall not be liable for any errors in content, or for any actions taken in reliance thereon. Please read each fund prospectus or fund disclosure carefully for more information.

## ACTIVITY SUMMARY BY INVESTMENT

Your activity summary allows you to see all transactions and investment activity in your 401(k) Plan account for the quarter. More detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.



# Your Retirement Savings Statement

## Wells Fargo & Company 401(k) Plan

Exhibit 3 (i)





**WELLS FARGO**

01/01/2020 to 03/31/2020
Page 1 of 14

## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | Current Asset Allocation | Future Investment Direction |
| --- | --- | --- |

01/01/2020 to 03/31/2020
Page 2 of 14

**ACTIVITY SUMMARY BY INVESTMENT**



**WELLS FARGO**

01/01/2020 to 03/31/2020

Your activity summary allows you to see all transactions and investment activity in your 401(k) Pla_____ detailed information regarding your dollar and unit activity is available at http://teamworks.wellsfargo.com.

(continued)

Case 1:20-cv-04494-JLR-SN    Document 216-19    Filed 07/29/24    Page 73 of 85

# Your Retirement Savings Statement

**Wells Fargo & Company 401(k) Plan**

Exhibit 3(j)



## ACCOUNT INFORMATION

## ASSET ALLOCATION

| | | Current Asset Allocation | Future Investment Direction |
|---|---|---|---|
| Company Stock | | 4% | 0% |
| | WELLS FARGO ESOP | 4% | 0% |

ACTIVITY SUMMARY BY INVESTMENT



 Exhibit 4

Allocation Report - 006

ZZWells Fargo and Company 401(k) Plan

Plan Number ██████████

2/2/2018 - 2/2/2018

For the Period
2/2/2018 To 2/2/2018

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 02/02/18

ZZWells Fargo and Company 401(k) Plan



Run Date: 6/27/2023    11:41:52AM



ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 02/02/18

ZZWells Fargo and Company 401(k) Plan



ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 02/02/18



Allocation Report - 006

ZZWells Fargo and Company 401(k) Plan

Plan Number

6/9/2020 - 6/9/2020

For the Period
6/9/2020 To 6/9/2020



ALLOCATION REPORT FOR THE PERIOD BEGINNING 06/09/20 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan

ALLOCATION REPORT FOR THE PERIOD BEGINNING 06/09/20 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan



COP  ☐    COS ☐    DOT

DOS       OCR

| SAFE HARBOR MATCHING ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Cash:    $0.00

| DISCRETIONARY PROFIT SHARING | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total in $: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Cash:

| NON-SAFE HARBOR MATCH ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Cash:

Run Date: 6/27/2023    11:42:02AM

ALLOCATION REPORT FOR THE PERIOD BEGINNING 06/09/20 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan



| EMPLOYER QNEC ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cash:

| ACCOUNT SUMMARY DETAIL | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total Vested Balance:

Total Cash:



**Exhibit 6**

**Rpt 057 - Transaction History**

Plan Code ▮▮▮▮▮

| Trans Desc | SSN | Fund | NT | Process Date | Trade Date | Request Date | Trade Desc | RR Code | Units/ Shares | Cash | Trade Cash | Cert | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Run Date: 6/27/2023  2:27:17PM

Plan Code

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RR Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|







Retail

RDC 99

97228

$10.69

R2305K134748-01

7022 2410 0000 5115 9458

RETURN RECEIPT
REQUESTED

Walls Fargo Securities Litigation
c/o Epiq Class Action + Claims Solutions,
P. o. Box 5430

Portland, Oregon

97228 - 5430