# EXHIBIT D-15
# Claim 34668

# PROOF OF CLAIM AND RELEASE FORM

| MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023 | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK *In re Wells Fargo & Co. Securities Litigation,* No. 1:20-cv-04494-GHW-SN |
|---|---|

### PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name          MI     Beneficial Owner's Last Name

Co-Beneficial Owner's First Name       MI     Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City                                   State     ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)                 Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

- [ ] Individual
- [ ] Joint
- [ ] Corporation
- [x] IRA/401K
- [ ] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A.  **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

15388 . 71

B.  **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |

C.  **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions. *See attached — 401K history*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |
| | | $     . | $     . |

D.  **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

15388 . 71

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

*see attached 401K statements + history*

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this 5th day of October, in _____
(Month/Year)

Signature of Claimant                       Signature of Joint Claimant, if any

Print Name of Claimant                   Print Name of Joint Claimant, if any

| 10 | - | 05 | - | 2023 | | | - | | | - | | |
|----|---|----|---|------|---|---|---|---|---|---|---|---|
| MM | | DD | | YYYY | | MM | | DD | | | YYYY | |

Date October 5 2023          Date

*If Claimant is other than an individual, or is not the person completing this form, the following <u>also</u> must be provided:*

Signature of Person Completing Form       MM    DD    YYYY
Date

Print Name of Person Completing Form     Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☐ 4. Keep a copy of your Claim Form for your records.

☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☐ 6. **Do not use highlighter on the Claim Form or supporting documentation.**

07-CA40065503
AI7517 v.07





# Attachments

Patch Code 3

Allocation Report - 006

ZZWells Fargo and Company 401(k) Plan

Plan Number ███████

2/2/2018 - 6/9/2020

For the Period
2/2/2018 To 6/9/2020

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 06/09/20

ZZWells Fargo and Company 401(k) Plan

DOT | | DOT
DOB | |

| BEFORE-TAX ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cash:

| PRE-2020 CATCH-UP ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Run Date: 8/1/2023    5:09:33PM

ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING  06/09/20

ZZWells Fargo and Company 401(k) Plan



DOP

DOB

DOT

| EMPLOYEE AFTER-TAX ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cash:

| SAFE HARBOR MATCHING ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cash:

Run Date: 8/1/2023      5:09:33PM

**ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING 06/09/20**

Wells Fargo and Company 401(k) Plan

DOP

DOB

DOT

| DISCRETIONARY PROFIT SHARING | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cash:

| NON-SAFE HARBOR MATCH ACCOUNT | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cash:

Run Date: 8/1/2023    5:09:33PM

**ALLOCATION REPORT FOR THE PERIOD BEGINNING 02/02/18 AND ENDING  06/09/20**

**ZZWells Fargo and Company 401(k) Plan**

DOP

DOB

DOT

| ACCOUNT SUMMARY DETAIL | Beginning Balance | Shares / Units | Contributions | Earnings | New Loans | Loan Repays | Distributions | Transfers | Global Purchase Sale | Other | Forfeitures | Insurance | Ending Balance | Shares / Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Run Date: 8/1/2023     5:09:33PM

**Rpt 057 - Transaction History**

Run Date: 8/1/2023   6:38:08PM

Plan Code

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

**Plan Code:** ▊▊▊▊▊

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 – Transaction History**

Plan Code: ▮▮▮▮▮

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Run Date: 8/1/2023   6:38:08PM

**Plan Code:** ▮▮▮▮▮▮



| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rpt 057 - Transaction History**

Run Date: 8/1/2023  6:38:08PM

**Plan Code:** ▉▉▉▉▉

| Trans Desc | SSN | Fund | MT | Process Date | Trade Date | Request Date | Trade Desc | RK Code | Units/ Shares | Cash | Trade Cash | Cost | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



Retail

PRESS FIRMLY TO SEAL      PRESS FIRMLY TO SEAL

  

UNITED STATES
POSTAL SERVICE

97228



$28.75

RDC 07    R2305M145332-04

# PRIORITY
# MAIL
# EXPRESS®

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

# FLAT RATE
# ENVELOPE

ONE RATE ■ ANY WEIGHT

UNITED STATES
POSTAL SERVICE ®

PRIORITY
MAIL
EXPRESS®



EJ 881 070 598 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)

| PAYMENT BY ACCOUNT (if applicable) | |
|---|---|
| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 07830 | 10/06/23 | $28.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 10/05/23 | ☐ 12:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:59 ☐ AM ☐ PM | | $ | $ |

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $28.75 |

TO: (PLEASE PRINT)    PHONE ( ) 301-4209

Wells Fargo Security Litigation
c/o Epiq Class Action + Claims Solutions Inc.
P.O. Box 5430
Portland, Oregon

| Weight ☐ Flat Rate | Acceptance Employee Initials |
|---|---|
| lbs. ozs. | M |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2...
OD: 12 1/2 x...

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER



Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209



Claim Number:          34668

Response Deadline:     December 10, 2023

November 20, 2023

### Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:     info@WellsFargoSecuritiesClassAction.com
Phone:    888-301-4209



Claim Number:     34668

Response Deadline:    December 10, 2023

November 20, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

November 27, 2023

Wells Fargo Securities Litigation
℅ Epiq Class Action and Claims Solutions, Inc.
PO Box 5430
Portland Oregon 97228-5430

To whom it may concern:    *Claim # 34668*

I have recently received a letter from your office (copy enclosed) for a Notice of Deficient Proof of Claim Submission.

I am ███████████████████████████████ In the original proof of Claim form, I did not fill out the purchase and sale sections, but wrote "see attached", and included a complete 401K transaction history, including sales and purchase dates from my 401K provider, Empower Financial, for the dates specified.

I recently contacted your office and, while they said they would do an inquiry, could not do another review. I kept copies of my application, but sent you the original transaction history, and do not have copies.

I had requested from your representative that the history from Empower be returned if it was necessary for me to fill in the applicable sales on the formal application. Empower stated it would take 2-3 weeks to return my originally submitted history, so I will not have time to re-request before the stated deadline. However, I believe a re-review of my submitted history would find all of these sales and trade dates on the final page of the transaction history to be complete and accurate.

I am therefore requesting a court review, per your instructions, as I have previously provided transaction history and supporting documentation.

Please review and advise.

Thank you.



# PROOF OF CLAIM AND RELEASE FORM

<table>
<tr>
<td>

**MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023**

</td>
<td>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

</td>
</tr>
</table>

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name    MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name    MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City    State    ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)    Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

- [ ] Individual
- [ ] Joint
- [ ] Corporation
- [x] IRA/401K
- [ ] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

15388 . 71

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

*See attached*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

15388 . 71

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

04-CA40065503
AI7514 v.07

4

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this 5th day of October,
(Month/Year)                                                    USA

Signature of Claimant                          Signature of Joint Claimant, if any

Print Name of Claimant                         Print Name of Joint Claimant, if any

10 - 05 - 2023                                 ☐☐ - ☐☐ - ☐☐☐☐
MM    DD    YYYY                               MM    DD    YYYY
Date October 5 2023                            Date

*If Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of Person Completing Form            ☐☐ - ☐☐ - ☐☐☐☐
                                               MM    DD    YYYY
                                               Date

Print Name of Person Completing Form           Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

### REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☑ 4. Keep a copy of your Claim Form for your records.

☑ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☐ 6. **Do not use highlighter on the Claim Form or supporting documentation.**

Wells Fargo Securities Litigation
C/o Epiq Class Action and Claims Solutions
P.O. Box 5430
Portland, Oregon 97228-5430

