# EXHIBIT D-16

# Claim 10284

# PROOF OF CLAIM AND RELEASE FORM

<table>
<tr><td>

**MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023**

</td><td>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

</td><td>

This document was received in the same envelope as the previously labeled document
**Document Control**

</td></tr>
</table>



## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name MI Beneficial Owner's Last Name

███████████████████████████████████

Co-Beneficial Owner's First Name MI Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

███████████████████████████████████

Address 2 (apartment, unit or box number)

City State ZIP Code

███████████████████████████████████

Country

W S A

Last four digits of Social Security Number or Taxpayer Identification Number

████████

Telephone Number (Day) Telephone Number (Evening)

███████████████████████████████████

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

███████████████████████████████████

Account Number (where securities were traded)

███████████████████████████████████

Claimant Account Type (check appropriate box)

☐ Individual ☒ IRA/401K ☐ Estate

☐ Joint ☐ Pension Plan ☐ Trust

☐ Corporation ☐ Other _____ (please specify)

## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

**A. Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

| | | | | | | 5 | 7 | . | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|

**B. Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 0 3 1 8 2 0 | 8 5 | $ 2 8 . 3 6 7 | $ 2 4 1 1 . 2 6 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

**C. Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

**D. Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

| | | | | 1 | 4 | 2 | . | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this _4th_ day of _August 2023_
(Month/Year)                          (_____ry)

|  |  |
|---|---|
| ████████████ | |
| ~~Signature of Claimant~~ | Signature of Joint Claimant, if any |
| ████████████ | |
| **Print Name of Claimant** | **Print Name of Joint Claimant, if any** |

| 0 | 8 | – | 0 | 4 | – | 2 | 0 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|

MM    DD    YYYY
**Date**

MM    DD    YYYY
**Date**

*If Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

**Signature of Person Completing Form**

MM    DD    YYYY
**Date**

**Print Name of Person Completing Form**

**Capacity of Person(s) Signing** (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☐ 1. Please be sure to sign this Claim Form.

☐ 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.

☐ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☐ 4. Keep a copy of your Claim Form for your records.

☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☐ 6. **Do not use highlighter on the Claim Form or supporting documentation.**




# Attachments

Patch Code 3



## Holdings

### Stocks

| Description | Beginning Market Value Feb 1, 2018 | Quantity Feb 28, 2018 | Price Per Unit Feb 28, 2018 | Ending Market Value Feb 28, 2018 | Cost | Unrealized Gain/Loss Feb 28, 2018 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| WELLS FARGO CO NEW COM(WFC) | 3,749.46 | 57.000 | 58.4100 | 3,329.37 | 2,722.69 | 606.68 | 88.92 2.670 |

*All remaining positions held in cash account.*

**EAI** *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EY is calculated by dividing*
**& EY** *the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

MR_CE_BFHFHZBBBBNFF_BBBBB 20180228



FIDELITY PRIVATE
CLIENT GROUP®

INVESTMENT REPORT
**March 1, 2020 - March 31, 2020**

## Activity

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 03/18 | CLASS B WELLS FARGO CO NEW COM | 949746101 | You Bought | 85.000 | 28.36780 | - | -2,411.26 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 03/01 | WELLS FARGO CO NEW COM | 949746101 | Dividend Received | - | - | $29.07 |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Fidelity** INVESTMENTS® | FIDELITY PRIVATE CLIENT GROUP®

## Holdings

### Stocks

| Description | Beginning Market Value Jun 1, 2020 | Quantity Jun 30, 2020 | Price Per Unit Jun 30, 2020 | Ending Market Value Jun 30, 2020 | Cost | Unrealized Gain/Loss Jun 30, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| WELLS FARGO CO NEW COM(WFC) | 3,758.74 | 142.000 | 25.6000 | 3,635.20 | 5,133.95 | -1,498.75 | 289.68 7.970 |

*All positions held in cash account unless indicated otherwise.*

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Dividends, Interest & Other Income

