# EXHIBIT D-18
# Claim 30633

# PROOF OF CLAIM AND RELEASE FORM

<table>
<tr><td>
**MUST BE
POSTMARKED
NO LATER THAN
OCTOBER 5, 2023**
</td><td>
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN.
</td></tr>
</table>

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name          MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name       MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)                         Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

- [x] Individual
- [ ] Joint
- [ ] Corporation
- [ ] IRA/401K
- [ ] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust



## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

$$1\,2\,5\,.\,0\,0$$

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

$$1\,2\,5\,.\,0\,0$$

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

04-CA40065503
A/7514 v.07

4

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this ___30th___ day of __September 2023__, i~~n~~
                                    (Month/Year)                    (City)                    (State/Country)
                                                                                              *Prov*

| | |
|---|---|
| ████████████ | |
| Signature of Claimant | Signature of Joint Claimant, if any |
| ████████████ | |
| Print Name of Claimant | Print Name of Joint Claimant, if any |

| 0 9 | - | 3 0 | - | 2 0 2 3 | |     | - |    | - |      |
|---|---|---|---|---|---|---|---|---|---|---|
| MM | | DD | | YYYY | | MM | | DD | | YYYY |
| Date | | | | | | Date | | | | |

*If Claimant is other than an individual, or is not the person completing this form, the following **also** must be provided:*

| | | |
|---|---|---|
| | |    -    -      |
| Signature of Person Completing Form | | MM    DD    YYYY<br>Date |
| | | |
| Print Name of Person Completing Form | | Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator) |

## REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach COPIES OF documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☑ 4. Keep a copy of your Claim Form for your records.

☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. Do not use highlighter on the Claim Form or supporting documentation.





# Attachments



Patch Code 3



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                    **FEB. 28**
**ADVISOR STATEMENT**              **2018**

Your Account Number: ███████████   2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 58.410 | 7,059.98 | $7,301.25 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                    **MAR. 29**
**ADVISOR STATEMENT**              **2018**

███████████████████   2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 52.410 | 7,059.98 | $6,551.25 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                    **APR. 30**
**ADVISOR STATEMENT**              **2018**

████████████████████   2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 51.960 | 7,059.98 | $6,495.00 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**MAY 31 2018**

2 of 5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 53.990 | 7,059.98 | $6,748.75 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**JUNE 29 2018**

2 of 5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 55.440 | 7,059.98 | $6,930.00 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**JULY 31 2018**

2 of 5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 57.290 | 7,059.98 | $7,161.25 |



**Wealth Management Dominion Securities**

## RBC Dominion Securities Inc.
## U.S. DOLLAR
## ADVISOR STATEMENT

**AUG. 31 2018**

2 of 5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 58.480 | 7,059.98 | $7,310.00 |

---

**Wealth Management Dominion Securities**

## RBC Dominion Securities Inc.
## U.S. DOLLAR
## ADVISOR STATEMENT

**SEPT 28 2018**

2 of 5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 52.560 | 7,059.98 | $6,570.00 |

---

**Wealth Management Dominion Securities**

## RBC Dominion Securities Inc.
## U.S. DOLLAR
## ADVISOR STATEMENT

**OCT. 31 2018**

2 of 5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 53.230 | 7,059.98 | $6,653.75 |

 **Wealth Management Dominion Securities**

## RBC Dominion Securities Inc.
### U.S. DOLLAR
### ADVISOR STATEMENT

**NOV. 30 2018**

2 of 5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 54.280 | 7,059.98 | $6,785.00 |

**Wealth Management Dominion Securities**

## RBC Dominion Securities Inc.
### U.S. DOLLAR
### ADVISOR STATEMENT

**DEC. 31 2018**

2 of 5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 46.080 | 7,059.98 | $5,760.00 |



**Wealth Management Dominion Securities**

### RBC Dominion Securities Inc.
### U.S. DOLLAR
### ADVISOR STATEMENT

**JAN. 31 2019**

2 of 5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.910 | 7,059.98 | $6,113.75 |

---

**Wealth Management Dominion Securities**

### RBC Dominion Securities Inc.
### U.S. DOLLAR
### ADVISOR STATEMENT

**FEB. 28 2019**

5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 49.890 | 7,059.98 | $6,236.25 |

---

**Wealth Management Dominion Securities**

### RBC Dominion Securities Inc.
### U.S. DOLLAR
### ADVISOR STATEMENT

**MAR. 29 2019**

2 of 4

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.320 | 7,059.98 | $6,040.00 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**APR. 30 2019**

