# EXHIBIT H

# INVOICES



Wells Fargo Securities Class Action
Invoice List

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| Jun-23 | 90762364 | $ 393,479.62 |
| Jul-23 | 90769363 | $ 247,709.01 |
| Aug-23 | 90776420 | $ 510,970.50 |
| Sep-23 | 90784457 | $ 742,899.43 |
| Oct-23 | 90790516 | $ 137,662.33 |
| Nov-23 | 90799549 | $ 119,301.07 |
| Dec-23 | 90812671 | $ 425,633.63 |
| Jan-24 | 90824401 | $ 3,900.78 |
| Feb-24 | 90828908 | $ 151,477.22 |
| Mar-24 | 90843336 | $ 356,231.53 |
| Apr-24 | 90851266 | $ 115,046.71 |
| May-24 | 90861432 | $ 13,247.08 |
| Jun-24 | 90871116 | $ 6,629.40 |
| Distribution Estimate | | $ 264,602.50 |

| TOTAL | $ 3,488,790.81 |
|---|---|



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                     Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 503-350-5800
Dallas, TX 75267-4652                   or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:         8026542445
SWIFT:          PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger
Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90762364 | Invoice Date | 07/10/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**
Billing Period: Start to 06/30/2023

This Invoice Replaces : 90755308

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 8 | EA | 3.5000 | 28.00 |
| 40 | IVR Set-up fee | 1 | EA | 2,000.0000 | 2,000.00 |
| 60 | IVR Minutes of Use | 9,842.530 | EA | 0.1900 | 1,870.08 |
| 100 | Website Set-Up Fee | 1 | EA | 2,000.0000 | 2,000.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet/packet | 634,726 | EA | 0.0386 | 24,475.03 |
| 160 | Postage for Notice Packets | 334,750.997 | DLR | 1.0000 | 334,751.00 |
| 165 | Broker Expenses | 3,941.860 | DLR | 1.0000 | 3,941.86 |
| | **Publication Notice** | | | | |
| 180 | Investor's Business Daily (1/6 of page) | 3,145 | EA | 1.0000 | 3,145.00 |
| 190 | The Wall Street Journal (1/6 of page) | 16,500 | EA | 1.0000 | 16,500.00 |
| 200 | PR Newswire (1,200 words) | 2,594 | EA | 1.0000 | 2,594.00 |

-----------------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90762364 | Invoice Date | 07/10/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: Start to 06/30/2023

This Invoice Replaces : 90755308

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Net Amount | | | | 391,304.97 |
| | Sales Tax | | | | 2,174.65 |
| | Total Amount Due | | | | 393,479.62 |

-------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 08/15/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/10/2023 | Invoice | 90762364 | 08/09/2023 | 393,479.62 | USD |
| 07/31/2023 | Invoice | 90769363 | 08/30/2023 | 247,709.01 | USD |
| | | | Total: | 641,188.63 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90769363 | Invoice Date | 07/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 07/01/2023 - 07/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 33 | EA | 3.5000 | 115.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 9,229.150 | EA | 0.1900 | 1,753.54 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 204,092 | EA | 0.3856 | 78,697.88 |
| 160 | Postage for Notice Packets | 149,484.570 | DLR | 1.0000 | 149,484.57 |
| 165 | Broker Expenses | 3,282.930 | DLR | 1.0000 | 3,282.93 |
| | **Claims** | | | | |
| 240 | Claim Processing Escalated Communication | 4,453 | EA | 1.4500 | 6,456.85 |

----------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 240,141.27 |
| **Sales Tax** | | 7,567.74 |
| **Total Amount Due** | | 247,709.01 |

----------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90769363 | Invoice Date | 07/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 07/01/2023 - 07/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40065503 as of 08/07/2023** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/10/2023 | Invoice | 90762364 | 08/09/2023 | 393,479.62 | USD |
| 07/31/2023 | Invoice | 90769363 | 08/30/2023 | 247,709.01 | USD |
| | | | Total: | 641,188.63 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 503-350-5800
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:         8026542445
SWIFT:          PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90776420 | Invoice Date | 08/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 08/01/2023 - 08/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 103 | EA | 3.5000 | 360.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 18,450.620 | EA | 0.1900 | 3,505.62 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 995,175 | EA | 0.3856 | 383,739.48 |
| 160 | Postage for Notice Packets | 49,404.437 | DLR | 1.0000 | 49,404.44 |
| 165 | Broker Expenses | 25,374.920 | DLR | 1.0000 | 25,374.92 |
| | **Claims** | | | | |
| 220 | Print/Mail Postcard Acknowledgement | 9,295 | EA | 0.1000 | 929.50 |
| 240 | Claim Processing Escalated Communication | 8,320 | EA | 1.4500 | 12,064.00 |