*(includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 06/01 | WELLS FARGO CO NEW COM | 949746101 | Dividend Received | - | - | $72.42 |
| **Total Dividends, Interest & Other Income** | | | | | | **$72.42** |

Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:      info@WellsFargoSecuritiesClassAction.com
Phone:      888-301-4209



Claim Number:        10284

<u>Response Deadline:</u>    <u>November 8, 2023</u>

October 19, 2023

## <u>Notice of Deficient Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**<u>Ineligibility Condition:</u>** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page



*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:    www.WellsFargoSecuritiesClassAction.com
Email:       info@WellsFargoSecuritiesClassAction.com
Phone:     888-301-4209



Claim Number:        10284

Response Deadline:    November 8, 2023

October 19, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

October 25, 2023


Wells Fargo Securities Litigation
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430


Dear Claims Administrator Team:


Please accept this letter as my formal dispute to your notice of deficient proof of claims submission dated October 19, 2023 and my request for a court review based upon the evidence I will submit herein this letter.

In the original instructions for completing proof of claim and release form, on page 2, paragraph 13, it states that claimants are to provide proof of all transactions in Wells Fargo stock from February 2, 2018 to March 12, 2020, as well as the 90-day period subsequent to the class period....from March 12, 2020 through June 9, 2020.

I had included in my original claim application (enclosed here) proof that I purchased 85 shares in this period on March 18, 2020, and thus should be eligible for the settlement based upon the verbiage in your application for claimants.

Thank you.



Very respectfully,



Claim # 10284

on all the holdings and transactions in Wells Fargo common stock made on behalf of a single beneficial owner.

11. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

    (a) expressly state the capacity in which they are acting;

    (b) identify the name, account number, Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Wells Fargo common stock; and

    (c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

## IDENTIFICATION OF TRANSACTION(S)

12. Use Part II of this form entitled "Schedule of Transactions in Wells Fargo Common Stock" to supply all required details of your holdings and transaction(s) in Wells Fargo common stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

13. On the schedules, provide all of the requested information with respect to *all* of your transactions in Wells Fargo common stock which took place during the period from February 2, 2018 to March 12, 2020, inclusive (the "Class Period"), as well as the 90-day period subsequent to the Class Period (*i.e.*, from March 12, 2020 through June 9, 2020), whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your Claim.

14. List each transaction separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

15. You should attach documentation verifying your holdings and transactions in Wells Fargo common stock, such as copies of broker confirmations or monthly account statements. Failure to provide this documentation could delay verification of your Claim or result in rejection of your Claim.

16. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

## OTHER

17. Payments to eligible Authorized Claimants will be made only if the Court approves the Settlement, after any appeals are resolved, and after the completion of all claims processing.

18. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, Epiq Class Action and Claims Solutions, Inc., at the above address, by email at info@WellsFargoSecuritiesClassAction.com or by toll-free phone at 888-301-4209, or you can visit the website, www.WellsFargoSecuritiesClassAction.com, where copies of the Claim Form and Notice are available for downloading.

19. **NOTICE REGARDING ELECTRONIC FILES:** Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the settlement website at www.WellsFargoSecuritiesClassAction.com or you may email the Claims Administrator's electronic filing department at info@WellsFargoSecuritiesClassAction.com. Any file not in accordance with the required electronic filing format will be subject to rejection. The complete name of the beneficial owner of the securities must be entered where called for. No electronic files will be considered to have been submitted unless the Claims Administrator issues an email confirming receipt of your submission. Do not assume that your file has been received until you receive that email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@WellsFargoSecuritiesClassAction.com to inquire about your file and confirm it was received.

### IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT 888-301-4209.**

02-CA40065503
AI7512 v.07

2



# PROOF OF CLAIM AND RELEASE FORM

| MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023 |
|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name          MI          Beneficial Owner's Last Name

Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

City                                   State     ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)                         Telephone Number (Evening)

Email Address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Claimant Account Type (check appropriate box)**

☐ Individual          ☒ IRA/401K          ☐ Estate

☐ Joint              ☐ Pension Plan       ☐ Trust

☐ Corporation        ☐ Other _____ (please specify)


**03-CA40065503**
AI7513 v.07

3




## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

5 7 . 0 0

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| 0 3 1 8 2 0 | 8 5 | $ 2 8 . 3 6 7 | $ 2 4 1 1 . 2 6 |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

1 4 2 . 0 0

**If you require additional space to list your transactions, use photocopies of this page and check this box.** ☐

I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.