2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.410 | 7,059.98 | 86,051.25 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**MAY 31 2019**

2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 44.370 | 7,059.98 | 55,546.25 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**JUNE 28 2019**

2 of  4

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 47.320 | 7,059.98 | 55,915.00 |



**Wealth Management** · **RBC Dominion Securities Inc.**
**Dominion Securities** · **U.S. DOLLAR** · **JULY 31**
**ADVISOR STATEMENT** · **2019**

2 of  5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.410 | 7,059.98 | $6,051.25 |

**Wealth Management** · **RBC Dominion Securities Inc.**
**Dominion Securities** · **U.S. DOLLAR** · **AUG. 30**
**ADVISOR STATEMENT** · **2019**

2 of  5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 46.570 | 7,059.98 | $5,821.25 |

**Wealth Management** · **RBC Dominion Securities Inc.**
**Dominion Securities** · **U.S. DOLLAR** · **SEPT 30**
**ADVISOR STATEMENT** · **2019**

2 of  5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 50.440 | 7,059.98 | $6,305.00 |



**Wealth Management**
**Dominion Securities**
RBC.

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                    **OCT. 31**
**ADVISOR STATEMENT**              **2019**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        2 of   4

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 51.630 | 7,059.98 | $6,453.75 |

**Wealth Management**
**Dominion Securities**
RBC.

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                    **NOV. 29**
**ADVISOR STATEMENT**              **2019**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        2 of   5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 54.460 | 7,059.98 | $6,807.50 |

**Wealth Management**
**Dominion Securities**
RBC.

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                    **DEC. 31**
**ADVISOR STATEMENT**              **2019**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        of   5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 53.800 | 7,059.98 | $6,725.00 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                              **JAN. 31**
**ADVISOR STATEMENT**              **2020**

2 of   5

**ASSET REVIEW**

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

**COMMON SHARES**

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| WELLS FARGO & CO | WFC | 125 / 125 | 46.940 | 7,059.98 | $5,867.50 |

---

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                              **FEB. 28**
**ADVISOR STATEMENT**              **2020**

2 of   5

**ASSET REVIEW**

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

**COMMON SHARES**

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| WELLS FARGO & CO | WFC | 125 / 125 | 40.850 | 7,059.98 | $5,106.25 |

---

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                              **MAR. 31**
**ADVISOR STATEMENT**              **2020**

2 of   5

**ASSET REVIEW**

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

**COMMON SHARES**

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| WELLS FARGO & CO | WFC | 125 / 125 | 28.700 | 7,059.98 | $3,587.50 |











Divider Page

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:  www.WellsFargoSecuritiesClassAction.com
Email:    info@WellsFargoSecuritiesClassAction.com
Phone:   888-301-4209



Claim Number:     30633

Response Deadline:   December 10, 2023

November 20, 2023

## Notice of Deficient Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**Ineligibility Condition:** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

Divider Page



*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430

Website:   www.WellsFargoSecuritiesClassAction.com
Email:    info@WellsFargoSecuritiesClassAction.com
Phone:   888-301-4209

Claim Number:    30633

<u>Response Deadline:</u>   December 10, 2023

November 20, 2023

## <u>Notice of Deficient Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the *Wells Fargo Securities Litigation* matter. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed at or downloaded from www.WellsFargoSecuritiesClassAction.com.

**<u>Ineligibility Condition:</u>** No Class Period purchases/acquisitions of Wells Fargo common stock (No Eligible Transactions).

The Claim referenced above did not contain any purchases or eligible acquisitions of Wells Fargo common stock during the Class Period; i.e., February 2, 2018, through March 12, 2020, inclusive. Unless you had eligible transactions during the Class Period that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility only by submitting documentation supporting purchases and/or eligible acquisitions of Wells Fargo common stock during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. Self-generated documents are not acceptable.

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is also cured.

**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine whether it calculates to a Recognized Claim is described in the Plan of Allocation set forth on pages 12 — 15 of the Settlement Notice. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AJ3271 v.04



To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.
Sincerely,

Claims Administrator Team
Wells Fargo Securities Litigation
Epiq Class Action and Claims Solutions, Inc.

AJ3272 v.04

# PROOF OF CLAIM AND RELEASE FORM

**MUST BE POSTMARKED NO LATER THAN OCTOBER 5, 2023**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*In re Wells Fargo & Co. Securities Litigation,*
No. 1:20-cv-04494-GHW-SN.