------------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 475,728.46 |
| **Sales Tax** | | 35,242.04 |
| **Total Amount Due** | | 510,970.50 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90776420 | Invoice Date | 08/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 08/01/2023 - 08/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 09/11/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/10/2023 | Invoice | 90762364 | 08/09/2023 | 393,479.62 | USD |
| 07/31/2023 | Invoice | 90769363 | 08/30/2023 | 247,709.01 | USD |
| 08/31/2023 | Invoice | 90776420 | 09/30/2023 | 510,970.50 | USD |
| | | | Total: | 1,152,159.13 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
| --- | --- | --- |
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | Billing questions: call 503-350-5800 | |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com | |

Electronic Payments:
Bank:             PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:          8026542445
SWIFT:            PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
| --- | --- | --- | --- |
| Invoice No. | 90784457 | Invoice Date | 09/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 09/01/2023 - 09/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | **Case Set-up** | | | | |
| 30 | Box Storage | 151 | EA | 3.5000 | 528.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 14,621.430 | EA | 0.1900 | 2,778.07 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 153 | EA | 0.3856 | 59.00 |
| 160 | Postage for Notice Packets | 8,624.330 | DLR | 1.0000 | 8,624.33 |
| 165 | Broker Expenses | 711,843.980 | DLR | 1.0000 | 711,843.98 |
| | **Claims** | | | | |
| 220 | Print/Mail Postcard Acknowledgement | 12,399 | EA | 0.1000 | 1,239.90 |
| 240 | Claim Processing Escalated Communication | 10,967 | EA | 1.4500 | 15,902.15 |

| | | |
| --- | --- | --- |
| **Net Amount** | | 741,325.93 |
| **Sales Tax** | | 1,573.50 |
| **Total Amount Due** | | 742,899.43 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90784457 | Invoice Date | 09/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

| Comments |
|---|
| Billing Period: 09/01/2023 - 09/30/2023 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

-------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 10/08/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/10/2023 | Invoice | 90762364 | 08/09/2023 | 393,479.62 | USD |
| 07/31/2023 | Invoice | 90769363 | 08/30/2023 | 247,709.01 | USD |
| 08/31/2023 | Invoice | 90776420 | 09/30/2023 | 510,970.50 | USD |
| 09/30/2023 | Invoice | 90784457 | 10/30/2023 | 742,899.43 | USD |
| | | | Total: | 1,895,058.56 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90790516 | Invoice Date | 10/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**
Billing Period: 10/01/2023 - 10/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 206 | EA | 3.5000 | 721.00 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 13,773.530 | EA | 0.1900 | 2,616.97 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 140 | Broker Mailing(not including broker fee) | 6 | EA | 1.3600 | 8.16 |
| 150 | Print 20-page Notice Packet | 22 | EA | 0.3856 | 8.48 |
| 160 | Postage for Notice Packets | 75,249.600 | DLR | 1.0000 | 75,249.60 |
| 165 | Broker Expenses | 8,044.870 | DLR | 1.0000 | 8,044.87 |
| | **Claims** | | | | |
| 220 | Print/Mail Postcard Acknowledgement | 6,104 | EA | 0.1000 | 610.40 |
| 240 | Claim Processing Escalated Communication | 30,051 | EA | 1.4500 | 43,573.95 |
| | **Letters and Audits** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | |
|---|---|---|
| Invoice No. | 90790516 | Invoice Date | 10/31/2023 |
| Purchase Order No. | | |
| Customer No. | 3000012 | |

**Comments**

Billing Period: 10/01/2023 - 10/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 260 | Print and Mail Deficiency and Rejection | 5,724 | EA | 0.4000 | 2,289.60 |

| | | |
|---|---|---|
| **Net Amount** | | 133,473.03 |
| **Sales Tax** | | 4,189.30 |
| **Total Amount Due** | | 137,662.33 |