Executed this _4th_ day of _August 2023_ ,
(Month/Year)

[REDACTED]

Signature of Joint Claimant, if any

Print Name of Joint Claimant, if any

[0][8] – [0][4] – [2][0][2][3]
MM    DD    YYYY
Date

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
MM    DD    YYYY
Date

*If Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Signature of Person Completing Form

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
MM    DD    YYYY
Date

Print Name of Person Completing Form

Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

- [ ] 1. Please be sure to sign this Claim Form.
- [ ] 2. Remember to attach **COPIES OF** documentation verifying your transactions listed above.
- [ ] 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**
- [ ] 4. Keep a copy of your Claim Form for your records.
- [ ] 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

- [ ] 6. **Do not use highlighter on the Claim Form or supporting documentation.**

07-CA40065503
AI7517 v.07

7



**FIDELITY PRIVATE
CLIENT GROUP®**

## Holdings

### Stocks

| Description | Beginning Market Value Feb 1, 2018 | Quantity Feb 28, 2018 | Price Per Unit Feb 28, 2018 | Ending Market Value Feb 28, 2018 | Cost | Unrealized Gain/Loss Feb 28, 2018 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock | | | | | | | |
| WELLS FARGO CO NEW COM(WFC) | 3,749.46 | 57.000 | 58.4100 | 3,329.37 | 2,722.69 | 606.68 | 88.92 2.670 |

*All remaining positions held in cash account.*

EAI & EY   *Estimated Annual Income (EAI) & Estimated Yield (EY)– EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|

MR_CE_BFHFHZBBBBNFF_BBBBB 20180228



| | FIDELITY PRIVATE CLIENT GROUP® | INVESTMENT REPORT<br>March 1, 2020 - March 31, 2020 |

# Activity

**Account #** ███████

## Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| ███ | | | | ███ | | ███ | ███ |
| 03/18 | WELLS FARGO CO NEW COM | 949746101 | You Bought | 85.000 | 28.36780 | | -2,411.26 |
| Total Securities Bought | | | | | | | |
| Net Securities Bought & Sold | | | | | | ███ | |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 03/01 | WELLS FARGO CO NEW COM | 949746101 | Dividend Received | | | $29.07 |
| Total Dividends, Interest & Other Income | | | | | | ███ |

## Contributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| ███ | | ███ | |
| Total Contributions | | | ███ |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| ███ | | | | ███ | ███ | ███ | ███ |

**Fidelity**
INVESTMENTS

| FIDELITY PRIVATE
CLIENT GROUP®

INVESTMENT REPORT
June 1, 2020 - June 30, 2020

## Holdings

### Stocks

| Description | Beginning Market Value Jun 1, 2020 | Quantity Jun 30, 2020 | Price Per Unit Jun 30, 2020 | Ending Market Value Jun 30, 2020 | Cost | Unrealized Gain/Loss Jun 30, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ✳ WELLS FARGO CO NEW COM(WFC) | 3,758.74 | 142.000 | 25.6000 | 3,635.20 | 5,133.95 | -1,498.75 | 289.68 7.970 |

All positions held in cash account unless indicated otherwise.

EAI    Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
       and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the
       "Additional Information and Endnotes" section.

Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 06/01 | WELLS FARGO CO NEW COM | 949746101 | Dividend Received | - | - | $72.42 |
| **Total Dividends, Interest & Other Income** | | | | | | **$72.42** |

MR_CE_BJPFHCBBBQFCN_BBBBB 20200630    S

Wells Fargo Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc
PO Box 5430
Portland, OR 97228-5430



97228-543030