## PART I: CLAIMANT IDENTIFICATION

The Claims Administrator will use this contact information for all correspondence relevant to this Claim (including the issuance of the distribution check, if the Claim is ultimately determined to be eligible for payment). If the contact information changes, then you must notify the Claims Administrator in writing at the address identified above.

Beneficial Owner's First Name    MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name    MI    Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day)    Telephone Number (Evening)

information relevant to this claim)

Claimant Account Type (check appropriate box)

☑ Individual    ☐ IRA/401K    ☐ Estate
☐ Joint    ☐ Pension Plan    ☐ Trust
☐ Corporation    ☐ Other _____ (please specify)

03-CA40065503
AI7513 v.07

3



## PART II: SCHEDULE OF TRANSACTIONS IN WELLS FARGO COMMON STOCK

A. **Holdings at Start of Class Period:** List all shares of Wells Fargo common stock held as of the opening of trading on February 2, 2018. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

`| | | | | | 1 | 2 | 5 | . | 0 | 0 |`

B. **Purchases:** List all purchases of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Purchase Price (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

C. **Sales:** List all sales of Wells Fargo common stock between February 2, 2018 and June 9, 2020, inclusive. Be sure to attach documentation verifying your transactions.

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares | Price per Share | Total Sales Proceeds (Excluding Commissions) |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

D. **Unsold Holdings:** List the number of shares of Wells Fargo common stock held as of the close of trading on June 9, 2020. Be sure to attach documentation verifying your holdings such as a current account statement.

**Quantity of Shares Held**

`| | | | | | 1 | 2 | 5 | . | 0 | 0 |`

If you require additional space to list your transactions, use photocopies of this page and check this box. ☐

04-CA40065503
AI7514 v.07

4

**I (WE) DECLARE THAT THE FOREGOING INFORMATION SUPPLIED BY THE UNDERSIGNED IS TRUE AND CORRECT.**

Executed this __30th__ day of __September 2023__, in
(Month/Year)

█████████████████████████

Signature of Joint Claimant, if any

Print Name of Claimant

Print Name of Joint Claimant, if any

| 0 | 9 | - | 3 | 0 | - | 2 | 0 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|
| MM | | | DD | | | YYYY | | | |

Date

|  | | - |  | | - |  | | | |
|---|---|---|---|---|---|---|---|---|---|
| MM | | | DD | | | YYYY | | | |

Date

*If Claimant is other than an individual, or is not the person completing this form, the following **also** must be provided:*

Signature of Person Completing Form

|  | | - |  | | - |  | | | |
|---|---|---|---|---|---|---|---|---|---|
| MM | | | DD | | | YYYY | | | |

Date

Print Name of Person Completing Form

Capacity of Person(s) Signing (*e.g.*, Beneficial Purchaser, Executor or Administrator)

## REMINDER CHECKLIST

☑ 1. Please be sure to sign this Claim Form.

☑ 2. Remember to attach COPIES OF documentation verifying your transactions listed above.

☑ 3. **DO NOT SEND ORIGINALS OF ANY DOCUMENTS VERIFYING YOUR TRANSACTIONS.**

☑ 4. Keep a copy of your Claim Form for your records.

☐ 5. If you move, please send your new address to the Claims Administrator at the address below:

*Wells Fargo Securities Litigation*
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
888-301-4209
info@WellsFargoSecuritiesClassAction.com

☑ 6. **Do not use highlighter on the Claim Form or supporting documentation.**

**07-CA40065503**
AI7517 v.07

7



December 5, 2023

Wells Fargo Securities Litigation
c/o Epiq Class Action and Claims Solutions, Inc.
P.O. Box 5430
Portland, OR 97228-5430
Website: www.WellsFargoSecuritiesClassAction.com
Email: info@WellsFargoSecuritiesClassAction.com
Telephone: 888-301-4209

Dear Claims Administrator Team:

Subject:   Request for Court Review of Administrative Determination
███████████████████████████████ – WFC Common Stock
Claim Number: 30633

I am requesting a Court review of your administrative determination regarding my
Claim. I disagree with the Claim's Administrator's determination regarding my claim.

I am specifically requesting the Court review of the full or partial rejection of my Claim.

My argument(s) as to why I am contesting the full or partial rejection of my Claim:
   (1) I owned 125 WFC common stock during the Class Period; i.e. February 2, 2018,
       through March 12, 2020;
   (2) Ownership of any and all WFC common stock during the Class Period posed a
       trading risk.