**Open Items for Contract 40065503 as of 11/08/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/10/2023 | Invoice | 90762364 | 08/09/2023 | 393,479.62 | USD |
| 07/31/2023 | Invoice | 90769363 | 08/30/2023 | 247,709.01 | USD |
| 08/31/2023 | Invoice | 90776420 | 09/30/2023 | 510,970.50 | USD |
| 09/30/2023 | Invoice | 90784457 | 10/30/2023 | 742,899.43 | USD |
| 10/31/2023 | Invoice | 90790516 | 11/30/2023 | 137,662.33 | USD |
| | | | Total: | 2,032,720.89 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                      Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 503-350-5800
Dallas, TX 75267-4652                 or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| Information | | | |
|---|---|---|---|
| Invoice No. | 90799549 | Invoice Date | 11/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**
Billing Period : 11/01/2023 - 11/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 214 | EA | 3.5000 | 749.00 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 24,334.630 | EA | 0.1900 | 4,623.58 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 14 | EA | 0.3856 | 5.40 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 7,846 | EA | 0.5310 | 4,166.23 |
| 240 | Claim Processing Escalated Communication | 65,372 | EA | 1.4500 | 94,789.40 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 13,245 | EA | 0.4000 | 5,298.00 |

| | | |
|---|---|---|
| **Net Amount** | | 109,981.61 |
| **Sales Tax** | | 9,319.46 |
| **Total Amount Due** | | 119,301.07 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90799549 | Invoice Date | 11/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period : 11/01/2023 - 11/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

-------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 12/08/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 07/10/2023 | Invoice | 90762364 | 08/09/2023 | 393,479.62 | USD |
| 07/31/2023 | Invoice | 90769363 | 08/30/2023 | 247,709.01 | USD |
| 08/31/2023 | Invoice | 90776420 | 09/30/2023 | 510,970.50 | USD |
| 09/30/2023 | Invoice | 90784457 | 10/30/2023 | 742,899.43 | USD |
| 10/31/2023 | Invoice | 90790516 | 11/30/2023 | 137,662.33 | USD |
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| | | | Total: | 2,152,021.96 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90812671 | Invoice Date | 12/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**
Billing Period: 12/01/2023 - 12/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 225 | EA | 3.5000 | 787.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 14,125.400 | EA | 0.1900 | 2,683.83 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 15 | EA | 0.3856 | 5.78 |
| 160 | Postage for Notice Packets | 1,650.260 | DLR | 1.0000 | 1,650.26 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 2,037 | EA | 0.5310 | 1,081.65 |
| 240 | Claim Processing Escalated Communication | 265,310 | EA | 1.4500 | 384,699.50 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 153 | EA | 0.4000 | 61.20 |

---

| | | |
|---|---|---|
| **Net Amount** | | 391,319.72 |



CONFIDENTIAL




**Invoice**

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90812671 | Invoice Date | 12/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 12/01/2023 - 12/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 34,313.91 |
| | Total Amount Due | | | | 425,633.63 |

---------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 01/09/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| | | | Total: | 544,934.70 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing: 043000096
ACH Routing: 031207607
Acct No:      8026542445
SWIFT:        PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY 10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90824401 | Invoice Date | 01/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 01/01/2024 - 01/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 227 | EA | 3.5000 | 794.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 2,876.900 | EA | 0.1900 | 546.61 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 4 | EA | 0.3856 | 1.54 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 2,021 | EA | 0.5310 | 1,073.15 |
| 240 | Claim Processing Escalated Communication | 90 | EA | 1.4500 | 130.50 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 1,899 | EA | 0.4000 | 759.60 |

| | | |
|---|---|---|
| **Net Amount** | | 3,655.90 |
| **Sales Tax** | | 244.88 |
| **Total Amount Due** | | 3,900.78 |



CONFIDENTIAL



**Invoice**

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | | |
|---|---|---|---|---|
| Invoice No. | 90824401 | | Invoice Date | 01/31/2024 |
| Purchase Order No. | | | | |
| Customer No. | 3000012 | | | |

**Comments**

Billing Period: 01/01/2024 - 01/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

-----------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 02/08/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| 01/31/2024 | Invoice | 90824401 | 03/01/2024 | 3,900.78 | USD |
| | | | Total: | 548,835.48 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90828908 | Invoice Date | 02/29/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 02/01/2024 - 02/29/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 229 | EA | 3.5000 | 801.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 3,755.070 | EA | 0.1900 | 713.46 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 5 | EA | 0.3856 | 1.93 |
| 160 | Postage for Notice Packets | 181.380 | DLR | 1.0000 | 181.38 |
| 165 | Broker Expenses | 6,943.260 | DLR | 1.0000 | 6,943.26 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 89 | EA | 0.5310 | 47.26 |
| 240 | Claim Processing Escalated Communication | 90,135 | EA | 1.4500 | 130,695.75 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 156 | EA | 0.4000 | 62.40 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| Invoice No. | 90828908 | Invoice Date | 02/29/2024 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 02/01/2024 - 02/29/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 139,796.94 |
| | **Sales Tax** | | | | 11,680.28 |
| | **Total Amount Due** | | | | 151,477.22 |