Included with my letter is your required supporting documentation:
   (1) A copy of this notice: November 20, 2023, Notice of Deficient Proof of Claim
       Submission;
   (2) Any and all documentation supporting my argument(s), being Proof of Claim
       and Release Form signed and dated September 30, 2023, Advisor Statements
       and Account Documents during the Class Period; i.e. February 2, 2018, through
       March 12, 2020.
It is my understanding that with any Court review, the supporting documentation will be
submitted to the Court for consideration and will become part of the Public Record. My
Claim Form and supporting documentation, upon public filing with the Court will be
redacted of financial account numbers and certain other information to PROTECT MY
PRIVACY.

I have submitted a response to this Notice by email to <info@WellsFargoSecuritiesClassAction.com> as confirmed by telephone with your Claims Administrator Team ████████ on December 4, 2023.

Please confirm the status of my Claim.

Sincerely,















**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**
**FEB. 28 2018**

Your Account Number: ███████    2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | ---<br>125<br>125 | 58.410 | 7,059.98 | $7,301.25 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**
**MAR. 29 2018**

Your Account Number: ███████    2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | ...<br>125<br>125 | 52.410 | 7,059.98 | $6,551.25 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**
**APR. 30 2018**

Your Account Number: ███████    2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125<br>125 | 51.960 | 7,059.98 | $6,495.00 |

 **Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                       **MAY 31**
**ADVISOR STATEMENT**                 **2018**

Your Account Number: ▮▮▮▮▮          2 of   5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 53.990 | 7,059.98 | $6,748.75 |

 **Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                       **JUNE 29**
**ADVISOR STATEMENT**                 **2018**

Your Account Number: ▮▮▮▮▮          2 of   5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 55.440 | 7,059.98 | $6,930.00 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                       **JULY 31**
**ADVISOR STATEMENT**                 **2018**

Your Account Number: ▮▮▮▮▮          2 of   5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 57.290 | 7,059.98 | $7,161.25 |

 Wealth Management
Dominion Securities

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                     **AUG. 31**
**ADVISOR STATEMENT**               **2018**

Your Account Number: ▮▮▮▮▮        2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 58.480 | 7,059.98 | $7,310.00 |

 Wealth Management
Dominion Securities

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                     **SEPT 28**
**ADVISOR STATEMENT**               **2018**

Your Account Number: ▮▮▮▮▮        2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 52.560 | 7,059.98 | $6,570.00 |

 Wealth Management
Dominion Securities

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**                     **OCT. 31**
**ADVISOR STATEMENT**               **2018**

Your Account Number: ▮▮▮▮▮        2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 53.230 | 7,059.98 | $6,653.75 |

 **Wealth Management Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**NOV. 30**
**2018**

Your Account Number: ███████    2 of    5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 54.280 | 7,059.98 | $6,785.00 |

 **Wealth Management Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**DEC. 31**
**2018**

Your Account Number: ███████    2 of    5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 46.080 | 7,059.98 | $5,760.00 |



**Wealth Management**
**Dominion Securities**

## RBC Dominion Securities Inc.
## U.S. DOLLAR
## ADVISOR STATEMENT

**JAN. 31 2019**

Your Account Number:                                    2 of   5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.910 | 7,059.98 | $6,113.75 |

**Wealth Management**
**Dominion Securities**

## RBC Dominion Securities Inc.
## U.S. DOLLAR
## ADVISOR STATEMENT

**FEB. 28 2019**

Your Account Number:                                    2 of   5

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 49.890 | 7,059.98 | $6,236.25 |

**Wealth Management**
**Dominion Securities**

## RBC Dominion Securities Inc.
## U.S. DOLLAR
## ADVISOR STATEMENT

**MAR. 29 2019**

Your Account Number:                                    2 of   4

### ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.320 | 7,059.98 | $6,040.00 |



| **Wealth Management** Dominion Securities | | **RBC Dominion Securities Inc.** U.S. DOLLAR ADVISOR STATEMENT | | | **APR. 30** 2019 |
| --- | --- | --- | --- | --- | --- |
| | | Your Account Number: ███ | | | 2 of 5 |

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
| --- | --- | --- | --- | --- | --- |

### COMMON SHARES

| WELLS FARGO & CO | WFC | 125 125 | 48.410 | 7,059.98 | $6,051.25 |
| --- | --- | --- | --- | --- | --- |



| **Wealth Management** Dominion Securities | | **RBC Dominion Securities Inc.** U.S. DOLLAR ADVISOR STATEMENT | | | **MAY 31** 2019 |
| --- | --- | --- | --- | --- | --- |
| | | Your Account Number: ███ | | | 2 of 5 |