**Open Items for Contract 40065503 as of 03/08/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| 01/31/2024 | Invoice | 90824401 | 03/01/2024 | 3,900.78 | USD |
| 02/29/2024 | Invoice | 90828908 | 03/30/2024 | 151,477.22 | USD |
| | | | Total: | 700,312.70 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:
Bank:           PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90843336 | Invoice Date | 03/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 03/01/2024 - 03/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 230 | EA | 3.5000 | 805.00 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 2,228.450 | EA | 0.1900 | 423.41 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 140 | Broker Mailing(not including broker fee) | 1 | EA | 1.3600 | 1.36 |
| 150 | Print 20-page Notice Packet | 6 | EA | 0.3856 | 2.31 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 907 | EA | 0.5310 | 481.62 |
| 240 | Claim Processing Escalated Communication | 224,020 | EA | 1.4500 | 324,829.00 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 909 | EA | 0.4000 | 363.60 |

-----------------------------------------------------------------------------------------------------------------------------------

**Net Amount**                                                                327,256.30



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90843336 | Invoice Date | 03/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 03/01/2024 - 03/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 28,975.23 |
| | **Total Amount Due** | | | | 356,231.53 |

------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 04/05/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| 01/31/2024 | Invoice | 90824401 | 03/01/2024 | 3,900.78 | USD |
| 02/29/2024 | Invoice | 90828908 | 03/30/2024 | 151,477.22 | USD |
| 03/31/2024 | Invoice | 90843336 | 04/30/2024 | 356,231.53 | USD |
| | | | Total: | 1,056,544.23 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:           PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90851266 | Invoice Date | 04/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 04/01/2024 - 04/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 231 | EA | 3.5000 | 808.50 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 3,521.530 | EA | 0.1900 | 669.09 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 140 | Broker Mailing(not including broker fee) | 1 | EA | 1.3600 | 1.36 |
| 150 | Print 20-page Notice Packet | 12 | EA | 0.3856 | 4.63 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 553 | EA | 0.5310 | 293.64 |
| 240 | Claim Processing Escalated Communication | 64,428 | EA | 1.4500 | 93,420.60 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 580 | EA | 0.4000 | 232.00 |
| | **Hilsoft Billing Rates** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| Invoice No. | 90851266 | Invoice Date | 04/30/2024 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 04/01/2024 - 04/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 720 | Data Integrity Review | 98.700 | H | 110.0000 | 10,857.00 |

--------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 106,636.82 |
| **Sales Tax** | | 8,409.89 |
| **Total Amount Due** | | 115,046.71 |

--------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 05/08/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| 01/31/2024 | Invoice | 90824401 | 03/01/2024 | 3,900.78 | USD |
| 02/29/2024 | Invoice | 90828908 | 03/30/2024 | 151,477.22 | USD |
| 03/31/2024 | Invoice | 90843336 | 04/30/2024 | 356,231.53 | USD |
| 04/30/2024 | Invoice | 90851266 | 05/30/2024 | 115,046.71 | USD |
| | | | Total: | 1,171,590.94 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90861432 | Invoice Date | 05/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 05/01/2024 - 05/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 232 | EA | 3.5000 | 812.00 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 1,399.330 | EA | 0.1900 | 265.87 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 150 | Print 20-page Notice Packet | 12 | EA | 0.3856 | 4.63 |
| | **Claims** | | | | |
| 220 | Postage for Correspondence with Claimant | 253 | EA | 0.5310 | 134.34 |
| 240 | Claim Processing Escalated Communication | 71 | EA | 1.4500 | 102.95 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 252 | EA | 0.4000 | 100.80 |
| | **Hilsoft Billing Rates** | | | | |
| 720 | Data Integrity Review | 103.400 | H | 110.0000 | 11,374.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90861432 | Invoice Date | 05/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 05/01/2024 - 05/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 13,144.59 |
| | **Sales Tax** | | | | 102.49 |
| | **Total Amount Due** | | | | 13,247.08 |