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
| --- | --- | --- | --- | --- | --- |

### COMMON SHARES

| WELLS FARGO & CO | WFC | 125 125 | 44.370 | 7,059.98 | $5,546.25 |
| --- | --- | --- | --- | --- | --- |



| **Wealth Management** Dominion Securities | | **RBC Dominion Securities Inc.** U.S. DOLLAR ADVISOR STATEMENT | | | **JUNE 28** 2019 |
| --- | --- | --- | --- | --- | --- |
| | | Your Account Number: ███ | | | 2 of 4 |

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
| --- | --- | --- | --- | --- | --- |

### COMMON SHARES

| WELLS FARGO & CO | WFC | 125 125 | 47.320 | 7,059.98 | $5,915.00 |
| --- | --- | --- | --- | --- | --- |



**Wealth Management Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**JULY 31 2019**

Your Account Number: ███████   2 of   5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 48.410 | 7,059.98 | $6,051.25 |

**Wealth Management Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**AUG. 30 2019**

Your Account Number: ███████   2 of   5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 46.570 | 7,059.98 | $5,821.25 |

**Wealth Management Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**
**ADVISOR STATEMENT**

**SEPT 30 2019**

Your Account Number: ███████   2 of   5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 50.440 | 7,059.98 | $6,305.00 |



**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**  **OCT. 31**
**ADVISOR STATEMENT**  **2019**

Your Account Number: ████████  2 of  4

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 51.630 | 7,059.98 | $6,453.75 |

---

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**  **NOV. 29**
**ADVISOR STATEMENT**  **2019**

Your Account Number: ████████  2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | .125 125 | 54.460 | 7,059.98 | $6,807.50 |

**Wealth Management**
**Dominion Securities**

**RBC Dominion Securities Inc.**
**U.S. DOLLAR**  **DEC. 31**
**ADVISOR STATEMENT**  **2019**

Your Account Number: ████████  2 of  5

## ASSET REVIEW

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125 125 | 53.800 | 7,059.98 | $6,725.00 |



| Wealth Management<br>Dominion Securities | **RBC Dominion Securities Inc.**<br>**U.S. DOLLAR**<br>**ADVISOR STATEMENT** | | | | **JAN. 31**<br>**2020** |
|---|---|---|---|---|---|
| | Your Account Number: | | | | 2 of  5 |

### ASSET REVIEW

| | SECURITY<br>SYMBOL | QUANTITY/<br>SEGREGATED | MKT.<br>PRICE | BOOK<br>COST | MARKET<br>VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125<br>125 | 46.940 | 7,059.98 | 55,867.50 |

| Wealth Management<br>Dominion Securities | **RBC Dominion Securities Inc.**<br>**U.S. DOLLAR**<br>**ADVISOR STATEMENT** | | | | **FEB. 28**<br>**2020** |
|---|---|---|---|---|---|
| | Your Account Number: | | | | 2 of  5 |

### ASSET REVIEW

| | SECURITY<br>SYMBOL | QUANTITY/<br>SEGREGATED | MKT.<br>PRICE | BOOK<br>COST | MARKET<br>VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125<br>125 | 40.850 | 7,059.98 | 55,106.25 |

| Wealth Management<br>Dominion Securities | **RBC Dominion Securities Inc.**<br>**U.S. DOLLAR**<br>**ADVISOR STATEMENT** | | | | **MAR. 31**<br>**2020** |
|---|---|---|---|---|---|
| | Your Account Number: | | | | 2 of  5 |

### ASSET REVIEW

| | SECURITY<br>SYMBOL | QUANTITY/<br>SEGREGATED | MKT.<br>PRICE | BOOK<br>COST | MARKET<br>VALUE |
|---|---|---|---|---|---|
| **COMMON SHARES** | | | | | |
| WELLS FARGO & CO | WFC | 125<br>125 | 28.700 | 7,059.98 | 53,587.50 |



**From:**
**Sent:** Wednesday, December 6, 2023 8:34 PM
**To:** Info_WellsFargoSecuritiesClassAction
**Subject:** ▮▮▮▮▮▮▮▮ Claim No. 30633 – Response to Notice of Deficient Proof of Claim Submission

**Attachments:**

---

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

---

ATTENTION: Claims Administrator

Please see the attached submission as response to this notice.

Please confirm the status of my Claim.

Sincerely,

*This message contains confidential information and is intended only for the entity named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*