**Open Items for Contract 40065503 as of 06/10/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| 01/31/2024 | Invoice | 90824401 | 03/01/2024 | 3,900.78 | USD |
| 02/29/2024 | Invoice | 90828908 | 03/30/2024 | 151,477.22 | USD |
| 03/31/2024 | Invoice | 90843336 | 04/30/2024 | 356,231.53 | USD |
| 04/30/2024 | Invoice | 90851266 | 05/30/2024 | 115,046.71 | USD |
| 05/31/2024 | Invoice | 90861432 | 06/30/2024 | 13,247.08 | USD |
| | | | Total: | 1,184,838.02 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:           PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Catherine E van Kampen, Sttlmt Dept
Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90871116 | Invoice Date | 06/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40065503 | | |
| Contract Description | Wells Fargo Securities Class Action | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40065503 | | |

**Comments**

Billing Period: 06/01/2024 - 06/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Case Set-up** | | | | |
| 30 | Box Storage | 232 | EA | 3.5000 | 812.00 |
| 50 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 60 | IVR Minutes of Use | 1,232.820 | EA | 0.1900 | 234.24 |
| 120 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Notice Mailing** | | | | |
| 160 | Postage for Notice Packets | 33.880 | DLR | 1.0000 | 33.88 |
| | **Claims** | | | | |
| 240 | Claim Processing Escalated Communication | 75 | EA | 1.4500 | 108.75 |
| | **Letters and Audits** | | | | |
| 260 | Print and Mail Deficiency and Rejection | 34 | EA | 0.4000 | 13.60 |
| | **Hilsoft Billing Rates** | | | | |
| 720 | Data Integrity Review | 45.400 | H | 110.0000 | 4,994.00 |

-------------------------------------------------------------------------------------------------------------------------------

| | **Net Amount** | | | | 6,546.47 |
|---|---|---|---|---|---|



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90871116 | Invoice Date | 06/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 06/01/2024 - 06/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 82.93 |
| | **Total Amount Due** | | | | 6,629.40 |

---------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40065503 as of 07/09/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799549 | 12/30/2023 | 119,301.07 | USD |
| 12/31/2023 | Invoice | 90812671 | 01/30/2024 | 425,633.63 | USD |
| 01/31/2024 | Invoice | 90824401 | 03/01/2024 | 3,900.78 | USD |
| 02/29/2024 | Invoice | 90828908 | 03/30/2024 | 151,477.22 | USD |
| 03/31/2024 | Invoice | 90843336 | 04/30/2024 | 356,231.53 | USD |
| 04/30/2024 | Invoice | 90851266 | 05/30/2024 | 115,046.71 | USD |
| 05/31/2024 | Invoice | 90861432 | 06/30/2024 | 13,247.08 | USD |
| 06/30/2024 | Invoice | 90871116 | 07/30/2024 | 6,629.40 | USD |
| | | | Total: | 1,191,467.42 | USD |



CONFIDENTIAL



# Wells Fargo Securities Litigation

# Distribution Estimate

## Initial Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 200,000 |
| De minimis postcards | 2,500 |
| Percentage of Undeliverables | 10% |
| Reissues | 30,000 |
| Duration | 12 months |

## Detailed Estimate

# Wells Fargo Securities Litigation

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| IVR Minutes of Use | Per Minute | $ 0.17 | 24,300 | $ 4,131.00 |
| Live Agent Minutes of Use | Per Minute | $ 1.05 | 36,450 | $ 38,272.50 |
| Print/Mail Checks | Per Check | $ 0.30 | 230,000 | $ 69,000.00 |
| ACH/Wire Payments | Per Wire | $ 25 | 150 | $ 3,750.00 |
| De Minimis Postcard | Per Piece | $ 0.13 | 2,500 | $ 319.00 |
| Postage - Distribution | Per Piece | $ 0.53 | 230,000 | $ 122,130.00 |
| Photocopies | As Incurred | $ 0.12 | 10,000 | $ 1,200.00 |
| Delivery | As Incurred | $ 1.00 | 2,000 | $ 2,000.00 |
| Box Storage | Per Box/Mo | $ 3.50 | 5,600 | $ 19,600.00 |
| Web Hosting | Per Month | $ 175.00 | 12 | $ 2,100.00 |
| IVR Maintenance Fee | Per Month | $ 175.00 | 12 | $ 2,100.00 |

**Total Estimated Costs**    **$ 264,602.50**